IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT



FILED
2003 OCT 14 P 3: 39

US DISTRICT COURT
HARTFORD CT

| | |
|---|---|
| INTERMARK FABRIC CORPORATION<br>Plaintiff | :<br>:<br>: |
| v. | :    C.A. No. 302 CV 1267 AVC |
| MICROFIBRES, INC.<br>Defendant | :<br>: |

### MICROFIBRES INC.'S OBJECTION TO INTERMARK
### FABRIC CORPORATION'S MOTION FOR SUMMARY JUDGMENT

Microfibres, Inc. hereby objects to Intermark Fabric Corporation's Motion for

Summary Judgment filed on September 22, 2003, on the grounds that there are genuine

issues of material fact that require a trial and that Intermark has failed to demonstrate

entitlement to judgment as a matter of law by clear and convincing evidence.

                              MICROFIBRES, INC.
                              By its Attorneys,

                              Brent R. Canning, Esq. (CT 23991)
                              William R. Grimm, Esq. (CT 08507)
                              HINCKLEY, ALLEN & SNYDER LLP
                              1500 Fleet Center
                              Providence, RI 02903
                              (401) 274-2000
                              (401) 277-9600 (Fax)

                              RESIDENT COUNSEL:
                              Jeffrey W. Kennedy, Esq. (CT 16419)
                              Milano & Wanat
                              471 East Main Street
                              Branford, Connecticut 06405
                              203.315.7000 (TEL)
**ORAL ARGUMENT REQUESTED**    203.315.7007 (FAX)

## CERTIFICATION

William Cass, Esq.
Charles F. O'Brien, Esq.
Cantor Colburn LLP
55 Griffin Road South
Bloomfield, CT 06002

    I certify that I mailed a copy of the foregoing Objection to Intermark's Motion for Summary Judgment to counsel of record, as above, on October 14, 2003.

*Kristy Dowsing*

#568226    16254 / 115115