

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| INTERMARK FABRIC CORPORATION<br>Plaintiff | :<br>:<br>: |
| v. | :    C.A. No. 302 CV 1267 AVC |
| MICROFIBRES, INC.<br>Defendant | :<br>:<br>: |

### MICROFIBRES' OBJECTION TO INTERMARK'S MOTION TO STRIKE THE AFFIDAVITS OF JAMES MCCULLOCH AND WILLIAM LAIRD

Microfibres, Inc. hereby objects to Intermark's Motion to Strike the Affidavits of James McCulloch and William Laird filed on or about September 10, 2003 and relies on the accompanying memorandum of law.

 

MICROFIBRES, INC.
By its Attorneys,

_____
Brent R. Canning, Esq. (CT 23991)
William R. Grimm, Esq. (CT 08057)
HINCKLEY, ALLEN & SNYDER LLP
1500 Fleet Center
Providence, RI 02903
P: 401.274.2000
F: 401.277.9600

October 20, 2003

## CERTIFICATION

TO:

Charles F. O'Brien, Esq.
Cantor Colburn LLP
55 Griffin Road South
Bloomfield, CT 06002

    I hereby certify that I mailed a copy of the within Objection to counsel of record, as above, on the 20th day of October, 2003.