1     A.    And that was in 1985.
2     Q.    Okay.  Now, you had a --
3     A.    Right before the fire -- this was the
4  heartbreak.  The fire was a heartbreak, but the
5  real heartbreak is we had beautiful proprietary --
6     Q.    Okay.  Let me ask you about that.  What
7  documents would you have had or did you have in
8  the -- in your facility that burned in 1985?
9     A.    We would have had copies of purchase
10 orders.  That -- that would have been it.  Sales --
11 sales orders and purchase orders.
12    Q.    Did you have samples of any products?
13    A.    We would have had samples of products,
14 yes.
15    Q.    Were there samples of --
16    A.    There should have been -- I mean,
17 typically there would have been samples of
18 products.
19    Q.    Okay.  Would there have been documents
20 from the years prior when you were buying the base
21 fabric from Vertipile and transfer printed on it?
22    A.    Yes.  Yes.  Yes.
23    Q.    Would there have been any samples from
24 that time period?
25    A.    I would expect there should have

```
 1   been -- there would have been.
 2        Q.   Would there have been production
 3   documents of the production of a transfer printed
 4   flocked fabric with a dark-pigmented adhesive?
 5        A.   Very possibly, although sometimes we
 6   didn't make a great effort.  We kept totals.  I
 7   don't know how many real production documents we
 8   would have -- we would have kept.
 9        Q.   Would there have been sales documents
10   of --
11        A.   Sales documents.
12        Q.   Let me -- let me -- let me just finish
13   my question.  Would there have been sales documents
14   of transfer printed flocked fabrics with
15   dark-pigmented adhesives?
16        A.   Yes.
17        Q.   When you were manufacturing transfer
18   printed flocked fabric with dark-pigmented
19   adhesives in the early '80s with Vertipile's
20   product, what pressures approximately were you
21   transfer printing at?
22        A.   25, 30 pounds.
23        Q.   Is that 25 to 30 pounds per square
24   inch?
25        A.   It could have been 20 or 30.  Once we
```

1                CERTIFICATE OF REPORTER
2
3         I, Cindy A. Hayden, Registered
4    Professional Reporter and Notary Public for the
5    State of North Carolina at Large, do hereby certify
6    that the foregoing transcript is a true, accurate,
7    and complete record.
8              I further certify that I am neither
9    related to nor counsel for any party to the cause
10   pending or interested in the events thereof.
11             Witness my hand, I have hereunto
12   affixed my official seal this 6th day of October,
13   2003 at Cabarrus County, North Carolina.
14
15
16
17
                         *[signature: Cindy A. Hayden]*
18
                         Cindy A. Hayden, RMR, CRR
19                       My Commission expires
                         April 7, 2007
20
21
22
23
24
25

# EXHIBIT ZZ

1

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

INTERMARK FABRIC CORPORATION, )
                               )
           Plaintiff,          )
                               ) Civil Action No.
V.                             ) 3:02 CV 1267 (AVC)
                               )
MICROFIBRES, INC.,             )
                               )
           Defendant.          )
                               )
_____)


DEPOSITION OF
PETER J. HAUSER, Ph.D.


At Raleigh, North Carolina
September 16, 2003
9:59 a.m.
Reported by: Susanne M. Newman



1  Dr. Hauser                                          Page 62
2
3           don't remember if this has anything to do with it
4           or not, other than the fact that they both say
5           Rosenthal dated in '79 that they came at the same
6           time.  But I really don't, I really don't recall
7           how I determined that this was published in 1990.
8       Q.  Looking at Exhibit 14, Dr. Hauser.
9       A.  Um-hmm.
10      Q.  On page 2, second paragraph under the title, Do You
11          Need Special Effects.
12      A.  Um-hmm.
13      Q.  Did you see that?
14      A.  Yeah.
15      Q.  You see it discloses transfer printing?
16      A.  Yes, I do.
17      Q.  Okay.  And that's discussing transfer printing
18          flocked fabric?
19      A.  Yes.
20      Q.  If you can look at page 11 of Exhibit 14, under the
21          heading, Flocked Adhesives, do you see where it
22          indicates that a flocked adhesive can be pigmented?
23      A.  I presume you're talking about this second
24          paragraph?
25      Q.  Right.  Would you agree with me that on page 11

