Ronald S. Perry, Ph.D.          CONFIDENTIAL          September 29, 2003
Bloomfield, CT

109

1       A.    Let me take a look.  I see.  This is -- some

2    of the words are very important.  An important word is

3    excluded here from the copy.

4       Q.    My question is is Exhibit 15 the flocking

5    association article that you referenced earlier?

6       A.    Basically it is but the photocopying has

7    left off a lot of words.

8       Q.    Okay.

9       A.    And that's a similar case I think.  I'd just

10   like to go back to the other exhibit, please.  Okay.

11   Well, can I go back to this now?

12              MR. O'BRIEN:  Um-hm.

13              THE WITNESS:  May I go back to the

14   other exhibit, please?

15       Q.    (By Mr. Grimm)  What exhibit are you going

16   back to?

17       A.    The Van Heel document.

18       Q.    Exhibit 14?

19       A.    Yeah.  On Page 18, the fourth paragraph down

20   it says, besides pigmenting the adhesive formulation,

21   there are different ways to dye the resin which is

22   normally not affected by dyes used on cellulose flock.

Ronald S. Perry, Ph.D.           CONFIDENTIAL           September 29, 2003
                                  Bloomfield, CT

110

1              So in my opinion here they clearly

2     mention specifically pigmenting the formulation

3     without referring to dyed fiber.

4         Q.    You're referring to the section entitled

5     crushed velvet effect?

6         A.    Correct, yeah.  Also on Page 19 in that same

7     document, the Van Heel, as far as finishing options

8     are concerned, finishing of flock fabrics on Page 19,

9     fourth paragraph down says printing of flock fabrics

10    is also possible either by rotary screen printing

11    methods or by transfer printing process.

12             So here they clearly mention transfer

13    printing as an option in a finishing operation of

14    flocked fabrics.

15        Q.    Do any of the references you just mentioned

16    contain a specific reference to the combination of

17    dark pigmented adhesive and transfer printed flock

18    fabric?

19        A.    When they say pigmented, there are hundreds

20    and hundreds of pigments on the marketplace today.

21    Some would be light pigments, some would be dark

22    pigments.

Ronald S. Perry, Ph.D.    CONFIDENTIAL    September 29, 2003
Bloomfield, CT

111

1              So clearly there is a palette of colors

2    to choose from.  They don't limit this to particular

3    colored pigments.

4        Q.   Does the reference you cited at Page 18

5    refer in any way to transfer printed in combination

6    with the pigment?

7        A.   It's one skilled in the art --

8        Q.   I'm asking about this particular document.

9    Does this document itself, Exhibit 14 on Page 18,

10   combine the use of pigmented adhesives with transfer

11   printed flock fabric specifically?

12       A.   Just on Page 18?

13       Q.   Yes, sir.

14            MR. O'BRIEN:  You mean the document

15   itself or Page 18 only?

16       Q.   (By Mr. Grimm)  I said the document itself

17   at Page 18 make the specific combination of transfer

18   printed flock fabric with pigmented adhesive?

19       A.   Not on Page 18.

20       Q.   Does the document, Exhibit 14, itself on

21   Page 19 make the specific combination of pigmented

22   adhesive with transfer printed flock fabrics?

Ronald S. Perry, Ph.D.                    CONFIDENTIAL                    September 29, 2003
Bloomfield, CT

112

1          A.    In the same paragraph 2.6, finishing of

2    flock fabrics, I don't see how you can take one page

3    and exclude one term.

4               You read the entire paragraph which

5    covers two pages, that's how the combination comes

6    about.

7          Q.    Is there any specific reference to the

8    combination of pigmented adhesive and transfer printed

9    flock fabric in Exhibit 15?

10         A.    That would be the AFA?  On Page 6, figure

11   two is titled Typical Manufacturing Process for Flock

12   Fabrics.

13              So in this typical process you start with

14   the substrate, then they talk about adhesive

15   application and there is a block right to the right of

16   that, it says adhesive preparation.

17              And in the adhesive preparation, one

18   could, depending on what you're trying to formulate,

19   one of the desired characteristics is pigmentation.

20              So one could add pigments to the adhesive

21   when they're making the adhesive formulation.  And

22   then going down again in that typical manufacturing

Ronald S. Perry, Ph.D.          CONFIDENTIAL          September 29, 2003
                                 Bloomfield, CT

113

1    process diagram, you talk about the application of the

2    flock, removing of the excess flock, flock

3    reorientation, drying and curing system, brushing,

4    wind up and finally to the right at the bottom flocked

5    fabric finishing.

6             And on Page 13 under the section entitled

7    "finishing flock fabric", one of the options is a

8    printing option on that flocked fabric.  It says you

9    may choose to print by a number of techniques

10   including transfer printing methods.

