# EXHIBIT CCC

```
 1                              VOLUME:   I
                                PAGES:    1 to 141
 2                              EXHIBITS: 53 to 65
 3
            UNITED STATES DISTRICT COURT
 4            DISTRICT OF CONNECTICUT
 5
     Civil Action
 6   No. 3:02 CV 1267 (AVC)
 7
     INTERMARK FABRIC CORPORATION,     )
 8            Plaintiff,               )
                                       )
 9   v.                                )
                                       )
10                                     )
     MICROFIBRES, INC.,                )
11            Defendant.               )
12
13
14          DEPOSITION of HEMENDRA K. SHAH, called
15   as a witness on behalf of the Plaintiff,
16   pursuant to the applicable provisions of the
17   Federal Rules of Civil Procedure, before
18   Jeanette N. Maracas, Registered Professional
19   Reporter and Notary Public in and for the
20   Commonwealth of Massachusetts, at the
21   offices of Conn, Kavanaugh, Rosenthal,
22   Peisch & Ford, LLP, Ten Post Office Square,
23   Boston, Massachusetts, on Thursday, May 22,
24   2003, commencing at 11:15 a.m.
25
```

spherion

```
 1   A.  No.
 2   Q.  Have you disclosed that written opinion to
 3       any representative of Intermark?
 4   A.  No.
 5   Q.  What did you do in response to Intermark's
 6       attorney's initial request for information
 7       and assistance?
 8   A.  No, I found some of the paperwork.  I gave
 9       them those, some correspondence at that
10       time.
11   Q.  When you first received the '021 patent from
12       Microfibres, did you attempt to pull out any
13       information concerning Spectro's
14       activities?
15   A.  Only thing I just saw was I had little bit.
16       At that time I just looked in some of the
17       files and I found at that time or maybe
18       afterwards.
19   Q.  What files did you look through after you
20       got Microfibres' letter?
21   A.  My customer files and looked at something
22       because we lost a lot of files in '96.
23       There was a fire in 1996 and I lost a lot of
24       samples in the records.
25   Q.  What documents did you assemble after
```

111

```
 1      COMMONWEALTH OF MASSACHUSETTS)
 2      SUFFOLK, SS.                 )
 3
 4              I, Jeanette Maracas, Registered
        Professional Reporter and Notary Public in
 5      and for the Commonwealth of Massachusetts,
        do hereby certify that there came before me
 6      on the 22nd day of May, 2003 at 11:15 a.m.,
        the person hereinbefore named, who was by me
 7      duly sworn to testify to the truth and
        nothing but the truth of his knowledge
 8      touching and concerning the matters in
        controversy in this cause; that he was
 9      thereupon examined upon his oath, and his
        examination reduced to typewriting under my
10      direction; and that the deposition is a true
        record of the testimony given by the
11      witness.
12              I further certify that I am neither
        attorney or counsel for, nor related to or
13      employed by, any attorney or counsel
        employed by the parties hereto or
14      financially interested in the action.
15              In witness whereof, I have hereunto
        set my hand this 10th day of June, 2003.
16
17                      [signature: Jeanette Maracas]
18                      Notary Public
                        My commission expires 9/22/06
19
20
21
22
23
24
25
```

# EXHIBIT DDD

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

INTERMARK FABRIC CORPORATION,
    Plaintiff

        vs.         No. 3:02 CV 1267 (AVC)

MICROFIBRES, INC.,
    Defendant

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

**CERTIFIED COPY**

### DEPOSITION OF MOUSTAFA T. NOUR

Deposition taken at the offices of AVICORE Reporting, 25 Lowell Street, Suite #405, Manchester, New Hampshire, on Wednesday, September 17, 2003, commencing at 8:30 a.m.

