Case 3:02-cv-01267-AVC   Document 116   Filed 03/31/2004   Page 1 of 1



IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

INTERMARK FABRIC CORPORATION

v.                                                    C.A. No. 3:02-CV-1267(AVC)

**[MIC]ROFIBRES, INC.'S MOTION TO EXPEDITE
ITS MOTION TO
[COM]PEL THE PRODUCTION OF DOCUMENTS**

[...h]ereby moves this Honorable Court to expedite its Motion to Compel

[...docum]ents filed contemporaneously with this Motion to Expedite.

[...Micr]ofibres states:

[...Contemporane]ously with the filing of this Motion to Expedite, Microfibres filed a

[...Motion to Compel the Pr]oduction of Documents;

[...Th]e Motion to Compel is, as more fully set forth in Microfibres'

[...based on the fact th]at Intermark is improperly withholding hiding relevant documents

[...despite a protection] order to do so;

[...Fact discovery i]s set to close on September 1, 2003;

[...Under the norma]l motion schedule set forth in Rule 9(a)(1), Intermark will have 21 days

[...to respond to the M]otion to Compel and under Rule 9(g), Microfibres will have 10 days to

[...reply];

[...Microfibres w]ill not have sufficient time to complete its fact discovery if its Motion to

[...Compel is not decided] sooner;

[...There] is good cause based upon Intermark's improper withholding of

[...documents and Microfibres r]equests that the Court expedite its decision and rule on Microfibres'

[...Motion to Compel.]

**[R]EQUESTED**

March 31, 2004. Denied as moot.
SO ORDERED.

Alfred V. Covello, U.S.D.J.