97

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT


ORIGINAL

| | |
|---|---|
| INTERMARK FABRIC CORPORATION,<br>Plaintiff,<br><br>v.<br><br>MICROFIBRES, INC.,<br>Defendant. | Civil Action No. 3:02-CV-1267 (AVC) |

**PLAINTIFF'S MOTION TO PARTIALLY WITHDRAW PREVIOUSLY FILED MOTION AND TO STRIKE AFFIDAVITS FILED BY DEFENDANT IN SUPPORT OF ITS OPPOSITION TO PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT**

Plaintiff, Intermark Fabric Corporation hereby moves this Honorable Court to (1) withdraw its Motion for Leave to Supplement its Motion for Summary Judgment and to Strike Affidavits Filed by Defendant in Support of its Opposition to Plaintiff's Motion for Summary Judgment filed on September 11, 2003 but only to the extent that said Motion seeks to strike the Affidavits filed by Microfibres in support of its Opposition to Intermark's Motion for Summary Judgment, and (2) to strike the Affidavit of James R. McCulloch attached as Exhibit A to Defendant's Memorandum of Law in Support of Objection to Motion for Summary Judgment filed on August 11, 2003 ("Opposition Memorandum"), to the extent it contradicts Mr. McCulloch's prior deposition testimony, and to strike the Affidavit of William F. Laird attached

FILED

2004 MAR 31  P 6:10

3:02cv1267 (AVC). March 31, 2004. There being no objection, the motion is granted.

SO ORDERED.