

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

FILED
2003 SEP -3 A II: 0
US DISTRICT COURT
HARTFORD CT

| | |
|---|---|
| INTERMARK FABRIC CORPORATION | : |
| v. | : C.A. No. 3:02-CV-1267 (AVC) |
| MICROFIBRES, INC. | : September 2, 2003 |

### MICROFIBRES, INC.'S MOTION TO COMPEL INTERROGATORY RESPONSES

Microfibres, Inc. hereby moves for an Order compelling Intermark Fabric Corporation to immediately respond to Interrogatories 22 and 23 contained in Microfibres First Set of Interrogatories dated July 10, 2003.

The undersigned counsel hereby certifies that he has conferred with opposing counsel in an effort to obtain the discovery without court action.

```
3:02cv1267 (AVC).  April 28, 2003.  This is an action for a
declaratory judgment.  The plaintiff and counterclaim defendant,
Intermark Fabric Corporation, ("Intermark") seeks a declaration
that it has not infringed a so-called `021 patent held by the
defendant and counterclaim plaintiff, Microfibers, Inc.,
("Microfibers").  In response, Microfibers alleges that Intermark
willfully infringed its `021 patent, engaged in trade libel, and
violated the Connecticut Unfair Trade Practices Act.  Microfibers
now moves to compel Intermark to furnish "each and every fact"
constituting the factual basis for the claims that Intermark does
not infringe the `021 patent or induce infringement of the 021
patent.  Having reviewed the submissions of counsel, the motion
is GRANTED.  However, there will be a simultaneous exchange of
information.  In this regard, on a date to be agreed upon by the
parties and approved by the court, Intermark shall provide all
facts and identify all information supporting its allegations of
non-infringement of the claims at issue, and Microfibers shall
provide all facts and identify all information supporting its
allegations of infringement.  After the day of exchange, any
party seeking to amend or modify their response must first obtain
the consent of all parties or leave of the court.  The court will
not entertain any such motion to amend or modify unless good
cause is shown.

SO ORDERED.
```

*Alfred V. Covello*
Alfred V. Covello, U.S.D.J.

FILED 2004 APR -2 P 2:55 U.S. DISTRICT COURT HARTFORD CT