IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| INTERMARK FABRIC CORPORATION, | ) |
| | ) |
| Plaintiff, | ) |
| | ) Civil Action No. 3:02-CV-1267 (AVC) |
| v. | ) |
| | ) |
| MICROFIBRES, INC., | ) |
| | ) |
| Defendant. | ) |

**DECLARATION OF CHARLES F. O'BRIEN
IN SUPPORT OF PLAINITFF, INTERMARK FABRIC
CORPORATION'S MOTION FOR IN CAMERA INSPECTION
AND RELIEF FROM ORDER**

I, Charles F. O'Brien, hereby declare as follows:

1. I am an associate with the firm of Cantor Colburn LLP and I am one of the attorneys representing Plaintiff, Intermark Fabric Corporation in this matter. If called upon as a witness, I could and would testify competently thereto. I have personal knowledge of all the facts set forth in this Declaration.

2. Attached hereto as Exhibit A is a true and correct copy of Intermark Fabric Corporation's Privilege Log produced to Microfibres, Inc.

Signed under the pains and penalties of perjury on this 10th day of May, 2004.

_____
Charles F. O'Brien

-2-

## CERTIFICATE OF SERVICE

    I hereby certify that a true and accurate copy of the Declaration of Charles F. O'Brien In Support of Plaintiff's Motion for In Camera Inspection and Relief from Order was served via regular mail on this 10th day of May, 2004 upon:

> Brent R. Canning, Esq.
> William R. Grimm, Esq.
> Hinckley. Allen & Snyder LLP
> 1500 Fleet Center
> Providence, RI 02906
>
> Jeffrey W. Kennedy, Esq.
> Stephen G. Murphy, Jr., Esq.
> Milano & Wanat
> 471 East Main Street
> Branford, CT 06405

By: _____
Charles F. O'Brien, Esq.

# EXHIBIT A

PLAINTIFF'S PRIVILEGE LOG
INTERMARK FABRIC CORPORATION V. MICROFIBRES, INC.

| DATE | TYPE OF DOC. | AUTHOR | RECIPIENT | NATURE OF DOCUMENT | NATURE OF PRIVILEGE | BATES # |
|---|---|---|---|---|---|---|
| Undated | E-Mail | Michael A. Cantor, Esq., Cantor Colburn | Alexander Witte, Esq., Witte, Weller & Partner; cc: William Lucchesi and Wayne Turcotte, Intermark Fabric Corporation | Letter concerning prior art | Attorney-Client; Joint Defense; Attorney Work Product | IFC-02806 |
| 7/2/02 | Fax | William Lucchesi, Intermark Fabric Corporation | Michael A. Cantor, Esq., Cantor Colburn | Forwarding letter (with attachments) dated 7/1/02 from Alexander Witte, Esq. to H. Herrn Gunther Walter of Spandauer Velours concerning Microfibres' '614 patent and Spandauer Velours | Attorney-Client; Joint Defense; Attorney Work Product | IFC-02807 - IFC-02820 |
| 07/09/02 | Fax | William Lucchesi, Intermark Fabric Corporation | Michael A. Cantor, Esq., Cantor Colburn | Forwarding letter dated 7/8/02 from Alexander Witte, Esq. to H. Herrn Gunther Walter of Spandauer Velours and William Lucchesi, Intermark Fabric Corporation concerning Microfibres' '614 patent and Spandauer Velours | Attorney-Client; Joint Defense; Attorney Work Product | IFC-02821 - IFC-02823 |
| 7/17/02 | Fax | Wayne Turcotte, Intermark Fabric Corporation | Michael A. Cantor, Esq., Cantor Colburn | Forwarding letter dated 7/15/02 from Alexander Witte, Esq. to H. Herrn Gunther Walter of Spandauer Velours and William Lucchesi of Intermark Fabric Corporation concerning Microfibres' '614 patent and Spandauer Velours | Attorney-Client; Joint Defense; Attorney Work Product | IFC-02824 - IFC-02827 |

