IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

**FILED**

2004 MAY 21  P 4: 04
U.S. DISTRICT COURT
HARTFORD, CT.

INTERMARK FABRIC CORPORATION :
:
v.                           :     C.A. No. 3:02-CV-1267 (AVC)
:
MICROFIBRES, INC.            :

## SCHEDULING ORDER

By agreement of the parties, and pursuant to the Court's April 1, 2004 Order, the following schedule shall enter as an Order of this Court:

1. Intermark shall, consistent with the Court's March 31, 2004 Order, produce or otherwise make available all staple article of commerce documents, including sales records, invoices, and delivery records, to Microfibres by June 2, 2004;

2. The parties shall through their discovery responses identify and provide all facts concerning their respective infringement and non-infringement positions within 45 days of the date that the Court rules on Intermark's pending Motion for Reconsideration;

3. The parties shall designate all trial experts concerning the additional claims set forth in Intermark's Second Amended Complaint and provide opposing counsel with reports from such retained experts on or before October 1, 2004;

4. The parties shall designate and exchange rebuttal expert reports, if any, on or before November 1, 2004;

5. All discovery, including depositions of all witness, shall be completed by December 15, 2004; and

6. Any dispositive motions concerning the additional claims set forth in Intermark's Second Amended Complaint or other motions, except motions in limine incident to trial, shall be filed on or before January 15, 2005.

**SO ORDERED** this 21st day of _MAY_, 2004

_____
Honorable Alfred V. Covello
Judge of the United States District Court
for the District of Connecticut

PRESENTED BY:

MICROFIBRES, INC.
By its Attorneys,

/s/

Brent R. Canning (CT 414863)
William R. Grimm, Esq.
Hinckley, Allen & Snyder LLP
1500 Fleet Center
Providence, Rhode Island 02903
401-274-2000
401-277-9600 Fax

RESIDENT COUNSEL:
Jeffrey W. Kennedy, Esq.
Milano & Wanat
471 East Main Street
Branford, Connecticut 06405
203.315.7000 (TEL)
203.315.7007 (FAX)

## CERTIFICATION

Charles F. O'Brien, Esq.
Cantor Colburn LLP
55 Griffin Road South
Bloomfield, CT 06002

    I certify that I faxed and mailed a copy of the foregoing Scheduling Order to counsel of record, as above, this __18th__ day of May, 2004.

/s/

2

#603556 v1