124

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

**ORIGINAL**

INTERMARK FABRIC CORPORATION, )
)
            Plaintiff, ) Civil Action No. 3:02-CV-1267 (AVC)
v. )
)
MICROFIBRES, INC., )
)
           Defendant. )

**PLAINITFF, INTERMARK FABRIC
CORPORATION'S PLAINTIFF'S MOTION FOR
IN CAMERA INSPECTION AND RELIEF FROM ORDER**

Now comes the Plaintiff, Intermark Fabric Corporation and moves this Honorable Court for an in camera inspection of documents relative to an asserted joint defense privilege and relief from an Order entered by the Court on April 1, 2004 to the extent that said Order requires Plaintiff to produce documents exchanged between certain customers where Plaintiff has claimed that the documents are protected under the joint defense privilege.

```
3:02cv1267 (AVC).  August 20, 2004.  On April 1, 2004, the
court granted Microfibres' motion to compel Intermark to
produce communications with third parties concerning the
patented invention.  Although Intermark claimed that the
information at issue was protected by a joint defense
privilege, the court rejected the assertion, concluding that
Intermark failed to satisfy its burden of proof with
affidavits, evidence of common legal interest, or by
producing indemnity and joint defense agreements.  Intermark
now seeks reconsideration of that order, arguing that the
proof that was lacking may be furnished through an in camera
inspection.  Having reviewed the contentions of counsel and
the relevant authority, the motion for reconsideration is
GRANTED.  The relief requested is also granted in that the
court's prior order (no. 119) is hereby VACATED to the extent
it rejected Intermark's argument that certain communications
were protected by the joint defense privilege.  Intermark
shall have to and including August 31, 2004 to file a motion
for in camera review for purposes of satisfying its burden of
proving that a joint defense privilege exists between
Intermark and the third parties set forth herein.  The motion
shall be filed under seal, shall attached a memorandum of law
and, of course, the relevant evidence.
```

SO ORDERED.

                               Alfred V. Covello, U.S.D.J.