## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF CONNECTICUT

INTERMARK FABRIC CORPORATION      :
           Plaintiff                :

                                  :

            v.                   :       C.A. No. 302 CV 1267 AVC

                                  :

MICROFIBRES, INC.                  :
            Defendant          :

## STIPULATION

It is hereby agreed by and between the parties that the time within which Microfibres,

Inc. shall have to file an opposition to Intermark Fabric Corporation's Motion for *In Camera*

Review is extended to and including September 30, 2004.

INTERMARK FABRIC CORPORATION
By its Attorneys,

_____
Charles F. O'Brien (CT 22074)
~~Michael J. Rye (CT 18354)~~
Cantor Colburn LLP
55 Griffin Road South
Bloomfield, CT 06002
860.286.2929

MICROFIBRES, INC.
By its Attorneys,

_____
Brent R. Canning (CT 23991)
Hinckley, Allen & Snyder LLP
1500 Fleet Center
Providence, RI 02906
401.274.2000