136

FILED

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF CONNECTICUT

2004 SEP 16  A 10: 40

DISTRICT COURT
HARTFORD, CT.

INTERMARK FABRIC CORPORATION :
      Plaintiff :
                      :

    v. :    C.A. No. 302 CV 1267 AVC
                      :

MICROFIBRES, INC. :
         Defendant :

### STIPULATION

It is hereby agreed by and between the parties that the time within which Microfibres,

Inc. shall have to file an opposition to Intermark Fabric Corporation's Motion for *In Camera*

Review is extended to and including September 30, 2004.

INTERMARK FABRIC CORPORATION
By its Attorneys,

Charles F. O'Brien (CT 22074)
Michael J. Rye (CT 18354)
Cantor Colburn LLP
55 Griffin Road South
Bloomfield, CT 06002
860.286.2929

MICROFIBRES, INC.
By its Attorneys,

Brent R. Canning (CT 23991)
Hinckley, Allen & Snyder LLP
1500 Fleet Center
Providence, RI 02906
401.274.2000

2004 SEP 16  P 6: 10

U.S. DISTRICT COURT
HARTFORD, CT.

September 16, 2004.  SO ORDERED.

Alfred V. Covello, U.S.D.J.