UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| INTERMARK FABRIC CORPORATION : | |
| : | |
| Plaintiff, : | |
| : | |
| vs. : | C.A. No. 3:02-CV-1267 (AVC) |
| : | |
| MICROFIBRES, INC. : | |

**MOTION TO ENLARGE TIME**

Defendant, Microfibres, Inc., hereby moves the Court for an Order extending the time within which it may respond to Intermark Fabric Corporation's Third Set of Interrogatories up to and including **October 15, 2004**.

As grounds, Microfibres states that Intermark's Third Set of Interrogatories are directed to complicated anti-trust issues and additional time is required to prepare a response.

This is the first request for an extension of time that Microfibres has requested from the Court. Microfibres previously requested and received a 30-day extension from counsel for Intermark but has been unable to reach counsel for Intermark to address this additional extension.

MICROFIBRES, INC.
By its Attorneys,

/s/

William R. Grimm, Esq. (ct 414863)
Brent R. Canning, Esq. (ct 23991)
HINCKLEY, ALLEN & SNYDER LLP
1500 Fleet Center
Providence, RI 02903
Telephone: (401) 274-2000
Facsimile: (401) 277-9600

#623011 v1

RESIDENT COUNSEL:
Jeffrey W. Kennedy, Esq. (CT 16419)
Milano & Wanat
471 East Main Street
Branford, Connecticut 06405
203.315.7000 (TEL)
203.315.7007 (FAX)

## CERTIFICATION

Charles F. O'Brien, Esq.
Cantor Colburn LLP
55 Griffin Road South
Bloomfield, CT 06002

    I certify that I mailed a copy of the foregoing Motion to Enlarge Time to counsel, as above, this 28TH day of September, 2004.

#623011 v1