IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| INTERMARK FABRIC CORPORATION :<br>　　　　Plaintiff　　　　　　　　　　　　 : <br> v.　　　　　　　　　　　　　　　　　 :　　C.A. No. 302 CV 1267 AVC<br>　　　　　　　　　　　　　　　　　　 : <br> MICROFIBRES, INC.　　　　　　　　　 : <br>　　　　Defendant　　　　　　　　　　　 : | |

### MICROFIBRES, INC.'S OBJECTION TO INTERMARK'S MOTION FOR *IN CAMERA* REVIEW

Microfibres, Inc. hereby objects to Intermark's Motion for *In Camera* Review and relies on the accompanying Memorandum of Law.

　　　　　　　　　　　　　　　　　MICROFIBRES, INC.
　　　　　　　　　　　　　　　　　By its Attorneys,

　　　　　　　　　　　　　　　　　/s/ BRC
　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　William R. Grimm, Esq. (CT 414863)
　　　　　　　　　　　　　　　　　Brent R. Canning, Esq. (CT 23991)
　　　　　　　　　　　　　　　　　HINCKLEY, ALLEN & SNYDER LLP
　　　　　　　　　　　　　　　　　1500 Fleet Center
　　　　　　　　　　　　　　　　　Providence, RI 02903
　　　　　　　　　　　　　　　　　(401) 274-2000
　　　　　　　　　　　　　　　　　(401) 277-9600 (Fax)

　　　　　　　　　　　　　　　　　RESIDENT COUNSEL:
　　　　　　　　　　　　　　　　　Jeffrey W. Kennedy, Esq.
　　　　　　　　　　　　　　　　　Milano & Wanat
　　　　　　　　　　　　　　　　　471 East Main Street
　　　　　　　　　　　　　　　　　Branford, Connecticut 06405
　　　　　　　　　　　　　　　　　203.315.7000 (TEL)
　　　　　　　　　　　　　　　　　203.315.7007 (FAX)

## CERTIFICATION

Charles F. O'Brien, Esq.
William Cass, Esq.
Cantor Colburn LLP
55 Griffin Road South
Bloomfield, CT 06002

    I certify that I faxed and mailed a copy of the foregoing Objection to counsel of record, as above, on September 29, 2004.

_Kristy Jonsing_