UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| INTERMARK FABRIC CORPORATION | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| vs. | : | C.A. No. 3:02-CV-1267 (AVC) |
| | : | |
| MICROFIBRES, INC. | : | |

## MOTION TO ENLARGE TIME

Defendant, Microfibres, Inc., hereby moves the Court for an Order extending the time within which it may respond to Intermark Fabric Corporation's Third Set of Interrogatories up to and including **October 15, 2004**.

As grounds, Microfibres states that Intermark's Third Set of Interrogatories are directed to complicated anti-trust issues and additional time is required to prepare a response.

This is the first request for an extension of time that Microfibres has requested from the Court. Microfibres previously requested and received a 30-day extension from counsel for Intermark but has been unable to reach counsel for Intermark to address this additional extension.

MICROFIBRES, INC.
By its Attorneys,

William R. Grimm, Esq. (ct 414863)
Brent R. Canning, Esq. (ct 23991)
HINCKLEY, ALLEN & SNYDER LLP
1500 Fleet Center
Providence, RI 02903
Telephone: (401) 274-2000
Facsimile: (401) 277-9600

#623011 v1

October 1, 2004  GRANTED
SO ORDERED.
Alfred V. Covello, U.S.D.J.