IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| INTERMARK FABRIC CORPORATION, ) ) Plaintiff, ) ) v. ) ) MICROFIBRES, INC., ) ) Defendant. ) | Civil Action No. 3:02-CV-1267 (AVC) |

**PLAINTIFF INTERMARK FABRIC CORPORATION'S
MOTION TO COMPEL PRODUCTION OF DOCUMENTS
AND RESPONSES TO INTERROGATORIES**

Now comes the Plaintiff, Intermark Fabric Corporation and moves this Honorable Court to enter an order that Microfibres produce all documents that are responsive to Intermark's Fifth Set of Requests for Production of Documents and respond to Interrogatory numbers 1, 3, 4, 5, 7, 8, 9 and 10 of Intermark's Third Set of Interrogatories.

As grounds therefore, Intermark Fabric Corporation relies on its accompanying Memorandum of Law in Support of Plaintiff's Motion to Motion to Compel the Production of Documents and Responses to Interrogatories.

Pursuant to Rule 37(a)(2)(A), the undersigned hereby certifies that a good faith effort has been made to confer with Microfibres in an effort to secure the disclosure without court action. Furthermore, in accordance with D.Conn.L.Civ.R. 37(a)(1), an affidavit has been filed contemporaneously herewith certifying that the undersigned has conferred with counsel for Microfibres in good faith to resolve by agreement the issues raised by this motion without intervention of the court.

Respectfully submitted,
For the Plaintiff

By: _____
Charles F. O'Brien (ct 22074)
William J. Cass (ct 12806)
CANTOR COLBURN LLP
55 Griffin Road South
Bloomfield, Connecticut 06002
Telephone: (860) 286-2929
Facsimile: (860) 286-0115

Dated: 11/5/04

## CERTIFICATE OF SERVICE

I hereby certify that a true and accurate copy of the Plaintiff Intermark Fabric Corporation's Motion to Compel the Production of Documents and Responses to Interrogatories was served via regular mail on this 5th day of November, 2004 upon:

Brent R. Canning, Esq.
William R. Grimm, Esq.
Hinckley, Allen & Snyder LLP
1500 Fleet Center
Providence, RI 02906

Jeffrey W. Kennedy, Esq.
Stephen G. Murphy, Jr., Esq.
Milano & Wanat
471 East Main Street
Branford, CT 06405

By: _____
Charles F. O'Brien, Esq.