IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| INTERMARK FABRIC CORPORATION,<br><br>Plaintiff,<br><br>v.<br><br>MICROFIBRES, INC.,<br><br>Defendant. | Civil Action No. 3:02-CV-1267 (AVC) |

### AFFIDAVIT OF CHARLES F. O'BRIEN PURSUANT TO D.CONN.L.CIV.R. 37 (A)(2)

The undersigned hereby certifies that I have conferred with counsel for Microfibres in good faith to resolve by agreement the issues raised by this motion without intervention of the Court, and have been unable to reach such an agreement.

Signed under the pains and penalties of perjury on this 5th day of November, 2004.

Respectfully submitted,
For the Plaintiff

By: _____
Charles F. O'Brien (ct 22074)
CANTOR COLBURN LLP
55 Griffin Road South
Bloomfield, Connecticut 06002
Telephone: (860) 286-2929
Facsimile: (860) 286-0115

## CERTIFICATE OF SERVICE

     I hereby certify that a true and accurate copy of the Affidavit of Charles F. O'Brien Pursuant to D.Conn.L.Civ.R. 37 (a)(2) was served via regular mail on this 5th day of November, 2004 upon:

Brent R. Canning, Esq.
William R. Grimm, Esq.
Hinckley. Allen & Snyder LLP
1500 Fleet Center
Providence, RI 02906

Jeffrey W. Kennedy, Esq.
Stephen G. Murphy, Jr., Esq.
Milano & Wanat
471 East Main Street
Branford, CT 06405

By: _____
Charles F. O'Brien, Esq.