IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| INTERMARK FABRIC CORPORATION, )<br><br>Plaintiff, )<br><br>v. )<br><br>MICROFIBRES, INC., )<br><br>Defendant. ) | Civil Action No. 3:02-CV-1267 (AVC) |

**DECLARATION OF CHARLES F. O'BRIEN
IN SUPPORT OF PLAINTIFF INTERMARK FABRIC CORPORATION'S
MOTION TO COMPEL THE PRODUCTION OF
DOCUMENTS AND RESPONSES TO INTERROGATORIES**

I, Charles F. O'Brien, hereby declare as follows:

1.      I am an associate with the firm of Cantor Colburn LLP and I am one of the

attorneys representing Plaintiff, Intermark Fabric Corporation in this matter. If called upon as a

witness, I could and would testify competently thereto. I have personal knowledge of all the

facts set forth in this Declaration.

2.      Attached hereto as Exhibit 1 is a true and correct copy of Microfibres Responses

to Intermark's Fifth Set of Request for Production of Documents.

3.      Attached hereto as Exhibit 2 is a true and correct copy of Microfibres' Responses

to Intermark's Third Set of Interrogatories. [THIS DOCUMENT IS FILED UNDER SEAL

PURSUANT TO THE PROTECTIVE ORDER ENTERED IN THIS MATTER]

4.      Attached hereto as Exhibit 3 is a true and correct copy of a letter dated March 18,

2003 from William R. Grimm, Esq., counsel for Microfibres, to Charles F. O'Brien, Esq.,

counsel for Intermark.

Signed under the pains and penalties of perjury on this 5th day of November, 2004.

_____
Charles F. O'Brien

## CERTIFICATE OF SERVICE

I hereby certify that a true and accurate copy of the Declaration of Charles F. O'Brien In Support of Plaintiff Intermark Fabric Corporation's Motion to Compel the Production of Documents and Responses to Interrogatories was served via regular mail on this 5th day of November, 2004 upon:

Brent R. Canning, Esq.
William R. Grimm, Esq.
Hinckley. Allen & Snyder LLP
1500 Fleet Center
Providence, RI 02906

Jeffrey W. Kennedy, Esq.
Stephen G. Murphy, Jr., Esq.
Milano & Wanat
471 East Main Street
Branford, CT 06405

By: _____
Charles F. O'Brien, Esq.