IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

INTERMARK FABRIC CORPORATION :
:
:
v. : C.A. No. 3:02-CV-1267 (AVC)
:
MICROFIBRES, INC. :
:

## RESPONSES OF DEFENDANT MICROFIBRES TO PLAINTIFF INTERMARK FABRIC CORPORATION'S FIFTH SET OF REQUESTS FOR PRODUCTION OF DOCUMENTS

**REQUEST NO. 1:** A complete list of all of Microfibres' customers prior to the commencement of the instant action on July 23, 2002 and all documents which reflect the products that such customers purchased from Microfibres for the two year period prior to July 23, 2002.

**RESPONSE NO. 1:** Objection. This request is irrelevant and not reasonably calculated to lead to the discovery of admissible evidence concerning Intermark's antitrust claims. Microfibres believes that such request is made for competitive purposes as it relates to confidential, proprietary information of Microfibres of the most sensitive nature.

**REQUEST NO. 2:** A current complete list of all of Microfibres' customers and all documents which reflect the products that such customers have purchased from Microfibres since the commencement of the instant action on July 23, 2002.

**RESPONSE NO. 2:** Objection. This request is irrelevant and not reasonably calculated to lead to the discovery of admissible evidence concerning Intermark's antitrust claims.

Microfibres believes that such request is made for competitive purposes as it relates to confidential, proprietary information of Microfibres of the most sensitive nature.

MICROFIBRES, INC.

By its Attorneys,

Brent R. Canning, Esq. (CT 23991)
William R. Grimm, Esq.
HINCKLEY, ALLEN & SNYDER LLP
1500 Fleet Center
Providence, RI 02903
(401) 274-2000
(401) 277-9600 (Fax)

RESIDENT COUNSEL:
Jeffrey W. Kennedy, Esq. (CT 16419)
Milano & Wanat
471 East Main Street
Branford, Connecticut 06405
203.315.7000 (TEL)
203.315.7007 (FAX)

October 14, 2004

## CERTIFICATION

Charles F. O'Brien, Esq.
Cantor Colburn LLP
55 Griffin Road South
Bloomfield, CT 06002

    I certify that I mailed a copy of the foregoing Responses of Defendant Microfibres to Plaintiff Intermark Fabric Corporation's Fifth Set of Requests for Production of Documents, as above, this __14th__ day of October, 2004.

#620763   (016254 / 115115)

2