UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED
2004 NOV 17 P 4: 32
DISTRICT COURT
HARTFORD CT

| | |
|---|---|
| INTERMARK FABRIC CORPORATION, | |
| Plaintiff, | Civil Action No. 3:02-CV-1267 (AVC) |
| v. | |
| MICROFIBRES, INC., | |
| Defendant. | |

### JOINT MOTION TO AMEND SCHEDULING ORDER

The parties jointly move this Honorable Court to amend the Scheduling Order. As grounds therefore, the parties state as follows:

1. Following the granting of Plaintiff's motion to amend the complaint to include causes of action relating to, *inter alia*, alleged antitrust violations, the Court entered a scheduling order covering said additional causes of action.

2. Plaintiff thereafter propounded upon Microfibres a Third Set of Interrogatories ("Interrogatories") and Fifth Set of Request for Production of Documents ("Requests").

3. Defendant filed its responses to the Interrogatories and Request for Production and Plaintiff believes that the responses are deficient.

4. Counsel for the parties have attempted in good faith to resolve their discovery dispute but have been unable to do so.

5. On November 5, 2004, Plaintiff filed with this Court a Motion to Compel Production of Documents and Responses to Interrogatories. The motion is currently pending.

*[Margin annotations: FILED 2004 NOV 23 P 2:14 U.S. DISTRICT COURT HARTFORD CT; Alfred V. Covello, U.S.D.J.; GRANTED. SO ORDERED. November 23, 2004.]*