IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| INTERMARK FABRIC CORPORATION : | |
| : | |
| v. : | C.A. No. 3:02-CV-1267 (AVC) |
| : | |
| MICROFIBRES, INC. : | |

## MICROFIBRES, INC.'S OBJECTION TO
## INTERMARK FABRIC CORPORATION'S MOTION TO COMPEL

Microfibres, Inc. hereby objects to Intermark Fabric Corporation's Motion to Compel for the reasons set forth in the accompanying Memorandum of Law.

MICROFIBRES, INC.
By its Attorneys,

/s/ Brent R. Canning

Brent R. Canning, Esq. (CT 23991)
William R. Grimm, Esq. (CT 414863)
HINCKLEY, ALLEN & SNYDER LLP
1500 Fleet Center
Providence, RI 02903
(401) 274-2000
(401) 277-9600 (Fax)

RESIDENT COUNSEL:
Jeffrey W. Kennedy, Esq. (CT 16419)
Milano & Wanat
471 East Main Street
Branford, Connecticut 06405
203.315.7000 (TEL)
203.315.7007 (FAX)

November 24, 2004

## CERTIFICATION

Charles F. O'Brien, Esq.
Cantor Colburn LLP
55 Griffin Road South
Bloomfield, CT 06002

    I certify that I faxed and mailed a copy of the foregoing Objection to counsel of record, as above, on November ___, 2004.

_____

#631255 v1