IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| INTERMARK FABRIC CORPORATION : | |
| : | |
| v. : | C.A. No. 3:02-CV-1267 (AVC) |
| : | |
| MICROFIBRES, INC. : | |

## MOTION TO COMPEL INTERROGATORY RESPONSES

Microfibres, Inc. hereby moves for an Order compelling Intermark Fabric Corporation to immediately respond to Interrogatories 1, 2, 3, 8, 9, 10, 12, 13, and 14 contained in Microfibres Second Set of Interrogatories. As grounds Microfibres relies on the accompanying Memorandum of Law.

MICROFIBRES, INC.
By its Attorneys,

/s/ Brent R. Canning

Brent R. Canning, Esq. (CT 23991)
William R. Grimm, Esq.
HINCKLEY, ALLEN & SNYDER LLP
1500 Fleet Center
Providence, RI 02903
(401) 274-2000
(401) 277-9600 (Fax)

RESIDENT COUNSEL:
Jeffrey W. Kennedy, Esq. (CT 16419)
Milano & Wanat
471 East Main Street
Branford, Connecticut 06405
203.315.7000 (TEL)
203.315.7007 (FAX)

April 19, 2005

## CERTIFICATION

Charles F. O'Brien, Esq.
Cantor Colburn LLP
55 Griffin Road South
Bloomfield, CT 06002

 I certify that I mailed a copy of the foregoing Motion to Compel to counsel of record, as above, on April 19, 2005.