# Cantor Colburn LLP
*Intellectual Property Attorneys*



e-mail: iplaw@cantorcolburn.com
web: www.cantorcolburn.com

April 1, 2005

**HARTFORD**
55 Griffin Road South
Bloomfield, CT 06002
phone: 860-286-2929
fax: 860-236-0115

Michael A. Cantor
Philmore H. Colburn II
Keith J. Murphy
Leah M. Reimer, Ph.D.
David A. Fox
William J. Cass
Michael J. Rye
Pamela J. Curbelo
Kenneth R. VanWyck*
Victor E. Libert
Curtis Krechevsky*

Andrew C. Ryan
H.M. Bedingfield
Steven M. Coyle
Charles F. O'Brien
George A. Pelletier, Jr.
Troy J. LaMontagne
Daniel F. Dresler
James J. Mertick
Sean F. Sullivan
Daniel E. Bruso
Peter R. Hagerty*
Anne Davis Barry
Marisa J. Dubuc
Jae Y. Park*
David Arnold
Roberta L. Pelletier
Joel T. Charlton
Frederick A. Spaeth
Tera A. Nicholson*
Daniel P. Lent
Michele J. Young*
Amy J. Rizon-Copp*
Shirley L. Anderson*
James J. Cummings*
Jeffrey T. Waters*

*of counsel:*
David S. Fishman
Jay L. Chaskin*
Bernard Snyder*

*not admitted in CT*

*Korean Patent Attorney*
Suk-Heum Kwon
Soonja Bae

*patent agent:*
J. Michael Buchanan, Ph.D.
Karen A. Jalbert
Patricia S. DeSimone
David E. Rodrigues, Ph.D.
Karen A. LeCuyer, Ph.D.
L. Anne Horvath, Ph.D.
Dana A. Gronbeck, Ph.D.
Chad L. Thorson

**DETROIT**
201 W. Big Beaver Rd., Suite 370
Troy, Michigan 48084
phone: 248-524-2300
fax: 248-524-2700

Christopher C. Boehm
Fred Carl III†

Cathy B. Rommel
Mary E. Golota
John F. Buckert
Frederick A. Krieger

†not admitted in MI

*** *Via Facsimile and Regular Mail* ***

Brent R. Canning, Esq.
Hinckley, Allen & Snyder LLP
1500 Fleet Center
Providence, RI 02903-2393

Re:  **Intermark Fabric Corporation v. Microfibres, Inc.**
     Civil Action No.: 3:02-CV-1267 (AVC)
     Our File Number: IFA-0002-AN

Dear Brent:

I am writing you in response to your letter dated March 25, 2005. First, we believe that Intermark's answers and objections to Microfibres' Second Set of Interrogatories are proper.

With respect to Intermark's answers to Interrogatories 1, 2, 3 and 14, in addition to the interrogatories being premature, Microfibres has failed to fully and properly respond to Intermark's discovery requests concerning the same or similar topics. Intermark will of course supplement its answers to interrogatories to the extent necessary upon Microfibres' proper response to Intermark's discovery requests on these related topics. With respect to Intermark's answer to interrogatory number 8, Intermark has identified Mr. Turcotte as requested and has provided instances responsive to Interrogatory number 8.

With respect to Intermark's answer to interrogatory number 13, Intermark believes that the objection that the issue of damages has been bifurcated is proper and therefore discovery related to damages is to be stayed until that phase of the case.

Very truly yours,

Charles F. O'Brien

*Intermark/Microfibres*



# CANTOR COLBURN LLP

INTELLECTUAL PROPERTY ATTORNEYS

55 GRIFFIN ROAD SOUTH

BLOOMFIELD, CONNECTICUT 06002

TELEPHONE: (860) 286-2929

FACSIMILE: (860) 286-0115

## FACSIMILE TRANSMITTAL SHEET

| TO: | FROM: |
|---|---|
| Brent R. Canning, Esq. | Charles O'Brien, Esq. |

| COMPANY: | DATE: |
|---|---|
| Hinckley, Allen & Snyder, LLP | APRIL 1, 2005 |

| 401-277-9600 | TOTAL NO. OF PAGES INCLUDING COVER |
|---|---|

| PHONE NUMBER: | SENDER'S REFERENCE NUMBER: |
|---|---|
|  | IFA 0002 AN |

| RE: | YOUR REFERENCE NUMBER: |
|---|---|
| Intermark Fabric v. Microfibres |  |

URGENT   FOR REVIEW   ☐ PLEASE COMMENT   PLEASE REPLY   ☐ PLEASE RECYCLE

Please see the attached correspondence.

