Via-Email

154

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

FILED

| | |
|---|---|
| INTERMARK FABRIC CORPORATION | : 2005 APR 26 A 11: 07 |
| | : |
| v. | : C.A. No. 3:02-CV-1267 (AVC) |
| | : |
| MICROFIBRES, INC. | : |

## MOTION TO COMPEL INTERROGATORY RESPONSES

Microfibres, Inc. hereby moves for an Order compelling Intermark Fabric Corporation to immediately respond to Interrogatories 1, 2, 3, 8, 9, 10, 12, 13, and 14 contained in Microfibres Second Set of Interrogatories. As grounds Microfibres relies on the accompanying Memorandum of Law.

MICROFIBRES, INC.
By its Attorneys,

Brent R. Canning, Esq. (CT 23991)
William R. Grimm, Esq.
HINCKLEY, ALLEN & SNYDER LLP
1500 Fleet Center
Providence, RI 02903
(401) 274-2000
(401) 277-9600 (Fax)

RESIDENT COUNSEL:
Jeffrey W. Kennedy, Esq. (CT 16419)
Milano & Wanat
471 East Main Street
Branford, Connecticut 06405
203.315.7000 (TEL)
203.315.7007 (FAX)

April 22, 2005

July 11, 2005.  The motion is GRANTED in all respects.
SO ORDERED.

Alfred V. Covello, U.S.D.J.