```
                   UNITED STATES DISTRICT COURT
                     DISTRICT OF CONNECTICUT
                                    :
INTERMARK FABRIC CORPORATION,       :
   Plaintiff,                       :
                                    :
                                    :
VS.                                 :   Civil No. 3:02 1267 (AVC)
                                    :
                                    :
MICROFIBRES, INC.                   :
   Defendant.                       :
                                    :
```

**ORDER OF REFERRAL TO SPECIAL MASTER**

Pursuant to Rule 53 of the Local Rules of Civil Procedure for the District of Connecticut, the above captioned case is referred to Special Master Joseph Mengacci, Esq., for a settlement conference. The Special Master is asked to determine a date for the conference, allowing at least three weeks notice to counsel. The Special Master is also asked to contract Ms. Fidelis Basile, deputy clerk, to make arrangements for issuing a calendar. Ms. Basile can be reached at 860-240-3209. Counsel of record will be sent a notice by the clerk informing them of the date, place, and time of the settlement conference. Counsel are directed to have their clients accompany them to the conference.

It is so ordered this 1st day of August, 2005 at Hartford, Connecticut.

```
                              _____
                              Alfred V. Covello
                              United States District Judge
```