UNITED STATES DISTRICT COURT
District of Connecticut

INTERMARK FABRIC CORPORATION :
:
v. : Case Number: 3:02 CV 1267 (AVC)
:
MICROFIBRES, INC. :

### MICROFIBRES, INC.'S MOTION TO RECONSIDER

Microfibres, Inc. hereby moves this Court to reconsider its August 18, 2005, Order in which it granted Intermark permission to amend its complaint, withdraw counts five through eight and to withdraw certain orders.

As grounds, Microfibres states that Intermark's motion was filed on August 15, 2005. The Court granted the motion three days later, on August 18, 2005. As a result, Microfibres was denied the opportunity to respond. The Court's Local Rules provide that a response to Intermark's motion is not due until September 5, 2005.

Microfibres hereby requests that the Court reconsider its Order for the reasons discussed in Microfibres' Memorandum of Law in Support of its Objection to Intermark's Motion to Withdraw -- which is being filed contemporaneously with this Motion.

MICROFIBRES, INC.
By its Attorneys,

Brent R. Canning, Esq. (CT 23991)
William R. Grimm, Esq.
HINCKLEY, ALLEN & SNYDER LLP
1500 Fleet Center
Providence, RI 02903
(401) 274-2000
(401) 277-9600 (Fax)

RESIDENT COUNSEL:
Jeffrey W. Kennedy, Esq. (CT 16419)
Milano & Wanat
471 East Main Street
Branford, Connecticut 06405
203.315.7000 (TEL)
203.315.7007 (FAX)

## CERTIFICATION

Charles F. O'Brien, Esq.
Cantor Colburn LLP
55 Griffin Road South
Bloomfield, CT 06002

 I certify that I mailed a copy of the foregoing Motion to Reconsider to counsel, as above, on September 2, 2005.

2