UNITED STATES DISTRICT COURT
District of Connecticut

INTERMARK FABRIC CORPORATION :
:
v.  :  Case Number: 3:02 CV 1267 (AVC)
:
MICROFIBRES, INC. :

### MICROFIBRES, INC.'S OBJECTION TO INTERMARK FABRIC CORPORATION'S MOTION TO DISMISS COUNTS FIVE THROUGH EIGHT AND WITHDRAW CERTAIN ORDERS

Microfibres, Inc. hereby objects to Intermark Fabric Corporation's Motion to Dismiss Counts Five through Eight and Withdraw Certain Orders. Microfibres relies on the accompanying Memorandum of Law.

MICROFIBRES, INC.
By its Attorneys,

_____
Brent R. Canning, Esq. (CT 23991)
William R. Grimm, Esq.
HINCKLEY, ALLEN & SNYDER LLP
1500 Fleet Center
Providence, RI 02903
(401) 274-2000
(401) 277-9600 (Fax)

RESIDENT COUNSEL:
Jeffrey W. Kennedy, Esq. (CT 16419)
Milano & Wanat
471 East Main Street
Branford, Connecticut 06405
203.315.7000 (TEL)
203.315.7007 (FAX)

## CERTIFICATION

Charles F. O'Brien, Esq.
Cantor Colburn LLP
55 Griffin Road South
Bloomfield, CT 06002

I certify that I mailed a copy of the foregoing Objection to Intermark's Motion to Dimiss to counsel, as above, on September _2_, 2005.