UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| INTERMARK FABRIC CORPORATION, ) | |
| ) | |
| Plaintiff, ) | Civil Action No. 3:02-CV-1267 (AVC) |
| v. ) | |
| ) | |
| MICROFIBRES, INC., ) | |
| ) | |
| Defendant. ) | |

## NOTICE OF MANUAL FILING

Please take notice that Plaintiff, Intermark Fabric Corporation, has manually filed Exhibit 1 to the Memorandum of Law in Support of Plaintiff Intermark Fabric Corporation's Opposition to Microfibres, Inc.'s Motion for Reconsideration.

This document has not been filed electronically because the electronic size of the document exceeds 1.5mb.

[ ] Plaintiff is excused from electronically filing this document by court order.

The document has been manually served on all parties.

Respectfully submitted:

INTERMARK FABRIC CORPORATION

By:_____
Charles F. O'Brien (ct 22074)
William J. Cass, (ct 12806)
CANTOR COLBURN LLP
55 Griffin Road South
Bloomfield, CT 06002
Telephone: (860) 286-2929
Facsimile: (860) 286-0115

Plaintiff's Attorneys