UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| INTERMARK FABRIC CORPORATION, | |
| Plaintiff, | Civil Action No. 3:02-CV-1267 (AVC) |
| v. | |
| MICROFIBRES, INC., | |
| Defendant. | |

**DECLARATION OF CHARLES F. O'BRIEN TO PLAINTIFF INTERMARK FABRIC CORPORATION'S MEMORANDUM OF LAW IN SUPPORT OF ITS OPPOSITION TO MICROFIBRES, INC.'S MOTION FOR RECONSIDERATION**

I, Charles F. O'Brien, Esquire, Attorney for the Plaintiff, Intermark Fabric Corporation, hereby certify that the following are true and accurate copies of exhibits to the Memorandum of Law in Support of Plaintiff Intermark Fabric Corporation's Opposition to Microfibres, Inc.'s Motion for Reconsideration.

1. Attached hereto as Exhibit A is a true and accurate copy of the Expert Report of Lawrence J. Goffney, Jr. dated June 2, 2003.

Signed under the pains and penalties of perjury this 27th day of September, 2005.

_____
Charles F. O'Brien