IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

INTERMARK FABRIC CORPORATION      :
                                  :
                                  :
v.                                :   C.A. No. 3:02-CV-1267 (AVC)
                                  :
MICROFIBRES, INC.                 :

## MOTION FOR PREJUDGMENT ATTACHMENT AND DISCLOSURE OF ASSETS

Microfibres, Inc. hereby moves for an Order for prejudgment attachment and disclosure of assets to Intermark Fabric Corporation. As grounds Microfibres relies on the accompanying Memorandum of Law.

MICROFIBRES, INC.
By its Attorneys,

/s/ Brent R. Canning

Brent R. Canning, Esq. (CT 23991)
William R. Grimm, Esq.
HINCKLEY, ALLEN & SNYDER LLP
1500 Fleet Center
Providence, RI 02903
(401) 274-2000
(401) 277-9600 (Fax)

RESIDENT COUNSEL:
Jeffrey W. Kennedy, Esq. (CT 16419)
Milano & Wanat
471 East Main Street
Branford, Connecticut 06405
203.315.7000 (TEL)
203.315.7007 (FAX)

November 29, 2005

#684561-P-v1

## CERTIFICATION

Charles F. O'Brien, Esq.
Cantor Colburn LLP
55 Griffin Road South
Bloomfield, CT 06002

    I certify that I mailed a copy of the foregoing Motion to counsel of record, as above, on November ___, 2005.

_____

#684561-P-v1