# EXHIBIT C

CONFIDENTIAL

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF CONNECTICUT

- - - - - - - - - - - - - - - - - - -x
                                     :
INTERMARK FABRIC CORPORATION,        :
                                     :
                Plaintiff,           :
                                     : Civil Action
        vs.                          :
                                     : No. 3:02 CV 1267
MICROFIBRES, INC.,                   :
                                     :
                Defendant.           :
                                     :
- - - - - - - - - - - - - - - - - - -x

       Deposition of WAYNE TURCOTTE, taken pursuant to the Federal Rules of Civil Procedure, at the law offices of Cantor Colburn LLP, 55 Griffin Road South, Bloomfield, Connecticut, before Jenny L. Albert, License #00207, a Registered Professional Reporter and Notary Public in and for the State of Connecticut, on Wednesday, May 21, 2003, at 9:41 a.m.

COPY

CONFIDENTIAL                                               103

1           MR. CASS:  Objection.
2       A.   Yes.
3       Q.   Thank you.  In the past, has Intermark
4  assisted transfer printers with their transfer printing
5  operations on the Frosty product?
6       A.   Yes.
7       Q.   And what assistance has Intermark offered to
8  transfer printers related to their transfer printing
9  the Frosty product?
10      A.   Just explain to them which direction the
11 fabric should be running, what temperatures the fabric
12 should be running, different pressures that can be
13 used, brushing, brushing post and after.
14      Q.   And what is the -- what is Intermark's
15 purpose in offering such assistance to transfer
16 printers to transfer print the Frosty product?
17      A.   We offer assistance to transfer printers on
18 all of our products, not just the Frosty, and
19 obviously, the better job they do, the more we sell.
20      Q.   Does or has Intermark advised customers and
21 potential customers that Frosty is suitable for
22 transfer printing?
23      A.   Yes.
24      Q.   And in connection with that, those
25 statements, does Intermark identify any particular

CONFIDENTIAL

104

1  characteristics of Frosty which make it suitable for
2  transfer printing?
3      A.  Frosty -- the Frosty product lends itself to
4  darker colors and it lends itself to less grim through.
5      Q.  And in connection with your sales efforts, do
6  you identify those characteristics of the Frosty
7  product when talking with the transfer printers?
8      A.  Please say that again.
9          MR. GRIMM:  Would you read that back.
10         (Last question read back)
11     A.  Yes.
12     Q.  Do you identify any or does Intermark
13 identify any other characteristic of Frosty that makes
14 it suitable for transfer printing beyond the two you
15 mentioned?
16     A.  Nope.
17     Q.  Does Intermark have any promotional materials
18 it gives to prospective customers concerning its
19 product line?
20     A.  Promotional?  I mean, free samples to try?
21     Q.  What sort of promotional materials might you
22 give to a potential customer at a sales call?
23     A.  Show them our various product line, show them
24 our natural flock and our Frosty line.  We would show
25 them various embossings.  They would -- what usually

SCRIBES, INC.

CONFIDENTIAL

105

1  would happen is they'll ask for samples of several
2  products and try it on their particular transfer print
3  machines.
4      Q.   Okay.
5      A.   We do the same thing for wet printers and
6  piece dyers also.
7      Q.   Are there any written pieces that you hand
8  out to prospective customers concerning the product
9  line beyond the samples that you show and the pieces of
10 clothe that you give?
11     A.   Occasionally, a person who hasn't handled any
12 flock, I've handed out written information on what the
13 general idea is of printing -- transfer printing flock,
14 the temperature people normally run, the pressure
15 people normally run.  I might give them a suggestion as
16 to where to buy good -- what we consider to be good
17 transfer print paper.
18     Q.   So in connection with your sales efforts
19 related to Frosty, you sometimes hand out written
20 instructions concerning the transfer print process; is
21 that correct?
22     A.   Yes.  We've done that in the past.
23          MR. GRIMM:  Why don't you mark that.
24          (September 21, 1991 letter with attached
25     drawing marked Defendant's Exhibit 9 for

1  various PMD entity relationships?

2  A. Susan and Bill.

3  Q. What's Intermark's relationship with Imex?

4  A. Imex? May I see? Hmm, I don't recall. I
5  don't recall.

6  Q. What is Intermark's relationship with
7  Spandauer Velours?

8  A. He's a customer.

9  Q. And who within Intermark is responsible for
10 that relationship?

11 A. Bill Lucchesi.

12 Q. Who's the contact at Spandauer?

13 A. Gunter Walter.

14 Q. Has Intermark sold Frosty to Spandauer
15 Velour?

16 A. Yes.

17 Q. Does Spandauer Velour have transfer printing
18 capability?

19 A. Yes.

20 Q. At the time Intermark sold Frosty to
21 Spandauer Velour, was it aware that Spandauer planned
22 to transfer print?

23 A. Yes.

24 Q. During what period of time has Intermark sold
25 Frosty to Spandauer Velour for transfer printing?