# EXHIBIT D

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| INTERMARK FABRIC CORPORATION<br>Plaintiff | :<br>:<br>: |
| v. | : C.A. No. 302 CV 1267 AVC<br>: |
| MICROFIBRES, INC.<br>Defendant | :<br>: |

## EXHIBIT D

### AFFIDAVIT OF PETER J. CACIOPPO WITH INTERMARK SALES RECORDS

**CONFIDENTIAL-FILED UNDER SEAL-SUBJECT TO PROTECTIVE ORDER. THIS ENVELOPE CONTAINING THE ABOVE IDENTIFIED PAPERS FILED BY MICROFIBRES, INC. CONTAINS MATERIALS SUBJECT TO PROTECTIVE ORDER OF THIS COURT AND IS NOT TO BE OPENED NOR THE CONTENTS THEREOF DISCLOSED OR REVEALED EXCEPT BY THE COURT IN CAMERA, BY COURT ORDER.**