**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

```
INTERMARK FABRIC CORPORATION, :
   Plaintiff,                  :
                               :
v.                             :     Case No. 3:02-CV-1267(AVC)
                               :
MICROFIBRES, INC.              :
   Defendant.                  :
```

**ORDER TO SHOW CAUSE**

The plaintiff is hereby ordered to show case as to why the defendant's application for prejudgment remedy (document no. 168) should not be granted at a hearing to be held on December 22st, 2005, at 11:00am.

The defendant is ordered to serve a copy of this order to show cause, and all papers submitted in support of his application, on the plaintiff via certified mail on or before the close of business, December 9th, 2005.

Any papers in opposition are to be filed on or before December 16th, 2005.

SO ORDERED.

                                          _____
                                          Alfred V. Covello, U.S.D.J.