IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| INTERMARK FABRIC CORPORATION, )<br>    Plaintiff                           )<br>                                           )<br>v.                                             )<br>                                           )<br>MICROFIBRES, INC.,              )<br>    Defendant                       ) | Civil Action No. 3:02-C V-1267 (AVC) |

## NOTICE OF MANUAL FILING

    Please take notice that Plaintiff, Intermark Fabric Corporation, has manually filed the Memorandum of Law in Support of Plaintiff, Intermark Fabric Corporation's Opposition to Defendant's Motion for Prejudgment Attachment and Disclosure of Assets and the Declaration of Charles F. O'Brien dated December 16, 2005, with Exhibits.

This document has not been scanned electronically on to a disc because:

[ ]    the document (or thing) cannot be converted to an electronic format

[ ]    the electronic file size of the document exceeds 1.5 mb

## CERTIFICATE OF SERVICE

I hereby certify that a true and accurate copy of the foregoing **NOTICE OF MANUAL FILING** was served via First Class Mail on this 16th day of December, 2005 upon:

Brent R. Canning, Esq.
William R. Grimm, Esq.
Hinckley, Allen & Snyder LLP
1500 Fleet Center
Providence, RI 02906

Jeffrey W. Kennedy, Esq.
Stephen G. Murphy, Jr., Esq.
Milano & Wanat
471 East Main Street
Branford, CT 06405

By: _____
Charles F. O'Brien, Esq.