

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF CONNECTICUT

INTERMARK FABRIC CORPORATION  :
  :
  :
   v.  :  C.A. No. 3:02-CV-1267 (AVC)
  :
MICROFIBRES, INC.  :

### MOTION FOR PREJUDGMENT ATTACHMENT AND
### DISCLOSURE OF ASSETS

Microfibres, Inc. hereby moves for an Order for prejudgment attachment and

disclosure of assets to Intermark Fabric Corporation. As grounds Microfibres relies on

the accompanying Memorandum of Law.

MICROFIBRES, INC.
By its Attorneys,

Brent R. Canning, Esq. (CT 23991)
William R. Grimm, Esq.
HINCKLEY, ALLEN & SNYDER LLP
1500 Fleet Center
Providence, RI 02903
(401) 274-2000
(401) 277-9600 (Fax)

RESIDENT COUNSEL:
Jeffrey W. Kennedy, Esq. (CT 16419)
Milano & Wanat
471 East Main Street
Branford, Connecticut 06405
203.315.7000 (TEL)
203.315.7007 (FAX)

November 29, 2005

#684561-P-v1

December 22, 2005. The motion is denied without prejudice to its renewal, if desired, by letter to the court expressing a desire to so proceed.
SO ORDERED.

Alfred V. Covello, U.S.D.J.