

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT**

| | |
|---|---|
| INTERMARK FABRIC CORPORATION,<br>Plaintiff,<br><br>v.<br><br>MICROFIBRES, INC.,<br>Defendant. | Civil Action No. 3:02-CV-1267 (AVC) |

*(vertical left-margin text):* December 23, 2005. The motion is denied without prejudice to its renewal, if desired, in the event Microfibres elects to renew its motion for prejudgment remedy. SO ORDERED.

*Alfred V. Covello, U.S.D.J.*

*02cv1267 end 175*

**PLAINTIFF'S MOTION TO STRIKE EXPERT
REPORT OF DON H. PHILLIPS**

*(FILED stamp):* 2005 DEC 21 P 4: 18 US DISTRICT COURT HARTFORD CT FILED

On November 30, 2005, Defendant, Microfibres, Inc. filed a motion for prejudgment

attachment and disclosure of assets.   In doing so, Microfibres' sole evidence to establish

probable cause as to the amount of damages was the affidavit of a paralegal employed by the firm

that represents Microfibres in this matter, with no apparent experience in the flock or textile

industry, who summed up sales records, incorrectly, then assumed, with no explanation, a royalty

rate of 5%.   Based solely on that calculation, Microfibres claimed to have established probable

cause for multiple-millions of dollars in damages.   Intermark filed its opposition to the motion on

December 16 wherein Intermark raised, among other issues, Microfibres' failure to show

probable cause as to damages, specifically including the complete failure to support the assumed

5% royalty rate.

A hearing is scheduled for December 22.   On the day before the scheduled hearing,

Intermark's counsel was served with Microfibres' Reply Memorandum filed on December 20,

attached to which is an "Expert Report of Don H. Phillips."   Through this alleged Expert Report,

Mirofibres attempts to support its argument that a 5% royalty is a reasonable royalty.

Microfibres had its chance to support its claims and failed to do so.   Intermark takes issue with