## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| INTERMARK FABRIC CORPORATION : | |
| : | 2006 FEB -9 P 12: 11 |
| v. : | C.A. No. 3:02-CV-1267 (AVC) |
| : | |
| MICROFIBRES, INC. : | |

### ORDER

This matter came before Honorable Judge Alfred V. Covello on December 22, 2005, on Microfibres, Inc.'s ("Microfibres) Motion for Attachment. During the proceedings, Intermark Fabric Corporation ("Intermark") confirmed the following representations:

1. That all its real and personal property were subject to a lien in favor of its bank;

2. That Intermark plans to sell certain equipment and other personal property before year end, and that the proceeds from such sale will be applied to satisfy the outstanding bank loan and pay transaction costs related to the sale;

3. That after such sale, the land and improvements owned by Intermark, currently on the market for $2.3 Million (the "Real Estate"), will be unencumbered.

Based on such representations and pursuant to the agreement of the parties, it is hereby

### ORDERED:

1. Intermark shall give Microfibres thirty (30) days advance written notice prior to the execution of any purchase and sale agreement or transfer of the Real Estate;

2. On receipt of such notice, Microfibres may request reassignment of the hearing on its pending Motion for Attachment, which motion is hereby continued pending any such re-assignment.

It is so ordered this 9th day of February, 2006 at Hartford, Connecticut.

{H:\DOCS\JAR\ORD\00111273.DOC ver 2}

Alfred V. Covello, U.S.D.J.