IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| INTERMARK FABRIC CORPORATION, )<br>Plaintiff )<br>)<br>v. )<br>)<br>MICROFIBRES, INC., )<br>Defendant ) | Civil Action No. 3:02-C V-1267 (AVC) |

## DECLARATION OF WILLIAM J. CASS, ESQ.

I, William J. Cass, Esquire, hereby declare as follows:

1. I am a Partner with the firm of Cantor Colburn LLP and I am one of the attorneys representing Plaintiff, Intermark Fabric Corporation in this matter. If called upon as a witness, I could and would testify competently thereto. I have personal knowledge of all the facts set forth in this Declaration.

2. Attached hereto as **Exhibit 1** are true and correct copies of the relevant portions of the Prosecution History, Book 1 of United States Patent 5,981,021 (the '021 patent).

3. Attached hereto as **Exhibit 2** are true and correct copies of the relevant portions of Book 2 of the prosecution history of the '021 Patent.

5. Attached hereto as **Exhibit 3** is a true and correct copy of 6 United States Patent No. 4,314,813 to Masaki entitled "Flock Transfer Sheet and Flock Transfer Printing Process".

6. Attached hereto as **Exhibit 4** is a true and correct copy of United States Patent No. 4,049,374 to Rejto entitled "Simultaneous Transfer Printing and Embossing or Surface Texturizing Method".

7. Attached hereto as **Exhibit 5** is a true and correct copy of United States Patent No. 2,308,429 to Smith, et. al. entitled "Flock Finished Fabric".

8.   Attached hereto as **Exhibit 6** is a true and correct copy of the Expert Report of Professor Ronald S. Perry, Ph.D.

9.   Attached hereto as **Exhibit 7** is a true and correct copy of United States Patent No. 5,981,021 entitled "Transfer Printing Flocked Fabric".

10.  Attached hereto as **Exhibit 8** is a true and correct copy of United States Patent No. 4,963,422 to Katz, et. al. entitled Ethylene Vinyl Acetate Alkyl Acrylate Compositions for Flocking Adhesives.

Signed under the pains and penalties of perjury on this 31st day of July, 2006.

_____
William J. Cass, Esq.

## CERTIFICATE OF SERVICE

I hereby certify that a true and accurate copy of the Declaration of William J. Cass, Esquire was filed via the Court's ECF system upon all counsel of record registered with the ECF system and a courtesy copy was served via regular mail on this 31st day of July, 2006 upon:

Brent R. Canning, Esq.
William R. Grimm, Esq.
Hinckley. Allen & Snyder LLP
1500 Fleet Center
Providence, RI 02906

Jeffrey W. Kennedy, Esq.
Stephen G. Murphy, Jr., Esq.
Milano & Wanat
471 East Main Street
Branford, CT 06405

By: _____
William J. Cass, Esq.