# EXHIBIT 1

| SERIAL NUMBER | FILING DATE | CLASS | SUBCLASS | GROUP ART UNIT | EXAMINER |
|---|---|---|---|---|---|
| 08/978,841 | 11/24/97 | 008 | | 1105 1751 | |

APPLICANTS

JAMES R. MCCULLOCH, PROVIDENCE, RI.

```
**CONTINUING DATA********************
  VERIFIED    THIS APPLN IS A CON OF   08/775,666  12/31/96  11C
              WHICH IS A CON OF        08/622,928  03/27/96
              WHICH IS A CON OF        08/477,278  06/07/95
              WHICH IS A CON OF        08/293,749  08/22/94
              WHICH IS A CON OF        07/922,918  07/31/92

**FOREIGN/PCT APPLICATIONS************
  VERIFIED
```

FOREIGN FILING LICENSE GRANTED 01/21/98

| Foreign priority claimed 35 USC 119 conditions met ☐ yes ☐ no  ☐ yes ☐ no  Verified and Acknowledged  Examiner's initials | AS FILED → | STATE OR COUNTRY | SHEETS DRWGS. | TOTAL CLAIMS | INDEP. CLAIMS | FILING FEE RECEIVED | ATTORNEY'S DOCKET NO. |
|---|---|---|---|---|---|---|---|
| | | RI | 2 | 5 | 1 | $982.00 | |

RHODES COATS & BENNETT
P O BOX 2974
GREENSBORO NC 27402

TRANSFER PRINTING FLOCKED FABRIC

U.S. DEPT. OF COMM./ PAT. & TM—PTO-436L (Rev.12-94)

IFC-02213

| SERIAL NUMBER | FILING DATE | CLASS | SUBCLASS | GROUP ART UNIT | EXAMINER |
|---|---|---|---|---|---|
| 08/775,666 | 12/31/96 | 008 | 467 | 1105 | EINSMANN |

JAMES R. MCCULLOCH, PROVIDENCE, RI.

11D19208

**CONTINUING DATA********************
VERIFIED    THIS APPLN IS A CON OF   08/622,928 03/27/96 abd
            WHICH IS A CON OF        08/477,278 06/07/95 abd
    NE      WHICH IS A CON OF        08/293,749 08/22/94 abd
            WHICH IS A CON OF        07/922,918 07/31/92 aba   NE

**FOREIGN/PCT APPLICATIONS*************
VERIFIED none
    NE

FOREIGN FILING LICENSE GRANTED 02/02/97

| Foreign priority claimed 35 USC 119 conditions met | ☐ yes ☒ no / ☐ yes ☒ no | AS FILED | STATE OR COUNTRY | SHEETS DRWGS. | TOTAL CLAIMS | INDEP. CLAIMS | FILING FEE RECEIVED | ATTORNEY'S DOCKET NO. |
|---|---|---|---|---|---|---|---|---|
| Verified and Acknowledged | Examiner's initials | → | RI | 2 | 25 | 4 | $960.00 | 2626-10 |

RHODES COATS & BENNETT
P O BOX 2974
GREENSBORO NC 27402

TRANSFER PRINTING FLOCKED FABRIC

U.S. DEPT. OF COMM./ PAT. & TM—PTO-436L (Rev.12-94)

PARTS OF APPLICATION FILED SEPARATELY

Applications Examiner

NOTICE OF ALLOWANCE MAILED

CLAIMS ALLOWED
Total Claims | Print Claim

Assistant Examiner

ISSUE FEE
Amount Due | Date Paid

DRAWING
Sheets Drwg. | Figs. Drwg | Print Fig
2

ISSUE BATCH NUMBER

Primary Examiner

PREPARED FOR ISSUE

WARNING: The information disclosed herein may be restricted. Unauthorized disclosure may be prohibited by the United States Code Title 35, Sections 122, 181 and 368. Possession outside the U.S. Patent & Trademark Office is restricted to authorized employees and contractors only.

IFC-02214





IFC-02216

| SERIAL NUMBER | FILING DATE | CLASS | SUBCLASS | GROUP ART UNIT | EXAMINER |
|---|---|---|---|---|---|
| 08/293,749 | 08/22/94 | 008 | 467 | 1105 | EINSMANN |

APPLICANTS: JAMES R. MC CULLOCH, PROVIDENCE, RI.

```
**CONTINUING DATA*********************
  VERIFIED     THIS APPLN IS A CON OF  07/922,918 07/31/92 //C


  --------




**FOREIGN/PCT APPLICATIONS*************
  VERIFIED


  --------




FOREIGN FILING LICENSE GRANTED 09/26/94          ***** SMALL ENTITY *****
```

| Foreign priority claimed ☐ yes ☐ no<br>35 USC 119 conditions met ☐ yes ☐ no | AS FILED → | STATE OR COUNTRY | SHEETS DRWGS. | TOTAL CLAIMS | INDEP. CLAIMS | FILING FEE RECEIVED | ATTORNEY'S DOCKET NO. |
|---|---|---|---|---|---|---|---|
| Verified and Acknowledged  Examiner's Initials | | RI | 2 | 1 | 1 | $355.00 | |

RHODES COATS & BENNETT
P O BOX 2974
GREENSBORO NC 27402

TITLE: TRANSFER PRINTING FLOCKED FABRIC

U.S. DEPT. of COMM-Pat. & TM Office—PTO-436L (rev. 10-78)

PARTS OF APPLICATION FILED SEPARATELY

NOTICE OF ALLOWANCE MAILED

Applications Examiner:

CLAIMS ALLOWED

Total Claims | Print Claim

Assistant Examiner

ISSUE FEE

Amount Due | Date Paid

DRAWING

Sheets Drwg. | Figs. Drwg. | Print Fig.

