PATENT APPLICATION

08/477278

08477278

APPROVED FOR LICENSE

INITIALS

| Date Entered or Counted | CONTENTS | Date Received or Mailed |
|---|---|---|
| | | **ABANDONED** |
| | Application ____ papers. | |
| 21. | Div (mailed) | 6/7/95 |
| 22. | BE | 9.29.95 |
| 23. | Ext. ③ | 4-1-96 |
| 24. | Notice of Abandonment | 5-6-96 |
| 25. | | |
| 26. | | |
| 27. | | |
| 28. | | |
| 29. | | |
| 30. | | |
| 31. | | |
| 32. | | |
| 33. | | |

(FRONT)

IFC-02222

PATENT APPLICATION

08293749

APPROVED FOR LICENSE ☐

INITIALS _____

## CONTENTS

| Date Entered or Counted | # | Application | Date Received or Mailed |
|---|---|---|---|
| | 14. | Ex. Amdt. C w/attch | 8-22-94 |
| 10/6/15 | 15. | Rej 3 mos | 12-9-94 |
| 10/16 | 16. | Prior Art | 11-29-94 |
| 10/20 | 17. | Rejection | 10... |
| | 18. | Attch | 12-21-92 |
| | 19. | Ext. (3) | 6-12-9- |
| | 20. | ABANDONED | 8-4-95 |
| | 21. | | |
| | 22. | | |
| | 23. | | |
| | 24. | | |
| | 25. | | |
| | 26. | | |
| | 27. | | |
| | 28. | | |
| | 29. | | |
| | 30. | | |
| | 31. | | |
| | 32. | | |
| | 33. | | |
| | 34. | | |
| | 35. | | |
| | 36. | | |
| | 37. | | |
| | 38. | | |
| | 39. | | |
| | 40. | | |
| | 41. | | |
| | 42. | | |
| | 43. | | |
| | 44. | | |

IFC-02223

(FRONT)

ABANDONMENT

07/922918

APPROVED FOR LICENSE ☐

INITIALS _____

**CONTENTS**    RECEIVED

Entered or Counted | | Received or Mailed
---|---|---

NOV 3 1992

GROUP 1500

1. Application ✓ papers
2. Ltr re: unsigned Dec. + Fee — 8-17-92
3. Dec., Sm. Entity, Fee + Surcharge — 9/23/92
4. Prior art — 12-7-92
5. Rejection (3 mos) — 3-17-93
6. F.A. (2) + a Lt. A — Aug 20, 1993
7. Rejection (3mos) — 11-3-93
8. Prior art — 11-19-93
9. Interview Summary — 12-1-93
10. Amdt. B — 1-24-94
11. F. Rej 3 Mos — 4-18-94
12. Ex of time (1) — 8/22/94
13. Notice of Abandonment — 9-30-94

IFC-02224

| SEARCHED | | | |
|---|---|---|---|
| Class | Sub. | Date | Exmr. |
| 8 | 47, 636 | | |
| 428 | 909, 87 | | |

| SEARCH NOTES | | |
|---|---|---|
| | Date | Exmr. |
| | | |

| INTERFERENCE SEARCHED | | | |
|---|---|---|---|
| Class | Sub. | Date | Exmr. |
| | | | |

IFC-02225

| SEARCHED | | | |
|---|---|---|---|
| Class | Sub. | Date | Exmr. |
| 8 | 471, 488 | 6/15 | 28 ME |
| 428 | 90, 96, 97 | todate | |

| SEARCH NOTES | |
|---|---|
| Date | Exmr. |
| | |

| INTERFERENCE SEARCHED | | | |
|---|---|---|---|
| Class | Sub. | Date | Exmr. |
| | | | |

IFC-02226

| SEARCHED | | | |
|---|---|---|---|
| Class | Sub. | Date | Exmr. |
| 8 | 471 | | |
| | 488 | update | |
| 428 | 90 | 12-6-90 | NE |
| | 97 | | |
| | 200 | | |
| 427 | 206 | | |

| SEARCH NOTES | | |
|---|---|---|
| | Date | Exmr. |
| APS | 4.8.94 | NE |

| INTERFERENCE SEARCHED | | | |
|---|---|---|---|
| Class | Sub. | Date | Exmr. |
| | | | |

(RIGHT OUTSIDE)

IFC-02227

| SEARCHED | | | |
|---|---|---|---|
| Class | Sub. | Date | Exmr. |
| 8 | 471 | | |
|  | 488 | | |
| 428 | 90 | ATD | |
|  | 97 | | |
| 427 | 200 | 7.30.96 | NE |
|  | 206 | | |

| SEARCH NOTES | |
|---|---|
| Date | Exmr. |
| | |

| INTERFERENCE SEARCHED | | | |
|---|---|---|---|
| Class | Sub. | Date | Exmr. |
| | | | |

IFC-02228