| SEARCHED | | | |
|---|---|---|---|
| Class | Sub. | Date | Exmr. |
| 8 | -71 488 | update 9-27-91 | MK |

| SEARCH NOTES | | |
|---|---|---|
| | Date | Exmr. |
| see parents | --- | --- |

| INTERFERENCE SEARCHED | | | |
|---|---|---|---|
| Class | Sub. | Date | Exmr. |
| | | | |

IFC-02229

| SEARCHED | | | |
|---|---|---|---|
| Class | Sub. | Date | Exmr. |
| 8 | 471 488 | 5.9.93 | AM |
| 428 | 90 97 | 4.8.94 | NE |
| 427 | 200 206 | 4.8.94 | NE |

| SEARCH NOTES | | |
|---|---|---|
| | Date | Exmr. |
| L. Ikaling | 10.19.93 | NE |
| APS | 4.8.94 | NE |

| INTERFERENCE SEARCHED | | | |
|---|---|---|---|
| Class | Sub. | Date | Exmr. |
| | | | |

IFC-02230

Staple Issue Slip Here

| POSITION | ID NO. | DATE |
|---|---|---|
| CLASSIFIER | | |
| EXAMINER | | |
| TYPIST | | |
| VERIFIER | | |
| CORPS CORR. | | |
| SPEC. HAND | | |
| FILE MAINT. | | |
| DRAFTING | | |

## INDEX OF CLAIMS

SYMBOLS
= Rejected
— Allowed
(Through numeral) Canceled
+ Restricted
N Non-elected
I Interference
A Appeal
O Objected

(LEFT INSIDE)

IFC-02231

Staple Issue Slip Here

| POSITION | ID NO. | DATE |
|---|---|---|
| CLASSIFIER | | |
| EXAMINER | 416 | 1/31/00 |
| TYPIST | 6102 | 8/15 |
| VERIFIER | | |
| CORPS CORR. | | |
| SPEC. HAND | | |
| FILE MAINT. | | |
| DRAFTING | | |

## INDEX OF CLAIMS

| Claim Final | Original | Date | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | 1 | 6/26/97 ✓ | | | | | | | |
| | 2 | ✓ | | | | | | | |
| | 3 | | | | | | | | |
| | 4 | | | | | | | | |
| | 5 | | | | | | | | |
| | 6 | | | | | | | | |
| | 7 | | | | | | | | |
| | 8 | | | | | | | | |
| | 9 | | | | | | | | |
| | 10 | | | | | | | | |
| | 11 | ✓ | | | | | | | |
| | 12 | | | | | | | | |
| | 13 | | | | | | | | |
| | 14 | | | | | | | | |
| | 15 | | | | | | | | |
| | 16 | | | | | | | | |
| | 17 | | | | | | | | |
| | 18 | | | | | | | | |
| | 19 | | | | | | | | |
| | 20 | ✓ | | | | | | | |
| | 21 | | | | | | | | |
| | 22 | | | | | | | | |
| | 23 | | | | | | | | |
| | 24 | | | | | | | | |
| | 25 | | | | | | | | |
| | 26 | | | | | | | | |
| | 27 | | | | | | | | |
| | 28 | | | | | | | | |
| | 29 | | | | | | | | |
| | 30 | | | | | | | | |
| | 31 | | | | | | | | |
| | 32 | | | | | | | | |
| | 33 | | | | | | | | |
| | 34 | | | | | | | | |
| | 35 | | | | | | | | |
| | 36 | | | | | | | | |
| | 37 | | | | | | | | |
| | 38 | | | | | | | | |
| | 39 | | | | | | | | |
| | 40 | | | | | | | | |
| | 41 | | | | | | | | |
| | 42 | | | | | | | | |
| | 43 | | | | | | | | |
| | 44 | | | | | | | | |
| | 45 | | | | | | | | |
| | 46 | | | | | | | | |
| | 47 | | | | | | | | |
| | 48 | | | | | | | | |
| | 49 | | | | | | | | |
| | 50 | | | | | | | | |

