# EXHIBIT 2

PATENT NUMBER

5981021

5981021

## U.S. UTILITY PATENT APPLICATION

O.I.P.E.

R.14

SCANNED _____ Q.A. _____

PATENT DATE

NOV 09 1999

| SECTOR | CLASS | SUBCLASS | ART UNIT | EXAMINER |
|--------|-------|----------|----------|----------|
| | 428 | | 1151 | |

FILED WITH: ☐ DISK (CRF)  ☐ FICHE

(Attached in pocket on right inside flap)

## PREPARED AND APPROVED FOR ISSUE

### ISSUING CLASSIFICATION

| ORIGINAL | | CROSS REFERENCE(S) | |
|----------|--|--------------------|--|
| CLASS | SUBCLASS | CLASS | SUBCLASS (ONE SUBCLASS PER BLOCK) |
| | | | |

INTERNATIONAL CLASSIFICATION

☐ Continued on Issue Slip Inside File Jacket

| ☐ TERMINAL DISCLAIMER | DRAWINGS | | | CLAIMS ALLOWED | |
|------------------------|----------|--|--|----------------|--|
| | Sheets Drwg. 3 | Figs. Drwg. 3 | Print Fig. 2 | Total Claims 20 | Print Claim for O.G. |

☐ a) The term of this patent subsequent to _____ (date) has been disclaimed.

(Assistant Examiner) _____ (Date)

☐ b) The term of this patent shall not extend beyond the expiration date of U.S Patent. No. _____

Margaret Einsmann

MARGARET EINSMANN
PRIMARY EXAMINER
GROUP 1100

(Primary Examiner) _____ (Date)

NOTICE OF ALLOWANCE MAILED

5.27.99

ISSUE FEE

| Amount Due | Date Paid |
|------------|-----------|
| $1210.00 | 8-9-99 |

☐ c) The terminal _____ months of this patent have been disclaimed.

Inga Zin  9.8.99

(Legal Instruments Examiner) _____ (Date)

ISSUE BATCH NUMBER

T71

**WARNING:**

The information disclosed herein may be restricted. Unauthorized disclosure may be prohibited by the United States Code Title 35, Sections 122, 181 and 368. Possession outside the U.S. Patent & Trademark Office is restricted to authorized employees and contractors only.

Form PTO-436A
(Rev. 6/98)

(LABEL AREA)    Issue Fee In File

IFC-02434

(FACE)

PATENT APPLICATION

jc551 U.S. PTO

09192393

11/13/98

INITIALS 0 9 8 3

# CONTENTS

| | | Date received (Incl. C. of M.) or Date Mailed | | | Date received (Incl. C. of M.) or Date Mailed |
|---|---|---|---|---|---|
| 1. Application papers. | | | 42. | | |
| 2. | | 12-11-98 | 43. | | |
| 3. | | 3-15-99 | 44. | | |
| 4. | | 3-15-99 | 45. | | |
| 5. DECLARATION | | 3-15-99 | 46. | | |
| 6. | | 5-11-99 | 47. | | |
| 7. | | 5-20-99 | 48. | | |
| 8. Notice of Allowability | | 5-27-99 | 49. | | |
| 9. Formal Drawings ( sht(s) set | | | 50. | | |
| 10. | | | 51. | | |
| 11. | | | 52. | | |
| 12. | | | 53. | | |
| 13. | | | 54. | | |
| 14. | | | 55. | | |
| 15. | | | 56. | | |
| 16. | | | 57. | | |
| 17. | | | 58. | | |
| 18. | | | 59. | | |
| 19. | | | 60. | | |
| 20. | | | 61. | | |
| 21. | | | 62. | | |
| 22. | | | 63. | | |
| 23. | | | 64. | | |
| 24. | | | 65. | | |
| 25. | | | 66. | | |
| 26. | | | 67. | | |
| 27. | | | 68. | | |
| 28. | | | 69. | | |
| 29. | | | 70. | | |
| 30. | | | 71. | | |
| 31. | | | 72. | | |
| 32. | | | 73. | | |
| 33. | | | 74. | | |
| 34. | | | 75. | | |
| 35. | | | 76. | | |
| 36. | | | 77. | | |
| 37. | | | 78. | | |
| 38. | | | 79. | | |
| 39. | | | 80. | | |
| 40. | | | 81. | | |
| 41. | | | 82. | | |

(LEFT OUTSIDE)

IFC-02435



| SEARCHED | | | |
|---|---|---|---|
| Class | Sub. | Date | Exmr. |
| 8 | 471 | to date | ME |
| 428 | 88 | | |
| | 90 | | |
| | 96 | | |
| | 97 | 5.18.99 | |

| SEARCH NOTES (INCLUDING SEARCH STRATEGY) | | |
|---|---|---|
| | Date | Exmr. |
| M. McCamish issue in 98/90 | 5.18.98 | ME |
| Review of parent + transfer of references to this file | 5.18.98 | ME |

| INTERFERENCE SEARCHED | | | |
|---|---|---|---|
| Class | Sub. | Date | Exmr. |
| | | | |

(RIGHT OUTSIDE)

IFC-02436

| POSITION | INITIALS | ID NO. | DATE |
|---|---|---|---|
| FEE DETERMINATION | *SH* | | |
| O.I.P.E. CLASSIFIER | | 7 | 11-30-98 |
| FORMALITY REVIEW | | 71476 | 12/7/98 |

## INDEX OF CLAIMS

| | | |
|---|---|---|
| ✓ | ................................. Rejected | N ............................... Non-elected |
| = | ................................. Allowed | I ............................... Interference |
| — | (Through numeral)... Canceled | A ............................... Appeal |
| ÷ | ................................. Restricted | O ............................... Objected |

