# EXHIBIT 6

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| INTERMARK FABRIC CORPORATION,<br><br>*Plaintiff*,<br><br>v.<br><br>MICROFIBRES, INC.<br><br>*Defendant*. | Civil Action No. 3:02 CV 1267 (AVC) |

**EXPERT REPORT OF PROFESSOR RONALD S. PERRY, PH.D**

I.    INTRODUCTION

This report is directed to the expert testimony that I will give with respect to the construction of the term "dark" as used in U.S. Patent No. 5,981,021 (the "'021 patent"). I reserve the right to supplement my analysis in light of any critique of my report or alternative opinions advanced by or on behalf of the Defendant, Microfibres, Inc. I further reserve the right to supplement the support that I have provided for my opinions.

    a.    Professional Background And Publications

I currently reside at 2355 North East Ocean Boulevard, 27A, Stuart, FL 34996. I am presently Professor of Textile Chemistry, *Emeritus*, at the University of Massachusetts, Dartmouth. I received a Bachelor of Science degree form the New Bedford Institute of Technology (now known as University of Massachusetts at Dartmouth) in 1958 in Textile Chemistry. I received a Master of Science degree in Textile Chemistry form the Lowell Technological Institute in 1960 (now known as University of Massachusetts at Lowell), a Master

of Science Degree in Chemistry in 1962, and a Ph.D in Chemistry from Lowell Technological Institute in 1965 where I majored in Organic Chemistry and minored in Polymer Chemistry.

From 1973 through 1999, I was a Professor of Textile Chemistry at the University of Massachusetts, Dartmouth, where I taught a variety of courses including: Textile Chemistry, Physical Chemistry of Dyeing, Physical Chemistry of Surface Active Agents, Chemical Technology of Finishing and Polymer Chemistry. Additionally, I taught a class entitled Color Science which included subjects such as the source of color and methods to measure color. In conjunction with the Color Science class, I instructed my students on the use of the Munsell color chart.

From 1973 through 1989, I was the Chairperson of the Textile Sciences Department at the University of Massachusetts. From 1965 through 1968, I worked initially as a Chemist in the Research Department and then as a Chemist in the Technical Service Department (both positions were within the Textile Chemical Division) of I.C.I. Organics, Inc. and from 1968 through 1973 I worked initially as a Lab Manager and then as a regional Technical Service Manager in the Textile Chemical Division of Sun Chemical Corporation.

I have worked extensively in the field of the textile sciences since the 1960's. Over these past thirty five years, in addition to teaching courses covering the Textile Sciences, I have published numerous technical papers, lectured, provided consulting services to various chemical companies and textile companies, participated in many investigative research projects, and participated in various professional societies and organizations. Attached as **Exhibit 1** is a copy of my curriculum vitae which details my academic background, professional experience, professional affiliations and honors, professional activities, and selected publications.

b. Rate of Compensation and Prior Testimony

I am being compensated as an expert witness for services I am providing in this case, including research, fabric analysis, literature review, report preparation, deposition and trial court testimony in the amount of $275/hour. I have not testified as an expert witness in the last four years.

II. DOCUMENTS AND ITEMS REVIEWED

The information I considered in forming the opinions expressed in this report include:

 a. The '021 patent.

 b. Munsell color chart.

 c. The Encyclopedia Britannica.

III. OPINION AND BASIS FOR THE OPINION

The '021 patent teaches and claims that the use of dark pigmented adhesives, such as black, blue and green, for transfer printing flocked fabric is novel.

Claim1 states:

1. A transfer printed, flocked fabric comprising a textile substrate, raised thermoplastic fibers on the substrate, a dark pigmented adhesive adhering to said fibers to said substrate and disperse dye distributed in a pattern in upper portions of said thermoplastic fibers.

In the Summary of the Invention, the inventor implies that the use of dark pigmented adhesives in the manufacture of flocked fabrics is novel. In that regard, the '021 patent provides: "The disperse dye makes a deep, dark colored print. In a preferred embodiment, the pigment is black. Other dark pigments usable include those which are blue, green or red." Col. 2 lines 4 – 7. Flocked fabrics may be used for transfer printing, wet printing, piece dying, and other forms of processing.

3

Generally, the term "dark" is not used in the textile industry to describe colors because of the difficulty in defining the term given its subjective nature. Nevertheless, the word "dark" describes a color of low or very low lightness. Lightness is one of three standard attributes used to describe the appearance of color. One of the earliest and most widely used systems for describing the color of materials is the Munsell color system, which has gained international acceptance. It is described in unabridged dictionaries and encyclopedias as well as in specialized publications of art, design, color photography, television, printing, paint, textiles and plastics. It is recognized as a standard system of color specification around the world. The Munsell system can be used to describe what is meant by the word "dark" as in "*dark pigmented adhesive*".

The Munsell system is based on a standardized set of painted color surfaces, commonly called color chips, arranged in a globe-like 3-D space. See Figure 1 below. The goal of the Munsell system is to present an arrangement of a full sample of color in equal perceptual intervals over the entire three dimensions of the color space. All colors are referenced using the so-called Munsell Notations which involves a combination of letters and numbers.



**Figure 1. An Illustration of the Munsell Color Space**

Each color is described by three attributes: HUE, VALUE AND CHROMA. HUE is the attribute which gives rise to color names such as blue, green, yellow, etc. VALUE is the

4

attribute that expresses the _**lightness or darkness**_ of the color. This is the characteristic that describes the color as lighter (brighter) or darker (duller). Value is expressed by numbers in the range of 1 to 9. Pure black (an ideal black) would be 0 and a pure white (an ideal white) would be 10, however, there are no color chips for these colors, since they are not possible to achieve. CHROMA is the attribute that expresses the strength or purity of the color. This is the characteristic that indicates the saturation of the color or the amount of color in the object. Hue is limited to one turn around the circle. See Figure 2 below.



©1994 Encyclopaedia Britannica, Inc.

**Figure 2. An Illustration of Hue, Value and Chroma With the Munsell System.**

The lightness or darkness attribute (Value) is limited on the lower end of the vertical axis by pure black, which is as **_dark_** as a color can be, and on the top by pure white, which is as **_light_** as a color can be. Chroma is expressed by numbers 0 (achromatic) to 16 or more (highly saturated). Figure 1 illustrates the attributes of Hue, Value and Chroma in the Munsell system.

5

It is my opinion that dark pigmented adhesives would be those having a low or very low lightness and thus a Value of 1 or very close to 1 in the Munsell system.

Signed under the pains and penalties of perjury on this 29 day of July, 2006.

Ronald S. Perry, Ph.D