UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| INTERMARK FABRIC CORPORATION,<br>      Plaintiff,<br><br>v.<br><br>MICROFIBRES, INC.<br>      Defendant. | Civil Action No. 3:02 CV 1267 (AVC)<br><br><br><br>**NOTICE OF MANUAL FILING** |

      Please take notice that Plaintiff, Intermark Fabric Corporation has manually filed pages 12 and 13 to the Memorandum of Law in Support of Plaintiff's Proposed Claim Construction.

This document (or thing) has not been filed electronically because:

[   ]    the document (or thing) cannot be converted to an electronic format

[   ]    the electronic file size of the document exceeds 1.5 mb

[   ]    The document (or thing) is filed under seal pursuant to Local Rule of Civil Procedure 5(d) or Local Rule of Criminal Procedure 57(b)or is filed ex parte pursuant to court order, statute or regulation allowing ex parte submissions [e.g. Criminal Justice Act Vouchers submitted pursuant to 18 U.S.C. § 3006A]

[   ]    Plaintiff/Defendant is excused from electronically filing this document (or thing) by court order.

[ x ]    the document has color charts included on these pages which could not be converted in to electronic format

The document has been manually served on all parties in color.

Rev. 8/29/05

                                        For the Plaintiff
                                        Intermark Fabric Corporation

By: _____
     William J. Cass (ct 12806)
     Charles F. O'Brien (ct 22074)
     CANTOR COLBURN LLP
     55 Griffin Road South
     Bloomfield, Connecticut 06002
     Telephone: (860) 286-2929
     Facsimile: (860) 286-0115

Dated: July 31, 2006

## CERTIFICATE OF SERVICE

I hereby certify that a true and accurate copy of the Notice of Manual was served via regular mail on this 31st day of July, 2006 upon:

Brent R. Canning, Esq.
William R. Grimm, Esq.
Hinckley. Allen & Snyder LLP
1500 Fleet Center
Providence, RI 02906

Jeffrey W. Kennedy, Esq.
Stephen G. Murphy, Jr., Esq.
Milano & Wanat
471 East Main Street
Branford, CT 06405

By: /s/ William J. Cass
William J. Cass, Esq.

Rev. 8/29/05