UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

INTERMARK FABRIC CORPORATION :
:
v. : Case Number: 3:02 CV 1267 (AVC)
:
MICROFIBRES, INC. :

## MICROFIBRES, INC.'S OBJECTION AND RESPONSE
## TO INTERMARK'S PROPOSED CLAIM CONSTRUCTION

Microfibres, Inc. hereby objects to Intermark's proposed claim construction for the grounds set forth in the accompanying Memorandum of Law.

MICROFIBRES, INC.
By its Attorneys,

/s/ Brent R. Canning
Brent R. Canning, Esq. (ct23991)
William R. Grimm, Esq.
HINCKLEY, ALLEN & SNYDER LLP
50 Kennedy Plaza, Suite 1500
Providence, RI  02903
(401) 274-2000 (TEL)
(401) 277-9600 (FAX)

RESIDENT COUNSEL:
Jeffrey W. Kennedy, Esq. (ct16419)
Milano *&* Wanat
471 East Main Street
Branford, CT 06405

## **CERTIFICATION**

Charles F. O'Brien, Esq.
William Cass, Esq.
Cantor Colburn LLP
55 Griffin Road South
Bloomfield, CT 06002

    I certify that I filed a copy of the foregoing Objection to Intermark's Proposed Claim Construction electronically and sent a copy by regular mail to counsel, as above, on August 21, 2006.

                                                      /s/Brent R. Canning