# EXHIBIT 3

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF CONNECTICUT

COPY

- - - - - - - - - - - - - - - - - x
                                   :
INTERMARK FABRIC CORPORATION,      :
                                   :
            Plaintiff,             :
                                   : Civil Action
      vs.                          :
                                   : No. 3:02 CV 1267
MICROFIBRES, INC.,                 :
                                   :
            Defendant.             :
                                   :
- - - - - - - - - - - - - - - - - x


          Deposition of WAYNE TURCOTTE, taken

     pursuant to the Federal Rules of Civil

     Procedure, at the law offices of Cantor

     Colburn LLP, 55 Griffin Road South,

     Bloomfield, Connecticut, before Jenny L.

     Albert, License #00207, a Registered

     Professional Reporter and Notary Public in

     and for the State of Connecticut, on

     Wednesday, May 21, 2003, at 9:41 a.m.

1        This is off the record.

2              (Discussion off the record)

3              (Flocked fabric marked Defendant's

4        Exhibit 4 for identification)

5   BY MR. GRIMM:

6        Q.    What is Exhibit 4?

7        A.    It's flocked fabric with black adhesive on a

8   poly cotton substrate that's been embossed and then

9   transfer printed.

10       Q.    When you say "embossed," do you mean air

11  embossed?

12       A.    Yes.

13       Q.    Did Intermark perform all the operations

14  necessary to create Exhibit 4?

15       A.    Yes.

16       Q.    So Intermark took a textile substrate,

17  applied black adhesive, coated flock to create a

18  flocked fabric, correct?

19       A.    Yes.

20       Q.    It air texturized the fabric, correct?

21       A.    Yes.

22       Q.    The purpose of which was to create a pattern?

23       A.    Yes.

24       Q.    And then Intermark transfer printed on that

25  fabric, correct?

1        A.    Yes.

2        Q.    Is Exhibit 4 one of these samples that was

3    created for Jest Textiles?

4        A.    Yes.

5        Q.    Do you see the date of the sample is November

6    9th of 2001, correct?

7        A.    Yes.

8        Q.    Does that refresh your memory that the

9    meeting with Jest Textiles was in the fall of 2001?

10       A.    Yes.

11       Q.    At the time Intermark created the flocked

12   fabric which is Exhibit 4, had you received Exhibit 3?

13       A.    Yes.

14       Q.    So is it fair to say that at the time

15   Intermark created the flocked fabric which is Exhibit

16   4, it was on notice of the existence of Microfibres'

17   021 patent?

18       A.    Yes.

19       Q.    Was the purpose of creating these samples to

20   generate sales from Jest Textiles?

21       A.    Yes.

22       Q.    Were these samples used for any other

23   customers or potential customers?

24       A.    Not that I'm aware of.

25       Q.    Did you or anyone else associated with

1    machine?

2         A.    Yes.  You use different either screens or

3    pipes.

4         Q.    Does Intermark have a listing of all of the

5    different Frosty products its sold over the years?

6         A.    It would be -- yes.

7         Q.    And what is that list called?

8         A.    The list would be compiled by customer.

9         Q.    And is there a master list kept of all the

10   Frosty patterns?

11        A.    I don't understand your question.

12        Q.    Am I correct that all dark adhesive flocked

13   fabric made at Intermark is called Frosty?

14        A.    Yes.

15        Q.    Okay.  And within Frosty, there are different

16   colored adhesives that are sometimes used, correct?

17        A.    Yes.

18        Q.    And how are the colors designated on the

19   records that you keep?

20        A.    It will usually say Frosty black and a

21   product or Frosty brown, whatever.

22        Q.    And then am I correct that you -- when you

23   use an air embossing on the Frosty product, that's

24   designated in some way?

25        A.    Yes.

1    various PMD entity relationships?

2        A.    Susan and Bill.

3        Q.    What's Intermark's relationship with Imex?

4        A.    Imex?  May I see?  Hmm, I don't recall.  I

5    don't recall.

