# EXHIBIT 4

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF CONNECTICUT

- - - - - - - - - - - - - - - - - - - x
                                      :
INTERMARK FABRIC CORPORATION,         :
                                      :
                Plaintiff,            :
                                      : Civil Action
        vs.                           :
                                      : No. 3:02 CV 1267
MICROFIBRES, INC.,                    :
                                      :
                Defendant.            :
                                      :
- - - - - - - - - - - - - - - - - - - x

        Deposition of WILLIAM LUCCHESI, JR., taken pursuant to the Federal Rules of Civil Procedure, at the law offices of Cantor Colburn LLP, 55 Griffin Road South, Bloomfield, Connecticut, before Jenny L. Albert, License #00207, a Registered Professional Reporter and Notary Public in and for the State of Connecticut, on Thursday, July 24, 2003, at 9:51 a.m.

SCRIBES, INC.

```
 1   printers as opposed to piece dyers?
 2       A.   I really can't answer that question for many
 3   of our customers take the goods and process them in
 4   different ways unbeknownst to us.
 5       Q.   Are all of Intermark's flocked fabrics which
 6   use dark pigmented adhesives called Frosty currently?
 7       A.   Yes.
 8       Q.   And has that been --
 9       A.   Ah.
10       Q.   Go ahead.
11       A.   Let me answer that.  Some customers require
12   us -- internally, they are known as Frosty.  Some
13   customers require us to use their product name.  At
14   which point, the word "Frosty" would not be on their
15   invoices or sales notes.
16       Q.   And has all of the dark pigmented adhesive
17   flocked fabric at Intermark been called Frosty since
18   Flash was discontinued?
19            MR. CASS:  Object to the form of the
20       question.
21       A.   I don't understand the question, very
22   honestly.  Rephrase it.
23       Q.   Has Intermark ever designated dark pigmented
24   adhesive flocked fabric by any name other than Frosty
25   since the discontinuation of Flash?
```