# EXHIBIT 5

Ronald S. Perry, Ph.D.  CONFIDENTIAL  September 29, 2003
Bloomfield, CT

```
                                                                    1

 1           IN THE UNITED STATES DISTRICT COURT

             FOR THE DISTRICT OF CONNECTICUT
 2

 3

                          No. 3:02 CV 1267 (AVC)
 4

 5                        CONFIDENTIAL

 6

 7

 8    INTERMARK FABRIC CORPORATION

 9

10    VS

11

12    MICROFIBRES, INC.

13

14

15         Deposition of: RONALD S. PERRY, Ph.D., taken

16    pursuant to the Federal Rules of Civil Procedure

17    before Barbara L. Murphy, Licensed Shorthand Reporter,

18    License No. 305 and Notary Public within and for the

19    State of Connecticut, held at the offices of Cantor

20    Colburn, 55 Griffin Road, Bloomfield, Connecticut on

21    September 29, 2003 commencing at 9:50 a.m.

22
```

### Page 14

1  subpoena?
2  A. And one file folder.
3  Q. Is the correspondence which you exchanged
4  with Mr. Cass included in one or more of the binders?
5  A. Yes.
6  Q. What binder contains that?
7  A. All about -- no, all of the documents, all
8  of the binders including file folders.
9  Q. How are the binders arranged?
10 A. I have numbers on each binder as you can
11 see. Then inside each binder I have the Table of
12 Contents which refers to the tabs.
13     That would be for the ones with the tabs.
14 This is self-explanatory. It's all patterns. Again
15 there is a Table of Contents in here listed by tab for
16 the various documents I have here. This is a single
17 one, Dr. Brookstein's deposition.
18     This is information on summary judgment
19 information files. And this is my catchall
20 miscellaneous file.
21 Q. Are these maintained in a chronological
22 order?

### Page 15

1  A. No. They are somewhat listed according to
2  my documents listed in my report. Not all but
3  somewhere along that line.
4  Q. Are the drafts of your report contained
5  among the binders produced?
6  A. There are no drafts.
7  Q. What happened to the drafts?
8  A. We did it on a computer on the screen.
9  Q. Who is we?
10 A. Attorney O'Brien and myself. I should take
11 that back a little bit. I did take home a copy to
12 review.
13 Q. What did you take home? A copy of what?
14 A. A copy of the report for final reading.
15 Q. How many drafts of your report were there?
16 A. We only did one. The report we wrote here,
17 there were no changes made to it.
18 Q. So you actually wrote the report here at
19 Cantor Colburn?
20 A. Correct.
21 Q. Did you prepare the report on Cantor
22 Colburn's computer system?

### Page 16

1  A. Yes.
2  Q. Was Mr. O'Brien with you during the
3  preparation of the report?
4  A. Yes, he was.
5  Q. What was Mr. O'Brien's role in the
6  preparation of your report?
7  A. Primarily handled the legal jargon.
8  Q. With reference to your report, what do you
9  mean when you say "legal jargon"?
10 A. Legal terminology.
11 Q. Do you have your report in front of you?
12 A. It's in here -- yes.
13 Q. Can you identify those portions of your
14 report to which Mr. O'Brien made contribution?
15 A. It's rather difficult. We sort of did it
16 together. Some of the phraseology he helped me with.
17 Using the term 021 patent, for example. I maybe would
18 have used the entire number.
19     At the end there is some like signed
20 under the pains and penalty of perjury. I guess
21 that's more or less it. The beginning, he did the
22 head of this report.

### Page 17

1  Q. Did Mr. O'Brien assist you in the writing of
2  the report?
3  A. We sort of worked on it together, yes.
4  Q. Did Mr. Cass participate in the writing of
5  the report as well?
6  A. Very, very briefly.
7  Q. What was Mr. Cass' role in writing your
8  report?
9  A. He just went through portions of it and
10 said, "It looks okay to me." I think he helped out in
11 the selection of the photo that we have on Page 9.
12 Q. Did Mr. Cass suggest any changes to the
13 report?
14 A. No, none that I can recall. He may have
15 made one comment. I believe he removed something he
16 didn't particularly want in there and I've forgotten
17 what that was.
18 Q. Do you recall the substance of the section
19 of the report which Mr. Cass asked you to remove?
20 A. No. It was more or less trying to make the
21 report as short as possible. That was the goal. May
22 have been something that was redundant.