# EXHIBIT 6

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

INTERMARK FABRIC CORPORATION :
:
v. : Case Number: 3:02 CV 1267 (AVC)
:
MICROFIBRES, INC. :

## **EXPERT REPORT OF WILLIAM N. HALE, JR.**

I am William N. Hale and I have been retained by Microfibres, Inc. to offer my opinion on the definition of "dark" proposed by Dr. Ronald Perry.

I am qualified to opine about the Munsell Color System based upon my significant experience in the color industry. I spent the first 22 years of my career, from 1951 to 1973, as the President and Technical Director of the Munsell Color Company, Inc. The Munsell Color Company is the principal worldwide producer of material color standards. From 1973 to 2001 I was the President of Hale Color Consultants, Inc. From 2001 until today I have acted as private consultant on color technology matters. I received my Bachelor of Arts degree in Psychology from the University of Maryland.

Today I am active in many organizations that address color standards including, for example, the American Society for Testing and Materials International (ASTM), the American National Standards Institute (ANSI), and the International Commission on Illumination (CIE).

I serve on or consult with the ASTM committee on coatings, highway markings, paper, plastics, and petroleum and am a past chairman of the Color and Appearance Committee, where I chaired the subcommittee on visual methods. I chaired the U.S. Delegation on Colour Order Systems to the International Standards Organization (ISO)

and am a member of the International Colour Association. I was an invited speaker at the International Colour Association's 1989 meeting in Buenos Aires. I chaired the ANSI Committee Z535 on Safety Colors and Signs and currently serve on the subcommittee Z535.1 on Safety Colors.

In connection with this report I reviewed Microfibres' '021 Patent, the Report of Dr. Perry, Intermark's claim construction memorandum, and fabric samples provided by Microfibres.

In my opinion, Dr. Perry's proposed definition of "dark" is not reasonable. The value scale for the Munsell Color System ranges from 0 to 10. The number 0 represents absolute black and the number 10 represents absolute white. These numbers are theoretical. There are no man-made colors that achieve a value of 0 or 10.

Similarly, a color with a value of 1 is very rare. Although a few high-gloss black paints have a value of 1, no chromatic colors (colors other than black, white, or grey) that we think of as "dark" are close to value of 1. A navy blue suit, for instance, is closer to a value of 2. Similarly, a typical piece of black fabric is closer to a value of 2. Many dark greys are even lighter. If we used Dr. Perry's proposed definition of "dark" it would exclude most of the colors that we typically think of as "dark" like navy blue or blood-red.

In my opinion, the Munsell value scale roughly can be broken into three sections. Colors with a value less than 4 would be considered "dark." Colors with a value between 4 and 6 are middle greys. Colors with a value higher than 6 are considered "light" colors.

Signed under the pains and penalties of perjury on August 21, 2006:

_____
William N. Hale, Jr.