IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| INTERMARK FABRIC CORPORATION, | ) | |
| Plaintiff | ) | |
| | ) | Civil Action No. 3:02-C V-1267 (AVC) |
| v. | ) | |
| | ) | |
| MICROFIBRES, INC., | ) | |
| Defendant | ) | |

## DECLARATION OF WILLIAM J. CASS

I, William J. Cass, hereby declare as follows:

1.      I am a partner with the firm of Cantor Colburn LLP and I am one of the attorneys representing Plaintiff, Intermark Fabric Corporation in this matter.

2.      Attached hereto as Exhibit A is a true and correct copy of United States patent 5,981,021 (the '021 patent) to McCulloch entitled Transfer Printing Flocked Fabric.

3.      Attached hereto as Exhibit B is a true and correct copy of Book 1 of the prosecution history of the '021 patent.

4.      Attached hereto as Exhibit C is a true and correct copy of Book 2 of the prosecution history of the '021 patent.

5.      Attached hereto as Exhibit D is a true and correct copy of excerpts from the transcript of the deposition of James McCulloch taken under oath in connection with this matter on April 17, 2003.

6.      Attached hereto as Exhibit E is a true and correct copy of excerpts from the transcript of the deposition of James Fulks taken under oath in connection with this matter on March 27, 2003.

1

7.     Attached hereto as Exhibit F is a true and correct copy of excerpts from the transcript of the deposition of William Laird taken under oath in connection with this matter on March 26, 2003.

8.     Attached hereto as Exhibit G is a true and correct copy of excerpts from the transcript of the deposition of Peter Hadley taken under oath in connection with this matter on July 31, 2003.

9.     Attached hereto as Exhibit H is a true and correct copy of excerpts from the transcript of the deposition of Steven Rosenthal taken under oath in connection with this matter on July 9, 2003.

10.    Attached hereto as Exhibit I is a true and correct copy of United States Patent No. 4, 314,813 to Masaki entitled Flock Transfer Sheet and Flock Transfer Printing Process.

11.    Attached hereto as Exhibit J is a true and correct copy of United States Patent No. 4,049,374 to Rejto entitled Simultaneous Transfer Printing and Embossing or Surface Texturizing Method.

12.    Attached hereto as Exhibit K is a true and correct copy of United States Patent No. 2,308,429 to Smith, et. al. entitled Flock Finished Fabric.

13.    Attached hereto as Exhibit L is a true and correct copy of United States Patent No. 4,963,422 to Katz, et. al. entitled Ethylene Vinyl Acetate Alkyl Acrylate Compositions for Flocking Adhesives.

14.    Attached hereto as Exhibit M is a true and correct copy of excerpts from the transcript of the deposition of Dr. David Brookstein taken under oath in connection with this matter on September 10, 2003.

2

15.     Attached hereto as Exhibit N is a true and correct copy of the Expert Report of Professor Ronald S. Perry, Ph.D. dated May 28, 2003.


Signed under the pains and penalties of perjury on this 30th day of August, 2006.


William J. Cass, Esq.

## CERTIFICATE OF SERVICE

I hereby certify that on August 30, 2006, a true and accurate copy of the foregoing document was filed electronically via the Court's ECF system. Notice of this filing will be sent by e-mail to the following parties by operation of the Court's electronic filing system as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

Brent R. Canning, Esq.
William R. Grimm, Esq.
Hinckley. Allen & Snyder LLP
1500 Fleet Center
Providence, RI 02906

Jeffrey W. Kennedy, Esq.
Stephen G. Murphy, Jr., Esq.
Milano & Wanat
471 East Main Street
Branford, CT 06405

By
William J. Cass, Esq.