# EXHIBIT B

| SERIAL NUMBER | FILING DATE | CLASS | SUBCLASS | GROUP ART UNIT | EXAMINER |
|---|---|---|---|---|---|
| 08/976,541 | 11/24/97 | 008 | | 2205 175 | E. Nishai |

**APPLICANTS**
JAMES R. MCCULLOCH, PROVIDENCE, RI.

```
**CONTINUING DATA*********************
  VERIFIED      THIS APPLN IS A CON OF    08/775,666  12/31/96  //C
                WHICH IS A CON OF         08/622,928  03/27/96
                WHICH IS A CON OF         08/477,278  06/07/95
                WHICH IS A CON OF         08/293,749  08/22/94
                WHICH IS A CON OF         07/922,918  07/31/92

**FOREIGN/PCT APPLICATIONS************
  VERIFIED
```

FOREIGN FILING LICENSE GRANTED 01/21/98

| Foreign priority claimed 35 USC 119 conditions met | ☐ yes ☐ no ☐ yes ☐ no | AS FILED → | STATE OR COUNTRY | SHEETS DRWGS. | TOTAL CLAIMS | INDEP. CLAIMS | FILING FEE RECEIVED | ATTORNEY'S DOCKET NO. |
|---|---|---|---|---|---|---|---|---|
| Verified and Acknowledged | Examiner's Initials | | RI | 2 | 5 | 1 | $982.00 | |

RHODES COATS & BENNETT
P O BOX 2974
GREENSBORO NC 27402

TRANSFER PRINTING FLOCKED FABRIC

U.S. DEPT. OF COMM./ PAT. & TM—PTO-436L (Rev.12-94)

PARTS OF APPLICATION FILED SEPARATELY

IFC-02213

| SERIAL NUMBER | FILING DATE | CLASS | SUBCLASS | GROUP ART UNIT | EXAMINER |
|---|---|---|---|---|---|
| 08/775,666 | 12/31/96 | 008 | 467 | 1105 | EINSMAN |

JAMES R. MCCULLOCH, PROVIDENCE, RI.

11D19206

```
**CONTINUING DATA********************
VERIFIED     THIS APPLN IS A CON OF   08/622,928 03/27/96 abd
             WHICH IS A CON OF        08/477,278 06/07/95 abd
   NE        WHICH IS A CON OF        08/293,749 08/22/94 abd
             WHICH IS A CON OF        07/922,918 07/31/92 abd    NE


**FOREIGN/PCT APPLICATIONS*************
VERIFIED none

   NE
```

FOREIGN FILING LICENSE GRANTED 02/02/97

| Foreign priority claimed ☐ yes ☒ no<br>35 USC 119 conditions met ☐ yes ☐ no<br>Verified and Acknowledged  Examiner's Initials | AS FILED → | STATE OR COUNTRY | SHEETS DRWGS. | TOTAL CLAIMS | INDEP. CLAIMS | FILING FEE RECEIVED | ATTORNEY'S DOCKET NO. |
|---|---|---|---|---|---|---|---|
| | | RI | 2 | 25 | 4 | $960.00 | 2626-10 |

RHODES COATS & BENNETT
P O BOX 2974
GREENSBORO NC 27402

TRANSFER PRINTING FLOCKED FABRIC

U.S. DEPT. OF COMM./ PAT. & TM—PTO-436L (Rev.12-

IFC-02214