| | | | | | |
|---|---|---|---|---|---|
| SERIAL NUMBER | FILING DATE 03/27/96 | CLASS 008 | SUBCLASS 461 | GROUP ART UNIT 1105 | EXAMINER Einsmann |

**08 622925** ABANDONED

LES R. MCCULLOCH, PROVIDENCE, RI.

EINSMANN

CONTINUING DATA**********
VERIFIED    THIS APPLN IS A CON OF    08/477,278 06/07/95 ABN   11X
            WHICH IS A CON OF         08/290,749 08/27/94
            WHICH IS A CON OF         07/920,915 07/31/92

FOREIGN/PCT APPLICATIONS**********
VERIFIED

FOREIGN FILING LICENSE GRANTED 05/04/96         ***** SMALL ENTITY *****

| Foreign priority claimed ☐ yes ☐ no<br>35 USC 119 conditions met ☐ yes ☐ no<br>Verified and Acknowledged  Examiner's Initials | AS FILED | STATE OR COUNTRY | SHEETS DRWGS. | TOTAL CLAIMS | INDEP. CLAIMS | FILING FEE RECEIVED | ATTORNEY'S DOCKET NO. |
|---|---|---|---|---|---|---|---|
| | | RI | 2 | 25 | 4 | $469.00 | |

RHODES, COATS AND BENNETT
PO BOX 2974
GREENSBORO NC 27402

TRANSFER PRINTING FLOCKED FABRIC

U.S. DEPT. OF COMM./PAT. & TM—PTO-436L (Rev.12-94)

IFC-02215

| UTILITY SERIAL NUMBER | PATENT DATE | PATENT NUMBER |
|---|---|---|
| 08/ 08/477278 | | |

| SERIAL NUMBER | FILING DATE | CLASS | SUBCLASS | GROUP ART UNIT | EXAMINER |
|---|---|---|---|---|---|
| 08/477,278 | 06/07/95 | 008 | 467 | 1105 | GNSMAN |

APPLICANTS
JAMES R. MCCULLOCH, PROVIDENCE, RI.

**CONTINUING DATA*********************
VERIFIED     THIS APPLN IS A CON OF     08/293,749  08/22/94
             WHICH IS A CON OF          07/922,918  07/31/92

**FOREIGN/PCT APPLICATIONS************
VERIFIED

FOREIGN FILING LICENSE GRANTED 08/02/95          ***** SMALL ENTITY *****

| Foreign priority claimed ☐ yes ☐ no<br>35 USC 119 conditions met ☐ yes ☐ no<br>Verified and Acknowledged  Examiner's initials | AS FILED | STATE OR COUNTRY | SHEETS DRWGS. | TOTAL CLAIMS | INDEP. CLAIMS | FILING FEE RECEIVED | ATTORNEY'S DOCKET NO. |
|---|---|---|---|---|---|---|---|
| | | RI | 2 | 25 | 4 | $458.00 | 2626-S |

ADDRESS
RHODES COATS AND BENNETT
P O BOX 2974
GREENSBORO NC  27402

TITLE
TRANSFER PRINTING OF FLOCKED FABRIC

U.S. DEPT. OF COMM./ PAT. & TM—PTO-436L (Rev.12-94)

| PARTS OF APPLICATION FILED SEPARATELY | | |
|---|---|---|
| NOTICE OF ALLOWANCE MAILED | | Applications Examiner |
| | Assistant Examiner | CLAIMS ALLOWED |
| | | Total Claims | Print Claim |
| ISSUE FEE | | DRAWING |
| Amount Due | Date Paid | Sheets Drwg. | Figs. Drwg. | Print Fig. |
| | | ISSUE BATCH NUMBER |
| Label Area | Primary Examiner | |
| | PREPARED FOR ISSUE | |
| | WARNING: The information disclosed herein may be restricted. Unauthorized disclosure may be prohibited by the United States Code Title 35, Sections 122, 181 and 368. Possession outside the U.S. Patent & Trademark Office is restricted to authorized employees and contractors only. | |

(FACE)

IFC-02216