| SERIAL NUMBER | FILING DATE | CLASS | SUBCLASS | GROUP ART UNIT | EXAMINER |
|---|---|---|---|---|---|
| 08/293,749 | 08/22/94 | 008 | 467 | 1105 | EINSMANN |

APPLICANTS

JAMES R. MC CULLOCH, PROVIDENCE, R.I.

**CONTINUING DATA********************
VERIFIED    THIS APPLN IS A CON OF   07/922,918 07/31/92 /IC

**FOREIGN/PCT APPLICATIONS************
VERIFIED

FOREIGN FILING LICENSE GRANTED 09/26/94      ***** SMALL ENTITY *****

| Foreign priority claimed 35 USC 119 conditions met | STATE OR COUNTRY | SHEETS DRWGS. | TOTAL CLAIMS | INDEP. CLAIMS | FILING FEE RECEIVED | ATTORNEY'S DOCKET NO. |
|---|---|---|---|---|---|---|
| AS FILED | RI | 2 | 1 | 1 | $355.00 | |

ADDRESS

RHODES COATS & BENNETT
P O BOX 2974
GREENSBORO NC 27402

TITLE

TRANSFER PRINTING FLOCKED FABRIC

U.S. DEPT. of COMM.-Pat. & TM Office—PTO-436L (rev. 10-78)

PARTS OF APPLICATION FILED SEPARATELY

NOTICE OF ALLOWANCE MAILED

Assistant Examiner

Applications Examiner

CLAIMS ALLOWED

Total Claims | Print Claim

ISSUE FEE

Amount Due | Date Paid

DRAWING

Sheets Drwg. | Figs. Drwg. | Print Fig.

Primary Examiner

ISSUE BATCH NUMBER

PREPARED FOR ISSUE

WARNING: The information disclosed herein may be restricted. Unauthorized disclosure may be prohibited by the United States Code Title 35, Sections 122, 181 and 368. Possession outside the U.S. Patent & Trademark Office is restricted to authorized employees and contractors only.

IFC-02217

(FACE)

| SERIAL NUMBER | PATENT DATE | PATENT NUMBER |
|---|---|---|
| 07/922918 | | |

| SERIAL NUMBER | FILING DATE | CLASS | SUBCLASS | GROUP ART UNIT | EXAMINER |
|---|---|---|---|---|---|
| 07/922,918 | 07/31/92 | 428 8 | 467 | 1508 1105 | |

APPLICANTS

JAMES R. MC CULLOCH, PROVIDENCE, RI.

**CONTINUING DATA**********************
VERIFIED

none NE

**FOREIGN/PCT APPLICATIONS*************
VERIFIED

none NE

FOREIGN FILING LICENSE GRANTED 10/27/92          ***** SMALL ENTITY *****

| Foreign priority claimed ☐ yes ☒ no<br>35 USC 119 conditions met ☐ yes ☒ no<br>Verified and Acknowledged  Examiner's Initials | AS FILED | STATE OR COUNTRY | SHEETS DRWGS. | TOTAL CLAIMS | INDEP. CLAIMS | FILING FEE RECEIVED | ATTORNEY'S DOCKET NO. |
|---|---|---|---|---|---|---|---|
| | | RI | 2 | 25 | 4 | $496.00 | 2626-3 |

ADDRESS

RHODES, COATS & BENNETT
P.O. BOX 2974
GREENSBORO, NC 27402

TITLE

TRANSFER PRINTING FLOCKED FABRIC

U.S. DEPT. of COMM.-Pat. & TM Office — PTO-436L (rev. 10-78)

PARTS OF APPLICATION FILED SEPARATELY

| NOTICE OF ALLOWANCE MAILED | PREPARED FOR ISSUE | | CLAIMS ALLOWED | |
|---|---|---|---|---|
| | Assistant Examiner | Docket Clerk | Total Claims | Print Claim |
| ISSUE FEE | | | DRAWING | |
| Amount Due | Date Paid | | Sheets Drwg. | Figs. Drwg. | Print Fig. |
| | | Primary Examiner | | |
| | ISSUE CLASSIFICATION | | ISSUE BATCH NUMBER | |
| | Class | Subclass | | |

Label Area

WARNING: The information disclosed herein may be restricted. Unauthorized disclosure may be prohibited by the United States Code Title 35, Sections 122, 181 and 368. Possession outside the U.S. Patent & Trademark Office is restricted to authorized employees and contractors only.

IFC-02218

PATENT APPLICATION

08/976841

11/24/97

APPROVED FOR LICENSE

INITIALS _____

## CONTENTS

| Date Entered or Counted | # | Item | Date Received or Mailed |
|---|---|---|---|
| | 1. | Application _____ papers. | |
| 33 | 2. | Spec Amdt. of. | 11/24/97 |
| 10/154 | 3. | Amy Bmts | 6-15-98 |
| 35 | 4. | Ext. of time (2) | 11/17/98 |
| 1/14 co 36 | 5. | ABANDONED | 1-14-99 |
| 37 | 6. | Request for Access | 1-24-01 |
| 38 | 7. | Request for Access | 2-21-01 |
| 39 | 8. | Request for Access | 4-19-01 |
| 40 | 9. | Request for Access | 7-18-02 |
| 41 | 10. | | |
| 42 | 11. | | |
| 43 | 12. | | |
| 44 | 13. | | |
| | 14. | | |
| | 15. | | |
| | 16. | | |
| | 17. | | |
| | 18. | | |
| | 19. | | |
| | 20. | | |
| | 21. | | |
| | 22. | | |
| | 23. | | |
| | 24. | | |
| | 25. | | |
| | 26. | | |
| | 27. | | |
| | 28. | | |
| | 29. | | |
| | 30. | | |
| | 31. | | |
| | 32. | | |

(FRONT)

IFC-02219

# PATENT APPLICATION

08775666

APPROVED FOR LICENSE

INITIALS

## CONTENTS

| Date Entered or Counted | Application papers | Date Received or Mailed |
|---|---|---|
| 30 | Pr. Amdt. | 12/31/96 |
| 6/7/31 | Final Rejection | 6/27/97 |
| 32 | ABANDONED | 2-1-98 |
| 33 | | |
| 34 | | |
| 35 | | |
| 36 | | |
| 37 | | |
| 38 | | |
| 39 | | |
| 40 | | |

(FRONT)

IFC-02220