APPROVED FOR LICENSE

PATENT APPLICATION  INITIALS _____

08 622928

08622928

| Date Entered or Counted | CONTENTS | Date Received or Mailed |
|---|---|---|

AB<sup>ED</sup> ABANDONED

|  | 1. Application ———— papers. |  |
|---|---|---|
| 25 | 2. Pre. Amdt. E. | 3/27/96 |
| 26 | 3. Prior Art | 11/8/96 |
| 27 | 4. Rejection | 7/31/96 |
| 28 | 5. Ext of time (2 months) | 12/31/96 |
| 29 | 6. AB. ABANDONED | 2/21/97 |
| 30 | 7. |  |
| 31 | 8. |  |
| 32 | 9. |  |
| 33 | 10. |  |
| 34 | 11. |  |
| 35 | 12. |  |
| 36 | 13. |  |
| 37 | 14. |  |
| 38 | 15. |  |
| 39 | 16. |  |
| 40 | 17. |  |
| 41 | 18. |  |
| 42 | 19. |  |
| 43 | 20. |  |
| 44 | 21. |  |
| 45 | 22. |  |
| 46 | 23. |  |
| 47 | 24. |  |
| 48 | 25. |  |
| 49 | 26. |  |
| 50 | 27. |  |
|  | 28. |  |
|  | 29. |  |
|  | 30. |  |
|  | 31. |  |
|  | 32. |  |

(FRONT)

IFC-02221

APPROVED FOR LICENSE

INITIALS

08/

08/477278

PATENT APPLICATION

08477278

| Date Entered or Counted | CONTENTS | Date Received or Mailed |
|---|---|---|
| | Application ✓ papers. | |
| 21 | Div mailed | 6/7/95 |
| 22 | Rej | 9.29.95 |
| 23 | Ext. ③ | 4-1-96 |
| 24 | Notice of Abandonment | 5-6-96 |
| 25 | | |
| 26 | | |
| 27 | | |
| 28 | | |
| 29 | | |
| 30 | | |
| 31 | | |
| 32 | | |
| 33 | | |

**ABANDONED**

(FRONT)

IFC-02222

08/ 293749

PATENT APPLICATION

08293749

APPROVED FOR LICENSE ☐

INITIALS _____

| Date Entered or Counted | CONTENTS | Date Received or Mailed |
|---|---|---|
| | Application _____ | |
| | 14. Ex. Amdt. C w/attch | 8-22-94 |
| 10/6 | 15. Rej 3 mos | 12-9-94 |
| | 16. Prior Art | 11-29-94 |
| 10/20 | 17. Rejection | 10/_ |
| | 18. Attch | |
| | 19. Ext (3) | 6-12-9_ |
| | 20. ABANDONED | 8-4-95 |
| | 21. | |
| | 22. | |
| | 23. | |
| | 24. | |
| | 25. | |
| | 26. | |
| | 27. | |
| | 28. | |
| | 29. | |
| | 30. | |
| | 31. | |
| | 32. | |
| | 33. | |
| | 34. | |
| | 35. | |
| | 36. | |
| | 37. | |
| | 38. | |
| | 39. | |
| | 40. | |
| | 41. | |
| | 42. | |
| | 43. | |
| | 44. | |

(FRONT)

IFC-02223

ABANDONMENT

APPROVED FOR LICENSE ☐

AUG 2 1

INITIALS

07/922918

Entered or Counted

CONTENTS RECEIVED

Received or Mailed

NOV 3 1992

1. Application ✓ papers GROUP 1500
2. Ltr re: unsigned Dec. + Fee          8-12-92
3. Dec, Sm. Entity, Fee + Surcharge    9/23/92
4. Prexam                              12-7-92
5. Rejection (3mos)                    3-17-93
6. EA (2) + a Lt. A                    Aug 20, 1993
7. Rejection (3mos)                    11-3-93
8. Prior Art                           11-19-93
9. Interview Summary                   12-17-93
10. Amdt. B                            1-24-94
11. F. Rej 3 Mos                       4-28-94
12. Ext of time (1)                    8/22/94
13. Notice of Abandonment              9-30-94
14.
15.
16.
17.
18.
19.
20.
21.
22.
23.
24.
25.
26.
27.
28.
29.
30.
31.
32.

IFC-02224

| SEARCHED | | | |
|---|---|---|---|
| Class | Sub. | Date | Exmr. |
| 8 | 47, 48 | | |
| 450 | 90,96,97 | | |

| SEARCH NOTES | |
|---|---|
| Date | Exmr. |
| | |

| INTERFERENCE SEARCHED | | | |
|---|---|---|---|
| Class | Sub. | Date | Exmr. |
| | | | |

(RIGHT OUTSIDE)

IFC-02225