| SEARCHED | | | |
|---|---|---|---|
| Class | Sub. | Date | Exmr. |
| 9 | 471, 488 | 6/15 | MC |
| 428 | 80, 96, 97 | todate | |

| SEARCH NOTES | | |
|---|---|---|
| | Date | Exmr. |
| | | |

| INTERFERENCE SEARCHED | | | |
|---|---|---|---|
| Class | Sub. | Date | Exmr. |
| | | | |

IFC-02226

(RIGHT OUTSIDE)

## SEARCHED

| Class | Sub. | Date | Exmr. |
|---|---|---|---|
| 8 | 471 | | |
| | 488 | update | |
| 428 | 90 | 12-6-94 | NE |
| | 97 | | |
| 427 | 200 | | |
| | 206 | | |

## SEARCH NOTES

| | Date | Exmr. |
|---|---|---|
| APS | 4.8.94 | NE |

## INTERFERENCE SEARCHED

| Class | Sub. | Date | Exmr. |
|---|---|---|---|
| | | | |

IFC-02227

(RIGHT OUTSIDE)



| SEARCHED | | | |
|---|---|---|---|
| Class | Sub. | Date | Exmr. |
| 8 | 471 488 | | |
| 428 | 90 97 | ATD | |
| 427 | 206 206 | 7·30·96 | NE |

| SEARCH NOTES | | |
|---|---|---|
| | Date | Exmr. |
| | | |

| INTERFERENCE SEARCHED | | | |
|---|---|---|---|
| Class | Sub. | Date | Exmr. |
| | | | |

(RIGHT OUTSIDE)

IFC-02228



| SEARCHED | | | |
|---|---|---|---|
| Class | Sub. | Date | Exmr. |
| 8 | -71 488 | update 9-27-9 | MC |
| | | | |

| SEARCH NOTES | | |
|---|---|---|
| | Date | Exmr. |
| see parents | --- | --- |

| INTERFERENCE SEARCHED | | | |
|---|---|---|---|
| Class | Sub. | Date | Exmr. |
| | | | |

IFC-02229

| SEARCHED | | | |
|---|---|---|---|
| Class | Sub. | Date | Exmr. |
| 8 | 471, 488 | 3.9.94 | AL |
| 428 | 90, 97 | 4.8.94 | ME |
| 427 | 200, 206 | 4.8.94 | ME |

| INTERFERENCE SEARCHED | | | |
|---|---|---|---|
| Class | Sub. | Date | Exmr. |
| | | | |

| SEARCH NOTES | | |
|---|---|---|
| | Date | Exmr. |
| L. Ikaheny | 10.1993 | ME |
| APS | 4.8.94 | ME |

IFC-02230