Staple Issue Slip Here

| POSITION | | ID NO. | DATE |
|---|---|---|---|
| CLASSIFIER | | | |
| EXAMINER | | | |
| TYPIST | | [illegible] | [illegible] |
| VERIFIER | | | |
| CORPS CORR. | | | |
| SPEC. HAND | | | |
| FILE MAINT | | | |
| DRAFTING | | | |

## INDEX OF CLAIMS

| Claim Final | Claim Original | Date | Claim Final | Claim Original | Date |
|---|---|---|---|---|---|
| | 1 | | | 51 | |
| | 2 | | | 52 | |
| | 3 | | | 53 | |
| | 4 | | | 54 | |
| | 5 | | | 55 | |
| | 6 | | | 56 | |
| | 7 | | | 57 | |
| | 8 | | | 58 | |
| | 9 | | | 59 | |
| | 10 | | | 60 | |
| | 11 | | | 61 | |
| | 12 | | | 62 | |
| | 13 | | | 63 | |
| | 14 | | | 64 | |
| | 15 | | | 65 | |
| | 16 | | | 66 | |
| | 17 | | | 67 | |
| | 18 | | | 68 | |
| | 19 | | | 69 | |
| | 20 | | | 70 | |
| | 21 | | | 71 | |
| | 22 | | | 72 | |
| | 23 | | | 73 | |
| | 24 | | | 74 | |
| | 25 | | | 75 | |
| | 26 | | | 76 | |
| | 27 | | | 77 | |
| | 28 | | | 78 | |
| | 29 | | | 79 | |
| | 30 | | | 80 | |
| | 31 | | | 81 | |
| | 32 | | | 82 | |
| | 33 | | | 83 | |
| | 34 | | | 84 | |
| | 35 | | | 85 | |
| | 36 | | | 86 | |
| | 37 | | | 87 | |
| | 38 | | | 88 | |
| | 39 | | | 89 | |
| | 40 | | | 90 | |
| | 41 | | | 91 | |
| | 42 | | | 92 | |
| | 43 | | | 93 | |
| | 44 | | | 94 | |
| | 45 | | | 95 | |
| | 46 | | | 96 | |
| | 47 | | | 97 | |
| | 48 | | | 98 | |
| | 49 | | | 99 | |
| | 50 | | | 100 | |

SYMBOLS

✓ Rejected
= Allowed
– (Through numeral) Canceled
÷ Restricted
N Non-elected
I Interference
A Appeal
O Objected

(LEFT INSIDE)

IFC-02231

Staple Issue Slip Here

| POSITION | | ID NO. | DATE |
|---|---|---|---|
| CLASSIFIER | | | |
| EXAMINER | | 416 | 1/31/97 |
| TYPIST | | 502 | 2/2 |
| VERIFIER | | | |
| CORPS CORR. | | | |
| SPEC. HAND | | | |
| FILE MAINT. | | | |
| DRAFTING | | | |

## INDEX OF CLAIMS

| Claim Final | Claim Original | Date 6/26/97 | Date | Date | Date | Date | Date | Date | Date |
|---|---|---|---|---|---|---|---|---|---|
| | 1 | ✓ | | | | | | | |
| | 2 | | | | | | | | |
| | 3 | | | | | | | | |
| | 4 | | | | | | | | |
| | 5 | | | | | | | | |
| | 6 | | | | | | | | |
| | 7 | | | | | | | | |
| | 8 | | | | | | | | |
| | 9 | | | | | | | | |
| | 10 | | | | | | | | |
| | 11 | | | | | | | | |
| | 12 | ✓ | | | | | | | |
| | 13 | | | | | | | | |
| | 14 | | | | | | | | |
| | 15 | | | | | | | | |
| | 16 | | | | | | | | |
| | 17 | | | | | | | | |
| | 18 | | | | | | | | |
| | 19 | | | | | | | | |
| | 20 | | | | | | | | |
| | 21 | | | | | | | | |
| | 22 | | | | | | | | |
| | 23 | | | | | | | | |
| | 24 | | | | | | | | |
| | 25 | | | | | | | | |
| | 26 | | | | | | | | |
| | 27 | | | | | | | | |
| | 28 | | | | | | | | |
| | 29 | | | | | | | | |
| | 30 | | | | | | | | |
| | 31 | | | | | | | | |
| | 32 | | | | | | | | |
| | 33 | | | | | | | | |
| | 34 | | | | | | | | |
| | 35 | | | | | | | | |
| | 36 | | | | | | | | |
| | 37 | | | | | | | | |
| | 38 | | | | | | | | |
| | 39 | | | | | | | | |
| | 40 | | | | | | | | |
| | 41 | | | | | | | | |
| | 42 | | | | | | | | |
| | 43 | | | | | | | | |
| | 44 | | | | | | | | |
| | 45 | | | | | | | | |
| | 46 | | | | | | | | |
| | 47 | | | | | | | | |
| | 48 | | | | | | | | |
| | 49 | | | | | | | | |
| | 50 | | | | | | | | |

