| POSITION | ID NO. | DATE |
|---|---|---|
| CLASSIFIER | 21 | 7/21/95 |
| EXAMINER | 448 | 8-2-95 |
| TYPIST | 57 | 8-2-95 |
| VERIFIER | 341 | 8/2/95 |
| CORPS CORR. | | |
| SPEC. HAND | | |
| FILE MAINT. | | |
| DRAFTING | | |

## INDEX OF CLAIMS

Claims marked (rejected ✓): 1, 2, 10, 11, 12, 13, 14, 15, 19, 20, 21, 22, 23, 24, 25

Circled claims: 1, 12, 13, 23

SYMBOLS
- ✓ — Rejected
- = — Allowed
- – (Through numeral) Canceled
- + — Restricted
- N — Non-elected
- I — Interference
- A — Appeal
- O — Objected

(LEFT INSIDE)

IFC-02234

| POSITION | ID NO. | DATE |
|---|---|---|
| CLASSIFIER | | |
| EXAMINER | 401 | 9/21/44 |
| TYPIST | 0509 | 9-26 |
| VERIFIER | 34a | 9-26 |
| CORPS CORR. | | |
| SPEC. HAND | | |
| FILE MAINT. | | |
| DRAFTING | | |

## INDEX OF CLAIMS

| Claim Final | Claim Original | Date |
|---|---|---|
| | (1) | |
| | 2 | |
| | 3 | |
| | 4 | |
| | 5 | |
| | 6 | |
| | 7 | |
| | 8 | |
| | 9 | |
| | 10 | |
| | 11 | |
| | (12) | |
| | (13) | |
| | 14 | |
| | 15 | |
| | 16 | |
| | 17 | |
| | 18 | |
| | 19 | |
| | 20 | |
| | 21 | |
| | 22 | |
| | (23) | |
| | 24 | |
| | 25 | |
| | 26 | |
| | 27 | |
| | 28 | |
| | 29 | |
| | 30 | |
| | 31 | |
| | 32 | |
| | 33 | |
| | 34 | |
| | 35 | |
| | 36 | |
| | 37 | |
| | 38 | |
| | 39 | |
| | 40 | |
| | 41 | |
| | 42 | |
| | 43 | |
| | 44 | |
| | 45 | |
| | 46 | |
| | 47 | |
| | 48 | |
| | 49 | |
| | 50 | |

| Claim Final | Claim Original | Date |
|---|---|---|
| | 51 | |
| | 52 | |
| | 53 | |
| | 54 | |
| | 55 | |
| | 56 | |
| | 57 | |
| | 58 | |
| | 59 | |
| | 60 | |
| | 61 | |
| | 62 | |
| | 63 | |
| | 64 | |
| | 65 | |
| | 66 | |
| | 67 | |
| | 68 | |
| | 69 | |
| | 70 | |
| | 71 | |
| | 72 | |
| | 73 | |
| | 74 | |
| | 75 | |
| | 76 | |
| | 77 | |
| | 78 | |
| | 79 | |
| | 80 | |
| | 81 | |
| | 82 | |
| | 83 | |
| | 84 | |
| | 85 | |
| | 86 | |
| | 87 | |
| | 88 | |
| | 89 | |
| | 90 | |
| | 91 | |
| | 92 | |
| | 93 | |
| | 94 | |
| | 95 | |
| | 96 | |
| | 97 | |
| | 98 | |
| | 99 | |
| | 100 | |

SYMBOLS
✓ .............. Rejected
= .............. Allowed
− (Through numeral) Cancelled
+ .............. Restricted
N .............. Non-elected
I .............. Interference
A .............. Appeal
O .............. Objected

(LEFT INSIDE)    IFC-02235

| POSITION | INIT. | DATE |
|---|---|---|
| CLASSIFIER | 5 | 8-11-92 |
| EXAMINER | LBM | 8/12/92 |
| TYPIST | 323 | 10/27 |
| VERIFIER | 341 | 10/28/92 |
| CORPS CORR. | | |
| SPEC. HAND | GO  M.E.W. | 10-15-92 |
| FILE MAINT. | LBS | 8/14/92 |

