# TAB 2



UNITED STATES DEPARTMENT OF COMMERCE
Patent and Trademark Office
Address: COMMISSIONER OF PATENTS AND TRADEMARKS
Washington, D.C. 20231

| APPLICATION NUMBER | FILING DATE | FIRST NAMED APPLICANT | ATTY DOCKET NO./TITLE |
|---|---|---|---|
| 07/922,918 | 07/31/92 | MCCULLOCH J | 2626-3 |

RHODES, COATS & BENNETT
P.O. BOX 2974
GREENSBORO, NC 27402

0000

DATE MAILED:    08/17/92

## NOTICE TO FILE MISSING PARTS OF APPLICATION
## FILING DATE GRANTED

A filing date has been granted to this application. However, the following parts are missing.

If all missing parts are filed within the period set below, the total amount owed by applicant as a ☒ large entity, ☐ small entity (verified statement filed), is $ _991.00_ .

1. ☒ The statutory basic filing fee is: ☒ missing ☐ insufficient. Applicant as a ☒ large entity ☐ small entity, must submit $ _690_ to complete the basic filing fee and MUST ALSO SUBMIT THE SURCHARGE AS INDICATED BELOW.

2. ☒ Additional claim fees of $ _171.00_ as a ☒ large entity ☐ small entity, including any required multiple dependent claim fee, are required. Applicant must submit the additional claim fees or cancel the additional claims for which fees are due. NO SURCHARGE IS REQUIRED FOR THIS ITEM.

3. ☐ The oath or declaration:
   ☐ is missing.
   ☐ does not cover items omitted at time of execution.
   An oath or declaration in compliance with 37 CFR 1.63, identifying the application by the above Application Number and Filing Date is required. A SURCHARGE MUST ALSO BE SUBMITTED AS INDICATED BELOW.

4. ☐ The oath or declaration does not identify the application to which it applies. An oath or declaration in compliance with 37 CFR 1.63, identifying the application by the above Application Number and Filing Date is required. A SURCHARGE MUST ALSO BE SUBMITTED AS INDICATED BELOW.

5. ☒ The signature to the oath or declaration is: ☒ missing; ☐ a reproduction; ☐ by a person other than the inventor or a person qualified under 37 CFR 1.42, 1.43, or 1.47. A properly signed oath or declaration in compliance with 37 CFR 1.63, identifying the application by the above Application Number and Filing Date is required. A SURCHARGE MUST ALSO BE SUBMITTED AS INDICATED BELOW.

6. ☐ The signature of the following joint inventor(s) is missing from the oath or declaration:
   _____. An oath or declaration listing the names of all inventors and signed by the omitted inventor(s), identifying this application by the above Application Number and Receipt Date is required. A SURCHARGE MUST ALSO BE SUBMITTED AS INDICATED BELOW.

7. ☐ The application was filed in a language other than English. Applicant must file a verified English translation of the application and a fee of $30.00 under 37 CFR 1.17(k), unless this fee has already been paid. NO SURCHARGE IS RERQUIRED FOR THIS ITEM.

8. ☐ A $50.00 processing fee is required for returned checks. (37 CFR 1.21(m)).

9. ☐ Your filing receipt was mailed in error because check was returned without payment.

10. ☐ Other.
    An Application Number and Filing Date have been assigned to this application. The missing parts and fees identified above in items 1 and 3-6 must be timely provided ALONG WITH THE PAYMENT OF A SURCHARGE of $~~120.00~~ for large entities or $~~60.00~~ for small entities who have filed a verified statement claiming such status. The surchage is set forth in 37 CFR 1.16(e). Applicant is given ONE MONTH FROM THE DATE OF THIS LETTER, OR TWO MONTHS FROM THE FILING DATE of this application, WHICHEVER IS LATER, within which to file all missing parts and pay any fees required above to avoid abandonment. Extensions of time may be obtained by filing a petition accompanied by the extension fee under the provisions of 37 CFR 1.136(a).

Direct the response to, and any questions about, this notice to ATTENTION: Application Division, Special Handling Unit.

