# TAB 13



UNITED STATES DEPARTMENT OF COMMERCE
Patent and Trademark Office
Address: COMMISSIONER OF PATENTS AND TRADEMARKS
Washington, D.C. 20231

| SERIAL NUMBER | FILING DATE | FIRST NAMED APPLICANT | ATTORNEY DOCKET NO. |
|---|---|---|---|
| 07/922,918 | 07/31/92 | MC CULLOCH  J | 2626-1 |

RHODES, COATS & BENNETT
P.O. BOX 2974
GREENSBORO, NC 27402

11M1/0930

EINSMANN, EXAMINER

| ART UNIT | PAPER NUMBER |
|---|---|
| 1105 | 13 |

DATE MAILED: 09/30/94

## NOTICE OF ABANDONMENT

This application is abandoned in view of:

1. ☐ Applicant's failure to respond to the Office letter, mailed _____.
2. ☒ Applicant's letter of express abandonment which is in compliance with 37 C.F.R. 1.138.
3. ☐ Applicant's failure to timely file the response received _____ within the period set in the Office letter.
4. ☐ Applicant's failure to pay the required issue fee within the statutory period of 3 months from the mailing date of _____ of the Notice of Allowance.
   ☐ The issue fee was received on _____.
   ☐ The issue fee has not been received in Allowed Files Branch as of _____.

   In accordance with 35 U.S.C. 151, and under the provisions of 37 C.F.R. 1.316(b), applicant(s) may petition the Commissioner to accept the delayed payment of the issue fee if the delay in payment was unavoidable. The petition must be accompanied by the issue fee, unless it has been previously submitted, in the amount specified by 37 C.F.R. 1.17 (l), and a verified showing as to the causes of the delay.

   If applicant(s) never received the Notice of Allowance, a petition for a new Notice of Allowance and withdrawal of the holding of abandonment may be appropriate in view of Delgar Inc. v. Schuyler, 172 U.S.P.Q. 513.

5. ☐ Applicant's failure to timely correct the drawings and/or submit new or substitute formal drawings by _____ as required in the last Office action.
   ☐ The corrected and/or substitute drawings were received on _____.

6. ☐ The reason(s) below.

PAUL LIEBERMAN
SUPERVISORY EXAMINER
ART UNIT 115

PTO-1432 (REV. 5-83)

IFC-02318

| PATENT APPLICATION FEE DETERMINATION RECORD Effective December 16, 1991 | | | Application or Docket Number 922918 | |
|---|---|---|---|---|

### CLAIMS AS FILED - PART I

| FOR | NUMBER FILED (Column 1) | NUMBER EXTRA (Column 2) | SMALL ENTITY RATE | FEE | OR | OTHER THAN SMALL ENTITY RATE | FEE |
|---|---|---|---|---|---|---|---|
| BASIC FEE | | | | $345.00 | OR | | $690.00 |
| TOTAL CLAIMS | 25 minus 20 = | * 5 | x $10 = | 50 | OR | x $20 = | 100 |
| INDEPENDENT CLAIMS | 4 minus 3 = | * 1 | x 36 = | 36 | OR | x 72 = | 72 |
| MULTIPLE DEPENDENT CLAIM PRESENT | | | +110 = | | OR | +220 = | |
| * If the difference in column 1 is less than zero, enter "0" in column 2 | | | TOTAL | 431 | OR | TOTAL | 862 |

### CLAIMS AS AMENDED - PART II

**AMENDMENT A**

| | (Column 1) CLAIMS REMAINING AFTER AMENDMENT | (Column 2) HIGHEST NUMBER PREVIOUSLY PAID FOR | (Column 3) PRESENT EXTRA | SMALL ENTITY RATE | ADDITIONAL FEE | OR | OTHER THAN SMALL ENTITY RATE | ADDITIONAL FEE |
|---|---|---|---|---|---|---|---|---|
| Total | * | Minus ** | = | x $10 = | | OR | x $20 = | |
| Independent | * | Minus *** | = | x 36 = | | OR | x 72 = | |
| FIRST PRESENTATION OF MULTIPLE DEPENDENT CLAIM | | | | +110 = | | OR | +220 = | |
| | | | | TOTAL ADDIT. FEE | | OR | TOTAL ADDIT. FEE | |

