# TAB 16

IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

In re Application of: James R. McCulloch
Serial No.: 08/293,749
Filed: August 22, 1994
Group: 1105
For: TRANSFER PRINTING FLOCKED FABRIC

Honorable Commissioner of Patents and Trademarks
Washington, D.C. 20231

Sir:

INFORMATION DISCLOSURE STATEMENT

Applicant wishes to make of record the relevant art
cited in prior application number 07/922,918, filed July
31, 1992.

Enclosed is a form PTO-1449 for the examiner to use in
making his consideration of these references of record.
Copies of the references should be in the file of serial
number 07/922,918.

Respectfully submitted,

Howard A. MacCord, Jr.
Registration No. 28,639

Date: November 15, 1994
File No.: 2626-4

CERTIFICATE OF MAILING

I HEREBY CERTIFY THAT THIS DOCUMENT IS BEING
DEPOSITED WITH THE UNITED STATES POSTAL SERVICE
AS FIRST CLASS MAIL IN AN ENVELOPE ADDRESSED TO:
COMMISSIONER of PATENTS AND TRADEMARKS,
WASHINGTON, D.C. 20231, on _11-17-94_
                              (Date of Deposit)

Cynthia T. Grizzard
Typed name

Cynthia G. Grizzard
Signature

Nov. 15, 1994
Date of Signature

1

Sheet __/__ of __/__

| FORM PTO-1449 (Rev. 2-82) | U.S. DEPARTMENT OF COMMERCE PATENT AND TRADEMARK OFFICE | ATTY. DOCKET NO. 2120-3 | SERIAL NO. ~~07/933,918~~ 08/283,749 |
|---|---|---|---|
| INFORMATION DISCLOSURE STATEMENT BY APPLICANT (Use several sheets if necessary) | | APPLICANT James R. McCulloch | |
| | | FILING DATE 8-22-94 ~~9-3-92~~ | GROUP ~~1508~~ 1105 |

## U.S. PATENT DOCUMENTS

| EXAMINER INITIAL | | DOCUMENT NUMBER | DATE | NAME | CLASS | SUBCLASS | FILING DATE IF APPROPRIATE |
|---|---|---|---|---|---|---|---|
| ME | A | 4314815 | 2-82 | MASAKI | 8 | 468 | |
| | B | 4108595 | 8-78 | PAPPAS | 8 | 1A | |
| | C | 4309179 | 1-82 | HEUSER | 8 | 558 | |
| | D | 5099540 | 7-63 | HABER | 8 | 66 | |
| | E | 3999440 | 12-76 | FREEMAN | 8 | 14 | |
| | F | 4018956 | 4-79 | CASEY | 428 | 86 | |
| | G | 3568594 | 3-71 | JOHNSTON | 101 | 152 | |
| | H | 2308429 | 1-43 | SMITH ET AL | 117 | 66 | |
| ME | I | 4049374 | 9-77 | REJTO | 8 | 471 | |
| ME | | 4927411 | | OTTO | 8 | 482 | |

## FOREIGN PATENT DOCUMENTS

| | | DOCUMENT NUMBER | DATE | COUNTRY | CLASS | SUBCLASS | TRANSLATION YES | NO |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |

## OTHER DOCUMENTS (Including Author, Title, Date, Pertinent Pages, Etc.)

| | | |
|---|---|---|
| | | |
| | | |
| | | |
| | | |

| EXAMINER M. Einspahr | DATE CONSIDERED 12·20·94 |
|---|---|

EXAMINER: Initial if citation considered, whether or not citation is in conformance with MPEP 609; Draw line through citation if not in conformance and not considered. Include copy of this form with next communication to applicant.

(Form PTO-1449 [6-4])

IFC-02336

# TAB 17

**UNITED STATES DEPARTMENT OF COMMERCE**
**Patent and Trademark Office**
Address: COMMISSIONER OF PATENTS AND TRADEMARKS
Washington, D.C. 20231

| SERIAL NUMBER | FILING DATE | FIRST NAMED INVENTOR | ATTORNEY DOCKET NO. |
|---|---|---|---|
| 08/293,749 | 08/22/94 | MC CULLOCH | |

| | EXAMINER |
|---|---|
| | EINSMANN. M |

| ART UNIT | PAPER NUMBER |
|---|---|
| | 17 |

RHODES COATS & BENNETT
P O BOX 2974
GREENSBORO NC  27402

11M1/1221

*Supplemental*

1105
DATE MAILED:

12/21/94

This is a communication from the examiner in charge of your application.
COMMISSIONER OF PATENTS AND TRADEMARKS

☐ This application has been examined    ☐ Responsive to communication filed on_____    ☐ This action is made final.

