# TAB 23

450--217

IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

23/Ext. (3)

re Application of: James R. McCulloch
Serial No.:08/477,278
Ex. M. Einsmann
Filed: June 7, 1995                               Group: 1105
For: TRANSFER PRINTING FLOCKED FABRIC

Honorable Commissioner of Patents and Trademarks
Washington, D.C. 20231

Sir:

FIRST REQUEST FOR EXTENSION OF TIME

Applicant hereby requests a three-month extension of time for responding to Patent Office action dated September 29, 1995. The extension fee of $450.00 is attached. Applicant is filing contemporaneously herewith a continuing application under 37 C.F.R. § 1.62.

The Commissioner is hereby authorized to charge any additional fees which may be required, or credit any overpayment to Deposit Account No. 18-1164.

Respectfully submitted,

Howard A. MacCord, Jr.
Registration No. 28,639

Date: 3/27/96

File No: 2626-5

280 MM 04/05/96 08477278       1 217    450.00 CK

RHODES, COATS
& BENNETT, L.L.P.
ATTORNEYS AT LAW
600 FIRST UNION TOWER
GREENSBORO, N.C. 27401

TELEPHONE 910/273-4422

CERTIFICATE OF MAILING
I HEREBY CERTIFY THAT THIS DOCUMENT IS BEING DEPOSITED WITH THE UNITED STATES POSTAL SERVICE AS FIRST-CLASS MAIL IN AN ENVELOPE ADDRESSED TO: COMMISSIONER of PATENTS AND TRADEMARKS, WASHINGTON, D.C. 20231, on 3-27-96
(Date of Deposit)

LORNA F. DITTO
Name of Depositor

Lorna F. Ditto
Signature

3-27-96
Date of Signature

IFC-02363

# TAB 24



**UNITED STATES DEPARTMENT OF COMMERCE**
**Patent and Trademark Office**
Address: COMMISSIONER OF PATENTS AND TRADEMARKS
Washington, D.C. 20231

| SERIAL NUMBER | FILING DATE | FIRST NAMED APPLICANT | ATTORNEY DOCKET NO. |
|---|---|---|---|
| 08/477,278 | 06/07/95 | MCCULLOCH | J |

    11M1/0506

RHODES COATS AND BENNETT
P O BOX 2974
GREENSBORO NC  27402

| EXAMINER |
|---|
| EINSMA |

| ART UNIT | PAPER NUMBER |
|---|---|
| 1105 | 24 |

DATE MAILED:
05/06/96

## NOTICE OF ABANDONMENT

This application is abandoned in view of:

1. ☒ Applicant's failure to respond to the Office letter, mailed _____ .

2. ☐ Applicant's letter of express abandonment which is in compliance with 37 C.F.R. 1.138.

3. ☐ Applicant's failure to timely file the response received _____ within the period set in the Office letter.

4. ☐ Applicant's failure to pay the required issue fee within the statutory period of 3 months from the mailing date of _____ of the Notice of Allowance.

   ☐ The issue fee was received on _____ .

   ☐ The issue fee has not been received in Allowed Files Branch as of _____ .

   In accordance with 35 U.S.C. 151, and under the provisions of 37 C.F.R. 1.316(b), applicant(s) may petition the Commissioner to accept the delayed payment of the issue fee if the delay in payment was unavoidable. The petition must be accompanied by the issue fee, unless it has been previously submitted, in the amount specified by 37 C.F.R. 1.17 (l), and a verified showing as to the causes of the delay.

   If applicant(s) never received the Notice of Allowance, a petition for a new Notice of Allowance and withdrawal of the holding of abandonment may be appropriate in view of Delgar Inc. v. Schuyler, 172 U.S.P.Q. 513.

5. ☐ Applicant's failure to timely correct the drawings and/or submit new or substitute formal drawings by _____ as required in the last Office action.
   ☐ The corrected and/or substitute drawings were received on _____ .

6. ☐ The reason(s) below.

*Margaret Einsman*
*primary examiner*
*1105*

PTO-1432 (REV. 5-83)

IFC-02365



IFC-02366

# PACE DATA ENTRY CODING SHEET

U.S. DEPARTMENT OF COMMERCE
Patent and Trademark Office

Form PTO 1130 (REV 2/94)

APPLICATION NUMBER: 08/477078

TOTAL CLAIMS: 25
INDEPENDENT CLAIMS: 4

TYPE APPL: 2

FILING DATE: MONTH 06 DAY 07 YEAR 95

SMALL ENTITY? 1

FILING FEE: 1458

FOREIGN LICENSE: Y

SPECIAL HANDLING: 

1ST EXAMINER: 440
2ND EXAMINER:

GROUP ART UNIT: 1105
CLASS: 008

ATTORNEY DOCKET NUMBER:

