TAB 32



**UNITED STATES DEPARTMENT OF COMMERCE**
**Patent and Trademark Office**

Address : COMMISSIONER OF PATENTS AND TRADEMARKS
Washington, D.C. 20231

| SERIAL NUMBER | FILING DATE | FIRST NAMED APPLICANT | | ATTORNEY DOCKET NO. |
|---|---|---|---|---|
| 08/775,666 | 12/31/96 | MCCULLOCH | J | 2626-10 |

```
                            11M1/0211
┌                                            ┐
  RHODES COATS & BENNETT
  P O BOX 2974
  GREENSBORO NC 27402

└                                            ┘
```

| | EXAMINER |
|---|---|
| | EINSMANN,M |
| ART UNIT | PAPER NUMBER |
| 1105 | 3 |

DATE MAILED:    02/11/98

## NOTICE OF ABANDONMENT

This application is abandoned in view of:

1. ☐ Applicant's failure to respond to the Office letter, mailed _____ .

2. ☑ Applicant's letter of express abandonment which is in compliance with 37 C.F.R. 1.138.

3. ☐ Applicant's failure to timely file the response received _____ within the period set in the Office letter.

4. ☐ Applicant's failure to pay the required issue fee within the statutory period of 3 months from the mailing date of _____ of the Notice of Allowance.

   ☐ The issue fee was received on _____ .

   ☐ The issue fee has not been received in Allowed Files Branch as of _____ .

   In accordance with 35 U.S.C. 151, and under the provisions of 37 C.F.R. 1.316(b), applicant(s) may petition the Commissioner to accept the delayed payment of the issue fee if the delay in payment was unavoidable. The petition must be accompanied by the issue fee, unless it has been previously submitted, in the amount specified by 37 C.F.R. 1.17 (i), and a verified showing as to the causes of the delay.

   If applicant(s) never received the Notice of Allowance, a petition for a new Notice of Allowance and withdrawal of the holding of abandonment may be appropriate in view of Delgar Inc. v. Schuyler, 172 U.S.P.Q. 513.

5. ☐ Applicant's failure to timely correct the drawings and/or submit new or substitute formal drawings by _____ as required in the last Office action.
   ☐ The corrected and/or substitute drawings were received on _____ .

6. ☐ The reason(s) below.

*Margaret Einsmann*

MARGARET EINSMANN
PRIMARY EXAMINER
GROUP 1100

PTO-1432 (REV. 5-83)

IFC-02405

# PATENT APPLICATION FEE DETERMINATION RECORD
### Effective October 1, 1996

**Application or Docket Number**

08/775666

## CLAIMS AS FILED - PART I

| FOR | NUMBER FILED (Column 1) | | NUMBER EXTRA (Column 2) | SMALL ENTITY | | OR | OTHER THAN SMALL ENTITY | |
|---|---|---|---|---|---|---|---|---|
| | | | | RATE | FEE | | RATE | FEE |
| BASIC FEE | | | | | 385.00 | | | 770.00 |
| TOTAL CLAIMS | 25 | minus 20 = | * | x$11= | | OR | x$22= | 110 |
| INDEPENDENT CLAIMS | 4 | minus 3 = | * | x40= | | | x80= | 80 |
| MULTIPLE DEPENDENT CLAIM PRESENT | | | | +130= | | OR | +260= | |
| If the difference in column 1 is less than zero, enter "0" in column 2 | | | | TOTAL | | | TOTAL | 960 |

## CLAIMS AS AMENDED - PART II

### AMENDMENT A

| | CLAIMS REMAINING AFTER AMENDMENT (Column 1) | | HIGHEST NUMBER PREVIOUSLY PAID FOR (Column 2) | PRESENT EXTRA (Column 3) | SMALL ENTITY | | OR | OTHER THAN SMALL ENTITY | |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | RATE | ADDI- TIONAL FEE | | RATE | ADDI- TIONAL FEE |
| Total | | Minus | ** | = | x$11= | | OR | x$22= | |
| Independent | | Minus | *** | = | x40= | | | x80= | |
| FIRST PRESENTATION OF MULTIPLE DEPENDENT CLAIM | | | | | +130= | | OR | +260 | |
| | | | | | TOTAL ADDIT. FEE | | OR | TOTAL ADDIT. FEE | |

