# TAB 36



**UNITED STATES DEPARTMENT OF COMMERCE**
**Patent and Trademark Office**
Address : COMMISSIONER OF PATENTS AND TRADEMARKS
Washington, D.C. 20231

| SERIAL NUMBER | FILING DATE | FIRST NAMED APPLICANT | | ATTORNEY DOCKET NO. |
|---|---|---|---|---|
| 08/976,841 | 11/24/97 | MCCULLOCH | J | |

RHODES COATS & BENNETT
P O BOX 2974
GREENSBORO NC 27402

IM51/0114

| EXAMINER |  |
|---|---|
| EINSMANN,M | |
| ART UNIT | PAPER NUMBER |
| 1751 | 36 |

DATE MAILED:    01/14/99

## NOTICE OF ABANDONMENT

This application is abandoned in view of:

1. ☑ Applicant's failure to respond to the Office letter, mailed ___6·15·98___ .

2. ☐ Applicant's letter of express abandonment which is in compliance with 37 C.F.R. 1.138.

3. ☐ Applicant's failure to timely file the response received _____ within the period set in the Office letter.

4. ☐ Applicant's failure to pay the required issue fee within the statutory period of 3 months from the mailing date of _____ of the Notice of Allowance.

   ☐ The issue fee was received on _____

   ☐ The issue fee has not been received in Allowed Files Branch as of _____ .

   In accordance with 35 U.S.C. 151, and under the provisions of 37 C.F.R. 1.316(b), applicant(s) may petition the Commissioner to accept the delayed payment of the issue fee if the delay in payment was unavoidable. The petition must be accompanied by the issue fee, unless it has been previously submitted, in the amount specified by 37 C.F.R. 1.17 (I), and a verified showing as to the causes of the delay.

   If applicant(s) never received the Notice of Allowance, a petition for a new Notice of Allowance and withdrawal of the holding of abandonment may be appropriate in view of Delgar Inc. v. Schuyler, 172 U.S.P.Q. 513.

5. ☐ Applicant's failure to timely correct the drawings and/or submit new or substitute formal drawings by _____ as required in the last Office action.
   ☐ The corrected and/or substitute drawings were received on _____ .

6. ☐ The reason(s) below.

_Margaret Einsmann_

MARGARET EINSMANN
PRIMARY EXAMINER
GROUP 1100

PTO-1432 (REV. 5-83)

IFC-02423

# TAB 37

REQUEST FOR ACCE⎯ OF ABANDONED APPLICATION UNDER 37 CFR 1.14(a)

| In re Application of | |
|---|---|
| *McCulloch* | |
| Application Number | Filed |
| 08/976841 | 11/24/97 |
| Group Art Unit | Examiner |

REC⎯
⎯ 24, 2001

File Information Unit

Paper No. 37

Assistant Commissioner for Patents
Washington, DC 20231

I hereby request access under 37 CFR 1.14(a)(3)(iv) to the application file record of the above-identified ABANDONED application, which is: (CHECK ONE)

✓ (A) referred to in United States Patent Number ___5981021___, column _____

___ (B) referred to in an application that is open to public inspection as set forth in 37 CFR 1.11, i.e., Application No. _____ filed _____ on page _____ of paper number _____

___ (C) an application that claims the benefit of the filing date of an application that is open to public inspection, i.e., Application No. _____, filed _____ or

___ (D) an application in which the applicant has filed an authorization to lay open the complete application to the public.

Please direct any correspondence concerning this request to the following address:

_____

_____

_____

Signature

Rick Jordan
Typed or printed name

Date 1-24-01

| FOR PTO USE ONLY |
|---|
| Approved by: _____ (Initials) |
| Unit: _____ |

Burden Hour Statement. This form is estimated to take 0.0 hours to complete. Time will vary depending upon the needs of the ⎯ ⎯ ⎯ ⎯ ⎯ ⎯ should be sent to the Chief Information ⎯ ⎯ ⎯

# TAB 38

PTO/SB/68 (11-98)
Approved for use through 10/31/99. OMB 0651-0031
Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it displays a valid OMB control number.

## REQUEST FOR ACCESS OF ABANDONED APPLICATION UNDER 37 CFR 1.14(a)

| | In re Application of |
|---|---|

**RECEIVED**

**FEB 2 1 2001**

File Information Unt

| Application Number | Filed |
|---|---|
| 08/976841 | 11/24/97 |
| Group Art Unit | Examiner |

Paper No. #38

Assistant Commissioner for Patents
Washington, DC 20231

I hereby request access under 37 CFR 1.14(a)(3)(iv) to the application file record of the above-identified ABANDONED application, which is: (CHECK ONE!)

___ (A) referred to in United States Patent Number _5981021_, column _____,

___ (B) referred to in an application that is open to public inspection as set forth in 37 CFR 1.11, i.e., Application No. _____ filed _____, on page _____ of paper number _____,

___ (C) an application that claims the benefit of the filing date of an application that is open to public inspection, i.e., Application No. _____ filed _____, or

___ (D) an application in which the applicant has filed an authorization to lay open the complete application to the public.

