# TAB 1

PATENT APPLICATION SERIAL NO. _____

U.S. DEPARTMENT OF COMMERCE
PATENT AND TRADEMARK OFFICE
FEE RECORD SHEET

PTO-1556
(5/87)
*U.S. GPO: 1998-433-214/80404

IFC-02446

| SERIAL NUMBER | FILING DATE | CLASS | GROUP ART UNIT | ATTORNEY DOCKET NO. |
|---|---|---|---|---|
| 09/192,393 | 11/13/98 | 428 | 1771 / 1751 | 2626-012 |

**APPLICANT**

JAMES R. MCCULLOCH, PROVIDENCE, RI.

*✓ add the following continuing date ME 5, 19-99*

**CONTINUING DOMESTIC DATA**
VERIFIED — This application is a continuation of U.S. Patent application 08/976,841, filed 24 November 1997, now abandoned; which was a continuation of U.S. Patent application 08/775,666 filed 31 December 1996, now abandoned; which was a continuation of U.S. Patent application 08/622,928 filed 27 March 1996, now abandoned; which was a continuation of U.S. Patent application 08/477,278 filed 7 June 1995, which was a continuation of U.S. Patent application 08/293,749 filed 22 August, 1994, now abandoned; which was a continuation of U.S. Patent application 07/922,918, filed 31 July 1992, now abandoned.—

**371 (N) VERIFIED**

**FOREIGN APPLICATIONS**
VERIFIED

FOREIGN FILING LICENSE GRANTED 12/07/98

| Foreign Priority claimed ☐yes ☑no | STATE OR COUNTRY | SHEETS DRAWING | TOTAL CLAIMS | INDEPENDENT CLAIMS |
|---|---|---|---|---|
| 35 USC 119 (a-d) conditions met ☐yes ☑no ☐Met after Allowance | RI | 2 | 25 | 4 |
| Verified and Acknowledged Examiner's Initials | | | | |

**ADDRESS**
RHODES COATS & BENNETT
PO BOX 2974
GREENSBORO NC 27402

**TITLE**
TRANSFER PRINTING FLOCKED FABRIC

| FILING FEE RECEIVED | FEES: Authority has been given in Paper No. _____ to charge/credit DEPOSIT ACCOUNT NO. _____ for the following: | ☐ All Fees<br>☐ 1.16 Fees (Filing)<br>☐ 1.17 Fees (Processing Ext. of time)<br>☐ 1.18 Fees (Issue)<br>☐ Other _____<br>☐ Credit |
|---|---|---|
| $928 | | |

10

Abstract of the Invention

5      A transfer printed, flocked fabric includes a textile substrate, raised nylon fibers on the substrate, a black-pigmented adhesive adhering the nylon fibers to the substrate and disperse dye distributed in a pattern in upper portions of the nylon fibers and the upper portions of the nylon fibers being colored only by disperse dye, thereby forming a deep, dark, crock-
10    fast, colored print.

IFC-02448

1

# TRANSFER PRINTING FLOCKED FABRIC

Background of the Invention

The present invention relates to improvements in transfer printing on
5   flocked fabrics.

Flocked fabrics are known to be made by adhering short fibers,
typically nylon or polyester to a substrate using, conventionally, a clear
adhesive. The fibers may be pre-dyed, known as fiber-dye, or in their
natural state, in which they are a white, translucent color.

10   Transfer printing entails combining a paper having the dyestuffs for
the fabric arrayed on it in a print pattern, placing the paper and fabric into
intimate contact and exposing the paper and fabric to pressure and heat.
The result is the sublimation of the disperse dye and its entry into the fibers
of the fabric. It is conventional for transfer print papers to have the print
15   arrayed over the entire extent of the paper, so that the pattern to be printed
can be seen in reverse on the paper itself. Transfer printed fabrics, having
been exposed to heat and pressure in the printing process typically have a
flat and papery look and hand. This is often deemed undesirable,
especially in a flocked fabric.

