# TAB 2

IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

In re Application: James R. McCulloch
Serial No.: 09/192,393
Filed: November 13, 1998
For: **TRANSFER PRINTING FLOCKED FABRIC**

Assistant Commissioner for Patents
Washington, D.C. 20231

Sir:

### INFORMATION DISCLOSURE STATEMENT

In accordance with 37 C.F.R. 1.56, counsel wishes to make of record the attached items of information for the Examiner's consideration in connection with this application. Also enclosed is a form PTO-1449 for the Examiner's convenience in making such consideration of record. Inclusion herein of any particular item of information is not to be construed as an admission that same is prior art.

The Commissioner is hereby authorized to charge any fees which may be required, or credit any overpayment, to Deposit Account No. 18-1164.

Respectfully submitted,

Howard A. MacCord, Jr.
Reg. No. 28,639

Date: December 8, 1998
File No.: 2626-012

RHODES, COATS
BENNETT, L.L.P.
ATTORNEYS AT LAW
DO FIRST UNION TOWER
D NORTH GREENE STREET
EENSBORO, N.C. 27401
EPHONE 336/273-4422    47113489.doc

CERTIFICATE OF MAILING

I HEREBY CERTIFY THAT THIS DOCUMENT IS BEING DEPOSITED WITH THE UNITED STATES POSTAL SERVICE AS FIRST-CLASS MAIL, IN AN ENVELOPE ADDRESSED TO: ASSISTANT COMMISSIONER FOR PATENTS, WASHINGTON, D.C. 20231, ON
12-8-98
(Date of Deposit)

Donna Cottelli
Name of Depositor

Donna Cottelli
Signature

12-8-98
Date of Signature

Sheet 1 of 2

| | | | | | | |
|---|---|---|---|---|---|---|
| FORM PTO-1449 | U.S. DEPARTMENT OF COMMERCE PATENT AND TRADEMARK OFFICE | | ATTY DKT NO. 2626-012 | | SERIAL NO. 09/192,393 | |
| | | | APPLICANT James R. McCulloch | | | |
| | INFORMATION DISCLOSURE STATEMENT BY APPLICANT | | FILING DATE November 13, 1998 | | GROUP | |

Stamp: OIPE DEC 1 1 1998

**U.S. PATENT DOCUMENTS**

| EXAMINER INITIAL | | DOCUMENT NO. | DATE | NAME | CL. | SUBCL. | FILING DATE IF APPROP. |
|---|---|---|---|---|---|---|---|
| nc | A | 2,308,429 | 01/4? | Smith et al. | 117 | 66 | |
| nc | B | 3,099,514 | 07/63 | Haber | 8 | 66 | |
| nc | C | 3,568,594 | 03/71 | Johnston et al. | 101 | 152 | |
| nc | D | 3,999,940 | 12/76 | Freeman | 8 | 14 | |
| nc | E | 4,018,956 | 04/77 | Casey | 428 | 86 | |
| nc | F | 4,049,374 | 09/77 | Rejto | 8 | 2.5 | |
| nc | G | 4,108,595 | 08/78 | Pappas | 8 | 1 A | |
| nc | H | 4,309,179 | 01/82 | Heuser et al. | 8 | 558 | |
| nc | I | 4,314,813 | 02/82 | Masaki | 8 | 468 | |
| nc | J | 4,427,414 | 01/84 | Orton | 8 | 480 | |

**FOREIGN PATENT DOCUMENTS**

| | | DOCUMENT NO. | DATE | COUNTRY | CL. | SUBCL | TRANSLATION | |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | YES | NO |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |

**OTHER DOCUMENTS** (Incl. Author, Title, Date, Pertinent pages, etc.)

| | | |
|---|---|---|
| | | |
| | | |
| | | |

| EXAMINER M. Cousineau | DATE CONSIDERED 5-18-99 |
|---|---|

EXAMINER: Initial if citation considered, whether or not citation is in conformance with MPEP 609; draw line through citation if not in conformance and not considered. Include copy of this form with next communication to applicant.

(Form PTO-1449)

32043489.doc



Sheet 2 of 2

| FORM PTO-1449 | U.S. DEPARTMENT OF COMMERCE PATENT AND TRADEMARK OFFICE | | ATTY DKT NO. 2626-012 | | SERIAL NO. 09/192,393 | |
|---|---|---|---|---|---|---|
| | | | APPLICANT James R. McCulloch | | | |
| | INFORMATION DISCLOSURE STATEMENT BY APPLICANT | | FILING DATE November 13, 1998 | | GROUP | |

U.S. PATENT DOCUMENTS

| EXAMINER INITIAL | | DOCUMENT NO. | DATE | NAME | CL. | SUBCL. | FILING DATE IF APPROP. |
|---|---|---|---|---|---|---|---|
| /ME/ | K | 4,963,422 | 10/90 | Katz et al. | 428 | 90 | |
| | | | | | | | |

FOREIGN PATENT DOCUMENTS

| | | DOCUMENT NO. | DATE | COUNTRY | CL. | SUBCL | TRANSLATION | |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | YES | NO |

**OTHER DOCUMENTS** (Incl. Author, Title, Date, Pertinent pages, etc.)

| EXAMINER M. E/llS /119 /1-11 | DATE CONSIDERED 5·15 9 9 |
|---|---|

EXAMINER: Initial if citation considered, whether or not citation is in conformance with MPEP 609; draw line through citation if not in conformance and not considered. Include copy of this form with next communication to applicant.

(Form PTO-1449)

32043489.doc