# TAB 4

RECEIVED

MAR 15 1999

GROUP 1700

Sheet 1 of 1

| FORM PTO-1449 | U.S. DEPARTMENT OF COMMERCE<br>PATENT AND TRADEMARK OFFICE | ATTY DKT NO.<br>2626-12 | SERIAL NO. | | |
| | | | 09/192,393 | | |
| | | APPLICANT | | | |
| | | James R. McCulloch | | | |
| | INFORMATION DISCLOSURE<br>STATEMENT BY APPLICANT | FILING DATE<br>11/13/98 | GROUP<br>177I | | |

**U.S. PATENT DOCUMENTS**

| EXAMINER<br>INITIAL | DOCUMENT<br>NO. | DATE | NAME | CL. | SUBCL. | FILING DATE<br>IF APPROP. |
|---|---|---|---|---|---|---|
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |

**FOREIGN PATENT DOCUMENTS**

| | | DOCUMENT<br>NO. | DATE | COUNTRY | CL. | SUBCL | TRANSLATION | |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | YES | NO |
| ME | A | 90 372,556 | 7/90 | Japan | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |

**OTHER DOCUMENTS (Incl. Author, Title, Date, Pertinent pages, etc.)**

| | |
|---|---|
| | |
| | |
| | |

| EXAMINER   5.18.99   MEinsmann | DATE CONSIDERED   5.18.99 |
|---|---|

EXAMINER: Initial if citation considered, whether or not citation is in conformance with MPEP 609; draw line through citation if not in conformance and not considered. Include copy of this form with next communication to applicant.

(Form PTO-1449)

83143490.doc

IFC-02476