

IFC-02488





IFC-02490



IFC-02491



IFC-02492



IFC-02493





IFC-02495



IFC-02496



IFC-02497

| CARD NO. | DATE |
|---|---|
| Sample #12 | |
| STARTED | FINISHED |

MATERIAL OR NUMBER

K.G. Blue

111 EKE-16    4

| CONTROL | CONTROL |
|---|---|

HRS. EXP. 60
STD. HRS.

HRS. EXP. 60
STD. HRS.

HRS. EXP. 60
STD. HRS.

ATLAS ELECTRIC DEVICES CO., CHICAGO, IL 60613
FADE-OMETER® TEST MASK NO. CD-3
PART NO. 12-7125
REVISED MAY 1984

IFC-02498