# TAB 6

FAX RECEIVED

MAY 1 1 1999

ART UNIT 1700

# Rhodes, Coats & Bennett, L.L.P.
### ATTORNEYS-AT-LAW

C. ROBERT RHODES
LARRY L. COATS
DAVID E. BENNETT
EDWARD W. RILEE
HOWARD A. MacCORD, JR.
JACK B. HICKS
WILLIAM J. MASON
JAMES L. LESTER
JEFFREY R. McFADDEN
BENJAMIN S. WITHROW
CLINTON H. HALLMAN, JR.
GILBERT J. ANDIA, JR.
JOHN R. OWEN
DAVID D. KALISH
AMY H. FIX

PATENTS, TRADEMARKS, COPYRIGHTS.
TRADE SECRETS, LICENSING,
AND UNFAIR TRADE PRACTICES

1600 FIRST UNION TOWER
POST OFFICE BOX 2974
GREENSBORO, NORTH CAROLINA  27402

GREENSBORO TEL (336) 273-4422
GREENSBORO FAX (336) 271-2830

RALEIGH OFFICE:
1100 CRESENT GREEN
SUITE 206
CARY, NC  27511
(919) 854-1844
RALEIGH FAX (919) 854-2084

WILMINGTON OFFICE:
201 NORTH FRONT STREET
WILMINGTON, NC  28401
(910) 763-2382
WILMINGTON FAX (910) 763-2386

Original Will Follow Via:

☐ Mail
☐ Hand Delivery
☐ Without Enclosures
☐ Courier
☐ With Enclosures
☐ International Airmail
☒ Will Not Follow

## TELEFAX COVER SHEET

| | |
|---|---|
| TO:<br>Examiner Margaret Einsman | FROM:<br>Howard A. MacCord |
| ORGANIZATION/FIRM:<br>USPTO - Art Unit 1751 | DATE:<br>May 11, 1999 |
| FAX NUMBER:<br>(703) 305-6078 | PHONE NUMBER:<br>(703) 308-3826 |
| TOTAL # OF PAGES<br>(Including Cover):  2 | YOUR E-MAIL ADDRESS: |

RE:
SN 09/192,393 - James R. McCulloch - Our File No. 2626-12

NOTES/COMMENTS:

#### Confidentiality Notice

The information contained in this fax transmittal is privileged and confidential, intended for the addressee
only.  If you are neither the intended recipient nor the employee or agent responsible for delivering this
message to the intended recipient, any disclosure of this information in any way or taking of any action in
reliance on this information is strictly prohibited.  If you have received this fax in error, please notify the
person transmitting the information immediately.

Gail O'Brien
Telefax Operator

IFC-02500

IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

In re Application of:  James R. McCulloch
Serial No.: 09/192,393                              Examiner: M. Einsmann
Filed: November 13, 1998                            Art Unit: 1751
For:  TRANSFER PRINTING FLOCKED FABRIC

Assistant Commissioner for Patents
Washington, DC  20231

Sir:

SECOND PRELIMINARY AMENDMENT

Please amend this application as follows:

IN THE SPECIFICATION:

On page 1, after the title and before the line that says "Background of the Invention"
please insert the following:

--This application is a continuation of U.S. Patent application 08/976,841 filed 24
November 1997, now abandoned; which was a continuation of U.S. Patent application
08/775,666 filed 31 December 1996, now abandoned; which was a continuation of U.S.
Patent application 08/622,928 filed 27 March 1996, now abandoned; which was a
continuation of U.S. Patent application  08/477,278 filed 7 June 1995, now abandoned; which
was a continuation of U.S. Patent application 08/293,749 filed 22 August 1994, now
abandoned;    which was a continuation of U.S. Patent application 07/922,918 filed 31 July
1992, now abandoned.--

REMARKS

This amendment is being submitted in response to Examiner Einsman's telephone call
to the undersigned indicating that it was needed.

Respectfully submitted,

Howard A. MacCord, Jr.
Registration No. 28,639
(336) 273-4422

RHODES, COATS
& BENNETT, L.L.P.
ATTORNEYS AT LAW
00 FIRST UNION TOWER
O NORTH GREENE STREET
ICENSBORO, N.C. 27401
LEPHONE 336/273-4422

Date:  May 11, 1999
File No.: 2626-012

CERTIFICATE OF TRANSMISSION
I HEREBY CERTIFY THAT THIS DOCUMENT IS
BEING FACSIMILE TRANSMITTED TO THE
PATENT AND TRADEMARK OFFICE (FAX NO.
(703) 305-6079) TO:  EXAMINER Margaret Einsman,
ART UNIT 1751 ON May 11, 1999
(Date of Faxing)

Gail O'Brien
Name of Depositor

Signature

# Rhodes, Coats & Bennett, L.L.P.

### ATTORNEYS-AT-LAW

C. ROBERT RHODES
LARRY L. COATS
DAVID E. BENNETT
EDWARD W. RILEE
HOWARD A. MacCORD, JR.
JACK B. HICKS
WILLIAM J. MASON
JAMES L. LESTER
JEFFREY R. McFADDEN
BENJAMIN S. WITHROW
CLINTON H. HALLMAN, JR.
GILBERT J. ANDIA, JR.
JOHN R. OWEN
DAVID D. KALISH
AMY H. FIX

PATENTS, TRADEMARKS, COPYRIGHTS,
TRADE SECRETS, LICENSING,
AND UNFAIR TRADE PRACTICES

1600 FIRST UNION TOWER
POST OFFICE BOX 2974
GREENSBORO, NORTH CAROLINA 27402

GREENSBORO TEL (336) 273-4422
GREENSBORO FAX (336) 271-2830

RALEIGH OFFICE:
1100 CRESENT GREEN
SUITE 206
CARY, NC 27511
(919) 854-1844
RALEIGH FAX (919) 854-2084

WILMINGTON OFFICE:
201 NORTH FRONT STREET
WILMINGTON, NC 28401
(910) 763-2382
WILMINGTON FAX (910) 763-2386

Original Will Follow Via:

☐ Mail
☐ Hand Delivery
☐ Without Enclosures
☒ Will Not Follow

☐ Courier
☐ With Enclosures
☐ International Airmail

## TELEFAX COVER SHEET

TO: Examiner Margaret Einsman

FROM: Howard A. MacCord

ORGANIZATION/FIRM: USPTO - Art Unit 1751

DATE: May 19, 1999

FAX NUMBER: (703) 305-6078

PHONE NUMBER: (703) 308-3826

TOTAL # OF PAGES (Including Cover): 2

YOUR E-MAIL ADDRESS:

RE: SN 09/192,393 - James R. McCulloch - Our File No. 2626-12

NOTES/COMMENTS:

GROUP 1700
MAY 20 1999
FAX RECEIVED

**Confidentiality Notice**
Information contained in this fax transmittal is privileged and confidential, intended for the addressee only. If you are neither the intended recipient nor the employee or agent responsible for delivering this message to the intended recipient, any disclosure of this information in any way or taking of any action in reliance on this information is strictly prohibited. If you have received this fax in error, please notify the person transmitting the information immediately.

Gail O'Brien
Telefax Operator

IFC-02502