# TAB 7

Case 3:02-cv-01267-AVC    Document 186-32    Filed 08/30/2006    Page 2 of 3

FAX RECEIVED
MAY 20 1999
GROUP 1700

IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

Application of: James R. McCulloch
Serial No.: 09/192,393
Filed: November 13, 1998
For: TRANSFER PRINTING FLOCKED FABRIC

Examiner: M. Einsmann
Art Unit: 1751

Assistant Commissioner for Patents
Washington, DC 20231

Sir:

### THIRD PRELIMINARY AMENDMENT

Please amend this application as follows:

IN THE CLAIMS:

In claim 16, please delete the superfluous last period.

IN THE DRAWINGS:

Please enter new Figure 3, a copy of which is attached.

### Remarks

Examiner Einsmann called the undersigned to indicate that there are several informalities with the application as it was currently pending and to invite correction. First, it was pointed out that Figure 3, which had been added by amendment to the earliest application, had not yet been made of record in this application. This amendment submits same as an informal drawing.

In addition, the Examiner indicated that there is an extra period at the end of claim 16, which has now been removed.

The Examiner has also requested that the support for new claims 26 and 27 in the specification be pointed out. In this regard, the Examiner is directed to the specification, page 4, line 29 through page 5, line 24, in which it is clear that, at least in the preferred

RHODES, COATS
& BENNETT, L.L.P.
ATTORNEYS AT LAW
1600 FIRST UNION TOWER
300 NORTH GREENE STREET
GREENSBORO, N.C. 27401
TELEPHONE 336/273-4422

42113489

IFC-02504

embodiments of the broad concept, the disperse dye in the fibers as a result of the transfer printing forms a pattern in the upper portions only of the nap-forming part of the thermoplastic fiber.

Accordingly, in view of the comments of the Examiner that the evidence submitted earlier in this application is deemed satisfactory, it believed this application is now in condition for allowance, and same is earnestly solicited. However, should the Examiner have any further matters requiring resolution, she is encouraged to telephone the undersigned for expeditious handling.

Respectfully submitted,

Howard A. MacCord, Jr.
Registration No. 28,639
(336) 273-4422

Date: May 20, 1999
File No.: 2626-012

FAX RECEIVED
MAY 20 1999
GROUP 1700

RHODES, COATS
& BENNETT, L.L.P.
ATTORNEYS AT LAW
600 FIRST UNION TOWER
100 NORTH GREENE STREET
GREENSBORO, N.C. 27401
TELEPHONE 336/273-4422

CERTIFICATE OF TRANSMISSION

I HEREBY CERTIFY THAT THIS DOCUMENT IS BEING FACSIMILE TRANSMITTED TO THE PATENT AND TRADEMARK OFFICE (FAX NO. (703) 305-6075) TO: EXAMINER Margaret Einsmann, ART UNIT 1751 ON 5/20/99
(Date of Faxing)

Gail O'Brien
(Name of Depositor)

Signature

IFC-02505