# TAB 9



IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

In re Application of: James R. McCullouch
Serial No: 09/192,393
Filed: November 13, 1998
For: **TRANSFER PRINTING FLOCKED FABRIC**

Ex: M. Einsmann
Group: 1751

Assistant Commissioner for Patents
Washington, D.C. 20231

Sir:

SUBMISSION OF FORMAL DRAWINGS

In accordance with the Notice of Allowance and Issue Fee Due dated May 27, 1999 and with drawing correction requirements therein, we herewith transmit formal drawings for the above-identified application. Please make these drawings of record in this application. The issue fee is also enclosed.

RECEIVED
AUG 12 1999
PRODUCTION CONTROL
PUBLISHING DIVISION

Respectfully submitted,

Howard A. MacCord, Jr.
Reg. No. 28,639

Date: August 5, 1999
File No.: 2626-012

CERTIFICATE OF MAILING

I HEREBY CERTIFY THAT THIS DOCUMENT IS BEING DEPOSITED WITH THE UNITED STATES POSTAL SERVICE AS FIRST-CLASS MAIL, IN AN ENVELOPE ADDRESSED TO: ASSISTANT COMMISSIONER FOR PATENTS, WASHINGTON, D.C. 20231, ON

8-5-99
(Date of Deposit)

Donna Cottelli
Name of Depositor

Donna Cottelli
Signature

8-5-99
Date of Signature

819.doc

5981021



FIG. 1

32
12
18
19
16
14
FIG. 2
132
118
121
120
123
12
18
19
14
16
FIG. 3

IFC-02516

Form PTO 948 (Rev. 8-98) U.S. DEPARTMENT OF COMMERCE - Patent and Trademark Office Application No. 09/192,393

# NOTICE OF DRAFTSPERSON'S PATENT DRAWING REVIEW

The drawing(s) filed (insert date) 05/20/99 are:

A. ☐ approved by the Draftsperson under 37 CFR 1.84 or 1.152.

B. ☑ objected to by the Draftsperson under 37 CFR 1.84 or 1.152 for the reasons indicated below. The Examiner will require submission of new, corrected drawings when necessary. Corrected drawing must be sumitted according to the instructions on the back of this notice.

1. DRAWINGS. 37 CFR 1.84(a): Acceptable categories of drawings: Black ink. Color.
   - ___ Color drawings are not acceptable until petiton is granted. Fig(s) ___
   - ___ Pencil and non black ink not permitted. Fig(s) ___
2. PHOTOGRAPHS. 37 CFR 1.84 (b)
   - ___ 1 full-tone set is required. Fig(s) ___
   - ___ Photographs not properly mounted (must use brystol board or photographic double-weight paper). Fig(s) ___
   - ___ Poor quality (half-tone). Fig(s) ___
3. TYPE OF PAPER. 37 CFR 1.84(e)
   - ___ Paper not flexible, strong, white, and durable. Fig(s) ___
   - ✓ Erasures, alterations, overwritings, interlineations, folds, copy machine marks not accepted. Fig(s) 3
   - ___ Mylar, velum paper is not acceptable (too thin). Fig(s) ___
4. SIZE OF PAPER. 37 CFR 1.84(f): Acceptable sizes:
   - ___ 21.0 cm by 29.7 cm (DIN size A4)
   - ___ 21.6 cm by 27.9 cm (8 1/2 x 11 inches)
   - ___ All drawing sheets not the same size. Sheet(s) ___
   - ✓ Drawings sheets not an acceptable size. Fig(s) 3
5. MARGINS. 37 CFR 1.84(g): Acceptable margins:

   Top 2.5 cm Left 2.5cm Right 1.5 cm Bottom 1.0 cm SIZE: A4 Size

   Top 2.5 cm Left 2.5 cm Right 1.5 cm Bottom 1.0 cm SIZE: 8 1/2 x 11

   Margins not acceptable. Fig(s) ___

   ___ Top (T) ___ Left (L)

   ___ Right (R) ___ Bottom (B)
6. VIEWS. 37 CFR 1.84(h)

   REMINDER: Specification may require revision to correspond to drawing changes.

