# EXHIBIT G

1

Volume 1
Pages 1 - 225
Exhibits 1 - 17

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

- - - - - - - - - - - - - - - - x
                                 :
INTERMARK FABRIC CORPORATION,    :
            Plaintiff,           :
                                 :
                                 :
        vs.                      :   Case No.
                                 :   302 CV 1267 AVC
MICROFIBRES, INC.,               :
            Defendant.           :
                                 :
- - - - - - - - - - - - - - - - x

        DEPOSITION OF PETER M. HADLEY, a witness
called on behalf of the Defendant, taken pursuant to
the Federal Rules of Civil Procedure before Carol H.
Kusinitz, Registered Professional Reporter and
Notary Public in and for the Commonwealth of
Massachusetts, at the Offices of Hinckley, Allen &
Snyder LLP, 28 State Street, Boston, Massachusetts,
on Thursday, July 31, 2003, commencing at 1:35 p.m.


PRESENT:

    Cantor Colburn LLP
        (by Charles F. O'Brien, Esq.)
        55 Griffin Road South, Bloomfield,
        CT 06002, for the Plaintiff.

    Hinckley, Allen & Snyder LLP
        (by William R. Grimm, Esq.)
        1500 Fleet Center, Providence, RI
        02903-2393, for the Defendant.

                *  *  *  *

1    A.    We cut fiber, finish fiber, dye the fiber,

2  short-cut fiber.

3    Q.    Do you cut, finish and dye flock fiber?

4    A.    Yes.

5    Q.    Do you cut, finish and dye other types of

6  fiber?

7    A.    Yes.

8    Q.    What other types?

9    A.    Security fiber for security paper.  We cut

10  fibers for the rubber trade, to strengthen rubber.

11  I'd say that -- filler for plastic, filler for

12  decorative paper.  The business card has some of our

13  fiber in it.  Many other...

14    Q.    What was the business of Vertipile when you

15  first were employed by it in 1983?

16    A.    It was a vertical company which had a dye

17  house and cutting fiber and also had coating fibers.

18  They sold direct into the market, and they contract

19  dyed printed fabrics, coated fabrics.

20    Q.    When you were employed at Vertipile, did it

21  manufacture flocked fabric?

22    A.    Yes, we did.

23    Q.    Did it manufacture flocked fabric for dye

24  printing?

1    it wouldn't show the base, because the color would

2    be there; and the testing, which is the crocking and

3    all that, make sure that it passed all that before

4    turning the samples over to R&D.

5        Q.   Do you have any specific memory of this

6    experimental production run beyond that which is

7    contained in Exhibit -- the first page of Exhibit 2?

8            MR. O'BRIEN:  Objection to form.

9        A.   This particular experiment for that

10   particular day, I don't remember.  I do remember

11   doing production, many thousands and thousands of

12   yards of that same product for customers.

13       Q.   Now, would this experimental production run

14   be turned over to research and development for

15   testing after it was run?

16       A.   After it's run, the production would do the

17   testing, and then give it to R&D for evaluation.

18   Then it would be turned over for production, for

19   manufacturing customer orders.

20           MR. GRIMM:  Thank you, Mr. Hadley.

21                   CROSS EXAMINATION

22   BY MR. O'BRIEN:

23       Q.   Mr. Hadley, I just want to step back to

24   your employment with Malden Mills.  When did you

111

1    first start at Malden Mills?

2        A.    I have to backtrack here.  1965.

3        Q.    What was your initial position at Malden

4    Mills?

5        A.    Initial position was production worker.

6        Q.    Can you describe what that is, what that

7    means.

8        A.    I was hired going to Merrimack College, and

9    needed a job to support the cost.  So I worked at

10   the mill as a production worker to make money to

11   support going to college.  So I was winding up

12   products and running equipment, in a physical way.

13       Q.    What products was Malden Mills making in

14   1965 when you started there?

15       A.    1965, they were knitting and weaving, and

16   they call it Rachael knitting, and they were flock

17   coating, and they were sliver knitting.

18       Q.    You say that they were flock coating?

19       A.    Flock coating, yes.

20       Q.    Can you describe what that is, as of 1965

21   at Malden Mills?

22       A.    In 1965, they were taking -- they were

23   cutting their own fiber, tow dyeing.  "Tow dyeing"

24   means making it a color, red, green, or blue.  And

114

1    Mills was placing a glue on top of the substrate?

2        A.    Yes.

3        Q.    And what was that glue?

4        A.    It's an acrylic water-based glue that they

5    would put down on, so that when the fiber came down

6    in the electrical field, it would stick in, standing

7    up, to make a velvet.

8        Q.    And what was the color of the glue in 1965

9    at Malden Mills?

10       A.    It depends on the product they were

11   running.  If they were printing, and this was wet

12   printing in 1965, they would be using white or

13   natural.  And if they were running colors, they were

14   running colored glue, they would run a pigmented

15   glue.  If they were running black, they would run

16   black glue.  If they were running red, they would

17   run red glue.  Sometimes they might use a gray for

18   three or four colors, but they would use pigmented

19   glue on all colors.

20       Q.    When you say "glue," is that the same as an

21   adhesive?

22       A.    Yes, it is.  "Adhesive" and "glue" are the

23   same terminology, the same product.

24       Q.    In 1965, was Malden Mills using a black

1  glue or adhesive in the manufacturing of flocked

2  fabric?

3      A.    Yes, they were.

4      Q.    In 1965 was Malden Mills using a green --

5      A.    Yes.

6      Q.    Let me finish my question.   -- a green

7  pigmented adhesive in the manufacture of flocked

8  fabric?

