1    A.    He was the -- I think they call it director
2 of manufacturing.  He was responsible for production
3 of products.
4    Q.    And is his position now head of research
5 and development?
6    A.    He's retired now.
7    Q.    I think you indicated just a bit earlier
8 that somebody was the head of research and
9 development.
10    A.    He had been, but then they made him in
11 charge of that.  They made him in charge of
12 manufacturing.
13    Q.    And what was Mr. --
14    A.    There is another fellow, Ami Inbal.  I
15 don't play cards with him, but he was in charge of
16 the flock division.
17    Q.    Is this in 1986 that Mr. Inbal was in
18 charge of the flock division?
19    A.    Yes.
20    Q.    And did you have conversations with Mr.
21 Inbal in 1986?
22    A.    Yes.
23    Q.    During the time that you were playing cards
24 and talking with Mr. Fernandez and Mr. Hornby in

1  1986, what was discussed with regard to --
2      A.    Quality problems.
3      Q.    -- the manufacture of flocked fabrics?
4            MR. GRIMM:  Objection to the form.
5      A.    We would talk about quality problems and
6  specs.
7      Q.    Did you have discussions with Mr. Fernandez
8  or Mr. Hornby in 1986 regarding flocked fabric with
9  pigmented adhesive that's been transfer printed?
10           MR. GRIMM:  Objection to the form.
11     A.    Yes.
12     Q.    Can you describe to me what those
13 conversations were?
14           MR. GRIMM:  Objection to the form.
15     A.    When they first started, they were having
16 problems with the machine and temperature and speed.
17 And Vertipile, the company I was working with, we
18 were already doing it in a quality manner.  So we
19 shared technical information to get the quality for
20 the color of the product and durability of the --
21 what we call lightfastness and washfastness.
22     Q.    In 1986, when you had these discussions
23 with Mr. Fernandez and Mr. Hornby, was there any
24 agreement as to confidentiality?

1          MR. GRIMM:  Objection to the form.
2      A.   No, there wasn't.  They're trusting
3  friends.  They're technicians.  And I didn't want
4  any poor quality out in the marketplace, and they
5  didn't either.
6      Q.   Do you know if, in 1986, Malden Mills was
7  selling a transfer printed flocked fabric with a
8  dark pigmented adhesive?
9          MR. GRIMM:  Objection to the form.
10     A.   Yes, they were.
11     Q.   How do you know that?
12     A.   Because they had some quality complaints,
13 and I assisted them in solving their problems.
14 Customer complaints that this was a problem and this
15 was a problem, so they needed to quickly resolve it,
16 because that's making a bad name for flocked
17 products.
18     Q.   How did you find out about Malden Mills'
19 quality complaints in 1986?
20     A.   It's a small world.  I mean, Claremont and
21 Vertipile are leaders in the flock trade.  Malden
22 Mills was a leader in the flock trade.  Our
23 customers end up the same, 75 or 150 customers in
24 the U.S.  All of a sudden you get into quality

1  problems with flock, it affects all the flockers.
2  They quickly switch over to someone else, but you're
3  not able to take the patterns, so you need to solve
4  the problem.
5      Q.   But specifically describe for me how you
6  found out about these quality complaints in 1986
7  from Malden Mills.
8      A.   They called me up.
9      Q.   Who called you?
10     A.   I would say Tony Fernandez called and said,
11 "We're having a problem. Do you have any
12 suggestions?"
13     Q.   Having a problem with what?
14     A.   Customer complaints, colors not correct,
15 and they had some fading and they had some -- the
16 color moving away from the product.
17     Q.   What was the product that he was talking
18 about?
19     A.   They were paper transfer printing on nylon
20 using pigmented adhesive, and they didn't have a lot
21 of experience in it.
22     Q.   And what time period was this?
23     A.   '86 and '87.
24     Q.   Were there any written communications