1  Dr. Hauser                                              Page 63
2
3          under, Flocked Adhesives, this document teaches
4          pigmenting the adhesive --
5  A.   Um-hmm.
6  Q.   -- in the manufacture of flocked fabric?
7  A.   It's a possibility, yes.  It says it's a
8       possibility.
9  Q.   So it, this document teaches pigmenting the
10         adhesive in the manufacture of flocked fabric,
11         correct?
12 A.   Yeah.
13 Q.   If you can turn to page 13, Dr. Hauser.  Under the
14         heading of, Finishing Flocked Fabrics, in the
15         subheading, Printing, do you agree with me that
16         this document teaches transfer printing of flocked
17         fabric?
18 A.   That's right.
19 Q.   So you agree with me that this document,
20         Exhibit 14, teaches transfer printing of flocked
21         fabric with a pigmented adhesive?
22              MR. CANNING:  Objection.
23              WITNESS:  No, I would not agree with that
24         statement.
25 Q.   If you can take a look at page 6, figure 2.

```
                                                                    64
 1   Dr. Hauser                                               Page 64
 2
 3   A.    Yeah.
 4   Q.    You see the block at the top of the page -- strike
 5         that.  Do you agree with me that figure 2 outlines
 6         the manufacture of a flocked fabric?
 7   A.    Yes, it does.
 8   Q.    From the preparation of the substrate down to the
 9         finishing processes?
10   A.    Yes.
11   Q.    Looking in figure 2 at the adhesive preparation
12         box, do you see that?
13   A.    Um-hmm, yes.
14   Q.    In looking at that figure in conjunction with
15         page 11?
16   A.    Um-hmm.
17   Q.    If you can turn to page 11, also.
18   A.    (Witness complies.)
19   Q.    That's where we discussed that under the heading,
20         Flocked Adhesives, it discloses pigmenting the
21         adhesive?
22   A.    Right.
23   Q.    So that would be under the adhesive preparation,
24         correct, in figure 2?
25               MR. CANNING:  Objection.
```

```
                                                                65
  1  Dr. Hauser                                            Page 65
  2
  3              WITNESS:  It could be there.
  4  Q.   Okay.  And under the box down at the bottom, do you
  5       see where it says, Flocked fabric finishing?
  6  A.   That's correct.  Yes, I do.
  7  Q.   If you can turn to page 13, under the heading,
  8       Finishing Flocked Fabrics, again, you see under the
  9       subheading, Printing, that it discusses and teaches
 10       transfer printing flocked fabrics, true?
 11  A.   Yes, it does say that.
 12  Q.   Okay.  And flocked fabric finishing, you would
 13       agree with me, refers to the finishing flocked
 14       fabrics discussed on page 13?
 15              MR. CANNING:  Objection.
 16              WITNESS:  It could.  I don't know the
 17       intention of the person who wrote this thing, but
 18       it's possible.
 19  Q.   Let's take a look at page 9.  See the heading,
 20       Flocked Substrates, at the top of the page?
 21  A.   Oh, yeah.  Flocking Substrates.  Yes.
 22  Q.   And that discusses different flocked substrates?
 23  A.   Yes.  Substrates being the material that you, the
 24       flock is applied to, yes.
 25  Q.   Okay.  In looking back at figure 2 on page 6,
```

```
                                                              66
 1   Dr. Hauser                                          Page 66
 2
 3          that's at the top of the page, the box at the top
 4          of the page, substrate preparation, true?  Does
 5          that correspond to flocking substrates?
 6               MR. CANNING:  Objection.
 7               WITNESS:  It's possible that it refers to
 8          that, but again, I don't know the intention of the
 9          author.
10     Q.   Okay.  Well, let's look at the next heading on
11          page 11.  The next heading after Flocking
12          Substrates is Flock Adhesives, correct, on page 11?
13     A.   Correct.
14     Q.   Looking at figure 2, the next box below Substrate
15          Preparation is Adhesive Preparation, true?
16     A.   Correct.
17     Q.   Looking again at page 11 below Flock Adhesives,
18          that heading, there's a heading, Flocking Fibers.
19          Do you see that?
20     A.   Yes.
21     Q.   And then there's a discussion on page 11 through
22          the top of page 12 having to do with flock itself
23          and the flock preparation, true?
24     A.   Correct.
25     Q.   Now let's take a look back at figure 2.  The third
```

```
 1  Dr. Hauser                                          Page 67
 2
 3         box down from the top is Flock Preparation, true?
 4  A.   Yes, that's correct.
 5  Q.   And the boxes on the left-hand side after Flock
 6         Preparation in Exhibit 2 that are entitled Flock
 7         Application, Excess Flock Removal, Flock
 8         Reorientation, Drying and Curing, and Brush
 9         Operation all have to do with the flock process?
10              MR. CANNING:  Objection.
11              WITNESS:  It appears it may.  Again, not
12         knowing the intention of the author.
13  Q.   And the next heading, which is on page 13 which
14         follows the discussion of flock preparation, is
15         Finishing Flocked Fabrics.
16  A.   Correct.
17  Q.   Do you see that?
18  A.   Um-hmm.
19  Q.   And the last box on figure 2 is finished flock --
20         Flocked Fabric Finishing?
21  A.   Right.
22  Q.   So do you see a correlation between this document,
23         how it's set out, and figure 2?
24              MR. CANNING:  Objection.
25              WITNESS:  There's a possibility.  Again, not
```