11            So it's clear one skilled in the art by

12   looking at this typical flow diagram could combine

13   pigmentation of the adhesive coupled with transfer

14   printing.

15        Q.   Okay.  Is figure two of Exhibit 15 identical

16   to the diagram of figure one in Exhibit 14?

17        A.   No.  If I recall, I think that they use --

18   is it identical?  They use the word "resin" in that

19   diagram and that's because I believe it's -- the

20   German translation from the German adhesive comes out

21   resin which the terms are interchangeable.

22        Q.   So except for the word resin in the diagram

Ronald S. Perry, Ph.D.            CONFIDENTIAL            September 29, 2003
Bloomfield, CT

114

1    of figure one of Exhibit 14 and the corresponding use

2    of the word adhesive in figure two of Exhibit 15, they

3    are identical, correct?

4                    MR. O'BRIEN:  Take your time.

5                    THE WITNESS:  They appear to be

6    identical.

7         Q.   (By Mr. Grimm)  Okay.  Would you agree with

8    me, sir, that there is no mention of pigmented

9    adhesive in figure two of Exhibit 15?

10        A.   I agree.

11        Q.   Is there any mention of transfer printing in

12   figure two of Exhibit 15?

13        A.   It doesn't mention the word transfer

14   printing.

15        Q.   Okay.  Is there any specific combination of

16   transfer printed flock fabric and pigmented adhesive

17   in figure two of Exhibit 15?

18        A.   Does it mention in writing specific

19   combinations?  No.

20        Q.   Okay.  Is there anywhere within Exhibit 15

21   where the specific combination of transfer printed

22   flock fabric with pigmented adhesive is referenced in

Ronald S. Perry, Ph.D.    CONFIDENTIAL    September 29, 2003
Bloomfield, CT

115

1    one spot?

2        A.    You have to look at the entire document to

3    draw that conclusion.    The answer is there is a

4    combination mentioned and implied and clearly one

5    skilled in the art of combining pigmentation of the

6    adhesive and transfer printing.

7        Q.    So you say it's an implied combination?

8        A.    Not only implied, it's very clear to me that

9    one could combine those.

10       Q.    Well, my question was slightly different,

11   sir.

12            My question is is there any specific

13   single reference within Exhibit 15 in which the

14   combination is in fact made by the author?

15            MR. O'BRIEN:    Objection to form.    I

16   think he's answered that but go ahead and answer it

17   again.

18            THE WITNESS:    It is specific in my

19   opinion.    You have to take the document in toto.    And

20   it's very clear to me and I'm sure clearer to one

21   skilled in the art that one has a variety of options

22   in this typical manufacturing process for flocked

C E R T I F I C A T E

1

2       I hereby certify that I am a Notary Public, in

3   and for the State of Connecticut, duly commissioned

4   and qualified to administer oaths.

5       I further certify that the deponent named in

6   the foregoing deposition was by me duly sworn, and

7   thereupon testified as appeared in the foregoing

8   deposition; that said deposition was taken by me

9   stenographically in the presence of counsel and

10   reduced to typewriting under my direction, and the

11   foregoing is a true and accurate transcript of the

12   testimony.

13       I further certify that I am neither of counsel

14   nor attorney to either of the parties to said suit,

15   nor am I an employee of either party to said suit, nor

16   of either counsel in said suit, nor am I interested in

17   the outcome of said cause.

18       Witness my hand and seal as Notary Public this

19   1st day of October, 2003.

20

21

22                        Barbara L. Murphy, LSR
23                        Notary Public

24
        My Commission Expires:
25      June 30, 2007

# EXHIBIT
# BBB



```
 1           IN THE UNITED STATES DISTRICT COURT

 2           FOR THE DISTRICT OF CONNECTICUT      .

 3           CIVIL ACTION NO.: 02-CV-1267(AVC)

 4   INTERMARK FABRIC CORPORATION, :

 5                        Plaintiff,   :

 6           vs.                       :

 7   MICROFIBRES, INC.,                :

 8                        Defendant.   :

 9

10       Computer-aided transcript of deposition

11   testimony of DAVID S. BROOKSTEIN, Sc.D., taken

12   stenographically in the above-entitled matter

13   before LUCILLE A. KELLY, a Certified Shorthand

14   Reporter and Notary Public of the State of New

15   Jersey, held at the offices of Drinker, Biddle &

16   Reath, Esquires, One Logan Square, 18th and

17   Cherry Streets, Philadelphia, Pennsylvania, on

18   Wednesday, September 10, 2003, commencing at

19   10:10 a.m.

20               ROSENBERG & ASSOCIATES

21     Certified Shorthand Reporters & Videographers

22                425 Eagle Rock Avenue

23             Roseland, New Jersey  07068

24                  (973) 228-9100

25             www.rosenberg-associates.com
```

1      A.      That's the way I read it.

2      Q.      And there is a layer of foam, and

3  the layer is made of foam, correct?