**Court Reporter:**

Lori Bonafide, CSR
New Hampshire CSR No. 90 (RSA 331-B)

**AVICORE** Reporting

Certified Videographers & Court Reporters

VIDEOCONFERENCING

25 Lowell Street, Suite 405
P. O. Box 3337
Manchester, NH 03105-3337

(603) 666-4100
Toll Free (888) 212-2072
Fax (603) 895-8781
Email: AvicRptg@aol.com

1  A   I cannot recall exactly when.  I left in
2  August 19, 1991, until the time I left it was there.
3  Q   It was there?
4  A   I don't know, actually, after that when
5  they stopped, or whether they stopped before the
6  fire, I cannot be specific.
7  Q   Okay.  Do you recall when the fire was?
8  A   December 1995.
9  Q   After you left the facility, Mr. Nour --
10 A   Yes.
11 Q   -- what did you do?
12 A   I started my own company of selling dyes
13 and chemicals for the textile and at the same time
14 technical support, and Malden was one of my biggest
15 customers.
16 Q   Okay.  What kind of things did you do for
17 Malden?
18 A   I still supported any problem they have
19 with the print and actually to today.
20 Q   Okay.  Would that include transfer
21 printing, too?
22 A   No.
23 Q   Okay.  Do you know whether or not they

C E R T I F I C A T E

I, Lori Bonafide, a Certified Shorthand Reporter and Notary Public of the State of New Hampshire, do hereby certify that the foregoing is a true and accurate transcript of my stenographic notes of the deposition of **MOUSTAFA T. NOUR**, who was duly sworn, taken at the place and on the date hereinbefore set forth.

I further certify that I am neither attorney or counsel for, nor related to or employed by any of the parties to the action in which this deposition was taken, and further that I am not a relative or employee of any attorney or counsel employed in this case, nor am I financially interested in this action.

_____
Lori Bonafide
Certified Shorthand Reporter
Certificate No. 90 (RSA 331-B)



# EXHIBIT EEE

# A photographic essay of the Malden Mills fire



12/11/95 Lawrence firefighters battle the Malden Mills blaze in Methuen Monday night. The general alarm fire drew firefighters from around the region to fight it. GLOBE PHOTO BY JOHN BOHN



METHUEN - The Malden Mills buildings burn in Methuen Dec. 11, Firefighters form around the region - including New Hampshire - fought the fire. GLOBE PHOTO BY JOHN BOHN.



12/12/95 METHUEN - Smoke and flames leap skyward from the leftover structure of the Malden Mills fire. Many will now be left unemployed. . .for the holidays. GLOBE STAFF PHOTO BY DAVID L. RYAN



12/12/95 METHUEN - A lone firefighter atop a ladder, sprays down a smouldering fire with ice gripping the leftover structure of The Malden Mills fire. GLOBE STAFF PHOTO BY DAVID L. RYAN



Alvaro Rosario, 39, a Malden Mills employee injured in the Dec. 1995 fire, speaks to reporters as he leaves Massachusetts General Hospital March 3, 1996. AP PHOTO BY GAIL OSKIN



12/12/95 METHUEN - Twelve-year-old Omayra Pardella comforts her

grandmother, Marcelina Carmone at the Knights of Columbus emergency shelter. They spent the night there when the roof of their home caught fire from the Malden Mills blaze. GLOBE STAFF PHOTO BY BILL GREENE



12/13/99 METHUEN - Marge Penkus (right) of the Malden Mills Employee Assistance Program, consoles an employee who came to the Knights of Columbus hall for help. GLOBE STAFF PHOTO BY BILL GREENE



12/13/95 METHUEN - Workers from the Malden Mills jam the entrance of to the Knights of Columbus hall to receive their pay checks. Members of the "Talons" motorcycle club hold back the crowd. GLOBE STAFF PHOTO BY BILL GREENE



3/14/96 METHUEN - Manuel Martinez, a Malden Mills employee, picks up his last check here at the temporary Malden Mills office at the Methuen Mall. GLOBE STAFF PHOTO BY TOM LANDERS

12/19/96 METHUEN - Walter Bickford, director of environmental health and safety for Malden Mills, and Trudy Coxe, Environmental Affairs secretary, revisit the remains from last week's fire. GLOBE PHOTO BY BARRY CHIN



(Undated photo) A Malden Mills employee moves Polartec fabric after it runs through the finishing machine. GLOBE STAFF PHOTO