| DATE | TYPE OF DOC. | AUTHOR | RECIPIENT | NATURE OF DOCUMENT | NATURE OF PRIVILEGE | BATES # |
|---|---|---|---|---|---|---|
| 8/28/02 | Fax | Alexander Witte, Esq., Witte, Weller & Partner | Michael A. Cantor, Esq., Cantor Colburn | Letter concerning Microfibres' '614 patent and Spandauer Velours | Attorney-Client; Joint Defense; Attorney Work Product | IFC-02828 |
| 8/30/02 | Letter | Alexander Witte, Esq., Witte, Weller & Partner | Michael A. Cantor, Esq., Cantor Colburn | Letter concerning Microfibres' '614 patent and Spandauer Velours | Attorney-Client; Joint Defense; Attorney Work Product | IFC-02829 - IFC-02831 |
| 9/6/02 | Fax | Alexander Witte, Esq., Witte, Weller & Partner | Michael A. Cantor, Esq., Cantor Colburn | Letter concerning Microfibres' '614 patent and Spandauer Velours | Attorney-Client; Joint Defense; Attorney Work Product | IFC-02832 - IFC-02834 |
| 9/6/02 | Fax | Michael A. Cantor, Esq., Cantor Colburn | Alexander Witte, Esq., Witte, Weller & Partner | Letter concerning Microfibres' '021 patent | Attorney-Client; Joint Defense; Attorney Work Product | IFC-02835 |
| 10/29/02 | Letter | Alexander Witte, Esq., Witte, Weller & Partner | Michael A. Cantor, Esq., Cantor Colburn | Letter concerning Microfibres' '614 patent and Spandauer Velours | Attorney-Client; Joint Defense; Attorney Work Product | IFC-02836 - IFC-02837 |
| 5/30/03 | Letter | Charles O'Brien, Esq., Cantor Colburn LLP | Charles Bunch, Avidtech Industries, Inc. | Letter concerning Microfibres '614 patent and '021 patent | Attorney-Client; Joint Defense; Attorney Work Product | IFC-02838 - IFC-02840 |
| 5/30/03 | Letter | Charles Bunch, Avidtech Industries, Inc. | Charles O'Brien, Esq., Cantor Colburn | Letter concerning Microfibres '614 patent and '021 patent | Attorney-Client; Joint Defense; Attorney Work Product | IFC-02841 |
| 3/11/03 | Letter | Charles O'Brien, Esq., Cantor Colburn LLP | D. Blaine Sanders, Esq., Robinson, Bradshaw & Hinson, P.A. | Letter concerning Microfibres '614 patent and '021 patent | Attorney-Client; Joint Defense; Attorney Work Product | IFC-02842 - IFC-02844 |

| DATE | TYPE OF DOC. | AUTHOR | RECIPIENT | NATURE OF DOCUMENT | NATURE OF PRIVILEGE | BATES # |
|---|---|---|---|---|---|---|
| 3/20/03 | Fax | D. Blaine Sanders, Esq., Robinson, Bradshaw & Hinson, P.A. | Charles O'Brien, Esq., Cantor Colburn | Letter concerning Microfibres and '021 patent | Attorney-Client; Joint Defense; Attorney Work Product | IFC-02845 - IFC-02846 |
| 5/8/03 | E-mail | Charles O'Brien, Esq., Cantor Colburn LLP | D. Blaine Sanders, Esq., Robinson, Bradshaw & Hinson, P.A. | Litigation with Microfibres | Attorney-Client; Joint Defense; Attorney Work Product | IFC-02847 |
| 07/24/02 | Fax | Non-testifying Consultant | Sandra McLaughlin of Cantor Colburn | Letter concerning prior art | Attorney-Client; Attorney Work Product | IFC-02848 |
| 07/26/02 | Memos | Non-testifying Consultant | Michael A. Cantor, Esq., Cantor Colburn | Memos concerning prior art | Attorney-Client; Attorney Work Product | IFC-02849 - IFC-02859 |
| 07/30/02 | Memos | Non-testifying Consultant | Wayne Turcotte, Intermark Fabric Corporation; copies received by Michael A. Cantor, Esq., Cantor Colburn | Memos concerning prior art | Attorney-Client; Attorney Work Product | IFC-02860 |
| 07/30/02 | Memos | Non-testifying Consultant | Michael A. Cantor, Esq., Cantor Colburn and Wayne Turcotte, Intermark Fabric Corporation | Memos concerning prior art | Attorney-Client; Attorney Work Product | IFC-02861 - IFC-02875 |
| 07/30/02 | Memos | Non-testifying Consultant | Michael A. Cantor, Esq., Cantor Colburn | Memos concerning prior art | Attorney-Client; Attorney Work Product | IFC-02876 - IFC-02884 |

-3-

| DATE | TYPE OF DOC. | AUTHOR | RECIPIENT | NATURE OF DOCUMENT | NATURE OF PRIVILEGE | BATES # |
|---|---|---|---|---|---|---|
| 07/31/02 | Fax | Non-testifying Consultant | Wayne Turcotte, Intermark Fabric Corporation; copies received by Michael A. Cantor, Esq., Cantor Colburn | Letter concerning prior art | Attorney-Client; Attorney Work Product | IFC-02885 - IFC-02888 |
| 07/31/02 | Letter | Non-testifying Consultant | Michael A. Cantor, Esq., Cantor Colburn and Wayne Turcotte, Intermark Fabric Corporation | Letter concerning prior art | Attorney-Client; Attorney Work Product | IFC-02889 |
| 08/08/02 | Memo | Non-testifying Consultant | Wayne Turcotte, Intermark Fabric Corporation; Copy received by Michael A. Cantor, Esq., Cantor Colburn on 08/09/02 | Memo concerning prior art. | Attorney-Client; Attorney Work Product | IFC-02890 - IFC-02891 |
| 08/19/02 | Fax | William Lucchesi of Intermark Fabric Corporation | Michael A. Cantor, Esq., Cantor Colburn | Fax attaching letter from non-testifying consultant dated 08/19/02 to Wayne Turcotte of Intermark Fabric Corporation | Attorney-Client; Attorney Work Product | IFC-02892 - IFC-02893 |
| 4/16/03 | Fax | Non-testifying Consultant | Charles F. O'Brien, Esq., Cantor Colburn | Letter (with attachment) concerning prior art | Attorney-Client; Attorney Work Product | IFC-02894 - IFC-02898 |

-4-