If you do not receive all pages, please contact Dawn M. Mayhew, Paralegal at 1-860-286-2929 x 1144. Thank you.

IMPORTANT: This message is intended only for the use of the individual or entity to which it is addressed, and may contain information that is privileged, confidential and exempt from disclosure under applicable law. If the reader of this message is not the intended recipient, or the employee or agent responsible for delivering it to the intended recipient, you are hereby notified that reading, disseminating, distributing or copying this communication is strictly prohibited. If you have received this communication in error, please immediately notify us by telephone, and return the original message to us at the below address via the U.S. Postal Service. Thank you.

# Cantor Colburn LLP
*Intellectual Property Attorneys*



e-mail: iplaw.cantorcolburn.com
web: www.cantorcolburn.com

April 1, 2005

**HARTFORD**
55 Griffin Road South
Bloomfield, CT 06002
phone: 860-286-2929
fax: 860-286-0115

Michael A. Cantor
Philmore H. Colburn II
Keith J. Murphy
Leah M. Reimer, Ph.D.
David A. Fox
William J. Cass
Michael J. Rye
Pamela J. Curbelo
Kenneth R. VanWyck*
Victor E. Libert
Curtis Krechevsky*

Andrew C. Ryan
H.M. Bedingfield
Steven M. Coyle
Charles F. O'Brien
George A. Pelletier, Jr.
Tony J. LaMontagne
Daniel E. Drexler
James J. Mortek
Sean F. Sullivan
Daniel E. Bruso
Peter R. Hagerty*
Anne Davis Barry
Marisa J. Dubuc
Jae Y. Park*
David Arnold
Roberta L. Pelletier
Joel T. Charlton
Frederick A. Spaeth
Lon A. Nicholson*
Daniel P. Lent
Michele J. Young*
Amy J. Rizon-Copp*
Shirley L. Anderson*
James J. Cummings*
Jeffrey T. Waters*

*of counsel:*
David S. Fishman
Jay L. Chaskin*
Bernard Snyder*

*not admitted in CT*

*Korean Patent Attorney*
Suk-Heum Kwon
Soonja Bae

*patent agents:*
J. Michael Buchanan, Ph.D.
Karen A. Jalbert
Patricia S. DeSimone
David E. Rodrigues, Ph.D.
Karen A. LeCuyer, Ph.D.
L. Anne Horvath, Ph.D.
Dana A. Grambeck, Ph.D.
Chad L. Thorson

**DETROIT**
201 W. Big Beaver Rd., Suite 370
Troy, Michigan 48084
phone: 248-524-2300
fax: 248-524-2700

Christopher C. Boehm
Fred Carl III†

Cathy B. Romnell
Mary E. Golota
John F. Buckert
Frederick A. Krieger

†not admitted in MI

\*\*\* *Via Facsimile and Regular Mail* \*\*\*

Brent R. Canning, Esq.
Hinckley, Allen & Snyder LLP
1500 Fleet Center
Providence, RI 02903-2393

Re:  Intermark Fabric Corporation v. Microfibres, Inc.
     Civil Action No.: 3:02-CV-1267 (AVC)
     Our File Number: IFA-0002-AN

Dear Brent:

I am writing you in response to your letter dated March 25, 2005. First, we believe that Intermark's answers and objections to Microfibres' Second Set of Interrogatories are proper.