Primary Examiner

ISSUE BATCH NUMBER

PREPARED FOR ISSUE

WARNING: The information disclosed herein may be restricted. Unauthorized disclosure may be prohibited by the United States Code Title 35, Sections 122, 181 and 368. Possession outside the U.S. Patent & Trademark Office is restricted to authorized employees and contractors only.

Label Area

(FACE)

IFC-02217

| SERIAL NUMBER | FILING DATE | CLASS | SUBCLASS | GROUP ART UNIT | EXAMINER |
|---|---|---|---|---|---|
| 07/922,918 | 07/31/92 | ~~428~~ 8 | 467 | 1508 | EINSMAN |

APPLICANT: JAMES R. MC CULLOCH, PROVIDENCE, RI.

**CONTINUING DATA********************
VERIFIED

none ME

**FOREIGN/PCT APPLICATIONS************
VERIFIED

none ME

FOREIGN FILING LICENSE GRANTED 10/27/92          ***** SMALL ENTITY *****

| Foreign priority claimed | ☐ yes ☒ no | AS FILED | STATE OR COUNTRY | SHEETS DRWGS. | TOTAL CLAIMS | INDEP. CLAIMS | FILING FEE RECEIVED | ATTORNEY'S DOCKET NO. |
|---|---|---|---|---|---|---|---|---|
| 35 USC 119 conditions met | ☐ yes ☒ no ME | | RI | 2 | 25 | 4 | $496.00 | 2626-3 |

ADDRESS:
RHODES, COATS & BENNETT
P.O. BOX 2974
GREENSBORO, NC 27402

TITLE: TRANSFER PRINTING FLOCKED FABRIC

U.S. DEPT. of COMM.-Pat. & TM Office— PTO-436L (rev. 10-78)

IFC-02218

APPROVED FOR LICENSE

INITIALS _____

| Date Entered or Counted | | CONTENTS | Date Received or Mailed |
|---|---|---|---|
| | 1. | Application _____ papers. | |
| 33. | 2. | Sp Amdt. G. | 11/24/97 |
| 10/1 34. | 3. | Amy Amd | 6-15-98 |
| 35. | 4. | Ex Time (2) | 11/17/98 |
| 1/14/cp 36. | 5. | ABANDONED | 1-14-99 |
| 37. | 6. | Request for access | 1-24-01 |
| 38. | 7. | Request for access | 2-21-01 |
| 39. | 8. | Request for access | 4-19-01 |
| 40. | 9. | Request for access | 7-18-02 |
| 41. | 10. | | |
| 42. | 11. | | |
| 43. | 12. | | |
| 44. | 13. | | |
| | 14. | | |
| | 15. | | |
| | 16. | | |
| | 17. | | |
| | 18. | | |
| | 19. | | |
| | 20. | | |
| | 21. | | |
| | 22. | | |
| | 23. | | |
| | 24. | | |
| | 25. | | |
| | 26. | | |
| | 27. | | |
| | 28. | | |
| | 29. | | |
| | 30. | | |
| | 31. | | |
| | 32. | | |

(FRONT)

IFC-02219

# 08/775666

## PATENT APPLICATION

08775666

APPROVED FOR LICENSE

INITIALS ____

## CONTENTS

| Date Entered or Counted | | Application — papers | Date Received or Mailed |
|---|---|---|---|
| | 30 | Pr. Amdt. 7 | 12/31/96 |
| 4/7 | 31 | Final Rejection | 6/27/97 |
| 4/2 | 32 | ABANDONED | 2-11-98 |
| | 33 | | |
| | 34 | | |
| | 35 | | |
| | 36 | | |
| | 37 | | |
| | 38 | | |
| | 39 | | |
| | 40 | | |

(FRONT)

IFC-02220

APPROVED FOR LICENSE ☐

PATENT APPLICATION

INITIALS _____

08 622928

||||||||||||||||||||||
08622928

**CONTENTS**

Date Entered or Counted

Date Received or Mailed

AB**ANDONED** ABANDONED

| | | |
|---|---|---|
| | 1. Application _____ papers. | |
| 25. | 2. Pre. Amdt. E. | 3/27/96 |
| 26. | 3. Prior Art | 4/18/96 |
| 27. | 4. Rejection | 7/31/96 |
| 28. | 5. Ext of time (2 months) | 12/31/96 |
| 29. | 6. AB. ABANDONED | 2/21/97 |
| 30. | 7. | |
| 31. | 8. | |
| 32. | 9. | |
| 33. | 10. | |
| 34. | 11. | |
| 35. | 12. | |
| 36. | 13. | |
| 37. | 14. | |
| 38. | 15. | |
| 39. | 16. | |
| 40. | 17. | |
| 41. | 18. | |
| 42. | 19. | |
| 43. | 20. | |
| 44. | 21. | |
| 45. | 22. | |
| 46. | 23. | |
| 47. | 24. | |
| 48. | 25. | |
| 49. | 26. | |
| 50. | 27. | |
| | 28. | |
| | 29. | |
| | 30. | |
| | 31. | |
| | 32. | |

IFC-02221