SYMBOLS
✓ .......... Rejected
= .......... Allowed
− (Through numeral) Canceled
+ .......... Restricted
N .......... Non-elected
I .......... Interference
A .......... Appeal
O .......... Objected

| Claim Final | Original | Date | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | 51 | | | | | | | | |
| | 52 | | | | | | | | |
| | 53 | | | | | | | | |
| | 54 | | | | | | | | |
| | 55 | | | | | | | | |
| | 56 | | | | | | | | |
| | 57 | | | | | | | | |
| | 58 | | | | | | | | |
| | 59 | | | | | | | | |
| | 60 | | | | | | | | |
| | 61 | | | | | | | | |
| | 62 | | | | | | | | |
| | 63 | | | | | | | | |
| | 64 | | | | | | | | |
| | 65 | | | | | | | | |
| | 66 | | | | | | | | |
| | 67 | | | | | | | | |
| | 68 | | | | | | | | |
| | 69 | | | | | | | | |
| | 70 | | | | | | | | |
| | 71 | | | | | | | | |
| | 72 | | | | | | | | |
| | 73 | | | | | | | | |
| | 74 | | | | | | | | |
| | 75 | | | | | | | | |
| | 76 | | | | | | | | |
| | 77 | | | | | | | | |
| | 78 | | | | | | | | |
| | 79 | | | | | | | | |
| | 80 | | | | | | | | |
| | 81 | | | | | | | | |
| | 82 | | | | | | | | |
| | 83 | | | | | | | | |
| | 84 | | | | | | | | |
| | 85 | | | | | | | | |
| | 86 | | | | | | | | |
| | 87 | | | | | | | | |
| | 88 | | | | | | | | |
| | 89 | | | | | | | | |
| | 90 | | | | | | | | |
| | 91 | | | | | | | | |
| | 92 | | | | | | | | |
| | 93 | | | | | | | | |
| | 94 | | | | | | | | |
| | 95 | | | | | | | | |
| | 96 | | | | | | | | |
| | 97 | | | | | | | | |
| | 98 | | | | | | | | |
| | 99 | | | | | | | | |
| | 100 | | | | | | | | |

IFC-02232

Staple Issue Slip Here

| POSITION | | ID NO. | DATE |
|---|---|---|---|
| CLASSIFIER | | | |
| EXAMINER | | 414 | 5-4-96 |
| TYPIST | mH | | |
| VERIFIER | | | 5-4-96 |
| CORPS CORR. | | 4/2 | -7 |
| SPEC. HAND | | | |
| FILE MAINT. | | | |
| DRAFTING | | | |

## INDEX OF CLAIMS

| Claim | | Date |
|---|---|---|
| Final | Original | |
| | 1 ✓ | ✓ |
| | 2 | |
| | 3 | |
| | 4 | |
| | 5 | |
| | 6 | |
| | 7 | |
| | 8 | |
| | 9 | |
| | 10 ✓ | |
| | 11 | |
| | 12 ✓ | |
| | 13 | |
| | 14 | |
| | 15 | |
| | 17 | |
| | 18 | |
| | 19 | |
| | 20 ✓ | |
| | 21 | |
| | 22 | |
| | 23 | |
| | 24 | |
| | 25 | |
| | 26 | |
| | 27 | |
| | 28 | |
| | 29 | |
| | 30 | |
| | 31 | |
| | 32 | |
| | 33 | |
| | 34 | |
| | 35 | |
| | 36 | |
| | 37 | |
| | 38 | |
| | 39 | |
| | 40 | |
| | 41 | |
| | 42 | |
| | 43 | |
| | 44 | |
| | 45 | |
| | 46 | |
| | 47 | |
| | 48 | |
| | 49 | |
| | 50 | |