| Claim | | Date | | | | | | | | Claim | | Date | | | | | | | | Claim | | Date | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Final | Original | | | | | | | | | Final | Original | | | | | | | | | Final | Original | | | | | | | | |
| 1 | 1 | | | | | | | | | 51 | | | | | | | | | | 101 | | | | | | | | | |
| 2 | 2 | | | | | | | | | 52 | | | | | | | | | | 102 | | | | | | | | | |
| 3 | 3 | | | | | | | | | 53 | | | | | | | | | | 103 | | | | | | | | | |
| 4 | 4 | | | | | | | | | 54 | | | | | | | | | | 104 | | | | | | | | | |
| 5 | 5 | | | | | | | | | 55 | | | | | | | | | | 105 | | | | | | | | | |
| 6 | 6 | | | | | | | | | 56 | | | | | | | | | | 106 | | | | | | | | | |
| 7 | 7 | | | | | | | | | 57 | | | | | | | | | | 107 | | | | | | | | | |
| 8 | 8 | | | | | | | | | 58 | | | | | | | | | | 108 | | | | | | | | | |
| 9 | 9 | | | | | | | | | 59 | | | | | | | | | | 109 | | | | | | | | | |
| 10 | 10 | | | | | | | | | 60 | | | | | | | | | | 110 | | | | | | | | | |
| | 11 | | | | | | | | | 61 | | | | | | | | | | 111 | | | | | | | | | |
| 12 | 12 | | | | | | | | | 62 | | | | | | | | | | 112 | | | | | | | | | |
| 13 | 13 | | | | | | | | | 63 | | | | | | | | | | 113 | | | | | | | | | |
| | 14 | | | | | | | | | 64 | | | | | | | | | | 114 | | | | | | | | | |
| 15 | 15 | | | | | | | | | 65 | | | | | | | | | | 115 | | | | | | | | | |
| 16 | 16 | | | | | | | | | 66 | | | | | | | | | | 116 | | | | | | | | | |
| 17 | 17 | | | | | | | | | 67 | | | | | | | | | | 117 | | | | | | | | | |
| 18 | 18 | | | | | | | | | 68 | | | | | | | | | | 118 | | | | | | | | | |
| 19 | 19 | | | | | | | | | 69 | | | | | | | | | | 119 | | | | | | | | | |
| 20 | 20 | | | | | | | | | 70 | | | | | | | | | | 120 | | | | | | | | | |
| | 21 | | | | | | | | | 71 | | | | | | | | | | 121 | | | | | | | | | |
| | 22 | | | | | | | | | 72 | | | | | | | | | | 122 | | | | | | | | | |
| | 23 | | | | | | | | | 73 | | | | | | | | | | 123 | | | | | | | | | |
| | 24 | | | | | | | | | 74 | | | | | | | | | | 124 | | | | | | | | | |
| | 25 | | | | | | | | | 75 | | | | | | | | | | 125 | | | | | | | | | |
| | 26 | | | | | | | | | 76 | | | | | | | | | | 126 | | | | | | | | | |
| | 27 | | | | | | | | | 77 | | | | | | | | | | 127 | | | | | | | | | |
| | 28 | | | | | | | | | 78 | | | | | | | | | | 128 | | | | | | | | | |
| | 29 | | | | | | | | | 79 | | | | | | | | | | 129 | | | | | | | | | |
| | 30 | | | | | | | | | 80 | | | | | | | | | | 130 | | | | | | | | | |
| | 31 | | | | | | | | | 81 | | | | | | | | | | 131 | | | | | | | | | |
| | 32 | | | | | | | | | 82 | | | | | | | | | | 132 | | | | | | | | | |
| | 33 | | | | | | | | | 83 | | | | | | | | | | 133 | | | | | | | | | |
| | 34 | | | | | | | | | 84 | | | | | | | | | | 134 | | | | | | | | | |
| | 35 | | | | | | | | | 85 | | | | | | | | | | 135 | | | | | | | | | |
| | 36 | | | | | | | | | 86 | | | | | | | | | | 136 | | | | | | | | | |
| | 37 | | | | | | | | | 87 | | | | | | | | | | 137 | | | | | | | | | |
| | 38 | | | | | | | | | 88 | | | | | | | | | | 138 | | | | | | | | | |
| | 39 | | | | | | | | | 89 | | | | | | | | | | 139 | | | | | | | | | |
| | 40 | | | | | | | | | 90 | | | | | | | | | | 140 | | | | | | | | | |
| | 41 | | | | | | | | | 91 | | | | | | | | | | 141 | | | | | | | | | |
| | 42 | | | | | | | | | 92 | | | | | | | | | | 142 | | | | | | | | | |
| | 43 | | | | | | | | | 93 | | | | | | | | | | 143 | | | | | | | | | |
| | 44 | | | | | | | | | 94 | | | | | | | | | | 144 | | | | | | | | | |
| | 45 | | | | | | | | | 95 | | | | | | | | | | 145 | | | | | | | | | |
| | 46 | | | | | | | | | 96 | | | | | | | | | | 146 | | | | | | | | | |
| | 47 | | | | | | | | | 97 | | | | | | | | | | 147 | | | | | | | | | |
| | 48 | | | | | | | | | 98 | | | | | | | | | | 148 | | | | | | | | | |
| | 49 | | | | | | | | | 99 | | | | | | | | | | 149 | | | | | | | | | |
| | 50 | | | | | | | | | 100 | | | | | | | | | | 150 | | | | | | | | | |

If more than 150 claims or 10 actions
staple additional sheet here

(LEFT INSIDE)

IFC-02437

STAPLE       AREA       ʊU.S. GOVERNMENT PRINTING OFFICE: 1998—440-769

PATENT NUMBER

ORIGINAL CLASSIFICATION

| CLASS | SUBCLASS |
|---|---|
| 428 | 97 |

APPLICATION SERIAL NUMBER

09/192393

APPLICANT'S NAME (PLEASE PRINT)

James R. McCullough

IF REISSUE, ORIGINAL PATENT NUMBER

CROSS REFERENCE(S)

| CLASS | SUBCLASS (ONE SUBCLASS PER BLOCK) | | |
|---|---|---|---|
| 428 | 90 | 9/6 | |
| 8 | 471 | 488 | 467 |
| | | | |
| | | | |
| | | | |
| | | | |

INTERNATIONAL CLASSIFICATION

| D | 0 | 6 | P | | 5/00 | |
|---|---|---|---|---|---|---|
| D | 0 | 6 | M | | 17/04 | |
| | | | | | | |

GROUP ART UNIT
1751

ASSISTANT EXAMINER (PLEASE STAMP OR PRINT FULL NAME)

PRIMARY EXAMINER (PLEASE STAMP OR PRINT FULL NAME)
Margaret Binsmann

PTO 270
(REV. 5-91)

ISSUE CLASSIFICATION SLIP

U.S. DEPARTMENT OF COMMERCE
PATENT AND TRADEMARK OFFICE

IFC-02438



US005981021A

# United States Patent [19]

McCulloch

[11] Patent Number: 5,981,021

[45] Date of Patent: Nov. 9, 1999

[54] TRANSFER PRINTING FLOCKED FABRIC

[75] Inventor: James R. McCulloch, Providence, R.I.

[73] Assignee: Microfibres, Inc., Pawtucket, R.I.