6        Q.    What is Intermark's relationship with

7    Spandauer Velours?

8        A.    He's a customer.

9        Q.    And who within Intermark is responsible for

10    that relationship?

11        A.    Bill Lucchesi.

12        Q.    Who's the contact at Spandauer?

13        A.    Gunter Walter.

14        Q.    Has Intermark sold Frosty to Spandauer

15    Velour?

16        A.    Yes.

17        Q.    Does Spandauer Velour have transfer printing

18    capability?

19        A.    Yes.

20        Q.    At the time Intermark sold Frosty to

21    Spandauer Velour, was it aware that Spandauer planned

22    to transfer print?

23        A.    Yes.

24        Q.    During what period of time has Intermark sold

25    Frosty to Spandauer Velour for transfer printing?

1          MR. CASS:  Objection.

2     A.    Yes.

3     Q.    Thank you.  In the past, has Intermark

4  assisted transfer printers with their transfer printing

5  operations on the Frosty product?

6     A.    Yes.

7     Q.    And what assistance has Intermark offered to

8  transfer printers related to their transfer printing

9  the Frosty product?

10    A.    Just explain to them which direction the

11 fabric should be running, what temperatures the fabric

12 should be running, different pressures that can be

13 used, brushing, brushing post and after.

14    Q.    And what is the -- what is Intermark's

15 purpose in offering such assistance to transfer

16 printers to transfer print the Frosty product?

17    A.    We offer assistance to transfer printers on

18 all of our products, not just the Frosty, and

19 obviously, the better job they do, the more we sell.

20    Q.    Does or has Intermark advised customers and

21 potential customers that Frosty is suitable for

22 transfer printing?

23    A.    Yes.

24    Q.    And in connection with that, those

25 statements, does Intermark identify any particular

1    would happen is they'll ask for samples of several

2    products and try it on their particular transfer print

3    machines.

4        Q.    Okay.

5        A.    We do the same thing for wet printers and

6    piece dyers also.

7        Q.    Are there any written pieces that you hand

8    out to prospective customers concerning the product

9    line beyond the samples that you show and the pieces of

10   clothe that you give?

11       A.    Occasionally, a person who hasn't handled any

12   flock, I've handed out written information on what the

13   general idea is of printing -- transfer printing flock,

14   the temperature people normally run, the pressure

15   people normally run.  I might give them a suggestion as

16   to where to buy good -- what we consider to be good

17   transfer print paper.

18       Q.    So in connection with your sales efforts

19   related to Frosty, you sometimes hand out written

20   instructions concerning the transfer print process; is

21   that correct?

22       A.    Yes.  We've done that in the past.

23            MR. GRIMM:  Why don't you mark that.

24            (September 21, 1991 letter with attached

25            drawing marked Defendant's Exhibit 9 for

CONFIDENTIAL

1          MR. LUCCHESI:  Excuse me.

2     Q.    And was he able to suggest --

3          MR. LUCCHESI:  I have to go to the

4     bathroom real bad.

5          MR. CASS:  Sure.  We'll take a

6     five-minute break.

7          (Break taken)

8          MR. CASS:  Could you read back the last

9     question and answer, please.

10         (Last question and answer read back)

11    Q.    When we say "the product," which product are

12   we talking about?

13    A.    The Frosty product.

14    Q.    And what were the components of Frosty again?

15    A.    Substrate, black adhesive, natural flock.

16    Q.    Okay.  And now, after Mr. Kaija saw the

17   mottling, what did he indicate that he would do to

18   solve that problem, if anything?

19    A.    He was going to go back and talk to his

20   technical people, but he felt that they were going to

21   have to take out some of the finish.

22    Q.    Okay.  Now, when we say "some of the finish,"

23   what type of finish are we talking about?

24    A.    It's got electrical finish.

25    Q.    What is electrical finish?