SYMBOLS

- ✓ ........ Rejected
- = ........ Allowed
- - (Through numberal) Canceled
- ÷ ........ Restricted
- N ........ Non-elected
- I ........ Interference
- A ........ Appeal
- O ........ Objected

| Claim Final | Claim Original | Date | Date | Date | Date | Date | Date | Date | Date |
|---|---|---|---|---|---|---|---|---|---|
| | 51 | | | | | | | | |
| | 52 | | | | | | | | |
| | 53 | | | | | | | | |
| | 54 | | | | | | | | |
| | 55 | | | | | | | | |
| | 56 | | | | | | | | |
| | 57 | | | | | | | | |
| | 58 | | | | | | | | |
| | 59 | | | | | | | | |
| | 60 | | | | | | | | |
| | 61 | | | | | | | | |
| | 62 | | | | | | | | |
| | 63 | | | | | | | | |
| | 64 | | | | | | | | |
| | 65 | | | | | | | | |
| | 66 | | | | | | | | |
| | 67 | | | | | | | | |
| | 68 | | | | | | | | |
| | 69 | | | | | | | | |
| | 70 | | | | | | | | |
| | 71 | | | | | | | | |
| | 72 | | | | | | | | |
| | 73 | | | | | | | | |
| | 74 | | | | | | | | |
| | 75 | | | | | | | | |
| | 76 | | | | | | | | |
| | 77 | | | | | | | | |
| | 78 | | | | | | | | |
| | 79 | | | | | | | | |
| | 80 | | | | | | | | |
| | 81 | | | | | | | | |
| | 82 | | | | | | | | |
| | 83 | | | | | | | | |
| | 84 | | | | | | | | |
| | 85 | | | | | | | | |
| | 86 | | | | | | | | |
| | 87 | | | | | | | | |
| | 88 | | | | | | | | |
| | 89 | | | | | | | | |
| | 90 | | | | | | | | |
| | 91 | | | | | | | | |
| | 92 | | | | | | | | |
| | 93 | | | | | | | | |
| | 94 | | | | | | | | |
| | 95 | | | | | | | | |
| | 96 | | | | | | | | |
| | 97 | | | | | | | | |
| | 98 | | | | | | | | |
| | 99 | | | | | | | | |
| | 100 | | | | | | | | |

(LEFT INSIDE)

IFC-02232

Staple Issue Slip Here

| POSITION | | ID NO. | DATE |
|---|---|---|---|
| CLASSIFIER | | | |
| EXAMINER | | 414 | 5-4-96 |
| TYPIST | mH | | 5-4-96 |
| VERIFIER | | 4/2 | |
| CORPS CORR. | | | |
| SPEC. HAND | | | |
| FILE MAINT. | | | |
| DRAFTING | | | |

INDEX OF CLAIMS

| Claim Final | Claim Original | Date 3/0/96 |
|---|---|---|
| | 1 | ✓ |
| | 2 | |
| | 3 | |
| | 4 | |
| | 5 | |
| | 6 | |
| | 7 | |
| | 8 | |
| | 9 | |
| | 10 | ✓ |
| | 11 | |
| | 12 | ✓ |
| | 13 | |
| | 14 | |
| | 15 | |
| | 16 | |
| | 17 | |
| | 18 | |
| | 19 | |
| | 20 | ✓ |
| | 21 | |
| | 22 | |
| | 23 | |
| | 24 | |
| | 25 | |
| | 26 | |
| | 27 | |
| | 28 | |
| | 29 | |
| | 30 | |
| | 31 | |
| | 32 | |
| | 33 | |
| | 34 | |
| | 35 | |
| | 36 | |
| | 37 | |
| | 38 | |
| | 39 | |
| | 40 | |
| | 41 | |
| | 42 | |
| | 43 | |
| | 44 | |
| | 45 | |
| | 46 | |
| | 47 | |
| | 48 | |
| | 49 | |
| | 50 | |

| Claim Final | Claim Original | Date |
|---|---|---|
| | 51 | |
| | 52 | |
| | 53 | |
| | 54 | |
| | 55 | |
| | 56 | |
| | 57 | |
| | 58 | |
| | 59 | |
| | 60 | |
| | 61 | |
| | 62 | |
| | 63 | |
| | 64 | |
| | 65 | |
| | 66 | |
| | 67 | |
| | 68 | |
| | 69 | |
| | 70 | |
| | 71 | |
| | 72 | |
| | 73 | |
| | 74 | |
| | 75 | |
| | 76 | |
| | 77 | |
| | 78 | |
| | 79 | |
| | 80 | |
| | 81 | |
| | 82 | |
| | 83 | |
| | 84 | |
| | 85 | |
| | 86 | |
| | 87 | |
| | 88 | |
| | 89 | |
| | 90 | |
| | 91 | |
| | 92 | |
| | 93 | |
| | 94 | |
| | 95 | |
| | 96 | |
| | 97 | |
| | 98 | |
| | 99 | |
| | 100 | |

SYMBOLS

✓ ............ Rejected
= ............ Allowed
- (Through numberal) Canceled
+ ............ Restricted
N ............ Non-elected
I ............ Interference
A ............ Appeal
O ............ Objected

IFC-02233