## INDEX OF CLAIMS

SYMBOLS
- / .......... Rejected
- = .......... Allowed
- − (Through numeral) Cancelled
- + .......... Restricted
- N .......... Non-elected
- I .......... Interference
- A .......... Appeal
- O .......... Objected

| Claim Final | Original | Date | | | | | | |
|---|---|---|---|---|---|---|---|---|
| | 1 | ✓ | | ✓ | | | | |
| | 2 | ✓ | | | | | | |
| | 3 | ✓ | | | | | | |
| | 4 | ✓ | | | | | | |
| | 5 | ✓ | | | | | | |
| | 6 | ✓ | | | | | | |
| | 7 | ✓ | | | | | | |
| | 8 | ✓ | | | | | | |
| | 9 | ✓ | | | | | | |
| | 10 | ✓ | | ✓ | | | | |
| | 11 | ✓ | | | | | | |
| | (12) | ✓ | | ✓ | | | | |
| | (13) | ✓ | | ✓ | | | | |
| | 14 | ✓ | | | | | | |
| | 15 | ✓ | | ✓ | | | | |
| | 16 | ✓ | | | | | | |
| | 17 | ✓ | | | | | | |
| | 18 | ✓ | | | | | | |
| | 19 | ✓ | | | | | | |
| | 20 | ✓ | | | | | | |
| | 21 | ✓ | | | | | | |
| | 22 | ✓ | | | | | | |
| | (23) | ✓ | | | | | | |
| | 24 | ✓ | | | | | | |
| | 25 | ✓ | | | | | | |
| | 26 | | | | | | | |
| | 27 | | | | | | | |
| | 28 | | | | | | | |
| | 29 | | | | | | | |
| | 30 | | | | | | | |
| | 31 | | | | | | | |
| | 32 | | | | | | | |
| | 33 | | | | | | | |
| | 34 | | | | | | | |
| | 35 | | | | | | | |
| | 36 | | | | | | | |
| | 37 | | | | | | | |
| | 38 | | | | | | | |
| | 39 | | | | | | | |
| | 40 | | | | | | | |
| | 41 | | | | | | | |
| | 42 | | | | | | | |
| | 43 | | | | | | | |
| | 44 | | | | | | | |
| | 45 | | | | | | | |
| | 46 | | | | | | | |
| | 47 | | | | | | | |
| | 48 | | | | | | | |
| | 49 | | | | | | | |
| | 50 | | | | | | | |

| Claim Final | Original | Date | | | | | | |
|---|---|---|---|---|---|---|---|---|
| | 51 | | | | | | | |
| | 52 | | | | | | | |
| | 53 | | | | | | | |
| | 54 | | | | | | | |
| | 55 | | | | | | | |
| | 56 | | | | | | | |
| | 57 | | | | | | | |
| | 58 | | | | | | | |
| | 59 | | | | | | | |
| | 60 | | | | | | | |
| | 61 | | | | | | | |
| | 62 | | | | | | | |
| | 63 | | | | | | | |
| | 64 | | | | | | | |
| | 65 | | | | | | | |
| | 66 | | | | | | | |
| | 67 | | | | | | | |
| | 68 | | | | | | | |
| | 69 | | | | | | | |
| | 70 | | | | | | | |
| | 71 | | | | | | | |
| | 72 | | | | | | | |
| | 73 | | | | | | | |
| | 74 | | | | | | | |
| | 75 | | | | | | | |
| | 76 | | | | | | | |
| | 77 | | | | | | | |
| | 78 | | | | | | | |
| | 79 | | | | | | | |
| | 80 | | | | | | | |
| | 81 | | | | | | | |
| | 82 | | | | | | | |
| | 83 | | | | | | | |
| | 84 | | | | | | | |
| | 85 | | | | | | | |
| | 86 | | | | | | | |
| | 87 | | | | | | | |
| | 88 | | | | | | | |
| | 89 | | | | | | | |
| | 90 | | | | | | | |
| | 91 | | | | | | | |
| | 92 | | | | | | | |
| | 93 | | | | | | | |
| | 94 | | | | | | | |
| | 95 | | | | | | | |
| | 96 | | | | | | | |
| | 97 | | | | | | | |
| | 98 | | | | | | | |
| | 99 | | | | | | | |

IFC-02236