### A copy of this notice MUST be returned with response.

_[signature]_

For: Manager, Application Division
(703) ~~557~~ 308-1202

FORM PTO-1533 (REV. 6-90)         ATTORNEY'S/APPLICANTS COPY

IFC-02257



*280.00 206*
*65.00 205*
*121.00 203*

IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

*Paper # 3*

James R. McCulloch
Serial No. 07/922,918
Filed: July 31, 1992
For: TRANSFER PRINTING FLOCKED FABRIC

Honorable Commissioner of Patents and Trademarks
Washington, D.C. 20231

Sir:

        RESPONSE TO NOTICE TO FILE MISSING PARTS
         OF APPLICATION - FILING DATE GRANTED

    Responsive to Patent and Trademark Office Notice to File Missing Parts of Application-Filing Date Granted, Form PTO-1533, enclosed herewith is a copy of said form, the missing parts requested, and surcharge. Please make these documents of record regarding the above serial number.

    The Commissioner is hereby authorized to charge any additional fees which may be required, or credit any overpayment to Deposit Account No. 18-1164.

                             Respectfully submitted,

                             Howard A. MacCord, Jr.
                             Reg. No. 28,639

Date: 9/23/92
File: 2626-2

```
             18-1164    140   201      30.00CH

120 TD 10/09/92 07922918            1 206    280.00 CK
120 TD 10/09/92 07922918            1 205     65.00 CK
120 TD 10/09/92 07922918            1 203    121.00 CK
080 KJ 10/20/92 07922918            1 206    280.00 CK
080 KJ 10/20/92 07922918            1 201    280.00 CK
```

IFC-02259

 

**UNITED STATES DEPARTMENT OF COMMERCE**
**Patent and Trademark Office**
Address: COMMISSIONER OF PATENTS AND TRADEMARKS
Washington, D.C. 20231

| APPLICATION NUMBER | FILING DATE | FIRST NAMED APPLICANT | ATTY DOCKET NO./TITLE |
|---|---|---|---|
| 07/922,916 | 07/31/92 | MCCULLOCH | J 2626-3 |

RHODES, COATS & BENNETT
P.O. BOX 2974
GREENSBORO, NC 27402

0000

DATE MAILED: 08/17/92

## NOTICE TO FILE MISSING PARTS OF APPLICATION
## FILING DATE GRANTED

A filing date has been granted to this application. However, the following parts are missing.

If all missing parts are filed within the period set below, the total amount owed by applicant as a ☒ large entity, ☐ small entity (verified statement filed), is $ 941.

1. ☒ The statutory basic filing fee is: ☒ missing ☐ insufficient. Applicant as a ☒ large entity ☐ small entity, must submit $ 640 to complete the basic filing fee and MUST ALSO SUBMIT THE SURCHARGE AS INDICATED BELOW.

2. ☒ Additional claim fees of $ 172 as a ☐ large entity ☐ small entity, including any required multiple dependent claim fee, are required. Applicant must submit the additional claim fees or cancel the additional claims for which fees are due. NO SURCHARGE IS REQUIRED FOR THIS ITEM.

3. ☐ The oath or declaration:
   ☐ is missing.
   ☒ does not cover items omitted at time of execution.
   An oath or declaration in compliance with 37 CFR 1.63, identifying the application by the above Application Number and Filing Date is required. A SURCHARGE MUST ALSO BE SUBMITTED AS INDICATED BELOW.

4. ☐ The oath or declaration does not identify the application to which it applies. An oath or declaration in compliance with 37 CFR 1.63, identifying the application by the above Application Number and Filing Date is required. A SURCHARGE MUST ALSO BE SUBMITTED AS INDICATED BELOW.

5. ☒ The signature to the oath or declaration is: ☒ missing; ☐ a reproduction; ☒ by a person other than the inventor or a person qualified under 37 CFR 1.42, 1.43, or 1.47. A properly signed oath or declaration in compliance with 37 CFR 1.63, identifying the application by the above Application Number and Filing Date is required. A SURCHARGE MUST ALSO BE SUBMITTED AS INDICATED BELOW.