**AMENDMENT B**

| | (Column 1) CLAIMS REMAINING AFTER AMENDMENT | (Column 2) HIGHEST NUMBER PREVIOUSLY PAID FOR | (Column 3) PRESENT EXTRA | RATE | ADDITIONAL FEE | OR | RATE | ADDITIONAL FEE |
|---|---|---|---|---|---|---|---|---|
| Total | * | Minus ** | = | x $10 = | | OR | x $20 = | |
| Independent | * | Minus *** | = | x 36 = | | OR | x 72 = | |
| FIRST PRESENTATION OF MULTIPLE DEPENDENT CLAIM | | | | +110 = | | OR | +220 = | |
| | | | | TOTAL ADDIT. FEE | | OR | TOTAL ADDIT. FEE | |

**AMENDMENT C**

| | (Column 1) CLAIMS REMAINING AFTER AMENDMENT | (Column 2) HIGHEST NUMBER PREVIOUSLY PAID FOR | (Column 3) PRESENT EXTRA | RATE | ADDITIONAL FEE | OR | RATE | ADDITIONAL FEE |
|---|---|---|---|---|---|---|---|---|
| Total | * | Minus ** | = | x $10 = | | OR | x $20 = | |
| Independent | * | Minus *** | = | x 36 = | | OR | x 72 = | |
| FIRST PRESENTATION OF MULTIPLE DEPENDENT CLAIM | | | | +110 = | | OR | +220 = | |
| | | | | TOTAL ADDIT. FEE | | OR | TOTAL ADDIT. FEE | |

* If the entry in column 1 is less than the entry in column 2, write "0" in column 3.
** If the "Highest Number Previously Paid For" IN THIS SPACE is less than 20, enter "20".
*** If the "Highest Number Previously Paid For" IN THIS SPACE is less than 3, enter "3".
The "Highest Number Previously Paid For" (Total or Independent) is the highest number found in the appropriate box in column 1.

Form PTO-875 (Rev. 12-91)   *U.S. Government Printing Office: 1992 — 308-890   Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE

IFC-02319



IFC-02320

# TAB 14

PATENT APPLICATION SERIAL NO. 08/293749

U.S. DEPARTMENT OF COMMERCE
PATENT AND TRADEMARK OFFICE
FEE RECORD SHEET

060 MS 09/01/94 08293749                    1 201      355.00 CK

PTO-1556
(5/87)

IFC-02322

| BAR CODE LABEL | U.S. PATENT APPLICATION |
|---|---|
| SERIAL NUMBER | FILING DATE | CLASS | GROUP ART UNIT |
| 08/293,749 | 08/22/94 | 008 | 1105 |

APPLICANT

1-00  RI
JAMES R. MC CULLOCH, PROVIDENCE, RI.

```
**CONTINUING DATA********************
    VERIFIED     THIS APPLN IS A CON OF   07/922,918 07/31/92



**FOREIGN/PCT APPLICATIONS************
    VERIFIED
```

FOREIGN FILING LICENSE GRANTED 09/26/94        ***** SMALL ENTITY *****

| STATE OR COUNTRY | SHEETS DRAWING | TOTAL CLAIMS | INDEPENDENT CLAIMS | FILING FEE RECEIVED | ATTORNEY DOCKET NO. |
|---|---|---|---|---|---|
| RI | 2 | 1 | 1 | $355.00 | |

ADDRESS

RHODES COATS & BENNETT
P O BOX 2974
GREENSBORO NC  27402

TITLE

TRANSFER PRINTING FLOCKED FABRIC

This is to certify that annexed hereto is a true copy from the records of the United States Patent and Trademark Office of the application which is identified above.
By authority of the
COMMISSIONER OF PATENTS AND TRADEMARKS

Date                    Certifying Officer

IFC-02323

IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

BOX FWC
Honorable Commissioner of Patents
 and Trademarks
Washington, D.C. 20231

Sir:

### RULE 1.62 CONTINUATION APPLICATION

This is a request under 37 C.F.R. 1.62 for filing a continuation application of pending prior Application Serial No. 07/922,918, filed July 31, 1992 of applicant James R. McCulloch for <u>Transfer Printing Flocked Fabric</u>. The prior application is pending before Examiner M. Einsmann in Art Unit 1105.