A shortened statutory period for response to this action is set to expire ____3____ month(s), _____ days from the date of this letter.
Failure to respond within the period for response will cause the application to become abandoned. 35 U.S.C. 133

**Part I    THE FOLLOWING ATTACHMENT(S) ARE PART OF THIS ACTION:**

1. ☐ Notice of References Cited by Examiner, PTO-892.        2. ☐ Notice of Draftsman's Patent Drawing Review, PTO-948.
3. ☒ Notice of Art Cited by Applicant, PTO-1449.             4. ☐ Notice of Informal Patent Application, PTO-152.
5. ☑ Information on How to Effect Drawing Changes, PTO-1474.  6. ☐ _____

**Part II    SUMMARY OF ACTION**

1. ☒ Claims _1-10, 12-13, 15-20_ are pending in the application.

   Of the above, claims _____ are withdrawn from consideration.

2. ☒ Claims _11, 14, 21-25_ have been cancelled.

3. ☐ Claims _____ are allowed.

4. ☒ Claims _1-10, 12-13, 15-20_ are rejected.

5. ☐ Claims _____ are objected to.

6. ☐ Claims _____ are subject to restriction or election requirement.

7. ☐ This application has been filed with informal drawings under 37 C.F.R. 1.85 which are acceptable for examination purposes.

8. ☐ Formal drawings are required in response to this Office action.

9. ☐ The corrected or substitute drawings have been received on _____. Under 37 C.F.R. 1.84 these drawings
      are ☐ acceptable; ☐ not acceptable (see explanation or Notice of Draftsman's Patent Drawing Review, PTO-948).

10. ☐ The proposed additional or substitute sheet(s) of drawings, filed on _____, has (have) been ☐ approved by the
       examiner; ☐ disapproved by the examiner (see explanation).

11. ☐ The proposed drawing correction, filed _____, has been ☐ approved; ☐ disapproved (see explanation).

12. ☐ Acknowledgement is made of the claim for priority under 35 U.S.C. 119. The certified copy has ☐ been received ☐ not been received
       ☐ been filed in parent application, serial no. _____; filed on _____.

13. ☐ Since this application appears to be in condition for allowance except for formal matters, prosecution as to the merits is closed in
       accordance with the practice under Ex parte Quayle, 1935 C.D. 11; 453 O.G. 213.

14. ☐ Other

EXAMINER'S ACTION

PTOL-326 (Rev. 2/93)

IFC-02338

Serial No. 08/293,749                                    -2-

Art Unit   1105

The action of 12/9/94 is vacated as an action unrelated to this application was inadvertently sent to applicant.

1.    The following is a quotation of 35 U.S.C. § 103 which forms the basis for all obviousness rejections set forth in this Office action:

> A patent may not be obtained though the invention is not identically disclosed or described as set forth in section 102 of this title, if the differences between the subject matter sought to be patented and the prior art are such that the subject matter as a whole would have been obvious at the time the invention was made to a person having ordinary skill in the art to which said subject matter pertains. Patentability shall not be negatived by the manner in which the invention was made.
>
> Subject matter developed by another person, which qualifies as prior art only under subsection (f) or (g) of section 102 of this title, shall not preclude patentability under this section where the subject matter and the claimed invention were, at the time the invention was made, owned by the same person or subject to an obligation of assignment to the same person.

2.    Claims 1-10, 12, 13, 15-20 are rejected under 35 U.S.C. § 103 as being unpatentable over Rejto or Masaki in view of Smith et al.

The references are applied as in the previous two rejection in the parent.  Applicants arguments are not persuasive.  In rebutting this rejection in his response, applicant also rebutted the patent to Katz which was discussed with applicant's attorney in the interview of December 1, 1993, which patent was entered into the file as part of the European search report.

Applicant states in summary that he acknowledges that pigmented adhesive has been used in the prior art for bonding

IFC-02339

Serial No. 08/293,749                    -3-
Art Unit   1105

flocked material.  He states that the prior art fails to
recognize that transfer printing of disperse dyes onto flocked
fabrics in which the fibers are adhered with a dark adhesive
would produce a product with deep, dark shades and less grin-
through and crocking.

    Applicant further states that Smith et al provides an
adhesive composition with so little blue pigment as to impart no
color to that adhesive or cement.

    Examiner sees no novelty in adding a particular color
pigment to a composition when adding any color is know.
Applicant states in his specification that improvements by using
the dark pigment include less grin-through and crocking.  Yet
applicant has shown no comparative evidence that such is the
case.  Examiner has studied the samples that applicant has
submitted.  ~~Examiner has studied the samples that applicant has
submitted~~.  Examiner fails to see any appreciable difference
between the samples submitted.  Were the samples with the dark
adhesive backing made using the exact same process conditions
except for the pigment in the adhesive.  If this is the case,
they do not represent a comparison between this invention and the
prior art.  When the adhesive is pigmented, the known process of
screen printing can be carried out under different temperature
and pressure conditions.  Those conditions are critical to
applicant's invention and as such should be claimed as an

Serial No. 08/293,749                    -4-

Art Unit   1105


integral part of the process.  Applicant has not submitted any

examples or comparative examples in his specification or in

declaration form to substantiate or even illustrate the claimed

superiority of his product over the products of the prior art.