DATE: 8-2-95
SHEETS OF DRAWING: 12

## CONTINUITY DATA

| CONT CODE | STATUS CODE | PARENT APPLICATION SERIAL NUMBER | PARENT PATENT NUMBER | PARENT FILING DATE MONTH | DAY | YEAR |
|---|---|---|---|---|---|---|
| 02 | 2 | 08/293749 | | 08 | 29 | 94 |
| 23 | 0 | 07/922918 | | 07 | 31 | 92 |

## PCT APPLICATION DATA

PCT APPLICATION SERIAL NUMBER

## PCT/FOREIGN APPLICATION DATA

FOREIGN PRIORITY CLAIMED

COUNTRY CODE

PCT/FOREIGN APPLICATION SERIAL NUMBER

FOREIGN FILING DATE MONTH DAY YEAR

☆U.S.G.P.O.: 1994-384-021

IFC-02367

# TAB 25

PATENT APPLICATION SERIAL NO. 08 622928

U.S. DEPARTMENT OF COMMERCE
PATENT AND TRADEMARK OFFICE
FEE RECORD SHEET

1020 JH 04/04/96 08622928        1 201    469.00 CK

PTO-1556
(5/87)

IFC-02369

| BAR CODE LABEL | U.S. PATENT APPLICATION |
|---|---|

| SERIAL NUMBER | FILING DATE | CLASS | GROUP ART UNIT |
|---|---|---|---|
| 08/622,928 | 03/27/96 | 008 | 1105 |

APPLICANT: JAMES R. MCCULLOCH, PROVIDENCE, RI.

```
**CONTINUING DATA********************
VERIFIED    THIS APPLN IS A CON OF   08/477,278 06/07/95
            WHICH IS A CON OF        08/293,749 08/22/94
            WHICH IS A CON OF        07/922,918 07/31/92


**FOREIGN/PCT APPLICATIONS************
VERIFIED
```

FOREIGN FILING LICENSE GRANTED 05/04/96      ***** SMALL ENTITY *****

| STATE OR COUNTRY | SHEETS DRAWING | TOTAL CLAIMS | INDEPENDENT CLAIMS | FILING FEE RECEIVED | ATTORNEY DOCKET NO. |
|---|---|---|---|---|---|
| RI | 2 | 25 | 4 | $469.00 | |

ADDRESS:
RHODES COATS AND BENNETT
P O BOX 2974
GREENSBORO NC 27402

TITLE: TRANSFER PRINTING FLOCKED FABRIC

This is to certify that annexed hereto is a true copy from the records of the United States Patent and Trademark Office of the application which is identified above.
By authority of the
COMMISSIONER OF PATENTS AND TRADEMARKS

Date                    Certifying Officer

IFC-02370



469-201
08 622928

IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

BOX FWC
Honorable Commissioner of Patents
Washington, D.C. 20231

Sir:

### FILE WRAPPER RULE 1.62 CONTINUATION APPLICATION

This is a request under 37 C.F.R. 1.62 for filing a continuation application of pending prior Application Serial No. 08/477,278, filed June 7, 1995, which was a file wrapper continuation of Application Serial No. 08/293,749, filed August 22, 1994 and now abandoned, which was a file wrapper continuation of Application Serial No. 07/922,918 filed July 31, 1992 and now abandoned, of applicant JAMES R. MCCULLOCH for TRANSFER PRINTING FLOCKED FABRIC. The prior application is pending before Examiner M. EINSMANN in Art Unit 1105.

Pursuant to 37 C.F.R. 1.62, it is requested that this application utilize the file wrapper and contents of said prior application to constitute this continuation application, but that a new application serial number be assigned.

The filing fee is calculated as follows for a Small Entity:

|  | Rate | Fee |
|---|---|---|
| Total Claims in Excess of 20 | = 5 x $11 = | $ 55.00 |
| Independent Claims in Excess of 3 | = 1 x $39 = | $ 39.00 |
| Basic Fee = | | $375.00 |
| Total Filing Fee= | | $469.00 |

RHODES, COATS
& BENNETT, L.L.P.
ATTORNEYS AT LAW
600 FIRST UNION TOWER
·REENSBORO, N.C. 27401

ELEPHONE 910/273-4422

IFC-02371

A check for $469.00 for the total filing fee is attached. However, if there is any discrepancy in the above calculated fees, applicant hereby requests the Commissioner to charge any additional fees due to our Deposit Account No. 18-1164.

Fees to be charged are to be based on the number of claims remaining as a result of the attached preliminary amendment.

Amend the specification by inserting before the first line the following statement: --This application is a continuation of Application Serial No. 08/477,278 filed June 7, 1995, which is a continuation of Application Serial No. 08/293,749 filed August 22, 1994, which is a continuation of Serial No. 07/922,918 filed July 31, 1992.--

The power of attorney in the prior application is to: C. Robert Rhodes, Reg. No. 24,200, Edward W. Rilee, Reg. No. 31,869, Howard A. MacCord, Jr., Reg. No. 28,639, Jack B. Hicks, Reg. No. 34,180, David D. Beatty, Reg. No. 38,071, Pat Winston Kennedy, Reg. No. 36,970, James L. Lester, Reg. No. 38,721, Larry L. Coats, Reg. No. 25,620, David E. Bennett, Reg. No. 32,194, and William J. Mason, Reg. No. 22,948. The power appears in the original papers in the prior application Serial No. 08/477,278. Address all future communications to:

> Rhodes, Coats & Bennett, L.L.P.
> P. O. Box 2974
> Greensboro, North Carolina 27402

A verified statement that this is a filing by small entity was filed in the parent application Serial No.