### AMENDMENT B

| | CLAIMS REMAINING AFTER AMENDMENT (Column 1) | | HIGHEST NUMBER PREVIOUSLY PAID FOR (Column 2) | PRESENT EXTRA (Column 3) | SMALL ENTITY | | OR | OTHER THAN SMALL ENTITY | |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | RATE | ADDI- TIONAL FEE | | RATE | ADDI- TIONAL FEE |
| Total | | Minus | ** | = | x$11= | | OR | x$22= | |
| Independent | | Minus | *** | = | x40= | | OR | x80= | |
| FIRST PRESENTATION OF MULTIPLE DEPENDENT CLAIM | | | | | +130= | | OR | +260= | |
| | | | | | TOTAL ADDIT. FEE | | OR | TOTAL ADDIT. FEE | |

### AMENDMENT C

| | CLAIMS REMAINING AFTER AMENDMENT (Column 1) | | HIGHEST NUMBER PREVIOUSLY PAID FOR (Column 2) | PRESENT EXTRA (Column 3) | SMALL ENTITY | | OR | OTHER THAN SMALL ENTITY | |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | RATE | ADDI- TIONAL FEE | | RATE | ADDI- TIONAL FEE |
| Total | | Minus | ** | = | x$11= | | OR | x$22= | |
| Independent | | Minus | *** | = | x40= | | OR | x80= | |
| FIRST PRESENTATION OF MULTIPLE DEPENDENT CLAIM | | | | | +130= | | OR | +260= | |
| | | | | | TOTAL ADDIT. FEE | | OR | TOTAL ADDIT. FEE | |

* If the entry in column 1 is less than the entry in column 2, write "0" in column 3.
** If the "Highest Number Previously Paid For" IN THIS SPACE is less than 20, enter "20."
*** If the "Highest Number Previously Paid For" IN THIS SPACE is less than 3, enter "3."
The "Highest Number Previously Paid For" (Total or Independent) is the highest number found in the appropriate box in column 1.

FORM PTO-875
(Rev. 10/96)

U.S. Government Printing Office: 1996 - 413-289/49191

Patent and Trademark Office, U.S. DEPARTMENT OF COMMERCE

IFC-02406



Form PTO 1130 (REV 2/94)

**PACE DATA ENTRY CODING SHEET**

U.S. DEPARTMENT OF COMMERCE
Patent and Trademark Office

1ST EXAMINER — 2ND EXAMINER — DATE 1/31/97

APPLICATION NUMBER: 08/775666

TOTAL CLAIMS: 25
INDEPENDENT CLAIMS: 4
TYPE APPL: 2
SMALL ENTITY?: 0

FILING DATE — MONTH 12 / DAY 31 / YEAR 96
FILING FEE: 960
FOREIGN LICENSE: 4
SPECIAL HANDLING: 0

GROUP ART UNIT: 1105
CLASS: 008
SHEETS OF DRAWING: 2

ATTORNEY DOCKET NUMBER: 2626-10

CONTINUITY DATA

CONT CODE / STATUS CODE / PARENT APPLICATION SERIAL NUMBER / PCT APPLICATION SERIAL NUMBER / PARENT PATENT NUMBER / PARENT FILING DATE (MONTH DAY YEAR):

| CONT CODE | STATUS CODE | PARENT APPLICATION SERIAL NUMBER | PCT | PARENT FILING DATE MONTH | DAY | YEAR |
|---|---|---|---|---|---|---|
| 0 | 3 | 08 622 828 | PCT / | 03 | 19 | 96 |
| 1 | 3 | 08 477 278 | PCT / | 06 | 07 | 95 |
| 2 | 3 | 08 293 749 | PCT / | 08 | 22 | 94 |
| 1 | 3 | 07 929 918 | PCT / | 07 | 31 | 92 |