Please direct any correspondence concerning this request to the following address:

_____

_____

_____

Signature

_Darlene Jones_
Typed or printed name

Date  2-21-01

| FOR PTO USE ONLY |
|---|
| Approved by: _____ (initials) |
| File Information Unt |

Burden Hour Statement: This form is estimated to take 0.2 hours to complete. Time will vary depending upon the needs of the individual case. Any comments on the amount of time you are required to complete this form should be sent to the Chief Information Officer, Patent and Trademark Office, Washington, DC 20231. DO NOT SEND FEES OR COMPLETED FORMS TO THIS ADDRESS. SEND TO: Assistant Commissioner for Patents, Washington, DC 20231.

IFC-02427

# TAB 39

**REQUEST FOR ACCESS OF ABANDONED APPLICATION UNDER 37 CFR 1.14(a)**

In re Application of

McColgin &

| Application Number | Filed |
|---|---|
| 08/976,841 | 11/24/97 |

Group Art Unit | Examiner

RECEIVED
APR 1 9 2001
File Information Unit

Paper No. #39

Assistant Commissioner for Patents
Washington, DC 20231

I hereby request access under 37 CFR 1.14(a)(3)(iv) to the application file record of the above-identified ABANDONED application, which is: (CHECK ONE)

____ (A) referred to in United States Patent Number  5,981,021  column ____

____ (B) referred to in an application that is open to public inspection as set forth in 37 CFR 1.11, i.e.,
Application No. _____ filed _____ on page ____ of paper number ____

____ (C) an application that claims the benefit of the filing date of an application that is open to public inspection, i.e., Application No. _____ filed ____ or

____ (D) an application in which the applicant has filed an authorization to lay open the complete application to the public.

Please direct any correspondence concerning this request to the following address:

_____

_____

_____

Signature                                          4/19/01
                                                        Date

David Avila
Typed or printed name

| FOR PTO USE ONLY |
|---|
| Approved by: ____ (initials) |
| Unit F-L.N |

Burden Hour Statement: This form is estimated to take 0.2 hours to complete. Time will vary depending upon the needs of the individual case. Any comments on the amount of time you are required to complete this form should be sent to the Chief Information Officer, Patent and Trademark Office, Washington, DC 20231. DO NOT SEND FEES OR COMPLETED FORMS TO THIS ADDRESS. SEND TO: Assistant Commissioner for Patents, Washington, DC 20231.

IFC-02429

# TAB 40

PTO/SB/68 (04-01)
Approved for use through 10/31/2002. OMB 0651-0031
U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it displays a valid OMB control number.

## REQUEST FOR ACCESS TO AN APPLICATION UNDER 37 CFR 1.14(e)

RECEIVED

JUL 1 8 2002

File Information Unit

In re Application of

| Application Number  08| 976 841 | Filed  11-24-97 |
|---|---|
| Art Unit | Examiner |

Assistant Commissioner for Patents
Washington, DC 20231

Paper No. 40

1. ☐ I hereby request access under 37 CFR 1.14(e)(2) to the application file record of the above-identified ABANDONED Application, which is not within the file jacket of a pending Continued Prosecution Application (CPA) (37 CFR 1.53(d)) and is: (CHECK ONE)

☑ (A) referred to in:

United States Patent Application Publication No. _S981421_, page _____, line_____,

United States Patent Number_____, column _____, line _____, or

an International Application which was filed on or after November 29, 2000 and which

designates the United States, WIPO Pub. No. _____, page _____, line_ ____.

☐ (B) referred to in an application that is open to public inspection as set forth in 37 CFR 1.11(b) or 1.14(e)(2)(i), i.e., Application No._____, paper No. _____, page _____, line _____

2. ☐ I hereby request access under 37 CFR 1.14(e)(1) to an application in which the applicant has filed an authorization to lay open the complete application to the public.

_Henry Duong_
Signature

HENRY DUONG
Typed or printed name

_7-18-02_
Date

| FOR PTO USE ONLY |
|---|
| Approved by: _____ |
| (Initials) |
| Unit: _____ |

Burden Hour Statement: This form is estimated to take 0.2 hours to complete. Time will vary depending upon the needs of the individual case. Any comments on the amount of time you are required to complete this form should be sent to the Chief Information Officer, U.S. Patent and Trademark Office, Washington, DC 20231. DO NOT SEND FEES OR COMPLETED FORMS TO THIS ADDRESS. SEND TO: Assistant Commissioner for Patents, Washington, DC 20231.