20   It is known to add pigment to an adhesive used in some flocked
fabric manufacturing. In one case, the pigmented adhesive is used to bind
flock on fabric which is subsequently printed using wet processing
techniques to achieve deep rich colors. However wet processing involves
very different considerations from transfer printing, which is a lower-cost,
25   dry process. Tinted adhesives are also known for use with pre-dyed flock,
to obtain an overall intensity of shade.

However, it has not been possible previously in printing the flocked
fabrics with transfer printing to achieve deep, dark shades using
conventional print papers. When this is attempted, there are problems of
30   grin-through, crocking and inferior lightfastness. The fabric substrate can
be seen between the fibers, interfering with the desired visual effect of the
printed pattern. Efforts to add dyestuff to the print paper in order to

2

achieve deeper shades have been unsuccessful because the dyestuff in such a heavy concentration is not fully absorbed into the fibers. As a result, the dyestuff can rub off, an undesirable and commercially unacceptable result. The rubbing off of the colors in this fashion is known
5    as "crocking".

Accordingly, there is a need in the art for an improved method for transfer printing onto flocked fabrics to achieve deep, dark shades, and also a need for deep, darkly transfer printed flocked fabrics.

Summary of the Invention

10   The present invention fulfills this need in the art by providing a transfer printed, flocked fabric comprising a textile substrate, raised thermoplastic fibers on the substrate, a dark pigmented adhesive adhering the fibers to the substrate and disperse dye distributed in a pattern in upper portions of the thermoplastic fibers. The disperse dye makes a
15   deep, dark colored print. In a preferred embodiment the pigment is black. Other dark pigments usable include those which are blue, green or red. Typically, the upper portions of the fibers are colored only by disperse dye. The invention results in the dyed pattern being crock-fast. The fibers are typically nylon or polyester.

20   The printed fabrics may have loftier, more erect pile than conventional transfer printed flocked fabrics, and a softer hand.

The fibers may be arrayed on the substrate in a textured array, so that some fibers diverge from neighboring fibers more than other fibers and the pigmented adhesive is visible between the diverging fibers.

25   The invention also includes a method of printing a flocked fabric including adhering undyed thermoplastic fibers to a substrate with a pigmented adhesive so that the fibers have a lower portion adhered to the substrate and an upper portion forming a nap and thereby forming a flocked fabric, and transfer printing the flocked fabric. Preferably, the
30   adhering step comprises adhering the fibers with a darkly pigmented adhesive. The adhering step may include adhering nylon fibers.

3

        In one embodiment the adhering step includes adhering the fibers with a black pigmented adhesive.

        The invention preferably includes heat setting the flocked fabric between the adhering step and the transfer printing step. Alternatively, the
5 flocked fabric may be thermally brushed after the transfer printing step. The transfer printing step preferably includes printing with a pattern having deep, dark colors.

        The adhering step may include texturizing the fibers on the substrate to cause some fibers to diverge from neighboring fibers more than other
10 fibers so the pigmented adhesive is visible between the diverging fibers.

        Typically, when using the method of the invention the printing step may include pressing the fabric to a transfer print paper at pressures lower than in conventional transfer printing. For example, the pressure may be between about 10 and about 59 pounds.

15

        Brief Description of the Drawings

        The invention will be better understood after a reading of the Detailed Description of the Preferred Embodiments and a review of the drawings in which:

20         FIGURE 1 is a schematic view of a transfer print process suitable for use in the present invention;

        FIGURE 2 is an enlarged, schematic view of the fabric according to the invention. [handwritten: /\ ; and]

[handwritten: A]

25         Detailed Description of the Preferred Embodiments

        The present invention is made possible, in part by preparation of the flocked fabric. In lieu of using the conventional clear adhesives used for adhering the flock to the substrate, a pigmented adhesive is substituted. The adhesive may be any adhesive conventionally used for adhering flock
30 to substrates in making flocked fabrics, including those available from B.F. Goodrich, 9911 Brecksville Rd., Brecksville, Ohio, and other suppliers. A pigment is added to the basic adhesive, the precise color of the pigment

[handwritten in left margin: Ins A A 25]
[handwritten at bottom: 4]

4

being dictated by desired results. Preferably, the pigment is of a dark color to help achieve the deep, dark color in the printed fabric. The pigment may be black or other dark shades such as navy blue, dark red, dark green, or the like.