   Partial views. 37 CFR 1.84(h)(2)
   - ___ Brackets needed to show figure as one entity. Fig(s) ___
   - ___ Views not labeled separately or properly. Fig(s) ___
   - ___ Enlarged view not labeled separetely or properly. Fig(s) ___
7. SECTIONAL VIEWS. 37 CFR 1.84 (h)(3)
   - ___ Hatching not indicated for sectional portions of an object. Fig(s) ___
   - ___ Sectional designation should be noted with Arabic or Roman numbers. Fig(s) ___
8. ARRANGEMENT OF VIEWS. 37 CFR 1.84(i)
   - ___ Words do not appear on a horizontal, left-to-right fashion when page is either upright or turned so that the top becomes the right side, except for graphs. Fig(s) ___
9. SCALE. 37 CFR 1.84(k)
   - ___ Scale not large enough to show mechanism without crowding when drawing is reduced in size to two-thirds in reproduction. Fig(s) ___
10. CHARACTER OF LINES, NUMBERS, & LETTERS. 37 CFR 1.84(l)
    - ✓ Lines, numbers & letters not uniformly thick and well defined, clean, durable, and black (poor line quality). Fig(s) 3
11. SHADING. 37 CFR 1.84(m)
    - ___ Solid black areas pale. Fig(s) ___
    - ___ Solid black shading not permitted. Fig(s) ___
    - ___ Shade lines, pale, rough and blurred. Fig(s) ___
12. NUMBERS, LETTERS, & REFERENCE CHARACTERS. 37 CFR 1.84(p)
    - ___ Numbers and reference characters not plain and legible. Fig(s) ___
    - ___ Figure legends are poor. Fig(s) ___
    - ___ Numbers and reference characters not oriented in the same direction as the view. 37 CFR 1.84(p)(1) Fig(s) ___
    - ___ English alphabet not used. 37 CFR 1.84(p)(2) Figs ___
    - ___ Numbers, letters and reference characters must be at least .32 cm (1/8 inch) in height. 37 CFR 1.84(p)(3) Fig(s) ___
13. LEAD LINES. 37 CFR 1.84(q)
    - ___ Lead lines cross each other. Fig(s) ___
    - ___ Lead lines missing. Fig(s) ___
14. NUMBERING OF SHEETS OF DRAWINGS. 37 CFR 1.84(t)
    - ___ Sheets not numbered consecutively, and in Arabic numerals beginning with number 1. Sheet(s) ___
15. NUMBERING OF VIEWS. 37 CFR 1.84(u)
    - ___ Views not numbered consecutively, and in Arabic numerals, beginning with number 1. Fig(s) ___
16. CORRECTIONS. 37 CFR 1.84(w)
    - ___ Corrections not made from prior PTO-948 dated ___
17. DESIGN DRAWINGS. 37 CFR 1.152
    - ___ Surface shading shown not appropriate. Fig(s) ___
    - ___ Solid black shading not used for color contrast. Fig(s) ___

COMMENTS

REVIEWER LAM DATE 05/20/99 TELEPHONE NO. (703) 308-0366

ATTACHMENT TO PAPER NO. ___

**PART B—ISSUE FEE TRANSMITTAL**

Complete and mail this form, together with applicable fees, to: Box ISSUE FEE, Assistant Commissioner for Patents, Washington, D.C. 20231

7-12-99

KS

***MAILING INSTRUCTIONS:*** This form should be used for transmitting the ISSUE FEE. Blocks 1 through 4 should be completed where appropriate. All further correspondence including the Issue Fee Receipt, the Patent, advance orders and notification of maintenance fees will be mailed to the current correspondence address as indicated unless corrected below or directed otherwise in Block 1, by (a) specifying a new correspondence address; and/or (b) indicating a separate "FEE ADDRESS" for maintenance fee notifications.

CURRENT CORRESPONDENCE ADDRESS (Note: Legibly mark-up with any corrections or use Block 1)

IM22/0527

RHODES COATS & BENNETT
PO BOX 2974
GREENSBORO NC 27402

OIPE AUG 09 1999 JC43 PATENT & TRADEMARK OFFICE

Note: The certificate of mailing below can only be used for domestic mailings of the Issue Fee Transmittal. This certificate cannot be used for any other accompanying papers. Each additional paper, such as an assignment or formal drawing, must have its own certificate of mailing.