9      A.    Yes, they were.

10     Q.    And in 1965, was Malden Mills using a red

11 pigmented adhesive in the manufacture of flocked

12 fabric?

13     A.    Yes.

14     Q.    And in 1965, when Malden Mills was

15 manufacturing these flocked fabrics, do you have a

16 memory of whether those adhesives were dark or

17 light?

18     A.    They would be depending on the color.   If

19 it is light color, it would be light, like a beige.

20 If they were a deep red or a burgundy, they're going

21 to be red.  They're going to be dark red, light red,

22 depending on the color.

23     Q.    How about the black pigmented adhesives in

24 1965; were those dark?

1    A.    They would be on dark products, yes.

2    Q.    I'm talking about the adhesive itself.

3    A.    It would be black or navy.  It would be

4  black.  I mean, the glue would dry black.  You could

5  take white, like your paper over there, and put

6  black on it, and when it comes out, it comes out a

7  dark charcoal.

8    Q.    And in 1965, was Malden Mills manufacturing

9  flocked fabric with a blue pigmented adhesive?

10    A.    Yes.

11    Q.    And were they manufacturing a flocked

12  fabric with green pigmented adhesive at that time?

13    A.    Yes.

14    Q.    In 1965 was Malden Mills air texturizing

15  flocked fabric?

16    A.    Yes, they were.

17    Q.    Could you describe what the air texturizing

18  process was in 1965.

19    A.    What you do is you have an air bar, and you

20  drill holes in the bar, and you put compressed air

21  in the bar, and you get a design.  Your design could

22  be lines, or you can move the bar to make circles.

23  Or you could -- you know, today -- 1965, they were

24  using air bars to make designs, swirls, lines,

1    A.    No, they were not.

2    Q.    Was heat setting known back in 1965?

3    A.    No.  I don't know of anyone that was heat

4  setting.  It was known, because DuPont could have

5  told you, if somebody asked, that it was possible.

6  But I don't know of anyone doing it.  A lot of

7  people were in flock in 1965, a lot of people that

8  aren't in flock, like Gary Milliken, like Foss

9  Manufacturing.  A lot of other companies were in

10  flock.

11    Q.    Who was Malden Mills selling to in 1965?

12    A.    The American market.  So they had probably

13  75 customers that they were selling to, furniture

14  companies.

15    Q.    Is that the upholstery industry?

16    A.    That's upholstery.  But they also sold to

17  the shoe industry.  The boots had fake fur on the

18  outside, but that was all flocked.

19    Q.    And this was all in 1965?

20    A.    Yes.

21    Q.    Did the process of manufacturing flocked

22  fabric change at all during your tenure at Malden

23  Mills?

24    A.    It refined.

1      Q.    Can you describe how it was refined during

2   your term at Malden Mills.

3      A.    It got higher and higher density printing.

4   In the '80s they went into some paper transfer

5   printing.   They found that that was less expensive,

6   so they would get into that.   They were paper

7   transfer printing on colors, not just on natural.

8   They were doing -- they got into pigmented adhesive

9   on natural, which was probably '86, '87.

10      Q.    When did you leave Malden Mills?

11      A.    I left in 1983.

12      Q.    And when you left in 1983, were there any

13   other processes other than the air texturizing, heat

14   embossing or wet printing that you described?

15      A.    There was crushing, crushing being taking

16   fiber and stuffing it into a steam -- just pushing

17   it all in and making these designs by just crushing

18   it.   You would have a velvet with a crushed look.

19   It was very popular.

20      Q.    Were there any other processes that Malden

21   Mills were performing when you left in 1983 on

22   flocked fabric?

23      A.    They were piece dyeing.   They were piece

24   dyeing some products, in a kettle.

126

1      Q.   Were they piece dyeing in 1983 or sometime

2  before flocked fabric with a dark pigmented

3  adhesive?

4           MR. GRIMM:  Objection to the form.

5      A.   I don't remember them doing that.

6      Q.   What products would they -- would Malden

7  Mills be piece dyeing during your tenure at Malden

8  Mills?

9      A.   What they would do is with a natural --

10 with clear or white glue, they would put dyestuffs

11 in the kettle that would stain the glue or stain the

12 base to a color.  So when you take fabric and you

13 put it someplace, you can put dyes for nylon, and

14 you can also put the dyes for the poly-cotton at the

15 same time, or you can use acrylic dyes that will

16 stain the adhesive.  So they were doing it in that

17 process, not in the pigments in the glue.

18     Q.   And at some point in time, I believe you

19 said that Malden Mills began to transfer print?

20     A.   Yes.

21          MR. GRIMM:  Objection.

22     Q.   Was there a point in time that Malden Mills

23 began to transfer print on flocked fabric?

24     A.   Yes.

127

1    Q.    Do you have knowledge as to when that time

2  first occurred?

3    A.    '86, '87.  Production.

4    Q.    How do you know that?  You had left Malden

5  Mills in 1983.

6    A.    I played cards every month with all the

7  engineers and the technical people at the plant.

8  It's small world.  I have friends.  I still chum

9  around with the people from Malden, even today.

10   Q.    Were you playing cards with these gentlemen

11  in 1986 or 1987?

12   A.    Yes.  It was probably 1971.

13   Q.    Who were -- what are the names of the

14  people you were playing cards with and discussing

15  this with in 1986 and 1987?

16   A.    Well, there was Tony Fernandez, Bill

17  Hornby.  One was the head of research and

18  manufacturing, and the other is the head of the

19  engineering for processing.

20   Q.    Anybody else?

21   A.    The other people were controllers and

22  engineers that are mechanical engineers, build

23  machines.

24   Q.    What was Mr. Fernandez's position in 1986?