1  between you and anybody from Malden Mills in 1986
2  concerning transfer printed flocked fabric with dark
3  adhesives?
4      A.   No, there wasn't.
5      Q.   And what did you do in response to the
6  inquiries from Mr. Fernandez in 1986 concerning his
7  product quality complaints?
8      A.   Gave them a list of things to do to solve
9  it, slow the machine down, change the temperature,
10 go to a different paper source.  Transfer print is
11 on a paper, and you use heat and temperature to
12 transfer that.  The disperse goes into a gas state
13 and goes into the fabric, the nylon.
14     Q.   How did you -- strike that.  In 1986, when
15 you were discussing these quality control problems
16 with Mr. Fernandez, were you looking at any samples?
17     A.   Yes.  I saw samples.
18     Q.   And what were those samples that you were
19 looking at in 1986?
20          MR. GRIMM:  Objection to form.
21     A.   They were dark printed products, they were
22 pigmented adhesives, and they had a fading problem.
23 The color was fading; it wasn't staying permanent.
24     Q.   And in 1986 those samples that you were

1  looking at at that time, who was manufacturing those
2  samples?
3          MR. GRIMM:  Objection to form.
4      A.   Malden Mills in the flock division.
5      Q.   Were those -- did those samples that you
6  were looking at in 1986 have a textile substrate?
7          MR. GRIMM:  Objection to the form.
8      A.   Yes.
9      Q.   Let me ask you this way:  In 1986, those
10 samples that you were looking at, what was the
11 substrate made of?
12     A.   Poly-cotton.
13     Q.   Is that a textile?
14     A.   Yes, it is a textile.  It's pretty much the
15 same textile that we use today.
16     Q.   What were the fibers -- can you describe
17 the fibers in the samples that you were looking at
18 in 1986 from Malden Mills.
19     A.   They were nylon.  I don't know if it was 3
20 denier or 1.8 denier.  The denier in the thickness
21 of the fiber.  It was nylon fiber on the face, and
22 it was natural, and then you printed with the paper
23 transfer prints.
24     Q.   When you stay it was natural, what do you

1  mean by that?
2      A.   It was white or -- natural is some
3  combination -- it's a little bit off-white.  It is
4  not this color, but it is lighter than this
5  (indicating).  Fiber comes that way.
6      Q.   What was the orientation of the flocked
7  fibers in those samples that you were looking at in
8  1986?
9          MR. GRIMM:  Objection to the form.
10     A.   On flock, the flock stands up, but when you
11 put pressure on it from the apron and the vent, it
12 tips over.  So it's not standing up.
13          You know, it's like soldiers lined up when
14 it comes off the machine.  When you put it in a hot
15 iron roll with some paper and a pressure, it's going
16 to lay flat, so then it just lays down.  And it
17 doesn't lay -- if you looked at it under a
18 microscope, it doesn't lay like this, it lays like
19 this (demonstrating), over each other and to the
20 left, to the right, and everything else.  It just
21 lays down.
22     Q.   How do you prevent that effect in
23 manufacturing flocked fabric?
24     A.   You can reduce it.  You can't prevent it.

1    Q.    Does heat setting help it?

2    A.    Heat set reduces it by 80 percent.  It's
3   not 100 percent.

4    Q.    And was Malden Mills heat setting its
5   flocked fabric in 1986?

6    A.    I don't know.  I don't think they were, but
7   I don't know.

8    Q.    What were the colors of the adhesives in
9   the samples that you were looking at in 1986 from
10  Malden Mills?

11   A.    They were a dark brown, dark brown, darker
12  than this (indicating), like this color
13  (indicating).  That's what I was looking at.  That's
14  the color they had problems with.

15   Q.    The dark brown?

16   A.    Yes.

17   Q.    Were there any other colors of the
18  adhesives in the samples that you were looking at in
19  1986 from Malden Mills?