Dr. Hauser                                          Page 68

                                                        68

        knowing the intention of the author, it's possible
        there's a correlation.
   Q.   Putting aside the intention of the author, do you
        see a logical correlation between the headings in
        this document, Exhibit 14, and figure 2?
            MR. CANNING:  Objection.
            WITNESS:  Yes.
   Q.   So looking at figure 2, the adhesive preparation
        could include pigmenting the adhesive, as described
        on page 11, and the box of flocked fabric finishing
        included on figure 2 could include the transfer
        printing that's described on page 13, true?
            MR. CANNING:  Objection.
            WITNESS:  Possible.
   Q.   Possible?  Yes or no?
            MR. CANNING:  Objection.
            WITNESS:  Yes, it could.
   Q.   This figure -- strike that.  This Exhibit 14 is a
        document that you have produced today?
   A.   Yes.
   Q.   If you can take a look at this next set of
        documents.  Is that part of the documents that
        you've produced today, Dr. Hauser?

STATE OF NORTH CAROLINA

COUNTY OF DURHAM

C E R T I F I C A T E

I, Susanne M. Newman, Court Reporter and Notary Public, do hereby certify that the above-named witness was duly affirmed by me prior to the taking of the foregoing deposition; and that said deposition was taken and transcribed under my supervision; and that the foregoing pages, inclusive, constitute a true and accurate transcription of the testimony of the witness.

I do further certify that the persons were present as stated in the caption.

I do further certify that I am not of counsel for or in the employment of any of the parties to this action, nor am I interested in the results of this action.

IN WITNESS WHEREOF, I have hereunto subscribed my name this  22nd  day of  September , 2003.

Susanne M. Newman, Notary Public

My commission expires:  September 24, 2005

# EXHIBIT AAA

1

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF CONNECTICUT

No. 3:02 CV 1267 (AVC)

CONFIDENTIAL

**CERTIFIED COPY**

INTERMARK FABRIC CORPORATION

VS

MICROFIBRES, INC.

Deposition of: RONALD S. PERRY, Ph.D., taken pursuant to the Federal Rules of Civil Procedure before Barbara L. Murphy, Licensed Shorthand Reporter, License No. 305 and Notary Public within and for the State of Connecticut, held at the offices of Cantor Colburn, 55 Griffin Road, Bloomfield, Connecticut on September 29, 2003 commencing at 9:50 a.m.