4      A.      That is the way I read it.

5      Q.      And the foam is polyurethane,

6  correct?

7      A.      It's polyurethane open cell foam.

8  There is a difference.

9      Q.      It's a polyurethane open cell foam?

10      A.      That is correct.

11      Q.      And the patent is teaching the

12  materials that are going to be used for the

13  apparel industry?

14      A.      To my knowledge, yes.

15      Q.      So there is a textile substrate.

16  It's accurate to say there is a textile substrate

17  disclosed in the Squires patent that is going to

18  be processed to be used for children's apparel?

19      A.      I don't recall it saying children's

20  apparel.

21      Q.      Well, for apparel.

22      A.      Okay.

23      Q.      Now, the patent also teaches

24  transfer printing on a textile substrate?

25              MR. GRIMM:  Objection to form.

```
 1        A.        That's not a question.  You are
 2   telling me something.  What do you want me to do?
 3        Q.        Is it accurate to state that the
 4   patent also teaches transfer printing on a
 5   textile substrate?
 6                  MR. GRIMM:  Objection to the form.
 7        A.        You have to tell me where you want
 8   me to read it.  You are just asking me a general
 9   question.
10        Q.        Well, you read this patent, didn't
11   you, sir, as part of your --
12        A.        Yes; but I don't recall everything
13   I've read.  I need to be prompted to where.
14        Q.        Well, as you sit here today, you
15   can't say whether or not the -748 patent teaches
16   transfer printing on a textile substrate?
17        A.        No, I can say it does, but that's
18   not what I asked you.
19        Q.        I'm asking for your understanding,
20   sir.
21        A.        Okay.  It does teach transfer
22   printing.
23        Q.        On a textile substrate?
24        A.        Yes.
25        Q.        And it also discloses pigmenting the
```

```
1   adhesive?
2        A.       I recall that.
3        Q.       And, in fact, if we look at claim --
4   would you agree with me that it also teaches air
5   texturizing?
6        A.       I don't recall where.  If you would
7   be kind enough to show me where it teaches
8   that --
9        Q.       Well, even if we look at the claims,
10  if we look at Claims 10, 15, and 17, sir, can we
11  look at those three claims?
12       A.       Yes.  10.  What was the other two?
13       Q.       15 and 17, sir.
14       A.       Yes.
15       Q.       Would you agree with me those three
16  claims distinguish between pigmenting the dye and
17  air texturizing?
18       A.       I'm not clear what you mean by the
19  phrase "distinguish between."
20       Q.       Well, let's go to Claim 17 for a
21  minute.  It says, A method according to Claim 15
22  wherein the adhesive has a solid color.  Do you
23  see that, sir?
24       A.       Yes, I do.
25       Q.       Would a solid color, in your
```

1    to do?

2        Q.        Well, let me ask you, sir, based on

3    your review of the documents, and I understand

4    you haven't inspected the Flash or Frosty

5    products --

6        A.        I have not, right.

7        Q.        Based on your understanding of Flash

8    and Frosty as it was produced in 1989, would you

9    agree with me that Flash and/or Frosty -- let's

10   start with Frosty.  Would you agree with me that

11   Frosty as it was manufactured in 1989 is a

12   flocked fabric comprising a textile substrate?

13       A.        Yes.

14       Q.        Would you agree with me that Frosty

15   as it was manufactured in 1989 had raised

16   thermoplastic fibers on the substrate?

17       A.        How would you define raised?

18       Q.        Do you understand what the term

19   "raised" means?

20       A.        Yes.

21       Q.        What is your understanding of the

22   term "raised"?

23       A.        That they are perpendicular.  Well,

24   no.  They could be anything from perpendicular to

25   not perpendicular.

```
 1                  C E R T I F I C A T E

 2

 3        I, LUCILLE A. KELLY, a Certified Shorthand

 4   Reporter and Notary Public of the State of New

 5   Jersey, certify that the foregoing is a true and

 6   accurate transcript of the deposition of said

 7   witness who was first duly sworn by me, on the

 8   date and place hereinbefore set forth.

 9

10        I FURTHER CERTIFY that I am neither

11   attorney, nor counsel for, nor related to or

12   employed by, any of the parties to the action in

13   which this deposition was taken, and further that

14   I am not a relative or employee of any attorney

15   or counsel employed in this action, nor am I

16   financially interested in this case.

17

18

19                    LUCILLE A. KELLY, CSR, RMR

20                    LICENSE NO. XI01052

21

22   Dated:    September 14, 2003

23

24   My Notary Commission expires March 8, 2005

25
```