With respect to Intermark's answers to Interrogatories 1, 2, 3 and 14, in addition to the interrogatories being premature, Microfibres has failed to fully and properly respond to Intermark's discovery requests concerning the same or similar topics. Intermark will of course supplement its answers to interrogatories to the extent necessary upon Microfibres' proper response to Intermark's discovery requests on these related topics. With respect to Intermark's answer to interrogatory number 8, Intermark has identified Mr. Turcotte as requested and has provided instances responsive to Interrogatory number 8.

With respect to Intermark's answer to interrogatory number 13, Intermark believes that the objection that the issue of damages has been bifurcated is proper and therefore discovery related to damages is to be stayed until that phase of the case.

Very truly yours,

Charles F. O'Brien

# Law Office of
# JEANNE M. SCOTT, LLC

TELECOPIER COVER SHEET

Date: 3/31/05

Number of pages including cover: 6

From: Jeanne M. Scott, Esq.    @ fax. # (401) 849-6655

To: Brent Canning    @ fax. # ( ) 277-9600

If there is a problem with the transmittal please call (401) 849-6650.

NOTE: This telecopy transmission is intended only for the addressee named above. The transmission may contain information that is privileged, confidential, or otherwise protected from disclosure. Any review, dissemination or use by persons other than the addressee is strictly prohibited. If you have received this transmission in error, please notify us immediately by telephone and mail the original to us at the address below.

170 Aquidneck Avenue, Middletown, RI 02842

| | |
|---|---|
| STATE OF RHODE ISLAND | SUPERIOR COURT |
| NEWPORT, Sc. | |

PETER LUDWIG and JANICE LUDWIG       :
                                     :
vs.                                  :      C.A. NO. NC04-0609
                                     :
WILLIAM C. O'CONNELL and             :
MARTHA CHRISTINE O'CONNELL

## MOTION FOR TEMPORARY RESTRAINING ORDER

Now come the Defendants and hereby request that this Court issue a Temporary Restraining Order against Plaintiffs, restraining them from causing or permitting an interruption of Defendants' quiet enjoyment of the real property that is the subject of this dispute. As grounds therefore, Defendants filed a counterclaim against Plaintiffs alleging Defendants adversely possess the disputed property since on or before October 2003. On March 29, 2005, Defendants noticed that Plaintiffs had caused stakes to be placed in the disputed area. Said stakes are labeled "driveway". Should Plaintiffs proceed with placement of a driveway through the disputed property, Defendants will suffer immediate and irreparable harm more fully described in their Counterclaim.

Defendants further state that:

1.   There is a reasonable likelihood that they will succeed on the merits of their claims against Plaintiffs.

2.   Unless the Court grants the injunctive relief sought, Defendants will suffer and continue to suffer immediate and irreparable harm for which there is no adequate remedy at law.

3.   The harm to Defendants in the absence of the requested injunctive relief would far outweigh the harm, if any, to Plaintiffs should the requested injunctive relief

issue since the relief simply preserves the status quo.

4. The public interest would not be adversely affected by the issuance of the requested injunctive relief.

In further support of their Motion, Defendnats rely upon their Amended Answer and Counterclaim filed with this Court on February 14, 2005.

WHEREFORE, Defendants respectfully request a Temporary Restraining Order against Plaintiffs be issued to preserve the status quo pending a full evidentiary hearing.

WILLIAM and MARTHA CHRISTINE O'CONNELL,
By their attorneys,

*/s/ Jeanne M. Scott*

Andrew M. Teitz, Esq. #3503
Jeanne M. Scott #6178
Ursillo Teitz & Ritch Ltd.
2 Williams Street
Providence, Rhode Island 02903
(401) 849-6650 phone
(401) 849-6655 fax

## CERTIFICATION

I hereby certify that I notified Plaintiffs' attorney, Brent Canning, Esq. of Hinkley Allen & Snyder LLP, 1500 Fleet Center, Providence, RI 02903 on March 31, 2005 by telephone of the within motion to be heard on April 1, 2005 and that I sent by facsimile on March 31, 2005 a copy of the motion.