SYMBOLS
✓ — Rejected
= — Allowed
- (Through numeral) — Canceled
+ — Restricted
N — Non-elected
I — Interference
A — Appeal
O — Objected

| Claim | | Date |
|---|---|---|
| Final | Original | |
| | 51 | |
| | 52 | |
| | 53 | |
| | 54 | |
| | 55 | |
| | 56 | |
| | 57 | |
| | 58 | |
| | 59 | |
| | 60 | |
| | 61 | |
| | 62 | |
| | 63 | |
| | 64 | |
| | 65 | |
| | 66 | |
| | 67 | |
| | 68 | |
| | 69 | |
| | 70 | |
| | 71 | |
| | 72 | |
| | 73 | |
| | 74 | |
| | 75 | |
| | 76 | |
| | 77 | |
| | 78 | |
| | 79 | |
| | 80 | |
| | 81 | |
| | 82 | |
| | 83 | |
| | 84 | |
| | 85 | |
| | 86 | |
| | 87 | |
| | 88 | |
| | 89 | |
| | 90 | |
| | 91 | |
| | 92 | |
| | 93 | |
| | 94 | |
| | 95 | |
| | 96 | |
| | 97 | |
| | 98 | |
| | 99 | |
| | 100 | |

IFC-02233

Staple Issue Slip Here

| POSITION | ID NO. | DATE |
|---|---|---|
| CLASSIFIER | 21 | 7/21/95 |
| EXAMINER | 498 | 8-2-95 |
| TYPIST | 357 | 8-2-95 |
| VERIFIER | 341 | 8/2/95 |
| CORPS CORR. | | |
| SPEC. HAND | | |
| FILE MAINT. | | |
| DRAFTING | | |

## INDEX OF CLAIMS

| Claim (Final / Original) | Date |
|---|---|
| 1 (circled) | ✓ |
| 2 | |
| 3 | |
| 4 | |
| 5 | |
| 6 | |
| 7 | |
| 8 | |
| 9 | |
| 10 | ✓ |
| 11 | |
| 12 (circled) | ✓ |
| 13 (circled) | ✓ |
| 14 | |
| 15 | ✓ |
| 16 | |
| 17 | |
| 18 | |
| 19 | |
| 20 | ✓ |
| 21 | |
| 22 | |
| 23 (circled) | |
| 24 | |
| 25 | |
| 26–50 | |
| 51–100 | |

SYMBOLS
- ✓ — Rejected
- = — Allowed
- − (Through numerals) Canceled
- + — Restricted
- N — Non-elected
- I — Interference
- A — Appeal
- O — Objected

(LEFT INSIDE)

IFC-02234

| POSITION | ID NO. | DATE |
|---|---|---|
| CLASSIFIER | | |
| EXAMINER | 401 | 9/21/44 |
| TYPIST | 309 | 9/26 |
| VERIFIER | 342 | 9-26 |
| CORPS CORR. | | |
| SPEC. HAND | | |
| FILE MAINT. | | |
| DRAFTING | | |

## INDEX OF CLAIMS

Claims circled (allowed): 1, 12, 13, 14, 23

SYMBOLS
- ✓ — Rejected
- = — Allowed
- . (Through numeral) — Canceled
- + — Restricted
- N — Non-elected
- I — Interference
- A — Appeal
- O — Objected

(LEFT INSIDE)

IFC-02235

| POSITION | INIT. | DATE |
|---|---|---|
| CLASSIFIER | 5 | 8-11-92 |
| EXAMINER | 634 | 8/12/92 |
| TYPIST | 323 | 10/27 |
| VERIFIER | 341 | 10/28/92 |
| CORPS CORR. | | |
| SPEC. HAND | 60  M.E.W. | 10-15-92 |
| FILE MAINT. | LB | 8/14/92 |

## INDEX OF CLAIMS

SYMBOLS
- ✓ ............ Rejected
- = ............ Allowed
- – (Through numeral) Cancelled
- + ............ Restricted
- N ............ Non-elected
- I ............ Interference
- A ............ Appeal
- O ............ Objected

Claims 1–25 marked with various symbols; claims 1, 12, 13, 14, 23 circled. Claims 26–99 blank.