[21] Appl. No.: 09/192,393

[22] Filed: Nov. 13, 1998

**Related U.S. Application Data**

[63] Continuation of application No. 08/976,841, Nov. 24, 1997, abandoned, which is a continuation of application No. 08/775,666, Dec. 31, 1996, abandoned, which is a continuation of application No. 08/622,928, Mar. 27, 1996, abandoned, which is a continuation of application No. 08/477,278, Jun. 7, 1995, abandoned, which is a continuation of application No. 08/293,749, Aug. 22, 1994, abandoned, which is a continuation of application No. 07/922,918, Jul. 31, 1992, abandoned.

[51] Int. Cl.⁶ .................... D06P 5/00; D06M 17/04
[52] U.S. Cl. .................... 428/97; 428/90; 428/96; 8/471; 8/488; 8/467
[58] Field of Search .................... 8/471, 488; 428/90, 428/96, 97

[56] **References Cited**

U.S. PATENT DOCUMENTS

2,308,429  1/1943  Smith et al. ............... 117/66

| 3,099,514 | 7/1963 | Haber | 8/66 |
| 3,568,594 | 3/1971 | Johnston et al. | 101/152 |
| 3,999,940 | 12/1976 | Freeman | 8/14 |
| 4,018,956 | 4/1977 | Casey | 428/86 |
| 4,049,374 | 9/1977 | Rejto | 8/2.5 |
| 4,108,595 | 8/1978 | Pappas | 8/1 A |
| 4,294,577 | 10/1981 | Bernard | |
| 4,309,179 | 1/1982 | Heuser et al. | 8/558 |
| 4,314,813 | 2/1982 | Masaki | 8/468 |
| 4,427,414 | 1/1984 | Orton | 8/480 |
| 4,963,422 | 10/1990 | Katz et al. | 428/90 |

FOREIGN PATENT DOCUMENTS

90 372556  7/1990  Japan .

Primary Examiner—Margaret Einsmann
Attorney, Agent, or Firm—Rhodes & Mason, PLLC

[57]  **ABSTRACT**

A transfer printed, flocked fabric includes a textile substrate, raised nylon fibers on the substrate, a black-pigmented adhesive adhering the nylon fibers to the substrate and disperse dye distributed in a pattern in upper portions of the nylon fibers and the upper portions of the nylon fibers being colored only by disperse dye, thereby forming a deep, dark, crock-fast, colored print.

**20 Claims, 2 Drawing Sheets**



IFC-02439

**U.S. Patent**     Nov. 9, 1999     Sheet 1 of 2     5,981,021



FIG. I

IFC-02440

**U.S. Patent**      Nov. 9, 1999      Sheet 2 of 2      **5,981,021**



FIG. 2

FIG. 3

IFC-02441

5.981.021

1

## TRANSFER PRINTING FLOCKED FABRIC

This application is a continuation of U.S. patent application Ser. No. 08/976.841 filed Nov. 24. 1997. now abandoned; which was a continuation of U.S. patent application Ser. No. 08/775.666 filed Dec. 31. 1996. now abandoned; which was a continuation of U.S. patent application Ser. No. 08/622.928 filed Mar. 27. 1996. now abandoned; which was a continuation of U.S. patent application Ser. No. 08/477. 278 filed Jun. 7. 1995. now abandoned; which was a continuation of U.S. patent application Ser. No. 08/293.749 filed Aug. 22. 1994. now abandoned; which was a continuation of U.S. patent application Ser. No. 07/922.918 filed Jul. 31. 1992. now abandoned.

## BACKGROUND OF THE INVENTION

The present invention relates to improvements in transfer printing on flocked fabrics.

Flocked fabrics are known to be made by adhering short fibers. typically nylon or polyester to a substrate using. conventionally. a clear adhesive. The fibers may be pre-dyed. known as fiber-dye. or in their natural state. in which they are a white. translucent color.

Transfer printing entails combining a paper having the dyestuffs for the fabric arrayed on it in a print pattern. placing the paper and fabric into intimate contact and exposing the paper and fabric to pressure and heat. The result is the sublimation of the disperse dye and its entry into the fibers of the fabric. It is conventional for transfer print papers to have the print arrayed over the entire extent of the paper. so that the pattern to be printed can be seen in reverse on the paper itself. Transfer printed fabrics. having been exposed to heat and pressure in the printing process typically have a flat and papery look and hand. This is often deemed undesirable. especially in a flocked fabric.

It is known to add pigment to an adhesive used in some flocked fabric manufacturing. In one case. the pigmented adhesive is used to bind flock on fabric which is subsequently printed using wet processing techniques to achieve deep rich colors. However wet processing involves very different considerations from transfer printing. which is a lower-cost. dry process. Tinted adhesives are also known for use with pre-dyed flock. to obtain an overall intensity of shade.

However. it has not been possible previously in printing the flocked fabrics with transfer printing to achieve deep. dark shades using conventional print papers. When this is attempted. there are problems of grin-through. crocking and inferior lightfastness. The fabric substrate can be seen between the fibers. interfering with the desired visual effect of the printed pattern. Efforts to add dyestuff to the print paper in order to achieve deeper shades have been unsuccessful because the dyestuff in such a heavy concentration is not fully absorbed into the fibers. As a result. the dyestuff can rub off. an undesirable and commercially unacceptable result. The rubbing off of the colors in this fashion is known as "crocking".

Accordingly. there is a need in the art for an improved method for transfer printing onto flocked fabrics to achieve deep. dark shades. and also a need for deep. darkly transfer printed flocked fabrics.

## SUMMARY OF THE INVENTION

The present invention fulfills this need in the art by providing a transfer printed. flocked fabric comprising a

2

textile substrate. raised thermoplastic fibers on the substrate. a dark pigmented adhesive adhering the fibers to the substrate and disperse dye distributed in a pattern in upper portions of the thermoplastic fibers. The disperse dye makes a deep. dark colored print. In a preferred embodiment the pigment is black. Other dark pigments usable include those which are blue. green or red. Typically. the upper portions of the fibers are colored only by disperse dye. The invention results in the dyed pattern being crock-fast. The fibers are typically nylon or polyester.

The printed fabrics may have loftier. more erect pile than conventional transfer printed flocked fabrics. and a softer hand.

The fibers may be arrayed on the substrate in a textured array. so that some fibers diverge from neighboring fibers more than other fibers and the pigmented adhesive is visible between the diverging fibers.

The invention also includes a method of printing a flocked fabric including adhering undyed thermoplastic fibers to a substrate with a pigmented adhesive so that the fibers have a lower portion adhered to the substrate and an upper portion forming a nap and thereby forming a flocked fabric. and transfer printing the flocked fabric. Preferably. the adhering step comprises adhering the fibers with a darkly pigmented adhesive. The adhering step may include adhering nylon fibers.