6. ☐ The signature of the following joint inventor(s) is missing from the oath or declaration:
   _____ An oath or declaration listing the names of all inventors and signed by the omitted inventor(s), identifying this application by the above Application Number and Receipt Date is required. A SURCHARGE MUST ALSO BE SUBMITTED AS INDICATED BELOW.

7. ☐ The application was filed in a language other than English. Applicant must file a verified English translation of the application and a fee of $30.00 under 37 CFR 1.17(k), unless this fee has already been paid. NO SURCHARGE IS REQUIRED FOR THIS ITEM.

8. ☐ A $50.00 processing fee is required for returned checks. (37 CFR 1.21(m)).

9. ☐ Your filing receipt was mailed in error because check was returned without payment.

10. ☐ Other:

An Application Number and Filing Date have been assigned to this application. The missing parts and fees identified above in items 1 and 3-6 must be timely provided ALONG WITH THE PAYMENT OF A SURCHARGE of $120.00 for large entities or $60.00 for small entities who have filed a verified statement claiming such status. The surcharge is set forth in 37 CFR 1.16(e). Applicant is given ONE MONTH FROM THE DATE OF THIS LETTER, OR TWO MONTHS FROM THE FILING DATE of this application, WHICHEVER IS LATER, within which to file all missing parts and pay any fees required above to avoid abandonment. Extensions of time may be obtained by filing a petition accompanied by the extension fee under the provisions of 37 CFR 1.136(a).

Direct the response to, and any questions about, this notice to ATTENTION: Application Division, Special Handling Unit.

*A copy of this notice MUST be returned with response.*

For Manager, Application Division
(703) 557-____

IFC-02260

FORM PTO-1533 (REV. 6-90)    COPY TO BE RETURNED WITH RESPONSE

*922,918* n.26-3

*Paper # 3*

RULE 63 (37 C.F.R. 1.63)
DECLARATION AND POWER OF ATTORNEY
FOR PATENT APPLICATION
IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

As a below named inventor, I hereby declare that my residence, post office address and citizenship are as stated below next to my name, and I believe I am the original, first and sole inventor (if only one name listed below) or an original, first and joint inventor (if plural names are listed below) of the subject matter which is claimed and for which a patent is sought on the invention entitled ____
__TRANSFER PRINTING FLOCKED FABRIC__
the specification of which (check applicable box(es)):
[ ] is attached hereto.
[X] was filed on __7/31/92__ as U.S. Application Serial No. __07/922,918__
[ ] was filed as PCT international application No. PCT/___/___ on ____
and (if applicable to U.S. or PCT application) was ammended on ____

I hereby state that I have reviewed and understand the contents of the above identified specification, including the claims, as amended by any amendment referred to above. I acknowledge the duty to disclose information which is material to the examination of this application in accordance with 37 C.F.R. 1.56(a). I hereby claim foreign priority benefits under 35 U.S.C. 119/365 of any foreign application(s) for patent or inventor's certificate listed below and have also identified below any foreign application for patent or inventor's certificate having a filing date before that of the application on which priority is claimed or, if no priority is claimed, before the filing date of this application:
**Prior Foreign Application(s):**
Application Number                                Country                                Day/ Month/ Year Filed

I hereby claim the benefit under 35 U.S.C. 120/365 of all prior United States and PCT international applications listed below and, insofar as the subject matter of each of the claims of this application is not disclosed in such prior application in the manner provided by the first paragraph of 35 U.S.C. 112, I acknowledge the duty to disclose material information as defined in 37 C.F.R. 1.56(a) which occurred between the filing date of the prior applications and the national or PCT international filing date of this application:
**Prior U.S./PCT Application(s):**
Application Serial No.                    Date/ Month/ Year Filed                    Status: patented, pending, abandoned

I hereby declare that all statements made herein of my own knowledge are true and that all statements made on information and belief are believed to be true; and further that these statements were made with the knowledge that willful false statements and the like so made are punishable by fine or imprisonment, or both, under Section 1001 of Title 18 of the United States Code and that such willful false statements may jeopardize the validity of the application or any patent issued thereon.