Pursuant to 37 C.F.R. 1.62, it is requested that this application utilize the file wrapper and contents of said prior application to constitute this continuation application, but that a new application serial number be assigned.

The filing fee is calculated as follows for a Small Entity:

|  | Rate | Fee |
|---|---|---|
| Total Claims in Excess of 20 = | 0x $11 = | $00 |
| Independent Claims in Excess of 3 = | 0x $37 = | $00 |
| Basic Fee = |  | $355.00 |
| Extension Fee= |  | $55.00 |
| Total Filing Fee = |  | $410.00 |

A check for $410.00 for the total filing fee is attached. However, if there is any discrepancy in the above calculated

fees, applicant hereby requests the Commissioner to charge any additional fees due to our Deposit Account No. 18-1164.

Amend the specification by inserting before the first line the following statement: --This application is a continuation of Application Serial No. 07/922,918 filed July 31, 1992.--

The power of attorney in the prior application is to: Rhodes Coats & Bennett comprising C. Robert Rhodes, Reg. No. 24,200, Edward W. Rilee, Reg. No. 31,869, Howard A. MacCord, Jr., Reg. No. 28,639, Larry L. Coats, Reg. No., 25,620, and David E. Bennett, Reg. No. 32,194.

The power appears in the original papers in the prior application Serial No. 07/922,918. Address all future communications to:

> Rhodes, Coats & Bennett
> P. O. Box 2974
> Greensboro, North Carolina 27402

A verified statement that this is a filing by small entity was filed in the parent application Serial No. 07/922,918, which parent application was filed on July 31, 1992, and the status is still proper and its benefit under 37 C.F.R. 1.28(a) is hereby claimed.

Please direct all telephone calls to the undersigned attorney at (910) 273-4422.

Respectfully submitted,

*[signature]*
Howard A. MacCord, Jr.
Reg. No. 28,639

Date: August 18, 1994
File No. 2626-4

**CERTIFICATE OF MAILING**

I HEREBY CERTIFY THAT THIS DOCUMENT IS BEING DEPOSITED WITH THE UNITED STATES POSTAL SERVICE AS FIRST CLASS MAIL IN AN ENVELOPE ADDRESSED TO: COMMISSIONER of PATENTS AND TRADEMARKS, WASHINGTON, D.C. 20231, on Aug 18 1994
(Date of Deposit)

*Howard A. MacCord*
Name of Applicant, Assignee or Registered Representative

*[signature]*
Signature

8-18-94
Date of Signature

# TAB 15



**UNITED STATES DEPARTMENT OF COMMERCE**
**Patent and Trademark Office**
Address: COMMISSIONER OF PATENTS AND TRADEMARKS
Washington, D.C. 20231

| SERIAL NUMBER | FILING DATE | FIRST NAMED INVENTOR | ATTORNEY DOCKET NO. |
|---|---|---|---|
| 08/293,749 | 08/22/94 | MC CULLOCH | A1M1/1209 |

EXAMINER: EINSMANN, M

ART UNIT: 1105    PAPER NUMBER: 16

RHODES COATS & BENNETT
P O BOX 2974
GREENSBORO NC 27402

DATE MAILED: 12/09/94

This is a communication from the examiner in charge of your application.
COMMISSIONER OF PATENTS AND TRADEMARKS

☒ This application has been examined    ☐ Responsive to communication filed on _____    ☐ This action is made final.

A shortened statutory period for response to this action is set to expire __3__ month(s), ~~days~~ from the date of this letter.
Failure to respond within the period for response will cause the application to become abandoned. 35 U.S.C. 133

**Part I    THE FOLLOWING ATTACHMENT(S) ARE PART OF THIS ACTION:**

1. ☒ Notice of References Cited by Examiner, PTO-892.
2. ☐ Notice of Draftsman's Patent Drawing Review, PTO-948.
3. ☐ Notice of Art Cited by Applicant, PTO-1449.
4. ☐ Notice of Informal Patent Application, PTO-152.
5. ☐ Information on How to Effect Drawing Changes, PTO-1474.
6. ☐ _____

**Part II    SUMMARY OF ACTION**

1. ☒ Claims _1-10, 12-13, 15-20_ are pending in the application.

   Of the above, claims _____ are withdrawn from consideration.