Applicant has provided no test data as to the decreased grin-

through or crocking.

3.    Claims 1-10, 12, 13, 15-20 are rejected under 35 U.S.C. §

112, second paragraph, as being indefinite for failing to

particularly point out and distinctly claim the subject matter

which applicant regards as the invention.

    The terms "dark" and "deep dark" are still indefinite.

    The patent to Orton, 4,427,414 is included because of its

discussion of the matching of backing color to face color and the

problem of "grinning through".

    Any inquiry concerning this communication should be directed

to Margaret Einsmann at telephone number (703) 308-3826.

                    *Margaret Einsmann*
                    *patent examiner*
                    *1105*


Einsmann/mmm
December 21, 1994


IFC-02341

# TAB 18



**Rhodes, Coats & Bennett, L.L.P.**

ATTORNEYS·AT·LAW
1600 FIRST UNION TOWER
POST OFFICE BOX 2974
GREENSBORO, NORTH CAROLINA 27402

(910) 273-4422
GREENSBORO FAX (910) 271-2830

December 19, 1994

RALEIGH OFFICE:
909 GLENWOOD AVE.
POST OFFICE BOX 5
RALEIGH, NC 27602
(919) 832-3946
RALEIGH FAX (919) 831-9056

———

WILMINGTON OFFICE:
201 NORTH FRONT STREET
WILMINGTON, NC 28401
(910) 763-2382
WILMINGTON FAX (910) 763-2386

C. ROBERT RHODES
LARRY L. COATS
DAVID E. BENNETT
EDWARD W. RILEE
HOWARD A. MacCORD, JR.
JACK B. HICKS
WILLIAM J. MASON
JAMES L. LESTER
DAVID D. BEATTY
PAT WINSTON KENNEDY *

*ADMITTED TO ILL. ONLY

U.S. Patent and Trademark Office
Washington DC  20231

ATTN:  Art Unit 1105

   Re:  James R. McCulloch
      Serial No. 08/293,749
      **TRANSFER PRINTING FLOCKED FABRIC**
      <u>Our File No. 2626-4</u>

Dear Sir:

    Applicant has received a First Office Action in the above application dated December 9, 1994. However, the body of the action is headed as Serial No. 08/265,285 and appears to be unrelated to the above application. Accordingly, cancellation of the Office Action is respectfully requested, since it appears that there is a clerical error.

               Sincerely yours,

               Art MacCord

               *Reg No. 28,639*

AM/gwo

*responded to by action of  12/21/94  #17*

IFC-02343

# TAB 19

*435-??7*                    *110*

IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

James R. McCulloch
Serial No.: 08/293,749                    Ex. Enismann  *11C*
Filed: August 22, 1994                    Group: 1105
For: TRANSFER PRINTING FLOCKED FABRIC

Honorable Commissioner of Patents and Trademarks
Washington, D.C. 20231

Sir:

<u>REQUEST FOR EXTENSION OF TIME</u>

   Applicant hereby requests a three-month extension of time
for responding to Patent Office action dated December 9, 1994,
up to and including June 9, 1995.  The extension fee of $435
is attached.

   The Commissioner is hereby authorized to charge any
additional fees which may be required, or credit any
overpayment to Deposit Account No. 18-1164.

                                   Respectfully submitted,


                                   Howard A. MacCord, Jr.
                                   Registration No. 28,639

Date: June 7, 1995

File No: 2626-5

CERTIFICATE OF MAILING

I HEREBY CERTIFY THAT THIS DOCUMENT IS BEING
DEPOSITED WITH THE UNITED STATES POSTAL SERVICE
AS FIRST CLASS MAIL IN AN ENVELOPE ADDRESSED TO:
COMMISSIONER of PATENTS AND TRADEMARKS,
WASHINGTON, D.C. 20231, on  6-7-95
                                   (Date of Deposit)

Donna Cottelli
   Name of Depositor

Donna Cottelli
      Signature

June 7, 1995
   Date of Signature

RHODES, COATS
& BENNETT, L.L.P.
ATTORNEYS AT LAW
600 FIRST UNION TOWER
GREENSBORO, N. C. 27401
TELEPHONE 910/273-4422

160 MK 07/13/95 08293749

1 217    435.00 CK

                                   IFC-02345