RHODES, COATS
& BENNETT, L.L.P.
ATTORNEYS AT LAW
600 FIRST UNION TOWER
GREENSBORO, N.C. 27401

TELEPHONE 910/273-4422

2

07/922,918, which parent application was filed on July 31, 1992, and the status is still proper and its benefit under 37 C.F.R. 1.28(a) is hereby claimed.

Please direct all telephone calls to the undersigned attorney at (910) 273-4422.

Respectfully submitted,

Howard A. MacCord, Jr.
Reg. No. 28,639

Date: 3/27/96
File No. 2626-6

RHODES, COATS
& BENNETT, L.L.P.
ATTORNEYS AT LAW
600 FIRST UNION TOWER
GREENSBORO, N.C. 27401

TELEPHONE 910/273-4422

3

IFC-02373

# TAB 26



0500

IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

In re Application of: James R. McCulloch
Serial No.: 08/622,928
Filed: March 2, 1996
For: TRANSFER PRINTING FLOCKED FABRIC

Assistant Commissioner for Patents
Washington, DC 20231

Sir:

### INFORMATION DISCLOSURE STATEMENT

The applicant wishes to make of record the references cited in previous Application Serial No. 08/477,278, filed June 7, 1995, which is a continuation of Application Serial No. 08/293,749 filed August 22, 1994, which is a continuation of Application Serial No. 07/922,918 filed July 31, 1992. Enclosed for the Examiner's convenience in making his/her consideration is a form PTO-1449. Copies of the references may be seen in the parent file(s).

Respectfully submitted,

Howard A. MacCord, Jr.
Registration No. 28,639

Date: April 15, 1996
File No. 2626-6

RHODES, COATS
& BENNETT, L.L.P.
ATTORNEYS AT LAW
600 FIRST UNION TOWER
GREENSBORO, N. C. 27402
TELEPHONE 910/273-4422

### CERTIFICATE OF MAILING

I HEREBY CERTIFY THAT THIS DOCUMENT IS BEING DEPOSITED WITH THE UNITED STATES POSTAL SERVICE AS FIRST CLASS MAIL IN AN ENVELOPE ADDRESSED TO: COMMISSIONER of PATENTS AND TRADEMARKS, WASHINGTON, D.C. 20231, on 4-15-96
(Date of Deposit)

Donna Cottelli
Name of Depositor

Donna Cottelli
Signature

4-15-96
Date of Signature

IFC-02375



Sheet 1 of 1

| FORM PTO-1449 | U.S. DEPARTMENT OF COMMERCE PATENT AND TRADEMARK OFFICE | ATTY DKT NO : 2626-6 | SERIAL NO : 08/622,928 |
|---|---|---|---|
| INFORMATION DISCLOSURE STATEMENT BY APPLICANT | | APPLICANT : James R. McCulloch FILING DATE : 03/27/96 | GROUP : |

### U.S. PATENT DOCUMENTS

| EXAMINER INITIAL | | DOCUMENT NO. | DATE | NAME | CL. | SUBCL | FILING DATE IF APPROP. |
|---|---|---|---|---|---|---|---|
| | A | 2,308,429 | 1943 | Smith et al. | 117 | 66 | |
| | B | 3,099,574 | 1963 | Haber | 8 | 66 | |
| | C | 3,568,594 | 1971 | Johnston | 101 | 152 | |
| | D | 3,999,940 | 1976 | Freeman | 8 | 14 | |
| | E | 4,018,956 | 1977 | Casey | 428 | 86 | |
| | F | 4,049,374 | 1977 | Rejto | 8 | 471 | |
| | G | 4,108,595 | 1978 | Pappas | 8 | 1A | |
| | H | 4,309,179 | 1982 | Heuser | 8 | 558 | |
| | I | 4,314,813 | 1982 | Masaki | 8 | 468 | |
| | J | 4,963,422 | 1990 | Katz et al. | 428 | 90 | |

### FOREIGN PATENT DOCUMENTS

| | | DOCUMENT NO. | DATE | COUNTRY | CL. | SUBCL | TRANSLATION YES | NO |
|---|---|---|---|---|---|---|---|---|
| | K | 90372556 | | Japan | | | | X |
| | | | | | | | | |

**OTHER DOCUMENTS** (Incl. Author, Title, Date, Pertinent pages, Etc.)

EXAMINER : DATE CONSIDERED

EXAMINER: Initial if citation considered, whether or not citation is in conformance with MPEP 609; Draw line through citation if not in conformance and not considered. Include copy of this form with next communication to applicant.

(Form PTO-1449)

IFC-02376