FOREIGN PRIORITY CLAIMED
COUNTRY CODE

PCT/FOREIGN APPLICATION DATA

PCT/FOREIGN APPLICATION SERIAL NUMBER
FOREIGN FILING DATE — MONTH DAY YEAR

IFC-02407

# TAB 33

69599 U.S. PTO
08/976841
11/24/97

PATENT APPLICATION SERIAL NO. _____

U.S. DEPARTMENT OF COMMERCE
PATENT AND TRADEMARK OFFICE
FEE RECORD SHEET

12/19/1997 SCHAPMAN 00000013 08976841
01 FC:101
02 FC:103                    790.00 DP
03 FC:102                    110.00 DP
                              82.00 DP

PTO-1556
(5/87)

IFC-02409



IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

BOX FWC
Assistant Commissioner for Patents
Washington, D.C. 20231

Sir:

### FILE WRAPPER RULE 1.62 CONTINUATION APPLICATION

This is a request under 37 C.F.R. 1.62 for filing a continuation application of pending prior Application Serial No. 08/775,666, filed December 31, 1996 of applicant James R. McCulloch for **TRANSFER PRINTING FLOCKED FABRIC**. The prior application is pending before Examiner M. Einsmann in Art Unit 1105.

Pursuant to 37 C.F.R. 1.62, it is requested that this application utilize the file wrapper and contents of said prior application to constitute this continuation application, but that a new application serial number be assigned.

The filing fee is calculated as follows:

|  | | Rate | | Fee |
|---|---|---|---|---|
| Total Claims in Excess of 20 | = | 5 x $22 | = | $110.00 |
| Independent Claims in Excess of 3 | = | 1 x $82 | = | $ 82.00 |
| Basic Fee | = | | | $790.00 |
| Total Filing Fee | = | | | $982.00 |

A check for $982.00 for the total filing fee is attached. However, if there is any discrepancy in the above calculated fees, applicant hereby requests the Commissioner to charge any additional fees due to our Deposit Account No. 18-1164.

Amend the specification by inserting before the first line the following statement: --This application is a continuation of Application Serial No. 08/775,666, filed December 31, 1996, now abandoned.--.

The assignment of record in the prior application is to: Microfibres, Inc.

The power of attorney in the prior application is to: Rhodes Coats & Bennett, L.L.P.

The power appears in the original papers in the prior application Serial No. 08/775,666, filed December 31, 1996. Address all future communications to:

**Rhodes, Coats & Bennett, L.L.P.**
**P. O. Box 2974**
**Greensboro, North Carolina 27402**

Please direct all telephone calls to the undersigned attorney at (910) 273-4422.

Respectfully submitted,

Howard A. MacCord, Jr.
Reg. No. 28,639

Date: 11/25/97

File No. 2626-11

2

IFC-02411

IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

Assistant Commissioner of Patents
Washington, D.C. 20231

Sir:

CERTIFICATE OF MAILING/EXPRESS MAIL

"Express Mail" Mailing Label Number EM526536850US

Date of Deposit ___November 25, 1997___

     I hereby certify that this paper, which is a file wrapper continuation application (our file 2626-11), and the attached fee are being deposited with the United States Postal Service "Express Mail Post Office to Addressee" service under 37 C.F.R. 1.10 on the date indicated above and is addressed to the Commissioner of Patents and Trademarks, Washington, D.C. 20231.