IFC-02431

**PATENT APPLICATION FEE DETERMINATION RECORD**
Effective October 1, 1997

Application or Docket Number: 976841

## CLAIMS AS FILED - PART I

| FOR | NUMBER FILED (Column 1) | NUMBER EXTRA (Column 2) | SMALL ENTITY TYPE — RATE | FEE | OR | OTHER THAN SMALL ENTITY RATE | FEE |
|---|---|---|---|---|---|---|---|
| BASIC FEE | | | | 395.00 | OR | | 790.00 |
| TOTAL CLAIMS | 25 minus 20 = | 5 | x$11= | | OR | x$22= | 110 |
| INDEPENDENT CLAIMS | 4 minus 3 = | 1 | x41= | | OR | x82= | 82 |
| MULTIPLE DEPENDENT CLAIM PRESENT | | | +135= | | OR | +270= | |
| | | | TOTAL | | OR | TOTAL | 982 |

* If the difference in column 1 is less than zero, enter "0" in column 2

## CLAIMS AS AMENDED - PART II

(Tables for Amendments A, B, C — all blank)

*   If the entry in column 1 is less than the entry in column 2, write "0" in column 3.
**  If the "Highest Number Previously Paid For" IN THIS SPACE is less than 20, enter "20."
*** If the "Highest Number Previously Paid For" IN THIS SPACE is less than 3, enter "3."
The "Highest Number Previously Paid For" (Total or Independent) is the highest number found in the appropriate box in column 1.

FORM PTO-875 (Rev. 8/97)    *U.S. Government Printing Office: 1997 - 430-571/69194    Patent and Trademark Office, U.S. DEPARTMENT OF COMMERCE

IFC-02432

# PATENT APPLICATION FEE DETERMINATION RECORD
### Effective October 1, 1992

Application or Docket Numb

## CLAIMS AS FILED - PART I

| FOR | (Column 1)<br>NUMBER FILED | (Column 2)<br>NUMBER EXTRA | SMALL ENTITY | | OR | OTHER<br>SMALL |
|---|---|---|---|---|---|---|
| | | | RATE | FEE | OR | RATE |
| BASIC FEE | | | | $355.00 | OR | |
| TOTAL CLAIMS | minus 20 = | * | x$11= | | OR | x$22= |
| INDEPENDENT CLAIMS | minus 3 = | * | x 37= | | OR | x 74= |
| MULTIPLE DEPENDENT CLAIM PRESENT | | | +115= | | OR | +230= |
| | | | TOTAL | | OR | TOTAL |

* If the difference in column 1 is less than zero, enter "0" in column 2

## CLAIMS AS AMENDED - PART II

| | (Column 1)<br>CLAIMS REMAINING AFTER AMENDMENT | (Column 2)<br>HIGHEST NUMBER PREVIOUSLY PAID FOR | (Column 3)<br>PRESENT EXTRA | SMALL ENTITY | | OR | OTHER T<br>SMALL E |
|---|---|---|---|---|---|---|---|
| | | | | RATE | ADDI-<br>TIONAL<br>FEE | OR | RATE |
| **AMENDMENT A** Total | 25 Minus | 25 | | x$11= | | OR | x$22= |
| Independent | 4 Minus | 4 | | x 37= | | OR | x 74= |
| FIRST PRESENTATION OF MULTIPLE DEPENDENT CLAIM | | | | - 115= | | OR | -230= |
| | | | | TOTAL<br>ADDIT. FEE | | OR | TOTAL<br>ADDIT. FEE |

| | (Column 1)<br>CLAIMS REMAINING AFTER AMENDMENT | (Column 2)<br>HIGHEST NUMBER PREVIOUSLY PAID FOR | (Column 3)<br>PRESENT EXTRA | RATE | ADDI-<br>TIONAL<br>FEE | OR | RATE |
|---|---|---|---|---|---|---|---|
| **AMENDMENT B** Total | 26 Minus | 25 | | x$11= | | OR | x$22= |
| Independent | Minus | | | x 37= | | OR | x 74= |
| FIRST PRESENTATION OF MULTIPLE DEPENDENT CLAIM | | | | + 115= | | OR | + 230= |
| | | | | TOTAL<br>ADDIT. FEE | | OR | TOTAL<br>ADDIT. FEE |

| | (Column 1)<br>CLAIMS REMAINING AFTER AMENDMENT | (Column 2)<br>HIGHEST NUMBER PREVIOUSLY PAID FOR | (Column 3)<br>PRESENT EXTRA | RATE | ADDI-<br>TIONAL<br>FEE | OR | RATE |
|---|---|---|---|---|---|---|---|
| **AMENDMENT C** Total | Minus | | = | x$11= | | OR | x$22= |
| Independent | Minus | | = | x 37= | | OR | x 74= |
| FIRST PRESENTATION OF MULTIPLE DEPENDENT CLAIM | | | | +115= | | OR | +230= |
| | | | | TOTAL<br>ADDIT. FEE | | OR | TOTAL<br>ADDIT. FEE |

* If the entry in column 1 is less than the entry in column 2, write "0" in column 3.
** If the "Highest Number Previously Paid For" IN THIS SPACE is less than 20, enter "20"
*** If the "Highest Number Previously Paid For" IN THIS SPACE is less than 3, enter "3"
The "Highest Number Previously Paid For" (Total or Independent) is the highest number found in the appropriate box in column 1.

FORM PTO-875
(Rev.10-92)

Patent and Trademark Office; U.S. DEPARTMENT OF CO

IFC-02433