5      The adhesives are typically water-based acrylic polymers. Conventional processing of the adhesive may also be used including viscosity adjustments and other conventional additive treatments. A suitable pigment for inclusion in the adhesive is Ecco Brite HL 7417 BK 4-710, available from Eastern Color and Chemical Co., 35 Livingston St.,

10    Providence, Rhode Island 02904. Other similar pigments can be substituted. The fibers used in the flocking process are the natural, undyed fibers, so that they have their normal translucent, whitish color.

       If desired, the flocked fabric can be air texturized, a conventional procedure involving the application of an air flow to cause the fibers to be

15    oriented on the fabric surface in a decorative pattern before the adhesive is allowed to set or cure. [as fabric 112 seen in Figure 6 with 116, 118] This results in some fibers being arrayed on the substrate in a textured array [121], so that some fibers [118] diverge from neighboring fibers [120] more than other fibers [123]. The pigmented adhesive is visible between the diverging fibers, but since it is a dark color, it contributes to the depth

20    of shade effect, rather than being an objectionable grin-through.

       The fabric so made is fed into a conventional transfer printing machine, as shown schematically in Figure 1. The fabric 22 is fed along with the transfer print paper 28 into the machine 20. A large, heated roll 24 puts the fabric into intimate contact with the paper and begins the

25    sublimation process of the disperse dye on the paper 28 for impregnation into the fibers of the fabric 22. The combined paper and fabric follow a path 26 through additional rollers to provide enough residence time for complete sublimation of the disperse dye into the fibers of the fabric.

       However, the pressure applied to the fabric need not be as great as

30    when flocked fabrics are transfer printed conventionally. Since the dyestuff need only color the upper portions of the fibers, the damaging pressure conventionally used to penetrate to the depths of the pile need not be

5

used. The result is that the pile remains more upright and erect, giving the fabric a softer and loftier hand than conventionally transfer printed flocked fabrics, as well as less grin-through and crocking. For example, when using a Gessner transfer print machine (available from Gessner Co., Greensboro, NC USA), pressures on the order of 60 pounds (27.3 kg) are used conventionally. With the invention, the pressure can be reduced to as low as 10 pounds (4.5 kg) for some print patterns and still achieve good depth of shade.

The fibers are any fibers which can be suitably transfer-printed. Presently thermoplastic fibers are known to be transfer-printable, with nylon and polyester fibers being the most common candidates for transfer-printing. The transfer-print dyestuffs are typically disperse dyes, well-known for printing and dyeing nylon and polyester.

A schematic sectional view of the printed fabric can be seen in Figure 2. The fabric 32 includes the substrate 12, which may be woven, as shown, or any the other suitable construction. Nylon fibers 18 are adhered to the substrate 12 with an adhesive 14 so that lower portions of the fibers are imbedded in the adhesive and upper portions form a nap standing up from the fabric. The adhesive 14 has pigment particles 16, shown schematically in Figure 2, arrayed through it to give the adhesive an overall dark color, the color being determined by the color of the pigment particles 16. Similarly, the fibers 18 are colored by the disperse dye 19 which has impregnated into the upper portions of the fibers by the transfer printing process. Of course, the transfer print will form a pattern of various colors on various different portions of the fabric, depending on the print pattern. Also, the disperse dye will form a uniform dispersion in the thermoplastic fiber, but is shown only schematically in the figure as particulate colorations.

It is desirable to assure the upright orientation of the fibers in the fabric, and this can be done by two alternate methods. In the first, the fabric is heat set after the fibers are adhered to the substrate and before printing. Alternatively, the fabric can go straight from flocking to transfer-

6

printing and be subjected to a thermal brushing after transfer-printing to restore the nap in the fabric.