**Certificate of Mailing**

I hereby certify that this Issue Fee Transmittal is being deposited with the United States Postal Service with sufficient postage for first class mail in an envelope addressed to the Box Issue Fee address above on the date indicated below.

Donna Cottelli (Depositor's name)
Donna Cottelli (Signature)
8-5-99 (Date)

| APPLICATION NO. | FILING DATE | TOTAL CLAIMS | EXAMINER AND GROUP ART UNIT | | DATE MAILED |
|---|---|---|---|---|---|
| 09/192,393 | 11/13/98 | 020 | EINSMANN, M | 1751 | 05/27/99 |

First Named Applicant: MCCULLOCH, 35 USC 154(b) term ext. = 0 Days.

TITLE OF INVENTION: TRANSFER PRINTING FLOCKED FABRIC

RECEIVED
AUG 11 1999
Publishing Division

| ATTY'S DOCKET NO. | CLASS-SUBCLASS | BATCH NO. | APPLN. TYPE | SMALL ENTITY | FEE DUE | DATE DUE |
|---|---|---|---|---|---|---|
| 1 2626-012 | 428-097.000 | T71 | UTILITY | NO 06 | $1210.00 | 08/27/99 |

1. Change of correspondence address or indication of "Fee Address" (37 CFR 1.363). Use of PTO form(s) and Customer Number are recommended, but not required.

☐ Change of correspondence address (or Change of Correspondence Address form PTO/SB/122) attached.

☐ "Fee Address" indication (or "Fee Address" Indication form PTO/SB/47) attached.

2. For printing on the patent front page, list (1) the names of up to 3 registered patent attorneys or agents OR, alternatively, (2) the name of a single firm (having as a member a registered attorney or agent) and the names of up to 2 registered patent attorneys or agents. If no name is listed, no name will be printed.

1 Rhodes + Mason, PLLC
2 ________
3 ________

3. ASSIGNEE NAME AND RESIDENCE DATA TO BE PRINTED ON THE PATENT (print or type)
**PLEASE NOTE:** Unless an assignee is identified below, no assignee data will appear on the patent. Inclusion of assignee data is only appropriate when an assignment has been previously submitted to the PTO or is being submitted under separate cover. Completion of this form is NOT a substitute for filing an assignment.

(A) NAME OF ASSIGNEE Microfibres, Inc.

(B) RESIDENCE: (CITY & STATE OR COUNTRY) Pawtucket, RI

Please check the appropriate assignee category indicated below (will not be printed on the patent)
☐ individual ☒ corporation or other private group entity ☐ government

4a. The following fees are enclosed (make check payable to Commissioner of Patents and Trademarks):
☒ Issue Fee
☒ Advance Order - # of Copies 10

4b. The following fees or deficiency in these fees should be charged to:
DEPOSIT ACCOUNT NUMBER 18-1164
(ENCLOSE AN EXTRA COPY OF THIS FORM)
☒ Issue Fee
☒ Advance Order - # of Copies ____

The COMMISSIONER OF PATENTS AND TRADEMARKS IS requested to apply the Issue Fee to the application identified above.

(Authorized Signature) [signature] (Date) 5 Aug 1999

NOTE; The Issue Fee will not be accepted from anyone other than the applicant; a registered attorney or agent; or the assignee or other party in interest as shown by the records of the Patent and Trademark Office.

08/09/1999 AIBRAHI1 00000008 09192393
01 FC:142 1210.00 OP
02 FC:561 30.00 OP

***Burden Hour Statement:*** This form is estimated to take 0.2 hours to complete. Time will vary depending on the needs of the individual case. Any comments on the amount of time required to complete this form should be sent to the Chief Information Officer, Patent and Trademark Office, Washington, D.C. 20231. DO NOT SEND FEES OR COMPLETED FORMS TO THIS ADDRESS. SEND FEES AND THIS FORM TO: Box Issue Fee, Assistant Commissioner for Patents, Washington D.C. 20231

Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it displays a valid OMB control number.