20   A.    On the troubleshooting, I was focused on
21  this.  I didn't review their line.  It had
22  multi-colors.

23   Q.    And what color was the transfer printed
24  flock in those samples that you were looking at in

1     1986?
2        A.    They had this dark brown in it.  So that
3     was the darkest color in the pattern.
4        Q.    Patent or pattern?
5        A.    Pattern.  Pattern being the design, the
6     design like your tie, but it was loaded with this
7     color.
8        Q.    Pattern, p-a-t-t-e-r-n?
9        A.    Yes.
10       Q.    And how long did you discuss the quality
11    control problems with Mr. Fernandez at Malden Mills
12    in 1986?
13       A.    It went on for a couple of months until
14    they solved it.
15       Q.    Did you visit their facility in 1986?
16       A.    No, I did not.
17       Q.    Did they come to visit your facility in
18    1986?
19       A.    No, they did not.
20       Q.    How did you obtain the samples in 1986 from
21    Malden Mills?
22       A.    They dropped it off at my house.  They sent
23    it in the mail.  I mean, communication -- I still
24    live near Malden Mills.  I live in Andover, Mass.,

1  and their plant is in Lawrence, Methuen.
2     Q.   Is there anybody else that you were
3  discussing these quality control problems with from
4  Malden Mills other than Mr. Fernandez and Mr.
5  Hornby?
6     A.   I would have discussed them with some other
7  people, yes, quality control people.  They just
8  wanted to solve it.
9     Q.   And who else at Malden Mills would you have
10 discussed this with in 1986?
11          MR. GRIMM:  Objection to the form.
12    A.   Carlos Mondejar, M-o-n-d-e-j-a-r.
13    Q.   Anybody else?
14    A.   I think that was it.
15    Q.   When you were having conversations in 1986
16 with Malden Mills, was it over the telephone, was it
17 in person?
18    A.   Card games, before card games, on the
19 telephone.
20    Q.   Did you have conversations with Mr. Inbal
21 in 1986 concerning the manufacture of flocked fabric
22 with a pigmented adhesive that was transfer printed?
23    A.   Yes.
24    Q.   And what were those conversations?

1    MR. GRIMM:  Objection.
2    A.    I don't remember.  I wasn't as trusting
3 with him, so I -- it was always short.
4    Q.    Were you talking with him about the quality
5 control issues in 1986?
6    A.    He came to solve the problem.  He became a
7 person in the chain of people to solve it.  But I
8 was dealing directly with Bill Hornby, Tony
9 Fernandez and then Carlos Mondejar, people I knew.
10    Q.    When you received the samples in 1986 from
11 Malden Mills, what would you do with them?
12    MR. GRIMM:  Objection to the form.
13    A.    I would evaluate them by temperature and by
14 lightfastness, and from that I could tell, because
15 we had some experience in paper transfer printing
16 that was ahead of Malden at that time.
17    Q.    How did you test those samples in 1986?
18    A.    We have a lightfastness machine that you
19 put the sample in, and you -- you put it in there,
20 and you put like 40 hours on it or 20 hours,
21 fadometer.  And also if you put it in the oven at
22 certain temperatures, you could get some reactions.
23 The disperse dye wasn't fixed.  So the red dye would
24 leave, and this color would be, you know, a much

1  different color (indicating).
2      Q.   And during -- in 1986, who were you
3  employed by?
4      A.   1986, I was employed by Vertipile, which
5  was a company that was part of Claremont Flock.
6      Q.   While you were talking with the people from
7  Malden Mills in 1986, were you also discussing those
8  issues for Malden Mills internally at Vertipile?
9      A.   Only with the lab.  I was responsible for
10 all the manufacturing and the quality of Vertipile.
11     Q.   Who in the lab were you discussing this
12 with in 1986?
13     A.   I would have to check who was in the lab.
14 I mean, we've moved people through -- promoted
15 people from within.
16     Q.   Do you know how many people in the lab you
17 were discussing this with in 1986?
18     A.   There was only a couple of people in the
19 lab at Vertipile, so...
20     Q.   More than --
21     A.   Two.
22     Q.   Do you have knowledge of who Malden Mills
23 was selling transfer printed flocked fabric with
24 dark pigmented adhesives to in 1986?