*/s/ Jeanne M. Scott*

| | |
|---|---|
| STATE OF RHODE ISLAND | SUPERIOR COURT NEWPORT, |
| Sc. | |

PETER LUDWIG and JANICE LUDWIG  :
:
vs.  :  C.A. NO. NC04-0609
:
WILLIAM C. O'CONNELL and  :
MARTHA CHRISTINE O'CONNELL

### TEMPORARY RESTRAINING ORDERS

This matter came on for hearing before this Court, J. Stephen J. Fortunato, Jr. presiding, on the 1st day of April, 2005, on Defendants' Motion for Temporary Restraining Order, and after hearing thereon and in consideration thereof, it is hereby,

### ORDERED

That Plaintiffs be and they hereby are temporarily restrained from causing or permitting an interruption of Defendants' quiet enjoyment of the real property that is the subject of this dispute. Said Order shall remain in effect until further order of this Court.

ENTERED as an Order of this Court this       day of        , 2005.

ENTER:                                    PER ORDER:


_____                   _____
              J.                                    Clerk

Presented by:

_Jeanne M. Scott_
Jeanne M. Scott #6178
Ursillo Teitz & Ritch, Ltd.
170 Aquidneck Avenue
Middletown, RI 02842
401-849-6650
401-849-6655 (fax)

| | |
|---|---|
| STATE OF RHODE ISLAND<br>NEWPORT, Sc. | SUPERIOR COURT |

PETER LUDWIG and JANICE LUDWIG )
)
v. ) C.A. No. NC 04-0609
)
WILLIAM C. O'CONNELL and )
MARTHA CHRISTINE O'CONNELL )

### AFFIDAVIT OF WILLIAM C. O'CONNELL

I, William C. O'Connell, duly sworn, hereby depose and state the following:

1. I own property located at 7 Acacia Drive, Middletown, Rhode Island, also known as Plat 109NE, Lot 190 on the Tax Assessor's Map of the Town of Middletown where I reside with my wife, Martha O'Connell.

2. Plaintifffs own property located at 9 Acacia Drive, Middletown, RI also known as Plat 109NE, Lot 171.

3. On October 12, 2004, Plaintiffs in this action filed a Notice of Intent to Dispute Adverse Possession addressed to my wife and I.

4. On December 29, 2004, Plaintiffs filed a Complaint against my wife and I seeking a declaratory judgment and quiet title with respect to land adversely possessed by my wife and me.

5. My wife and I filed a counterclaim for adverse possession and seeking injunctive relief enjoining the Plaintiffs from interfering with our use of the land in question.

6. On March 30, 2005, Plaintiffs caused stakes to be placed on the area of land in dispute. Said stakes are labeled "driveway."

7. Said stakes abut one of our bulb/flower gardens. The attached color photograph was taken by me in 2003.

8. My attorney and I took the attached pictures of the stakes in the disputed land on March 30, 2005.

*William O'Connell* (signature)
William O'Connell

STATE OF RHODE ISLAND
NEWPORT COUNTY

SUBSCRIBED AND SWORN to before me this 31st day of March, 2005.

*Jeanne M Scott* (signature)
Notary Public
My commission expires: 4/9/05



# CANTOR COLBURN LLP

INTELLECTUAL PROPERTY ATTORNEYS

55 GRIFFIN ROAD SOUTH

BLOOMFIELD, CONNECTICUT 06002

TELEPHONE: (860) 286-2929

FACSIMILE: (860) 286-0115

## FACSIMILE TRANSMITTAL SHEET

| TO: | FROM: |
|---|---|
| *Brent R. Canning, Esq.* | Charles O'Brien, Esq. |

| COMPANY: | DATE: |
|---|---|
| Hinckley, Allen & Snyder, LLP | APRIL 1, 2005 |

| | TOTAL NO. OF PAGES INCLUDING COVER |
|---|---|
| 401-277-9600 | |

| PHONE NUMBER: | SENDER'S REFERENCE NUMBER: |
|---|---|
| | IFA 0002 AN |

| RE: | YOUR REFERENCE NUMBER: |
|---|---|
| Intermark Fabric v. Microfibres | |

URGENT    FOR REVIEW    ☐ PLEASE COMMENT    PLEASE REPLY    ☐ PLEASE RECYCLE

Please see the attached correspondence.