In one embodiment the adhering step includes adhering the fibers with a black pigmented adhesive.

The invention preferably includes heat setting the flocked fabric between the adhering step and the transfer printing step. Alternatively. the flocked fabric may be thermally brushed after the transfer printing step. The transfer printing step preferably includes printing with a pattern having deep. dark colors.

The adhering step may include texturizing the fibers on the substrate to cause some fibers to diverge from neighboring fibers more than other fibers so the pigmented adhesive is visible between the diverging fibers.

Typically. when using the method of the invention the printing step may include pressing the fabric to a transfer print paper at pressures lower than in conventional transfer printing. For example. the pressure may be between about 10 and about 59 pounds.

## BRIEF DESCRIPTION OF THE DRAWINGS

The invention will be better understood after a reading of the Detailed Description of the Preferred Embodiments and a review of the drawings in which:

FIG. 1 is a schematic view of a transfer print process suitable for use in the present invention:

FIG. 2 is an enlarged. schematic view of the fabric according to the invention; and

FIG. 3 is an enlarged. schematic view of an alternate embodiment of the fabric according to the invention.

## DETAILED DESCRIPTION OF THE PREFERRED EMBODIMENTS

The present invention is made possible. in part by preparation of the flocked fabric. In lieu of using the conventional clear adhesives used for adhering the flock to the substrate. a pigmented adhesive is substituted. The adhesive may be any adhesive conventionally used for adhering flock to substrates in making flocked fabrics. including those available from B.F. Goodrich. 9911 Brecksville Rd.. Brecksville.

IFC-02442

5.981.021

3

Ohio. and other suppliers. A pigment is added to the basic adhesive. the precise color of the pigment being dictated by desired results. Preferably. the pigment is of a dark color to help achieve the deep. dark color in the printed fabric. The pigment may be black or other dark shades such as navy blue. dark red. dark green. or the like.

The adhesives are typically water-based acrylic polymers. Conventional processing of the adhesive may also be used including viscosity adjustments and other conventional additive treatments. A suitable pigment for inclusion in the adhesive is Ecco Brite HL 7417 BK 4-710. available from Eastern Color and Chemical Co.. 35 Livingston St.. Providence. R.I. 02904. Other similar pigments can be substituted. The fibers used in the flocking process are the natural. undyed fibers. so that they have their normal translucent. whitish color.

If desired. the flocked fabric can be air texturized. a conventional procedure involving the application of an air flow to cause the fibers to be oriented on the fabric surface in a decorative pattern before the adhesive is allowed to set or cure. This results in a fabric 132 seen in FIG. 3 with some fibers 18. 118 being arrayed on the substrate in a textured array. so that some fibers 118 diverge from neighboring fibers 121 more than other fibers 120. The pigmented adhesive 123 is visible between the diverging fibers. but since it is a dark color. it contributes to the depth of shade effect. rather than being an objectionable grin-through.

The fabric so made is fed into a conventional transfer printing machine. as shown schematically in FIG. 1. The fabric 22 is fed along with the transfer print paper 28 into the machine 20. A large. heated roll 24 puts the fabric into intimate contact with the paper and begins the sublimation process of the disperse dye on the paper 28 for impregnation into the fibers of the fabric 22. The combined paper and fabric follow a path 26 through additional rollers to provide enough residence time for complete sublimation of the disperse dye into the fibers of the fabric.

However. the pressure applied to the fabric need not be as great as when flocked fabrics are transfer printed conventionally. Since the dyestuff need only color the upper portions of the fibers. the damaging pressure conventionally used to penetrate to the depths of the pile need not be used. The result is that the pile remains more upright and erect. giving the fabric a softer and loftier hand than conventionally transfer printed flocked fabrics. as well as less grin-through and crocking. For example. when using a Gessner transfer print machine (available from Gessner Co.. Greensboro. N.C. USA). pressures on the order of 60 pounds (27.3 kg) are used conventionally. With the invention. the pressure can be reduced to as low as 10 pounds (4.5 kg) for some print patterns and still achieve good depth of shade.

The fibers are any fibers which can be suitably transfer-printed. Presently thermoplastic fibers are known to be transfer-printable. with nylon and polyester fibers being the most common candidates for transfer-printing. The transfer-print dyestuffs are typically disperse dyes. well-known for printing and dyeing nylon and polyester.

A schematic sectional view of the printed fabric can be seen in FIG. 2. The fabric 32 includes the substrate 12. which may be woven. as shown. or any the other suitable construction. Nylon fibers 18 are adhered to the substrate 12 with an adhesive 14 so that lower portions of the fibers are imbedded in the adhesive and upper portions form a nap standing up from the fabric. The adhesive 14 has pigment particles 16. shown schematically in FIG. 2. arrayed through it to give the adhesive an overall dark color. the color being

4

determined by the color of the pigment particles 16. Similarly. the fibers 18 are colored by the disperse dye 19 which has impregnated into the upper portions of the fibers by the transfer printing process. Of course. the transfer print will form a pattern of various colors on various different portions of the fabric. depending on the print pattern. Also. the disperse dye will form a uniform dispersion in the thermoplastic fiber. but is shown only schematically in the figure as particulate colorations.

It is desirable to assure the upright orientation of the fibers in the fabric. and this can be done by two alternate methods. In the first. the fabric is heat set after the fibers are adhered to the substrate and before printing. Alternatively. the fabric can go straight from flocking to transfer-printing and be subjected to a thermal brushing after transfer-printing to restore the nap in the fabric.

The resulting fabric provides a deep. dark print which is crock-fast. and not subject to objectionable grin-through. Also. the hand is softer and loftier than conventionally transfer printed ficoked fabrics. largely because the pile is more erect.

Those of ordinary skill in the art will appreciate that the invention can be carried out in various other embodiments beyond the specific embodiments disclosed herein. These are deemed to be within the scope of the invention as claimed.

What is claimed is:

1. A transfer printed. flocked fabric comprising a textile substrate. raised thermoplastic fibers on the substrate. a dark pigmented adhesive adhering said fibers to said substrate and disperse dye distributed in a pattern in upper portions of said thermoplastic fibers.

2. A fabric as claimed in claim 1 wherein said disperse dye makes a deep. dark colored print.

3. A fabric as claimed in claim 1 wherein said pigment is black.

4. A fabric as claimed in claim 1 wherein said pigment is blue.

5. A fabric as claimed in claim 1 wherein said pigment is green.

6. A fabric as claimed in claim 1 wherein said upper portions of said fibers are colored only by disperse dye.

7. A fabric as claimed in claim 1 wherein said dyed pattern is crock-fast.

8. A fabric as claimed in claim 1 wherein said fibers are nylon.

9. A fabric as claimed in claim 1 wherein said fibers are polyester.

10. A fabric as claimed in claim 1 wherein said fibers are arrayed on said substrate in a textured array. so that some fibers diverge from neighboring fibers more than other fibers and said pigmented adhesive is visible between said diverging fibers.