And I hereby appoint the firm of Rhodes, Coats & Bennett, comprising C. Robert Rhodes, Reg. No. 24,200, Edward W. Rilee, Reg. No. 31,869, Howard A. MacCord, Jr., Reg. No. 28,639, Larry L. Coats, Reg. No. 25,620, and David E. Bennett, Reg. No. 32,194, as my attorneys and/or agents with full power of substitution and revocation, to prosecute this application and to transact all business in the Patent Office connected therewith. Address all communications and telephone calls to: Rhodes, Coats & Bennett, P.O. Box 2974, Greensboro, North Carolina 27402, (919) 273-4422.

1) Inventor's Signature _X__James R. McCulloch___ Date _9/14/92_
   Inventor's Name (typed) __James__ __R.__ __McCulloch__ __U.S.A.__
                              First    Middle Initial   Family name     Citizenship

   Residence(City) __Providence__ (State/ Foreign Country) __Rhode Island__ __RI__
   Post Office Address __38 Cooke Street__ Zip Code __02906__

2) Inventor's Signature ____ Date ____
   Inventor's Name (typed) ____
                              First    Middle Initial   family name      citizenship
   Residence(City) ____ (State/ Foreign Country) ____
   Post Office Address ____ Zip Code ____

3) Inventor's Signature ____ Date ____
   Inventor's Name (typed) ____
                              First    Middle Initial   family name      citizenship
   Residence(City) ____ (State/ Foreign Country) ____
   Post Office Address ____ Zip Code ____

FOR ADDITIONAL INVENTORS, check box [ ] and attach sheet with same information and signature and date for each.

Rhodes, Coats & Bennett (8/91)

IFC-02261

*Paper # 3*

| | | |
|---|---|---|
| Applicant or Patentee: | James R. McCulloch | Attorney's Docket No.: 2626-3 |
| Serial or Patent No.: | 07/922,918 | |
| Filed or Issued: | 7/31/92 | |
| For: | TRANSFER PRINTING FLOCKED FABRIC | |

### VERIFIED STATEMENT (DECLARATION) CLAIMING SMALL ENTITY STATUS
### (37 CFR 1.9(f) and 1.27(c)) - SMALL BUSINESS CONCERN

I hereby declare that I am

    [ ] the owner of the small business concern identified below:
    [X] an official of the small business concern empowered to act on behalf of the concern identified below:

    NAME OF CONCERN    Microfibres, Inc.
    ADDRESS OF CONCERN    P. O. Box 1208
    Pawtucket, Rhode Island 02862-1208

I hereby declare that the above identified small business concern qualifies as a small business concern as defined in 13 CFR 121.3-18, and reproduced in 37 CFR 1.9(d), for purposes of paying reduced fees under section 41(a) and (b) of Title 35, United States Code, in that the number of employees of the concern, including those of its affiliates, does not exceed 500 persons. For purposes of this statement, (1) the number of employees of the business concern is the average over the previous fiscal year of the concern of the persons employed on a full-time, part-time or temporary basis during each of the pay periods of the fiscal year, and (2) concerns are affiliates of each other when either, directly or indirectly, one concern controls or has the power to control the other, or a third party or parties controls or has the power to control both.

I hereby declare that rights under contract or law have been conveyed to and remain with the small business concern identified above with regard to the invention, entitled
TRANSFER PRINTING FLOCKED FABRIC by inventor(s) James R. McCulloch
described in

    [ ] the specification filed herewith
    [X] application serial no. 07/922,918 , filed 7/31/92 .
    [ ] patent no. _____ , issued _____ .