2. ☒ Claims _11, 14, 21-25_ have been cancelled.

3. ☐ Claims _____ are allowed.

4. ☒ Claims _1-10, 12-13, 15-20_ are rejected.

5. ☐ Claims _____ are objected to.

6. ☐ Claims _____ are subject to restriction or election requirement.

7. ☐ This application has been filed with informal drawings under 37 C.F.R. 1.85 which are acceptable for examination purposes.

8. ☐ Formal drawings are required in response to this Office action.

9. ☐ The corrected or substitute drawings have been received on _____. Under 37 C.F.R. 1.84 these drawings are ☐ acceptable; ☐ not acceptable (see explanation or Notice of Draftsman's Patent Drawing Review, PTO-948).

10. ☐ The proposed additional or substitute sheet(s) of drawings, filed on _____, has (have) been ☐ approved by the examiner; ☐ disapproved by the examiner (see explanation).

11. ☐ The proposed drawing correction, filed _____, has been ☐ approved; ☐ disapproved (see explanation).

12. ☐ Acknowledgement is made of the claim for priority under 35 U.S.C. 119. The certified copy has ☐ been received ☐ not been received ☐ been filed in parent application, serial no. _____; filed on _____.

13. ☐ Since this application apppears to be in condition for allowance except for formal matters, prosecution as to the merits is closed in accordance with the practice under Ex parte Quayle, 1935 C.D. 11; 453 O.G. 213.

14. ☐ Other

**EXAMINER'S ACTION**

PTOL-326 (Rev. 2/93)

IFC-02328

Serial Number: 08/265285 -2-

Art Unit: 1105

**Part III   DETAILED ACTION**

There are 14 claims pending in this application. The second claim 12 has been renumbered 13; original claim 13 has been renumbered 14.

*Claim Rejections - 35 USC § 102*

1. The following is a quotation of the appropriate paragraphs of 35 U.S.C. § 102 that form the basis for the rejections under this section made in this Office action:

> A person shall be entitled to a patent unless --
> (b) the invention was patented or described in a printed publication in this or a foreign country or in public use or on sale in this country, more than one year prior to the date of application for patent in the United States.

2. Claims 1-3,11,13 are rejected under 35 U.S.C. § 102(b) as being anticipated by Nakamura, U. S. patent 4,970,017.

The composition and process of these claims are anticipated by the examples of this patent. Example 1 bridging columns 9 and 10 shows that the LAS is prepared from its precursors which are prepared in a mixer and kneaded. The ingredients, The LAS and the other ingredients listed at the top of column 10 are added and kneaded continually as evidenced by the description in column 10. The two anionic surfactants in example 1, the LAS and the AOS add up to about 41% anionic detergent, total carbonate is about 11%, sodium carbonate being 5.4% of the total composition, and zeolite is over 20% (anhydrous) in all of the examples 1-5.

Serial Number: 08/265285                                                -3-

Art Unit: 1105

All of the compositions in examples 1-5 as well as comparative examples 1 and 2 have bulk densities over 550 g/liter; example 2 and comparative examples 1 and 2 have a bulk density within the range of claim 11. See table 1.

3. Claims 1-3,7,11 are rejected under 35 U.S.C. § 102(b) as being anticipated by Nebashi et al., U. S. patent 4,999,138. Examples 1-10 on table 1 in columns 5 and 6 anticipate these claims. Each comprises 34% anionic surfactant mixture comprising LAS and AS, 24% zeolite and 9% sodium carbonate. Density of the products is .7-.8 g/cm and the zeolite is in the form of a fine powder. See columns 5 lines 3-12.

4. Claims 13 and 14 rejected under 35 U.S.C. § 102(b) as being anticipated by Unilever N.V., E. P. patent 506184.

The disclosure from page three line 22 to page four line 27 is clearly the process of these claims. The examples show that a, b and c are added into the high speed densifier/mixer, the moisture content of the resultant product is within applicants' range, and that the process is applicable to compositions within the range of applicants' claimed ranges.( page three lines 22-27)

*Claim Rejections - 35 USC § 103*

5.   The following is a quotation of 35 U.S.C. § 103 which forms
the basis for all obviousness rejections set forth in this Office
action:

Serial Number: 08/265285 -4-

Art Unit: 1105

> A patent may not be obtained though the invention is not identically disclosed or described as set forth in section 102 of this title, if the differences between the subject matter sought to be patented and the prior art are such that the subject matter as a whole would have been obvious at the time the invention was made to a person having ordinary skill in the art to which said subject matter pertains. Patentability shall not be negatived by the manner in which the invention was made.
>
> Subject matter developed by another person, which qualifies as prior art only under subsection (f) or (g) of section 102 of this title, shall not preclude patentability under this section where the subject matter and the claimed invention were, at the time the invention was made, owned by the same person or subject to an obligation of assignment to the same person.