Mailed By: _Donna Cottelli_
Donna Cottelli

# TAB 34



**UNITED STATES DEPARTMENT OF COMMERCE**
Patent and Trademark Office
Address: COMMISSIONER OF PATENTS AND TRADEMARKS
Washington, D.C. 20231

| APPLICATION NO. | FILING DATE | FIRST NAMED INVENTOR | | ATTORNEY DOCKET NO. |
|---|---|---|---|---|
| 08/976,841 | 11/24/97 | MCCULLOCH | J | |

RHODES COATS & BENNETT
P O BOX 2974
GREENSBORO NC 27402

TMS170615

| EXAMINER |
|---|
| EINSMANN.M |

| ART UNIT | PAPER NUMBER |
|---|---|
| 1751 | |

DATE MAILED: 06/15/98

**Please find below and/or attached an Office communication concerning this application or proceeding.**

Commissioner of Patents and Trademarks

PTO-90C (Rev. 2/95)
*U.S GPO: 1998-437-638/80022

1- File Copy

IFC-02414

| *Office Action Summary* | Application No. | Applicant(s) | |
|---|---|---|---|
| | Examiner | | Group Art Unit |

—*The MAILING DATE of this communication appears on the cover sheet beneath the correspondence address*—

**Period for Response**

A SHORTENED STATUTORY PERIOD FOR RESPONSE IS SET TO EXPIRE ___3___ MONTH(S) FROM THE MAILING DATE OF THIS COMMUNICATION.

- Extensions of time may be available under the provisions of 37 CFR 1.136(a). In no event, however, may a response be timely filed after SIX (6) MONTHS from the mailing date of this communication.
- If the period for response specified above is less than thirty (30) days, a response within the statutory minimum of thirty (30) days will be considered timely.
- If NO period for response is specified above, such period shall, by default, expire SIX (6) MONTHS from the mailing date of this communication .
- Failure to respond within the set or extended period for response will, by statute, cause the application to become ABANDONED (35 U.S.C. § 133).

**Status**

- ☐ Responsive to communication(s) filed on ___1/24/97___.
- ☑ This action is **FINAL**.
- ☐ Since this application is in condition for allowance except for formal matters, **prosecution as to the merits is closed** in accordance with the practice under *Ex parte Quayle*, 1935 C.D. 1 1; 453 O.G. 213.

**Disposition of Claims**

- ☑ Claim(s) ___1-10, 12-13, 15-20___ is/are pending in the application.
    Of the above claim(s) _____ is/are withdrawn from consideration.
- ☐ Claim(s) _____ is/are allowed.
- ☑ Claim(s) ___1-10, 12-13, 15-20___ is/are rejected.
- ☐ Claim(s) _____ is/are objected to.
- ☐ Claim(s) _____ are subject to restriction or election requirement.

**Application Papers**

- ☐ See the attached Notice of Draftsperson's Patent Drawing Review, PTO-948.
- ☐ The proposed drawing correction, filed on _____ is ☐ approved ☐ disapproved.
- ☐ The drawing(s) filed on _____ is/are objected to by the Examiner.
- ☐ The specification is objected to by the Examiner.
- ☐ The oath or declaration is objected to by the Examiner.

**Priority under 35 U.S.C. § 119 (a)-(d)**

- ☐ Acknowledgment is made of a claim for foreign priority under 35 U.S.C. § 11 9(a)-(d).
    - ☐ All ☐ Some* ☐ None of the CERTIFIED copies of the priority documents have been
    - ☐ received.
    - ☐ received in Application No. (Series Code/Serial Number) _____.
    - ☐ received in this national stage application from the International Bureau (PCT Rule 1 7.2(a)).
    - *Certified copies not received: _____.