The resulting fabric provides a deep, dark print which is crock-fast, and not subject to objectionable grin-through. Also, the hand is softer and loftier than conventionally transfer printed flcoked fabrics, largely because the pile is more erect.

Those of ordinary skill in the art will appreciate that the invention can be carried out in various other embodiments beyond the specific embodiments disclosed herein. These are deemed to be within the scope of the invention as claimed.

IFC-02454

7

What is claimed is:

1. A transfer printed, flocked fabric comprising a textile substrate, raised thermoplastic fibers on the substrate, a dark pigmented adhesive adhering said fibers to said substrate and disperse dye distributed in a pattern in upper portions of said thermoplastic fibers.

2. A fabric as claimed in claim 1 wherein said disperse dye makes a deep, dark colored print.

3. A fabric as claimed in claim 1 wherein said pigment is black.

4. A fabric as claimed in claim 1 wherein said pigment is blue.

5. A fabric as claimed in claim 1 wherein said pigment is green.

6. A fabric as claimed in claim 1 wherein said upper portions of said fibers are colored only by disperse dye.

7. A fabric as claimed in claim 1 wherein said dyed pattern is crock-fast.

8. A fabric as claimed in claim 1 wherein said fibers are nylon.

9. A fabric as claimed in claim 1 wherein said fibers are polyester.

10. A fabric as claimed in claim 1 wherein said fibers are arrayed on said substrate in a textured array, so that some fibers diverge from neighboring fibers more than other fibers and said pigmented adhesive is visible between said diverging fibers.

11. A fabric as claimed in claim 1 wherein said fabric has a loftier, more erect pile and a softer hand than conventional transfer printed flocked fabrics, and a softer hand.

5   12. A transfer printed, flocked fabric comprising a textile substrate, raised nylon fibers on said substrate, a black-pigmented adhesive adhering said nylon fibers to said substrate and disperse dye distributed in a pattern in upper portions of said nylon fibers and said upper portions of said nylon fibers being colored only by disperse dye within said fabric, thereby forming a deep, dark,
10   crock-fast, colored print.

13. A method of printing a flocked fabric comprising the steps of: adhering undyed thermoplastic fibers to a substrate with a pigmented adhesive so that the fibers have a lower portion adhered to the substrate and an upper portion forming a nap and thereby forming a flocked fabric,
15   and
transfer printing the flocked fabric.

14. A method as claimed in claim 13 wherein said adhering step comprises
20   adhering the fibers with a darkly pigmented adhesive.

15. A method as claimed in claim 13 wherein said adhering step comprises adhering nylon fibers.

25   16. A method as claimed in claim 13 wherein said adhering step comprises adhering the fibers with a black pigmented adhesive.

17. A method as claimed in claim 13 further comprising heat setting the flocked fabric between the adhering step and the transfer printing step.
30
18. A method as claimed in claim 13 further comprising thermal brushing the flocked fabric after the transfer printing step.

9

19. A method as claimed in claim 13 wherein said transfer printing step comprises printing with a pattern having deep, dark colors.

20. A method as claimed in claim 13 wherein said adhering step includes air texturizing the fibers on the substrate to cause some fibers to diverge from neighboring fibers more than other fibers and the pigmented adhesive is visible between the diverging fibers.

21. A method as claimed in claim 13 wherein said printing step includes pressing the fabric to a transfer print paper at pressures lower than in conventional transfer printing.

22. A method as claimed in claim 13 wherein said printing step includes pressing the fabric to a transfer print paper in a transfer print machine at a pressure between about 10 and about 59 pounds.

23. A method of printing a flocked fabric comprising the steps of:
adhering undyed nylon fibers to a substrate with a darkly pigmented adhesive so that the nylon fibers have a lower portion adhered to the substrate and an upper portion forming a nap and thereby forming a flocked fabric, and
transfer printing the flocked fabric at pressures less than those used in conventional transfer printing with a pattern having deep, dark colors.