TRANSMIT THIS FORM WITH FEE

PTOL-85B (REV.10-96) Approved for use through 06/30/99. OMB 0651-0033

Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE

IFC-02518

1, 12, 13, 23,

**PATENT APPLICATION FEE DETERMINATION RECORD**
Effective November 10, 1998

Application or Docket Number: 09192393

**CLAIMS AS FILED - PART I**

| FOR | NUMBER FILED (Column 1) | | NUMBER EXTRA (Column 2) | SMALL ENTITY TYPE RATE | FEE | OR | OTHER THAN SMALL ENTITY RATE | FEE |
|---|---|---|---|---|---|---|---|---|
| BASIC FEE | | | | | 380.00 | OR | | 760.00 |
| TOTAL CLAIMS | 25 | minus 20= | * 5 | X$ 9= | | OR | X$18= | 90 |
| INDEPENDENT CLAIMS | 4 | minus 3 = | * 1 | X39= | | OR | X78= | 78 |
| MULTIPLE DEPENDENT CLAIM PRESENT | | | | +130= | | OR | +260= | |
| | | | | TOTAL | | OR | TOTAL | 928 |

* If the difference in column 1 is less than zero, enter "0" in column 2

**CLAIMS AS AMENDED - PART II**

| AMENDMENT A | CLAIMS REMAINING AFTER AMENDMENT (Column 1) | | HIGHEST NUMBER PREVIOUSLY PAID FOR (Column 2) | PRESENT EXTRA (Column 3) | SMALL ENTITY RATE | ADDITIONAL FEE | OR | OTHER THAN SMALL ENTITY RATE | ADDITIONAL FEE |
|---|---|---|---|---|---|---|---|---|---|
| Total | * | Minus | ** | = | X$ 9= | | OR | X$18= | |
| Independent | * | Minus | *** | = | X39= | | OR | X78= | |
| FIRST PRESENTATION OF MULTIPLE DEPENDENT CLAIM | | | | | +130= | | OR | +260= | |
| | | | | | TOTAL ADDIT. FEE | | OR | TOTAL ADDIT. FEE | |

| AMENDMENT B | CLAIMS REMAINING AFTER AMENDMENT (Column 1) | | HIGHEST NUMBER PREVIOUSLY PAID FOR (Column 2) | PRESENT EXTRA (Column 3) | RATE | ADDITIONAL FEE | OR | RATE | ADDITIONAL FEE |
|---|---|---|---|---|---|---|---|---|---|
| Total | * | Minus | ** | = | X$ 9= | | OR | X$18= | |
| Independent | * | Minus | *** | = | X39= | | OR | X78= | |
| FIRST PRESENTATION OF MULTIPLE DEPENDENT CLAIM | | | | | +130= | | OR | +260= | |
| | | | | | TOTAL ADDIT. FEE | | OR | TOTAL ADDIT. FEE | |

| AMENDMENT C | CLAIMS REMAINING AFTER AMENDMENT (Column 1) | | HIGHEST NUMBER PREVIOUSLY PAID FOR (Column 2) | PRESENT EXTRA (Column 3) | RATE | ADDITIONAL FEE | OR | RATE | ADDITIONAL FEE |
|---|---|---|---|---|---|---|---|---|---|
| Total | * | Minus | ** | = | X$ 9= | | OR | X$18= | |
| Independent | * | Minus | *** | = | X39= | | OR | X78= | |
| FIRST PRESENTATION OF MULTIPLE DEPENDENT CLAIM | | | | | +130= | | OR | +260= | |
| | | | | | TOTAL ADDIT. FEE | | OR | TOTAL ADDIT. FEE | |

* If the entry in column 1 is less than the entry in column 2, write "0" in column 3.
** If the "Highest Number Previously Paid For" IN THIS SPACE is less than 20, enter "20."
***If the "Highest Number Previously Paid For" IN THIS SPACE is less than 3, enter "3."
The "Highest Number Previously Paid For" (Total or Independent) is the highest number found in the appropriate box in column 1.

FORM PTO-875 (Rev. 8/98)

Patent and Trademark Office, U.S. DEPARTMENT OF COMMERCE