If you do not receive all pages, please contact Dawn M. Mayhew, Paralegal at 1-860-286-2929 x 1144. Thank you.

IMPORTANT:    This message is intended only for the use of the individual or entity to which it is addressed, and may contain information that is privileged, confidential and exempt from disclosure under applicable law. If the reader of this message is not the intended recipient, or the employee or agent responsible for delivering it to the intended recipient, you are hereby notified that reading, disseminating, distributing or copying this communication is strictly prohibited. If you have received this communication in error, please immediately notify us by telephone, and return the original message to us at the below address via the U.S. Postal Service. Thank you.

# Cantor Colburn LLP
*Intellectual Property Attorneys*



e-mail: iplaw@cantorcolburn.com
web: www.cantorcolburn.com

**HARTFORD**
55 Griffin Road South
Bloomfield, CT 06002
phone: 860-286-2929
fax: 860-236-0115

Michael A. Cantor
Philmore H. Colburn II
Keith J. Murphy
Leah M. Reimer, Ph.D.
David A. Fox
William J. Cass
Michael J. Rye
Pamela J. Curbelo
Kenneth P. VanWyck*
Victor E. Libert
Curtis Krechevsky*

Andrew C. Ryan
H.M. Bedingfield
Steven M. Coyle
Charles F. O'Brien
George A. Pelletier, Jr.
Troy J. LaMontagne
Daniel E. Dresler
James J. Moylek
Sean F. Sullivan
Daniel E. Bruso
Peter R. Hagerty*
Anne Davis Barry
Marisa J. Dubuc
Jae Y. Park*
David Arnold
Roberta L. Pelletier
Joel T. Charlton
Frederick A. Spaeth
Lon A. Nicholson*
Daniel P. Lent
Michele J. Young*
Amy J. Rizon-Copp*
Shirley L. Anderson*
James J. Cummings*
Jeffrey T. Waters*

*of counsel*
David S. Fishman
Jay L. Chaskin*
Bernard Snyder*

*not admitted in CT*

*Korean Patent Attorney*
Suk-Heum Kwon
Soonjo Ban

*patent agent*
J. Michael Buchanan, Ph.D.
Karen A. Jalbert
Patricia S. DeSimone
David E. Rodrigues, Ph.D.
Karen A. LeCuyer, Ph.D.
L. Anne Horvath, Ph.D.
Dana A. Granback, Ph.D.
Chad L. Thorson

**DETROIT**
201 W. Big Beaver Rd., Suite 370
Troy, Michigan 48084
phone: 248-524-2500
fax: 248-524-2700

Christopher C. Boehm
Fred Carl III†
Cathy B. Rommell
Mary E. Golota
John F. Buckert
Frederick A. Krieger

†not admitted in MI

April 1, 2005

\*\*\* *Via Facsimile and Regular Mail* \*\*\*

Brent R. Canning, Esq.
Hinckley, Allen & Snyder LLP
1500 Fleet Center
Providence, RI 02903-2393

Re:   Intermark Fabric Corporation v. Microfibres, Inc.
       Civil Action No.: 3:02-CV-1267 (AVC)
       Our File Number: IFA-0002-AN

Dear Brent:

I am writing you in response to your letter dated March 25, 2005. First, we believe that Intermark's answers and objections to Microfibres' Second Set of Interrogatories are proper.

With respect to Intermark's answers to Interrogatories 1, 2, 3 and 14, in addition to the interrogatories being premature, Microfibres has failed to fully and properly respond to Intermark's discovery requests concerning the same or similar topics. Intermark will of course supplement its answers to interrogatories to the extent necessary upon Microfibres' proper response to Intermark's discovery requests on these related topics. With respect to Intermark's answer to interrogatory number 8, Intermark has identified Mr. Turcotte as requested and has provided instances responsive to Interrogatory number 8.

With respect to Intermark's answer to interrogatory number 13, Intermark believes that the objection that the issue of damages has been bifurcated is proper and therefore discovery related to damages is to be stayed until that phase of the case.

Very truly yours,

Charles F. O'Brien