11. A transfer printed. flocked fabric comprising a textile substrate. raised thermoplastic fibers on the substrate. an overall dark pigmented adhesive adhering lower parts of said fibers to said substrate and disperse dye distributed as a result of the transfer printing to form a pattern in upper portions only of the nap-forming part of said thermoplastic fiber. without said pattern-forming disperse dye penetrating to the depth of the nap.

12. A transfer printed. flocked fabric comprising a textile substrate. raised nylon fibers on said substrate. a black-pigmented adhesive adhering said nylon fibers to said substrate and disperse dye distributed in a pattern in upper portions of said nylon fibers and said upper portions of said nylon fibers being colored only by disperse dye. said fabric thereby forming a deep. dark. crock-fast. colored print.

IFC-02443

5,981,021

| 5 | 6 |

**13.** A method of producing a transfer printed, flocked fabric comprising the steps of:

    adhering undyed thermoplastic fibers to a substrate with a dark pigmented adhesive so that the fibers have a lower portion adhered to the substrate and an upper portion forming a nap and thereby forming a flocked fabric, and transfer printing the flocked fabric.

**14.** A method as claimed in claim **13** wherein said adhering step includes air texturizing the fibers on the substrate to cause some fibers to diverge from neighboring fibers more than other fibers and the pigmented adhesive is visible between the diverging fibers.

**15.** A method as claimed in claim **13** wherein said adhering step comprises adhering nylon fibers.

**16.** A method as claimed in claim **13** wherein said adhering step comprises adhering the fibers with a black pigmented adhesive.

**17.** A method as claimed in claim **13** further comprising heat setting the flocked fabric between the adhering step and the transfer printing step.

**18.** A method as claimed in claim **13** further comprising thermal brushing the flocked fabric after the transfer printing step.

**19.** A method as claimed in claim **13** wherein said transfer printing step comprises printing with a pattern having deep, dark colors.

**20.** A method of printing a flocked fabric comprising the steps of:

    adhering undyed thermoplastic fibers to a textile substrate with an overall dark pigmented adhesive so that the fibers have a lower part adhered to the substrate and an upper part forming a nap and thereby forming a flocked fabric, and

    transfer printing the flocked fabric using a disperse dye so that said disperse dye is distributed to form a pattern in the upper portions only of the nap-forming part of the fibers without said pattern-forming disperse dye penetrating to the depth of the nap.

*  *  *  *  *

# TAB 3

IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

In re Application of: James R. McCulloch
Serial No.: 09/192,393                                    Examiner: M. Einsmann
Filed: November 13, 1998                                 Art Unit: 1751
For: TRANSFER PRINTING FLOCKED FABRIC

Assistant Commissioner for Patents
Washington, DC 20231                                     RECEIVED

                                                         MAR 1 5 1999
Sir:
                                                         GROUP 1700
                  PRELIMINARY AMENDMENT

        Attached is this firm's check in the amount of $78.00 for one additional independent

claim. If any other fees for this amendment are required, Applicant requests that this be

considered a Petition therefor. The Commissioner is hereby authorized to charge any

additional fees which may be required to Deposit Account 18-1164. Prior to examining this

application, please amend it as follows:

**In the Specification:**

        On page 3, line 23, change the period to - -; and- -.

        On page 3, after line 23, insert - -FIGURE 3 is an enlarged, schematic view of an

alternate embodiment of the fabric according to the invention.- -

        On page 4, line 16, after "in," insert - -a fabric 132 seen in FIGURE 3 with- - and after

"fibers," insert - -18, 118- -.

        On page 4, line 17, after "fibers," insert - -118- -.

        On page 4, line 18, after the first occurrence of "fibers," insert - -123- - and after the

second occurrence of "fibers," insert - -120- - and after "adhesive," insert - -123- -.

**In the Claims:**

        In claim 11, line 3, delete ", and a softer hand".

RHODES, COATS
& BENNETT, L.L.P.
ATTORNEYS AT LAW
100 FIRST UNION TOWER
GREENSBORO, N.C. 27401
TELEPHONE 336/273 4422

IFC-02470

In claim 12, line 5, after "dye," insert - -said fabric- -.

Amend claim 20, second line, by inserting the word - -air- - before "texturizing."

Cancel claims 11, 14, 21-25.

Please amend claim 13 as follows:

13.    (Amended)  A method of [printing a] producing a transfer printed, flocked fabric comprising the steps of:

adhering undyed thermoplastic fibers to a substrate with a dark pigmented adhesive so that the fibers have a lower portion adhered to the substrate and an upper portion forming a nap and thereby forming a flocked fabric, and

transfer printing the flocked fabric.

Please add new claims 26 and 27 as follows:

26.    A transfer printed, flocked fabric comprising a textile substrate, raised thermoplastic fibers on the substrate, an overall dark pigmented adhesive adhering lower parts of said fibers to said substrate and disperse dye distributed as a result of the transfer printing to form a pattern in upper portions only of the nap-forming part of said thermoplastic fiber, without said pattern-forming disperse dye penetrating to the depth of the nap.

27.    A method of printing a flocked fabric comprising the steps of:

adhering undyed thermoplastic fibers to a textile substrate with an overall dark pigmented adhesive so that the fibers have a lower part adhered to the substrate and an upper part forming a nap and thereby forming a flocked fabric, and

transfer printing the flocked fabric using a disperse dye so that said disperse dye is distributed to form a pattern in the upper portions only of the nap-forming part of the fibers without said pattern-forming disperse dye penetrating to the depth of the nap.

RHODES, COATS
& BENNETT, L.L.P.
ATTORNEYS AT LAW
100 FIRST UNION TOWER
GREENSBORO, N C 27401
TELEPHONE 336/273-4422

2

IFC-02471

## Remarks

This application is the latest in a series of applications on this subject matter.  In one of the earlier applications, the Examiner rejected the claims on the basis of obviousness from the disclosure of U.S. Patent No. 4,049,374 to Rejto or U.S. Patent No. 4,314,813 to Masaki in view of the disclosures of U.S. Patent No. 2,308,429 to Smith et al. or U.S. Patent No. 4,963,422 to Katz et al.

The present invention solves a number of problems including grin-through, crock-fastness and, as has been more recently confirmed, light-fastness, that plagued prior transfer printed flocked fabrics.