If the rights held by the above identified small business concern are not exclusive, each individual, concern or organization having rights to the invention is listed below* and no rights to the invention are held by any person, other than the inventor, who could not qualify as a small business concern under 37 CFR 1.9(d) or by any concern which would not qualify as a small business concern under 37 CFR 1.9(d) or a nonprofit organization under 37 CFR 1.9(e). *NOTE: Separate verified statements are required from each named person, concern or organization having rights to the invention averring to their status as small entities. (37 CFR 1.27)

NAME _____
ADDRESS _____
    [ ] INDIVIDUAL    [ ] SMALL BUSINESS CONCERN    [ ] NONPROFIT ORGANIZATION

NAME _____
ADDRESS _____
    [ ] INDIVIDUAL    [ ] SMALL BUSINESS CONCERN    [ ] NONPROFIT ORGANIZATION

I acknowledge the duty to file, in this application or patent, notification of any change in status resulting in loss of entitlement to small entity status prior to paying, or at the time of paying, the earliest of the issue fee or any maintenance fee due after the date on which status as a small entity is no longer appropriate. (37 CFR 1.28(b))

I hereby declare that all statements made herein of my own knowledge are true and that all statements made on information and belief are believed to be true; and further that these statements were made with the knowledge that willful false statements and the like so made are punishable by fine or imprisonment, or both, under section 1001 of Title 18 of the United States Code, and that such willful false statements may jeopardize the validity of the application, any patent issuing thereon, or any patent to which this verified statement is directed.

NAME OF PERSON SIGNING    James R. Fulks    */s/ James R. Fulks*
TITLE OF PERSON OTHER THAN OWNER  Executive Vice-President
ADDRESS OF PERSON SIGNING  P.O. Box 1208, Pawtucket, Rhode Island 02862

IFC-02262

# TAB 3



IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

In re Application: James R. McCulloch
Serial No.: 07/922,918
Filed: July 31, 1992                           Art Unit: 1508
For: TRANSFER PRINTING FLOCKED FABRIC

Honorable Commissioner of Patents and Trademarks
Washington, D.C. 20231

Sir:

### INFORMATION DISCLOSURE STATEMENT

In accordance with 37 C.F.R. 1.56, counsel wishes to make of record the attached items of information for the Examiner's consideration in connection with this application. Also enclosed is a form PTO-1449 for the Examiner's convenience in making such consideration of record. Inclusion herein of any particular item of information is not to be construed as an admission that same is prior art.

Respectfully submitted,

Howard A. MacCord, Jr.
Reg. No. 28,639

Date: 11/16/92

File No.: 2626-3

I hereby certify that this correspondence is being deposited with the United States Postal Service as first class mail in an envelope addressed to: Commissioner of Patents and Trademarks, Washington, D. C. 20231, on 11-16-92

Howard A. MacCord, Jr.

November 16, 1992

Sheet 1 of 1

| FORM PTO-1449 (Rev. 2-82) | U.S. DEPARTMENT OF COMMERCE PATENT AND TRADEMARK OFFICE | | ATTY DOCKET NO. 2126-3 | SERIAL NO. 07/922,918 |
|---|---|---|---|---|
| INFORMATION DISCLOSURE STATEMENT BY APPLICANT (Use several sheets if necessary) | | | APPLICANT James R. McCulloch | |
| | | | FILING DATE 7-31-92 | GROUP 1508 |

**U.S. PATENT DOCUMENTS**

| EXAMINER INITIAL | | DOCUMENT NUMBER | DATE | NAME | CLASS | SUBCLASS | FILING DATE IF APPROPRIATE |
|---|---|---|---|---|---|---|---|
| AC | A | 4314815 | 2-82 | Masaki | 8 | 468 | |
| AC | B | 4108595 | 8-78 | Pappas | 8 | 482 | |
| AC | C | 4309179 | 1-82 | Heuser | 8 | 558 | |
| AC | D | 3099574 | 7-63 | Haber | 8 | 648 | |
| AC | E | 3999940 | 12-76 | Freeman | 8 | 449 | |
| AC | F | 4018956 | 4-77 | Casey | 428 | 86 | |
| AC | G | 3568594 | 3-71 | Johnston | 101 | 152 | |
| AC | H | 2308429 | 1-43 | Smith et al | 117 | 66 | |