6.  Claims 1-14 are rejected under 35 U.S.C. § 103 as being unpatentable over Unilever N.V., E. P. patent 506184.

Detergent compositions and processes of preparing are described. Page 3 lines 22-27 give an example of a detergent composition comprising 20-50% builder, 5-70% carbonate, 20-45% anionic surfactant. Line 33 states that the particularly preferred class of anionic surfactants are the primary and secondary alcohol sulphates. Lines 28 and 29 lists acid precursors of linear alkyl benzene sulphonates as an embodiment of the anionic detergent component in said composition. This disclosure includes all of the compositions claimed in applicants' composition claims, since zeolite is embodied as the builder. The description of the process from page 4 line 45 to page 5 line 21 shows that patentees use the process of claim 13.

Serial Number: 08/265285 -5-

Art Unit: 1105

Table 3 describes the moisture content reading on claims 12 and 14.

The subject matter of the patent differs from these claims because the examples embodied contain a lower percentage of anionic surfactant that applicants' claim herein.

The subject matter as a whole would have been obvious to the skilled artisan because, while the examples disclose compositions containing lower amounts of anionic surfactants, the disclosure at page 3 lines 5-43 clearly includes compositions reading on applicants' claims prepared by the method of claim 13.

7. The disclosure is objected to because of the following informalities: On page 2 the following are noted: Misspellings of "material" on line 7 and "example" on line 9; on line 32 "additionally" should be "additional". Applicants are requested to review the entire specification for similar informalities. Appropriate correction is required.

8. Any inquiry concerning this communication or earlier communications from the examiner should be directed to Margaret Einsmann whose telephone number is (703) 308-3826.

*Margaret Einsmann*
*patent examiner*
*1105*

mve
December 6, 1994

IFC-02332

TO SEPARATE, HOL... ,P AND BOTTOM EDGES, SNAP—APART AND DIS... .RD CARBON

① C.P.-

| FORM PTO-892 (REV. 3-78) | U.S. DEPARTMENT OF COMMERCE PATENT AND TRADEMARK OFFICE | SERIAL NO. 08/293745 | GROUP ART UNIT 1105 | ATTACHMENT TO PAPER NUMBER 15 |
|---|---|---|---|---|
| NOTICE OF REFERENCES CITED | | APPLICANT(S) | | |

### U.S. PATENT DOCUMENTS

| * | DOCUMENT NO. | DATE | NAME | CLASS | SUB-CLASS | FILING DATE IF APPROPRIATE |
|---|---|---|---|---|---|---|
| A | 4427414 | 1/84 | Orton | 8 | 480 | |
| B | | | | | | |
| C | | | | | | |
| D | | | | | | |
| E | | | | | | |
| F | | | | | | |
| G | | | | | | |
| H | | | | | | |
| I | | | | | | |
| J | | | | | | |
| K | | | | | | |

### FOREIGN PATENT DOCUMENTS

| * | DOCUMENT NO. | DATE | COUNTRY | NAME | CLASS | SUB-CLASS | PERTINENT SHTS. DWG / PP. SPEC. |
|---|---|---|---|---|---|---|---|
| L | | | | | | | |
| M | | | | | | | |
| N | | | | | | | |
| O | | | | | | | |
| P | | | | | | | |
| Q | | | | | | | |

### OTHER REFERENCES (Including Author, Title, Date, Pertinent Pages, Etc.)

| R | |
| S | |
| T | |
| U | |

| EXAMINER M. Einsmann | DATE 12-6-94 | |

* A copy of this reference is not being furnished with this office action.
  (See Manual of Patent Examining Procedure, section 707.05 (a).)

IFC-02333