**Attachment(s)**

- ☐ Information Disclosure Statement(s), PTO-1449, Paper No(s). _____
- ☐ Notice of References Cited, PTO-892
- ☐ Notice of Draftsperson's Patent Drawing Review, PTO-948
- ☐ Interview Summary, PTO-413
- ☐ Notice of Informal Patent Application, PTO-152
- ☐ Other _____

**Office Action Summary**

U. S. Patent and Trademark Office
PTO-326 (Rev. 3-97)          *U.S. Government Printing Office: 1897 — 417-376/60309          Part of Paper No. _____

IFC-02415

Serial No. 08/976,841                                              2

Art Unit   1751

   1.   The following is a quotation of 35 U.S.C. § 103 which forms
the basis for all obviousness rejections set forth in this Office
action:

> A patent may not be obtained though the invention is not
> identically disclosed or described as set forth in
> section 102 of this title, if the differences between the
> subject matter sought to be patented and the prior art are
> such that the subject matter as a whole would have been
> obvious at the time the invention was made to a person
> having ordinary skill in the art to which said subject
> matter pertains.  Patentability shall not be negatived by
> the manner in which the invention was made.

> Subject matter developed by another person, which qualifies
> as prior art only under subsection (f) or (g) of section 102
> of this title, shall not preclude patentability under this
> section where the subject matter and the claimed invention
> were, at the time the invention was made, owned by the same
> person or subject to an obligation of assignment to the same
> person.

2.   Claims 1-10, 12, 13, 15-20 are rejected under 35 U.S.C.

§ 103 as being unpatentable over Rejto or Masaki in view of Smith

et al.

   The references are applied as in the previous rejections in

the parent cases.  Applicants arguments are not persuasive.  In

rebutting this rejection in his response, applicant also rebutted

the patent to Katz which was discussed with applicant's attorney

in the interview of December 1, 1993, which patent was entered

into the file as part of the European search report.

   Applicant states in summary that he acknowledges that

pigmented adhesive has been used in the prior art for bonding

flocked material.  He states that the prior art fails to

recognize that transfer printing of disperse dyes onto flocked

Serial No. 08/976,841                                              3

Art Unit   1751

fabrics in which the fibers are adhered with a dark adhesive
would produce a product with deep, dark shades and less grin-
through and crocking.

   Applicant further states that Smith et al provides an
adhesive composition with so little blue pigment as to impart no
color to that adhesive or cement.

   Examiner sees no novelty in adding a particular color
pigment to a composition when adding any color is known.
Applicant states in his specification that improvements by using
the dark pigment include less grin-through and crocking.  Yet
applicant has shown no comparative evidence that such is the
case.  Examiner has studied the samples that applicant has
submitted.  Examiner fails to see any appreciable difference
between the samples submitted.  Were the samples with the dark
adhesive backing made using the exact same process conditions
except for the pigment in the adhesive?  If this is the case,
they do not represent a comparison between this invention and the
prior art.  When the adhesive is pigmented, the known process of
screen printing can be carried out under different temperature
and pressure conditions.  Those conditions are critical to
applicant's invention and as such should be claimed as an
integral part of the process.  Applicant has not submitted any
examples or comparative examples in his specification or in
declaration form to substantiate or even illustrate the claimed

IFC-02417

Serial No. 08/976,841                                                    4

Art Unit   1751


superiority of his product over the products of the prior art.

Applicant has provided no test data as to the decreased grin-

through or crocking.

3.   Claims 1-10, 12, 13, 15-20 are rejected under 35 U.S.C.

§ 112, second paragraph, as being indefinite for failing to

particularly point out and distinctly claim the subject matter

which applicant regards as the invention.

     The terms "dark" and "deep dark" are still indefinite.

     The patent to Orton, 4,427,414 is included because of its

discussion of the matching of backing color to face color and the

problem of "grinning through".

     This is a continuation of applicant's earlier application

S.N. 08/775,666.  All claims are drawn to the same invention

claimed in the earlier application and have been rejected four

times previously over the same art.  Accordingly, **THIS ACTION IS**

**MADE FINAL** even though it is a first action in this case.  See

M.P.E.P. § 706.07(b).  Applicant is reminded of the extension of

time policy as set forth in 37 C.F.R. § 1.136(a).