24. A method as claimed in claim 23 further comprising heat setting the flocked fabric between the adhering step and the transfer printing step.

25. A method as claimed in claim 23 further comprising thermal brushing the flocked fabric after the transfer printing step.

RULE 63 (37 C.F.R. 1.63)
DECLARATION AND POWER OF ATTORNEY
FOR PATENT APPLICATION
IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

As a below named inventor, I hereby declare that my residence, post office address and citizenship are as stated below next to my name, and I believe I am the original, first and sole inventor (if only one name listed below) or an original, first and joint inventor (if plural names are listed below) of the subject matter which is claimed and for which a patent is sought on the invention entitled _TRANSFER PRINTING FLOCKED FABRIC_
the specification of which (check applicable box(es)):
[ ] is attached hereto.
[X] was filed on __7/31/92__ as U.S. Application Serial No. __07/922,918__
[ ] was filed as PCT international application No. PCT/____/____ on ____
and (if applicable to U.S. or PCT application) was ammended on ____

I hereby state that I have reviewed and understand the contents of the above identified specification, including the claims, as amended by any amendment referred to above. I acknowledge the duty to disclose information which is material to the examination of this application in accordance with 37 C.F.R. 1.56(a). I hereby claim foreign priority benefits under 35 U.S.C. 119/365 of any foreign application(s) for patent or inventor's certificate listed below and have also identified below any foreign application for patent or inventor's certificate having a filing date before that of the application on which priority is claimed or, if no priority is claimed, before the filing date of this application:

**Prior Foreign Application(s):**
Application Number            Country            Day/ Month/ Year Filed

I hereby claim the benefit under 35 U.S.C. 120/365 of all prior United States and PCT international applications listed below and, insofar as the subject matter of each of the claims of this application is not disclosed in such prior application in the manner provided by the first paragraph of 35 U.S.C. 112, I acknowledge the duty to disclose material information as defined in 37 C.F.R. 1.56(a) which occurred between the filing date of the prior applications and the national or PCT international filing date of this application:

**Prior U.S./PCT Application(s):**
Application Serial No.        Date/ Month/ Year Filed        Status: patented, pending, abandoned

I hereby declare that all statements made herein of my own knowledge are true and that all statements made on information and belief are believed to be true; and further that these statements were made with the knowledge that willful false statements and the like so made are punishable by fine or imprisonment, or both, under Section 1001 of Title 18 of the United States Code and that such willful false statements may jeopardize the validity of the application or any patent issued thereon.

And I hereby appoint the firm of Rhodes, Coats & Bennett, comprising C. Robert Rhodes, Reg. No. 24,200, Edward W. Rilee, Reg. No. 31,869, Howard A. MacCord, Jr., Reg. No. 28,639, Larry L. Coats, Reg. No. 25,620, and David E. Bennett, Reg. No. 32,194, as my attorneys and/or agents with full power of substitution and revocation, to prosecute this application and to transact all business in the Patent Office connected therewith. Address all communications and telephone calls to: Rhodes, Coats & Bennett, P.O. Box 2974, Greensboro, North Carolina 27402, (919) 273-4422.

1) Inventor's Signature _____ Date __9/17/97__
   Inventor's Name (typed) __James__ __R.__ __McCulloch__ __U.S.A.__
                             First    Middle Initial   Family name    Citizenship
   Residence(City) __Providence__ (State/ Foreign Country) __Rhode Island__
   Post Office Address __38 Cooke Street__ Zip Code __02906__

2) Inventor's Signature _____ Date _____
   Inventor's Name (typed) _____
                             First    Middle Initial   family name    citizenship
   Residence(City) _____ (State/ Foreign Country) _____
   Post Office Address _____ Zip Code _____

3) Inventor's Signature _____ Date _____
   Inventor's Name (typed) _____
                             First    Middle Initial   family name    citizenship
   Residence(City) _____ (State/ Foreign Country) _____
   Post Office Address _____ Zip Code _____

FOR ADDITIONAL INVENTORS, check box [ ] and attach sheet with same information and signature and date for each.