The Examiner has taken the position that Masaki and Rejto teach transfer printing of flocked fabric but do not disclose using a pigmented adhesive to adhere the flock to the substrate. The Examiner points to Smith et al. and Katz as teaching using pigmented adhesives to adhere flock to a substrate.  The Examiner concluded from that that it would have been obvious to use a pigmented adhesive to adhere flock to substrate in combination with transfer printing of the substrate.

The Office Action included statements by the Examiner to the effect that part of the rationale for maintaining the rejection was that no evidence was submitted showing the asserted improvements, such as test data showing decreased grin-through or crocking.  The Examiner suggested consideration be given to the submission of evidence showing unexpected superiority over the prior art.

The Examiner is no doubt curious as to why a number of continuations have been filed without substantive prosecution.  The reason is that applicant had intentions to run the tests to

RHODES, COATS
& BENNETT, L.L.P.
ATTORNEYS AT LAW
100 FIRST UNION TOWER
REENSBORO, N. C. 27401
ELEPHONE 336/273-4422

3

IFC-02472

generate the evidence suggested by the Examiner, but was having difficulty in arranging scheduling of the test. That has now been accomplished, and the enclosed declaration of William F. Laird under 37 C.F.R. §1.132 demonstrates the advantages of the invention with test results and samples for the Examiner's consideration.

Mr. Laird's declaration includes and points to examples where the crock-fastness has been significantly improved, as can be clearly seen on the test fabrics accompanying his declaration.

The samples in Mr. Laird's declaration also demonstrate the improved light-fastness made possible by the present invention.

Thus, the Examiner has now been presented with laboratory test data showing improvements in the fabric as compared with examples used in prior art technology. These specimens and Mr. Laird's affidavit should satisfy the Examiner that, indeed, unexpected results are made possible by the claimed invention. Note the comments of Mr. Laird's declaration that fabrics made in accordance with the invention make up half of applicant's assignee's production, evidencing commercial success, a recognized secondary consideration for overcoming *prima facie* obviousness.

Counsel has amended the specification and claims to conform with amendments made in one of the previous applications in the chain of applications. In addition, new claims 26 and 27 have been added. These claims have recently been accepted by the European Patent Office for patenting in Europe, and it is believed they are also patentable under U.S. law.

Finally, attached is a Form PTO 1449 adding an additional Japanese reference which has been cited in the earlier chain of cases to which the Examiner is directed for copies of the

RHODES, COATS
& BENNETT, L.L.P.
ATTORNEYS AT LAW
100 FIRST UNION TOWER
REENSBORO, N C 27401
ELEPHONE 336/273-4422

4

Japanese reference. That reference had been omitted from the previously filed Information Disclosure Statement in this application through inadvertence.

Applicant believes the case is in condition for immediate allowance and such action is respectfully requested. However, if any issue remains unresolved, Applicant's attorney would welcome the opportunity for a telephone interview to expedite allowance and issue.

Respectfully submitted,

Howard A. MacCord, Jr.
Registration No. 28,639
(336) 273-4422

Date: March 11, 1999
File No.: 2626-012

RHODES, COATS
& BENNETT, L.L.P.
ATTORNEYS AT LAW
600 FIRST UNION TOWER
GREENSBORO, N. C. 27401
TELEPHONE 336/273-4422

5

IFC-02474

# TAB 8

UNITED STATES DEPARTMENT OF COMMERCE
Patent and Trademark Office
Address: COMMISSIONER OF PATENTS AND TRADEMARKS
Washington, D.C. 20231

| SERIAL NUMBER | FILING DATE | FIRST NAMED APPLICANT | ATTORNEY DOCKET NO. |
|---|---|---|---|
| 09/192,393 | 11/13/98 | MCCULLOCH | J    2626-012 |

EXAMINER

RHODES COATS & BENNETT
PO BOX 2974
GREENSBORO NC 27402

IM22/0527

EINSMANN, M

| ART UNIT | PAPER NUMBER |
|---|---|
| 1751 | |

DATE MAILED:    05/27/99

## NOTICE OF ALLOWABILITY

**PART I.**

1. ☑ This communication is responsive to *amendment of 5.20.99*
2. ☑ All the claims being allowable, PROSECUTION ON THE MERITS IS (OR REMAINS) CLOSED in this application. If not included herewith (or previously mailed), a Notice Of Allowance And Issue Fee Due or other appropriate communication will be sent in due course.
3. ☑ The allowed claims are *1-10, 12-13, 15-20, 26-27*.
4. ☐ The drawings filed on _____ are acceptable.
5. ☐ Acknowledgment is made of the claim for priority under 35 U.S.C. 119. The certified copy has [_] been received. [_] not been received. [ ] been filed in parent application Serial No. _____ filed on _____
6. ☐ Note the attached Examiner's Amendment.
7. ☐ Note the attached Examiner Interview Summary Record, PTOL-413.
8. ☑ Note the attached Examiner's Statement of Reasons for Allowance.
9. ☑ Note the attached NOTICE OF REFERENCES CITED, PTO-892.
10. ☑ Note the attached INFORMATION DISCLOSURE CITATION, PTO-1449.

**PART II.**

A SHORTENED STATUTORY PERIOD FOR RESPONSE to comply with the requirements noted below is set to EXPIRE THREE MONTHS FROM THE "DATE MAILED" indicated on this form. Failure to timely comply will result in the ABANDONMENT of this application. Extensions of time may be obtained under the provisions of 37 CFR 1.136(a).

1. ☐ Note the attached EXAMINER'S AMENDMENT or NOTICE OF INFORMAL APPLICATION, PTO-152, which discloses that the oath or declaration is deficient. A SUBSTITUTE OATH OR DECLARATION IS REQUIRED.
2. ☐ APPLICANT MUST MAKE THE DRAWING CHANGES INDICATED BELOW IN THE MANNER SET FORTH ON THE REVERSE SIDE OF THIS PAPER.

   a. ☐ Drawing informalities are indicated on the NOTICE RE PATENT DRAWINGS, PTO-948, attached hereto or to Paper No. _____ CORRECTION IS REQUIRED.  *PTO-9485*
   b. ☐ The proposed drawing correction filed on _____ has been approved by the examiner. CORRECTION IS REQUIRED.
   c. ☐ Approved drawing corrections are described by the examiner in the attached EXAMINER'S AMENDMENT. CORRECTION IS REQUIRED.
   d. ☐ Formal drawings are now REQUIRED.