**FOREIGN PATENT DOCUMENTS**

| | DOCUMENT NUMBER | DATE | COUNTRY | CLASS | SUBCLASS | TRANSLATION YES | NO |
|---|---|---|---|---|---|---|---|
| | | | | | | | |

**OTHER DOCUMENTS** (Including Author, Title, Date, Pertinent Pages, Etc.)

EXAMINER A.L. Clingman   DATE CONSIDERED March 9, 1993

EXAMINER: Initial if citation considered, whether or not citation is in conformance with MPEP 609; Draw line through citation if not in conformance and not considered. Include copy of this form with next communication to applicant.

(Form PTO-1449 [6-4])

IFC-02265

# TAB 4



IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

Re Application: James R. McCulloch
Serial No.: 07/922,918
Filed: July 31, 1992                          Art Unit: 1508
For: TRANSFER PRINTING FLOCKED FABRIC

Honorable Commissioner of Patents and Trademarks
Washington, D.C. 20231

Sir:

### INFORMATION DISCLOSURE STATEMENT

In accordance with 37 C.F.R. 1.56, counsel wishes to make of record the attached items of information for the Examiner's consideration in connection with this application. Also enclosed is a form PTO-1449 for the Examiner's convenience in making such consideration of record. Inclusion herein of any particular item of information is not to be construed as an admission that same is prior art.

Respectfully submitted,

Howard A. MacCord, Jr.
Reg. No. 28,639

Date: 11/16/92

File No.: 2626-3

I hereby certify that this correspondence is being deposited with the United States Postal Service as first class mail in an envelope addressed to: Commissioner of Patents and Trademarks, Washington, D.C. 20231, on 11-16-92

Howard A. MacCord, Jr.

November 16, 1992

Sheet _1_ of _1_

| FORM PTO-1449 (Rev. 2-82) | U.S. DEPARTMENT OF COMMERCE PATENT AND TRADEMARK OFFICE | ATTORNEY DOCKET NO. 2126-3 | SERIAL NO. 07/922,918 |
|---|---|---|---|
| INFORMATION DISCLOSURE STATEMENT BY APPLICANT (Use several sheets if necessary) | | APPLICANT James R. McCulloch | |
| | | FILING DATE 7-31-92 | GROUP 1508 |

MAIL ROOM NOV 18 1992

**U.S. PATENT DOCUMENTS**

| EXAMINER INITIAL | | DOCUMENT NUMBER | DATE | NAME | CLASS | SUBCLASS | FILING DATE IF APPROPRIATE |
|---|---|---|---|---|---|---|---|
| AW | A | 4314813 | 2-82 | Masaki | 8 | 468 | |
| AW | B | 4108598 | 8-78 | Pappas | 8 | ~~468~~ 482 | |
| AW | C | 4309179 | 1-82 | Heuser | 8 | 558 | |
| AW | D | 3099547 | 7-63 | Haber | 8 | ~~468~~ 448 | |
| AW | E | 3999940 | 12-76 | Freeman | 8 | ~~446~~ 449 | |
| AW | F | 4018456 | 4-77 | Casey | 428 | 86 | |
| AW | G | 3568594 | 3-71 | Johnston | 101 | 152 | |
| AW | H | 2308429 | 1-43 | Smith et al | 117 | 66 | |

RECEIVED NOV 27 1992

**FOREIGN PATENT DOCUMENTS**

| | DOCUMENT NUMBER | DATE | COUNTRY | CLASS | SUBCLASS | TRANSLATION YES | NO |
|---|---|---|---|---|---|---|---|
| | | | | | | | |

**OTHER DOCUMENTS** (Including Author, Title, Date, Pertinent Pages, Etc.)

| EXAMINER A.L. Clingman | DATE CONSIDERED March 9, 1993 |
|---|---|

EXAMINER: Initial if citation considered, whether or not citation is in conformance with MPEP 609; Draw line through citation if not in conformance and not considered. Include copy of this form with next communication to applicant.

(Form PTO-1449 [6-4])