     A SHORTENED STATUTORY PERIOD FOR RESPONSE TO THIS FINAL
ACTION IS SET TO EXPIRE THREE MONTHS FROM THE DATE OF THIS
ACTION.   IN THE EVENT A FIRST RESPONSE IS FILED WITHIN TWO MONTHS
OF THE MAILING DATE OF THIS FINAL ACTION AND THE ADVISORY ACTION
IS NOT MAILED UNTIL AFTER THE END OF THE THREE-MONTH SHORTENED
STATUTORY PERIOD, THEN THE SHORTENED STATUTORY PERIOD WILL EXPIRE
ON THE DATE THE ADVISORY ACTION IS MAILED, AND ANY EXTENSION FEE
PURSUANT TO 37 C.F.R. § 1.136(a) WILL BE CALCULATED FROM THE
MAILING DATE OF THE ADVISORY ACTION.   IN NO EVENT WILL THE

Serial No. 08/976,841                                                      5

Art Unit   1751


STATUTORY PERIOD FOR RESPONSE EXPIRE LATER THAN SIX MONTHS FROM
THE DATE OF THIS FINAL ACTION.


****Applicant is advised to note the new art unit number and refer to the new number in any

further communications regarding this application****


   Any inquiry concerning this communication or earlier communications from the examiner should
be directed to Margaret Einsmann whose telephone number is (703) 308-3826.  The examiner can
normally be reached on Monday to Thursday and alternate Fridays from 7:00 A.M. to 4:30 P.M.
       If attempts to reach the examiner by telephone are unsuccessful, the examiner's
supervisor, Paul Lieberman, can be reached on (703) 308-2523.  The fax phone number for this
Technology Center is (703) 305-3599
       Any inquiry of a general nature or relating to the status of this application or proceeding
should be directed to the Group receptionist whose telephone number is (703) 308-0661.


                                          MARGARET EINSMANN
                                          PRIMARY EXAMINER 1751

June 11, 1998


IFC-02419

# TAB 35

GAU 1751

# IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

In re Applicant: James R. McCulloch
Serial No. 08/976,841
Filed: November 24, 1997
For: **TRANSFER PRINTING FLOCKED FABRIC**

Assistant Commissioner for Patents
Washington, DC 20231

Sir:

## RESPONSE AND REQUEST FOR EXTENSION OF TIME
## UNDER 37 C.F.R. 1.13B(A)

Responsive to the office action dated June 15, 1998, applicant requests a two-month

extension of time, up to and including November 15, 1998, in order to file a continuation

application. The extension fee of $400 for a large entity is enclosed.

**The Commissioner is authorized to charge any additional fees which may be**

**required to our Deposit Account No. 18-1164.**

Respectfully submitted,

Howard A. MacCord, Jr.
Registration No. 28,639

Date: November 13, 1998

File No. 2626-011

11/20/1998 RMAGAT  00000068 08976841
01 FC:116                    380.00 OP

RHODES, COATS
& BENNETT, L.L.P.
ATTORNEYS AT LAW
100 FIRST UNION TOWER
100 NORTH GREENE STREET
GREENSBORO, N.C. 27401
TELEPHONE 336/273-4422

48473489.doc

Refund Ref:
11/20/1998 RMAGAT  0000067043  $20.00
CHECK Refund Total:  $20.00

CERTIFICATE OF MAILING

I HEREBY CERTIFY THAT THIS DOCUMENT IS
BEING DEPOSITED WITH THE UNITED STATES
POSTAL SERVICE AS FIRST-CLASS MAIL, IN AN
ENVELOPE ADDRESSED TO: ASSISTANT
COMMISSIONER FOR PATENTS,
WASHINGTON, D.C. 20231, ON     11-13-98
                                    (Date of Deposit)

Lorna D. Selvaggio
Name of Depositor

Lorna D. Selvaggio
Signature

11-13-98
Date of Signature

IFC-02421