Rhodes, Coats & Bennett (8/91)

IFC-02458



FIG. 1

PRINT OF DRAWINGS
AS ORIGINALLY ___ED



FIG. 2

IFC-02460



FIG. 3

PTO/SB/05 (12/97)
Approved for use through 09/30/00. OMB 0651-0032
Patent and Trademark Office: U.S. DEPARTMENT OF COMMERCE

Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it displays a valid OMB control number.

Please type a plus sign (+) inside this box ➢ [+]

| UTILITY PATENT APPLICATION TRANSMITTAL | Attorney Docket No. | 2626-012 | Total Pages | 17 |
|---|---|---|---|---|
| | First Named Inventor or Application Identifier | | | |
| | James R. McCulloch | | | |
| *Only for new nonprovisional applications under 37 CFR 1.53(b))* | Express Mail Label No. | EM369023809US | | |

ADDRESS TO: Assistant Commissioner for Patents
Box Patent Application
Washington, DC 20231

**APPLICATION ELEMENTS**
*See MPEP chapter 600 concerning utility patent application contents.*

1. ☒ Fee Transmittal Form
   (Submit an original, and a duplicate for fee processing)
2. ☒ Specification  [Total Pages 6]
   (preferred arrangement set forth below)
   — Descriptive title to the Invention
   — Cross References to Related Applications
   — Statement Regarding Fed sponsored R & D
   — Reference to Microfiche Appendix
   — Background of the Invention
   — Brief Summary of the Invention
   — Brief Description of the Drawings *(if filed)*
   — Detailed Description
   — Claim(s)
   — Abstract of the Disclosure
3. ☒ Drawing(s) (35 USC 113)   [Total Sheets 2]
4. Oath or Declaration   [Total Pages 1]
   a. ☐ Newly executed (original or copy)
   b. ☒ Copy from a prior application (37 CFR 1.63(d))
      (for continuation/divisional with Box 17 completed)
      [Note Box 5 below]
      i. ☐ DELETION OF INVENTOR(S)
         Signed statement attached deleting
         inventor(s) named in the prior application,
         see 37 CFR 1.63(d)(2) and 1.33(b).
5. ☒ Incorporation By Reference *(useable if Box 4b is checked)*
   The entire disclosure of the prior application, from which a
   copy of the oath or declaration is supplied under Box 4b,
   is considered as being part of the disclosure of the
   accompanying application and is hereby incorporated by
   reference therein.

6. ☐ Microfiche Computer Program *(Appendix)*
7. Nucleotide and/or Amino Acid Sequence Submission
   (if applicable, all necessary)
   a. ☐ Computer Readable Copy
   b. ☐ Paper Copy (identical to computer copy)
   c. ☐ Statement verifying identity of above copies

**ACCOMPANYING APPLICATION PARTS**

8. ☐ Assignment Papers (cover sheet & document(s))
9. ☐ 37 CFR 3.73(b) Statement   ☐ Power of Attorney
   (when there is an assignee)
10. ☐ English Translation Document *(if applicable)*
11. ☐ Information Disclosure   ☐ Copies of IDS
    Statement (IDS)/PTO-1449   Citations
12. ☐ Preliminary Amendment
13. ☒ Return Receipt Postcard (MPEP 503)
    *(Should be specifically itemized)*
14. ☐ Small Entity   ☐ Statement filed in prior application,
    Statement(s)   Status still proper and desired
15. ☐ Certified Copy of Priority Document(s)
    *(if foreign priority is claimed)*
16. ☐ Other:

17. If a CONTINUING APPLICATION, check appropriate box and supply the requisite information:
   ☒ Continuation   ☐ Divisional   ☐ Continuation-in-part (CIP)   of prior application No:  08 / 976,841