Any response to this letter should include in the upper right hand corner, the following information from the NOTICE OF ALLOWANCE AND ISSUE FEE DUE: ISSUE BATCH NUMBER, DATE OF THE NOTICE OF ALLOWANCE, AND SERIAL NUMBER.

**Attachments:**
– Examiner's Amendment
– Examiner Interview Summary Record, PTOL-413
– Reasons for Allowance
– Notice of References Cited, PTO-892
– Information Disclosure Citation, PTO-1449
– Notice of Informal Application, PTO-152
– Notice re Patent Drawings, PTO-948  5/18, 5/20
– Listing of Bonded Draftsmen
– Other

MARGARET EINSMANN
PRIMARY EXAMINER
GROUP 1751

PTOL-37 (REV. 4-89)

USCOMM-DC 89-3789

IFC-02507

Application/Control Number: 09/192,393                                                   Page 2

Art Unit: 1751

## REASONS FOR ALLOWANCE

1.      The following is an examiner's statement of reasons for allowance:

In the parent cases, the claims were rejected over Rejto or Masaki in view of Smith et al.

The two primary references teach screen printed flock textile materials comprising thermoplastic

fibers which have been printed with sublimable disperse dyes and the method of producing such.

They do not teach pigmenting the adhesive used to adhere the flocks to the base.  Smith suggest

the addition of a small amount of pigment to the adhesive used to adhere flock to substrate, but he

does not disclose transfer printing flock with disperse dyes.  Orton, column 1, discloses the

problem of grinning through which applicant has solved by the use of dark pigmented adhesive.

Bernard discloses in column 1 lines 30-46 that the process of transfer printing flocked fabric is

inherently incapable of dyeing the substrate. .  He solves the problem by adding a heat-sublimable

dye to the adhesive. Thus there are two statements of the prior art reinforcing applicant's position

that a dark adhesive is necessary to reduce grin through   Applicant has solved the same problem

in a manner not taught by the prior art; that is by adding a pigment to the adhesive. The pigment is

not analogous to a sublimable dye of Bernard.  In applicant's process, the heat sublimable dye is

applied only to the flock, and it does not color the adhesive or the substrate.  Applicant has

presented a declaration showing that the use of a dark adhesive results in

1) improved lightfastness and

2) reduced crocking

Application/Control Number: 09/192,393                                    Page 3

Art Unit: 1751

The combined declaration is persuasive to overcome the rejection of record as the improvements

were neither taught nor suggested by the prior art.


Any comments considered necessary by applicant must be submitted no later than the

payment of the issue fee and, to avoid processing delays, should preferably accompany the issue

fee. Such submissions should be clearly labeled "Comments on Statement of Reasons for

Allowance."

2.      Any inquiry concerning this communication or earlier communications from the examiner

should be directed to Margaret Einsmann whose telephone number is (703) 308-3826. The

examiner can normally be reached on Monday to Thursday and alternate Fridays from 7:00 A.M.

to 4:30 P.M. The fax phone number for this Technology Center is (703) 305-3599

Any inquiry of a general nature or relating to the status of this application or proceeding

should be directed to the Group receptionist whose telephone number is (703) 308-0661.


MARGARET EINSMANN

PRIMARY EXAMINER 1751



**UNITED STAT[ ] DEPARTMENT OF COMMERCE**
**Patent and Tr[ ]mark Office**

## NOTICE OF ALLOWANCE AND ISSUE FEE DUE

| APPLICATION NO. | FILING DATE | TOTAL CLAIMS | EXAMINER AND GROUP ART UNIT | DATE MAILED |
|---|---|---|---|---|
| | | | | |

| First Named Applicant | | | | |
|---|---|---|---|---|

TITLE OF INVENTION

| ATTY'S DOCKET NO. | CLASS-SUBCLASS | BATCH NO. | APPLN. TYPE | SMALL ENTITY | FEE DUE | DATE DUE |
|---|---|---|---|---|---|---|
| | | | | | $1210.00 | |

**THE APPLICATION IDENTIFIED ABOVE HAS BEEN EXAMINED AND IS ALLOWED FOR ISSUANCE AS A PATENT.**
**PROSECUTION ON THE MERITS IS CLOSED.**

**THE ISSUE FEE MUST BE PAID WITHIN THREE MONTHS FROM THE MAILING DATE OF THIS NOTICE OR THIS**
**APPLICATION SHALL BE REGARDED AS ABANDONED. THIS STATUTORY PERIOD CANNOT BE EXTENDED.**

**HOW TO RESPOND TO THIS NOTICE:**

I. Review the SMALL ENTITY status shown above.
  If the SMALL ENTITY is shown as YES, verify your
  current SMALL ENTITY status:

  A. If the status is changed, pay twice the amount of the
     FEE DUE shown above and notify the Patent and
     Trademark Office of the change in status, or
  B. If the status is the same, pay the FEE DUE shown
     above.

If the SMALL ENTITY is shown as NO:

A. Pay FEE DUE shown above, or

B. File verified statement of Small Entity Status before, or with,
   payment of 1/2 the FEE DUE shown above.

II. Part B-Issue Fee Transmittal should be completed and returned to the Patent and Trademark Office (PTO) with your
    ISSUE FEE. Even if the ISSUE FEE has already been paid by charge to deposit account, Part B Issue Fee Transmittal
    should be completed and returned. If you are charging the ISSUE FEE to your deposit account, section "4b" of Part
    B-Issue Fee Transmittal should be completed and an extra copy of the form should be submitted.

III. All communications regarding this application must give application number and batch number.
    Please direct all communications prior to issuance to Box ISSUE FEE unless advised to the contrary.

**IMPORTANT REMINDER: Utility patents issuing on applications filed on or after Dec. 12, 1980 may require payment of**
**maintenance fees. It is patentee's responsibility to ensure timely payment of maintenance**
**fees when due.**

PATENT AND TRADEMARK OFFICE COPY

PTOL-85 (REV. 10-96) Approved for use through 06/30/99. (0651-0033)

IFC-02510

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| **Notice of References Cited** | | | Application No. 09/192 393 | | Applicant(s) McCulbugh | | |
| | | | Examiner Ensman | | Group Art Unit 1751 | Page 1 of 1 | |

**U.S. PATENT DOCUMENTS**

| * | | DOCUMENT NO. | DATE | NAME | CLASS | SUBCLASS |
|---|---|---|---|---|---|---|
| | A | 4,294,577 | 10/81 | Bernard | | |
| | B | | | | | |
| | C | | | | | |
| | D | | | | | |
| ✓ | E | | | | | |
| | F | | | | | |
| | G | | | | | |
| | H | | | | | |
| | I | | | | | |
| | J | | | | | |
| | K | | | | | |
| | L | | | | | |
| | M | | | | | |