**18. CORRESPONDENCE ADDRESS**

☐ Customer Number or Bar Code Label    or ☒ Correspondence address below
(Insert Customer No. or Attach bar code label here)

| NAME | RHODES, COATS & BENNETT, L.L.P. | | | | |
|---|---|---|---|---|---|
| ADDRESS | 1600 First Union Tower | | | | |
| | 300 North Greene Street | | | | |
| CITY | Greensboro | STATE | NC | ZIP CODE | 27401 |
| COUNTRY | USA | TELEPHONE | 336-273-4422 | FAX | 336-271-2830 |

Burden Hour Statement: This form is estimated to take 0.2 hours to complete. Time will vary depending upon the needs of the individual case. Any comments on the amount of time you are required to complete this form should be sent to the Chief Information Officer, Patent and Trademark Office, Washington, DC 20231. DO NOT SEND FEES OR COMPLETED FORMS TO THIS ADDRESS. SEND TO: Assistant Commissioner for Patents, Box Patent Application, Washington, DC 20231.

57063489.doc

IFC-02462

PTO/SB/17 (12-97)
Approved for use through 9/30/00. OMB 0651-0032
Patent and Trademark Office: U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it displays a valid OMB control number.

# FEE TRANSMITTAL

Note: Effective October 1, 1997.
Patent fees are subject to annual revision.

**TOTAL AMOUNT OF PAYMENT** ($)982.00

| Complete if Known | |
|---|---|
| Application Number | |
| Filing Date | |
| First Named Inventor | James R. McCulloch |
| Group Art Unit | 1751 |
| Examiner Name | M. Einsmann |
| Attorney Docket Number | 2626-012 |

## METHOD OF PAYMENT (check one)

1. ☐ The Commission is hereby authorized to charge indicated fees and credit any over payments to:

Deposit Account Number: 18-1164
Deposit Account Name: Rhodes, Coats & Bennett, L.L.P.

☒ Charge Any Additional Fee Required Under 37 CFR 1.16 and 1.17
☐ Charge the Issue Fee Set in 37 CFR 1.18 at the Mailing of the Notice of Allowance

2. ☒ Payment Enclosed:
   ☒ Check   ☐ Money Order   ☐ Other

### FEE CALCULATION

**1. FILING FEE**

| Large Entity Fee Code | Fee ($) | Small Entity Fee Code | Fee ($) | Fee Description | Fee Paid |
|---|---|---|---|---|---|
| 101 | 790 | 201 | 395 | Utility filing fee | 790.00 |
| 106 | 330 | 206 | 165 | Design filing fee | |
| 107 | 540 | 207 | 270 | Plant filing fee | |
| 108 | 790 | 208 | 395 | Reissue filing fee | |
| 114 | 150 | 214 | 75 | Provisional filing fee | |
| | | | | SUBTOTAL (1) | ($)790.00 |

**2. CLAIMS**

| | | Extra | | Fee from below | | Fee Paid |
|---|---|---|---|---|---|---|
| Total Claims | 25 | -20 = | 5 | X 22.00 = | | 110.00 |
| Independent Claims | 4 | -3 = | 1 | X 82.00 = | | 82.00 |
| Multiple Dependent Claims | | | | X | = | |

| Large Entity Fee Code | Fee ($) | Small Entity Fee Code | Fee ($) | Fee Description |
|---|---|---|---|---|
| 103 | 22 | 203 | 11 | Claims in excess of 20 |
| 102 | 82 | 202 | 41 | Independent claims in excess of 3 |
| 104 | 270 | 204 | 135 | Multiple dependent claim |
| 109 | 82 | 209 | 41 | Reissue independent claims over original patent |
| 110 | 22 | 210 | 11 | Reissue claims in excess of 20 and over original patent |