**FOREIGN PATENT DOCUMENTS**

| * | | DOCUMENT NO. | DATE | COUNTRY | NAME | CLASS | SUBCLASS |
|---|---|---|---|---|---|---|---|
| | N | | | | | | |
| | O | | | | | | |
| | P | | | | | | |
| | Q | | | | | | |
| | R | | | | | | |
| | S | | | | | | |
| | T | | | | | | |

**NON-PATENT DOCUMENTS**

| * | | DOCUMENT (including Author, Title, Source, and Pertinent Pages) | DATE |
|---|---|---|---|
| | U | | |
| | V | | |
| | W | | |
| | X | | M Ensman    5-4-99 |

U.S. Patent and Trademark Office
PTO-892 (Rev. 9-95)

Part of Paper No. _____

US GPO: 1997 417-864/62773

IFC-02511

Form PTO 948 (Rev. 8-98)      U.S. DEPARTMENT OF COMMERCE - Patent and Trademark Office    Application No. *09/192 393*

## NOTICE OF DRAFTSPERSON'S
## PATENT DRAWING REVIEW

The drawing(s) filed (insert date) *11/13/98* are:
A. ☐ approved by the Draftsperson under 37 CFR 1.84 or 1.152.
B. ☑ objected to by the Draftsperson under 37 CFR 1.84 or 1.152 for the reasons indicated below. The Examiner will require submission of new, corrected drawings when necessary. Corrected drawing must be sumitted according to the instructions on the back of this notice.

1. DRAWINGS. 37 CFR 1.84(a): Acceptable categories of drawings:
   Black ink. Color.
   _____ Color drawings are not acceptable until petition is granted.
   Fig(s) _____
   _____ Pencil and non black ink not permitted. Fig(s) _____
2. PHOTOGRAPHS. 37 CFR 1.84 (b)
   _____ 1 full-tone set is required. Fig(s) _____
   _____ Photographs not properly mounted (must use brystol board or photographic double-weight paper). Fig(s) _____
   _____ Poor quality (half-tone). Fig(s) _____
3. TYPE OF PAPER. 37 CFR 1.84(e)
   _____ Paper not flexible, strong, white, and durable.
   Fig(s) _____
   _____ Erasures, alterations, overwritings, interlineations, folds, copy machine marks not accepted. Fig(s) _____
   _____ Mylar, velum paper is not acceptable (too thin).
   Fig(s) _____
4. SIZE OF PAPER. 37 CFR 1.84(f): Acceptable sizes:
   _____ 21.0 cm by 29.7 cm (DIN size A4)
   _____ 21.6 cm by 27.9 cm (8 1/2 x 11 inches)
   _____ All drawing sheets not the same size.
   Sheet(s) _____
   _____ Drawings sheets not an acceptable size. Fig(s) _____
5. MARGINS. 37 CFR 1.84(g): Acceptable margins:
   Top 2.5 cm  Left 2.5cm  Right 1.5 cm  Bottom 1.0 cm
   SIZE: A4 Size
   Top 2.5 cm  Left 2.5 cm  Right 1.5 cm  Bottom 1.0 cm
   SIZE: 8 1/2 x 11
   Margins not acceptable. Fig(s) _____
   _____ Top (T)      _____ Left (L)
   _____ Right (R)      _____ Bottom (B)
6. VIEWS. 37 CFR 1.84(h)
   REMINDER: Specification may require revision to correspond to drawing changes.
   Partial views. 37 CFR 1.84(h)(2)
   _____ Brackets needed to show figure as one entity.
   Fig(s) _____
   _____ Views not labeled separately or properly.
   Fig(s) _____
   _____ Enlarged view not labeled separetely or properly.
   Fig(s) _____
7. SECTIONAL VIEWS. 37 CFR 1.84 (h),(3)
   _____ Hatching not indicated for sectional portions of an object.
   Fig(s) _____
   _____ Sectional designation should be noted with Arabic or Roman numbers. Fig(s) _____

8. ARRANGEMENT OF VIEWS. 37 CFR 1.84(i)
   _____ Words do not appear on a horizontal, left-to-right fashion when page is either upright or turned so that the top becomes the right side, except for graphs. Fig(s) _____
9. SCALE. 37 CFR 1.84(k)
   _____ Scale not large enough to show mechanism without crowding when drawing is reduced in size to two-thirds in reproduction.
   Fig(s) _____
10. CHARACTER OF LINES, NUMBERS, & LETTERS.
    37 CFR 1.84(i)
    _✓_ Lines, numbers & letters not uniformly thick and well defined, clean, durable, and black (poor line quality).
    Fig(s) *1 - 2*
11. SHADING. 37 CFR 1.84(m)
    _____ Solid black areas pale. Fig(s) _____
    _____ Solid black shading not permitted. Fig(s) _____
    _____ Shade lines, pale, rough and blurred. Fig(s) _____
12. NUMBERS, LETTERS, & REFERENCE CHARACTERS.
    37 CFR 1.84(p)
    _____ Numbers and reference characters not plain and legible.
    Fig(s) _____
    _____ Figure legends are poor. Fig(s) _____
    _____ Numbers and reference characters not oriented in the same direction as the view. 37 CFR 1.84(p)(1)
    Fig(s) _____
    _____ English alphabet not used. 37 CFR 1.84(p)(2)
    Figs _____
    _____ Numbers, letters and reference characters must be at least .32 cm (1/8 inch) in height. 37 CFR 1.84(p)(3)
    Fig(s) _____
13. LEAD LINES. 37 CFR 1.84(q)
    _____ Lead lines cross each other. Fig(s) _____
    _____ Lead lines missing. Fig(s) _____
14. NUMBERING OF SHEETS OF DRAWINGS. 37 CFR 1.84(t)
    _____ Sheets not numbered consecutively, and in Arabic numerals beginning with number 1. Sheet(s) _____
15. NUMBERING OF VIEWS. 37 CFR 1.84(u)
    _____ Views not numbered consecutively, and in Arabic numerals, beginning with number 1. Fig(s) _____
16. CORRECTIONS. 37 CFR 1.84(w)
    _____ Corrections not made from prior PTO-948 dated _____
17. DESIGN DRAWINGS. 37 CFR 1.152
    _____ Surface shading shown not appropriate. Fig(s) _____
    _____ Solid black shading not used for color contrast.
    Fig(s) _____

COMMENTS

REVIEWER _LAM_ _____  DATE *05/18/99*  TELEPHONE NO. *(703) 308-0366*

ATTACHMENT TO PAPER NO. _____