SUBTOTAL (2) ($)192.00

### FEE CALCULATION (continued)

**ADDITIONAL FEES**

| Large Entity Fee Code | Fee ($) | Small Entity Fee Code | Fee ($) | Fee Description | Fee Paid |
|---|---|---|---|---|---|
| 105 | 130 | 205 | 65 | Surcharge - late filing fee or oath | |
| 127 | 50 | 227 | 25 | Surcharge - late provisional filing fee or cover sheet | |
| 139 | 130 | 139 | 130 | Non-English specification | |
| 147 | 2,520 | 147 | 2,520 | For filing a request for reexamination | |
| 112 | 920* | 112 | 920* | Requesting publication of SIR prior to Examiner action | |
| 113 | 1,840 | 113 | 1,840 | Requesting publication of SIR after Examination action | |
| 115 | 110 | 215 | 55 | Extension for reply within first month | |
| 116 | 400 | 216 | 200 | Extension for reply within second month | |
| 117 | 950 | 217 | 475 | Extension for reply within third month | |
| 118 | 1,510 | 218 | 755 | Extension for reply within fourth month | |
| 128 | 2,060 | 228 | 1,030 | Extension for reply within fifth month | |
| 119 | 310 | 219 | 155 | Notice of Appeal | |
| 120 | 310 | 220 | 155 | Filing a brief in support of an appeal | |
| 121 | 270 | 221 | 135 | Request for oral hearing | |
| 138 | 1,510 | 138 | 1,510 | Petition to institute a public use proceeding | |
| 140 | 110 | 240 | 55 | Petition to revive - unavoidable | |
| 141 | 1,320 | 241 | 660 | Petition to revive - unintentional | |
| 142 | 1,320 | 242 | 660 | Utility issue fee (or reissue) | |
| 143 | 450 | 243 | 225 | Design issue fee | |
| 144 | 670 | 244 | 335 | Plant issue fee | |
| 122 | 130 | 122 | 130 | Petitions to the Commissioner | |
| 123 | 50 | 123 | 50 | Petitions related to provisional applications | |
| 126 | 240 | 126 | 240 | Submission of Information Disclosure Stmt. | |
| 581 | 40 | 581 | 40 | Recording each patent assignment per property (times number of properties) | |
| 146 | 790 | 246 | 395 | Filing a submission after final rejection (37 CFR 1.129(a)) | |
| 149 | 790 | 249 | 395 | For each additional invention to be examined (37 CFR 1.129(b)) | |

Other fee (specify)
Other fee (specify)

*Reduced by Basic Filing Fee Paid

SUBTOTAL (3) ($)

| SUBMITTED BY | | | Complete (if applicable) | |
|---|---|---|---|---|
| Typed or Printed Name | Howard A. MacCord, Jr. | | Reg. Number | 28,639 |
| Signature | [signature] | Date: 13 Nov 1998 | Deposit Account User ID | |

Burden Hour Statement: This form is estimated to take 0.2 hours to complete. Time will vary depending upon the needs of the individual case. Any comments on the amount of time you are required to complete this form should be sent to the Chief Information Officer, Patent and Trademark Office, Washington, DC 20231. DO NOT SEND FEES OR COMPLETED FORMS TO THIS ADDRESS. SEND TO: Assistant Commissioner for Patents, Washington, DC 20231.

56753489.doc

IN THE UNITED STATES PATENT AND TRADEMARK OFFICE



Assistant Commissioner of Patents
Washington, D.C. 20231

Sir:

### CERTIFICATE OF MAILING/EXPRESS MAIL

"Express Mail" Mailing Label Number _____ EM 369023809 US _____

Date of Deposit _____ November 13, 1998 _____

    I hereby certify that this paper, which is a continuation application entitled Transfer Printing Flocked Fabric (our file 2626-012), and the attached fee are being deposited with the United States Postal Service "Express Mail Post Office to Addressee" service under 37 C.F.R. 1.10 on the date indicated above and is addressed to the Assistant Commissioner of Patents, Washington, D.C. 20231.

Mailed By: _____ /s/ Lorna D. Selvaggio _____
                    Lorna D. Selvaggio

24963489.doc

IFC-02464