1            MR. GRIMM:  Objection to the form.

2      A.   I do not know.  They were selling it.  I

3  don't know their customer.

4      Q.   How do you know they were selling it in

5  1986?

6      A.   Either that or they filled up all the

7  landfills around, because they were doing hundreds

8  of thousands of yards.

9      Q.   How do you know they were manufacturing

10  hundreds of thousands of yards?

11      A.   Because of the complaints.  I mean, they

12  were having a bottleneck in their plant.  They were

13  selling it -- I don't know where they were selling

14  it, but they said domestic.

15      Q.   Were you told by anybody at Malden Mills in

16  1986 that they were actually selling this flocked

17  fabric --

18      A.   Oh, yes.

19      Q.   -- with dark pigmented adhesive that was

20  transfer printed?

21      A.   Right.  These people that I'm dealing with

22  were responsible for the quality, and so they got

23  all the complaints.  The Carlos Mondejar type guy,

24  he was in charge of the quality.

1          So all of a sudden a stop was put on

2    production.  "We've got to solve this quality

3    problem."  It's a bottleneck.  You're talking a

4    company that is doing 500,000 to 600,000 yards a

5    week, 500,000 to 600,000 yards a week in flocked

6    goods.  All of a sudden this machine, this product

7    line stops.

8          Q.   What specifically did you tell the people

9    at Malden Mills as to how to fix that product in

10   1986?

11         A.   The speed, the speed of the machine needed

12   to be changed.

13         Q.   The speed of what machine?

14         A.   The paper transfer printing machine needed

15   to be changed, and the paper needed to be changed to

16   a different pigment in the paper.

17         Q.   How does speed affect the manufacture of

18   flocked fabric with a dark pigmented adhesive that

19   is transfer printed?

20         A.   With or without dark pigmented adhesive,

21   speed -- disperse dye is not fixed, so it evaporates

22   later on, and it keeps on reacting.  So if you ship

23   it to Mexico or down South, the color keeps

24   changing.  It's not fixed.

1    1984?

2       A.    They wanted to be bigger.  I mean, the

3    company wanted to be bigger.  So Vertipile came in

4    and hired people like myself to move the company to

5    another level.  They were a $23 million company, and

6    by 1985 they were a $100 million company.  So they

7    wanted to do other things and expand their horizon.

8       Q.    Did Vertipile at some point purchase a

9    transfer printing machine?

10      A.    Yes, we did.

11      Q.    And when was this?

12      A.    1984.  It might have been December, January

13   of '85, but it was early -- it was right after I was

14   there, not too long.  They said it was going to be a

15   quiet New England company and work four days a week.

16   I think I've worked one four-day week since I've

17   been there.

18      Q.    And when Vertipile began to transfer print

19   on flocked fabric in 1984 --

20      A.    19 -- yes, '84.

21      Q.    Strike that.  When did Vertipile begin to

22   sell transfer printed flocked fabric?

23      A.    Sometime in 1984 we were selling it.  The

24   machine came in, and it took us probably four weeks

1    employment with Vertipile and in your discussions

2    with Culp, was there any confidentiality agreements

3    that you remember?

4         A.    No, there was not.

5         Q.    During your discussions with Culp in 1986

6    as we've just talked about, were you under any

7    obligation of confidentiality that you know of?

8              MR. GRIMM:  Objection.

9         A.    No.

10        Q.    Do you know whether, during your

11   conversations with Culp in 1986 as we just

12   discussed, whether Culp was any under obligations of

13   confidentiality?

14             MR. GRIMM:  Objection form.

15        A.    With Vertipile?

16        Q.    Right.

17        A.    No.  I don't think they were.

18        Q.    Did you have any dealings at any point in

19   time with Charlie Bunch while you were at Vertipile?

20        A.    Yes, I did.

21        Q.    What company was he involved with at that

22   time?

23        A.    I think at that time, 1985, '86, it was

24   Charles Bunch.  It might have been Bunch

1    Manufacturing was his name.

2        Q.    And what were your dealings with Mr. Bunch

3    in 1985?

4        A.    He was buying colored products from us, and

5    he was buying base goods with and without pigmented

6    dark shade adhesive.  He was buying clear, natural

7    with clear for printing, paper transfer printing,

8    and he was buying natural with dark shades, even a

9    beige color also, for paper transfer printing.

10       Q.    When you say "natural with dark," what do

11   you mean?  What is natural and what is dark?

12       A.    The nylon is natural in color, and the

13   adhesive is black or blue or burgundy.

14       Q.    And what time period was Mr. Bunch

15   purchasing these products from Vertipile?

16       A.    I would say '85 to '87.

17       Q.    And when he purchased these products from

18   Vertipile from 1985 and 1987, what processes would

19   he be performing on them?

20            MR. GRIMM:   Objection.

21       A.    It was definitely paper transfer printing.

22   That's the only equipment that he had for the

23   natural.

24       Q.    When you say "natural," what do you mean?

1    A.    The face being natural, and the glue being

2    either -- either the glue can be clear glue or it

3    can be a dark shade, black, blue.

4    Q.    Did you have any discussions with Mr. Bunch

5    in 1985 through 1987 concerning flocked fabric with

6    a pigmented adhesive that's been transfer printed?

7         MR. GRIMM:    Objection.

8    A.    Yes.  Many times.

9    Q.    And what -- can you describe for me what

10   those conversations were.

11        MR. GRIMM:    Objection.

12   A.    If he had any quality problems, he was

13   discussing with us.  Most of time we could solve the

14   problem on the phone.

15   Q.    What were the quality problems that he was

16   having during that time period?

17   A.    Side-center-side variation in color.  When

18   you're printing the paper, this side was lighter,

19   this side was darker, when you put the fabric

20   together.  It wasn't fading; it was coming off his

21   machine that way.

22   Q.    How did you solve those problems when you

23   were talking to him?

24   A.    He solved them.  In his case it was slowing

1  the machine down.  Everybody wants more production,

2  so they keep speeding the machine up.  And on some

3  colors it's okay to go fast, but there are some

4  colors that you cannot go fast.

5          So if you have five colors in the pattern,

6  one color in the pattern, if you don't go slow, that

7  color goes away.  It starts to fade or doesn't get

8  even.  It doesn't strike; it doesn't have enough

9  time to go into the nylon.

10      Q.    Would you or did you in 1985 through 1987

11  look at any samples of any products that Mr. Bunch

12  manufactured?

13      A.    I definitely did.

14      Q.    Can you describe for me what those samples

15  were.

16      A.    Printed products, and they varied from --

17  with dark pigmented to clear glue, adhesive.

18      Q.    When you say "printed products," what do

19  you mean by that?

20      A.    He would have taken his product off his

21  machine and sent us a sample of this variation he is

22  having, and he would have a variation in paper

23  transfer printing, whether it was pigmented dark

24  adhesive or clear adhesive.  The machine doesn't

1    know that it has glue that's colored underneath.  So

2    the variation of his pattern colors was changing

3    because he was running too fast.

4        Q.    From 1985 through 1987 in your dealings

5    with Mr. Bunch, did you ever see any samples that he

6    manufactured that were flocked fabric transfer

7    printed with dark pigmented adhesives?

8            MR. GRIMM:  Objection.

9        A.    Yes, I did.  Many times.

10        Q.    Did you ever visit Mr. Bunch during your

11    time at Vertipile?

12        A.    I did not visit Bunch before 1987.  I did

13    visit him after that.  I visited him probably in

14    1992.

15        Q.    Do you know if Mr. Bunch ever came to

16    Vertipile's facility?

17        A.    Oh, yes, he came.  He would come to us.

18        Q.    What time period would Mr. Bunch be coming

19    to Vertipile?

20            MR. GRIMM:  Objection to the form.

21        A.    He would come to us probably twice a year,

22    business and quality.  Usually he had his bag.  He

23    came up for a business trip and brought some quality

24    issues that he wanted to discuss that he didn't feel

1  that it was necessary to resolve by doing it through

2  the mail and quickly doing it.  These are long-range

3  problems that he was trying to solve, so he was

4  asking for some technical support.  So he would come

5  around a couple times a year.

6      Q.   And were there any discussions concerning

7  pigmented adhesives, flocked fabric with pigmented

8  adhesives that were transfer printed?

9      A.   Yes.  I mean, he was a leader in that area.

10  I mean, he was pushing that, and Charles Bunch is a

11  technician also, so he -- he's the one that -- you

12  know, he was for that in the '85 and '86 and '87.  I

13  mean, he was -- how else can you get something

14  around the corners on the furniture without seeing

15  the white grin-through, unless you put pigmented

16  adhesives down?  So he was pushing us to do that.

17          So Vertipile was trying to do it for

18  themselves, and he was one of the customers that was

19  pushing us to do it for him, and then Culp was

20  asking us to do it for them.  So we were selling

21  direct, and we were selling to these converters.

22      Q.   Are there any advantages to adding a

23  pigmented adhesive to flocked fabric that's been

24  transfer printed?

1    sample would have been tied in and printed.

2        Q.    How long after you get a request such as

3    this one, which is dated May 16th of '85, is

4    production done?

5            MR. GRIMM:  Objection.

6        A.    A sample takes a couple of weeks, and then

7    it takes probably four to five weeks, depending on

8    the results of the 400 yards, that you would start

9    booking orders.

10       Q.    Do you have a memory of making a production

11   run in 1985 of transfer printed flocked fabric with

12   a dark pigmented adhesive?

13           MR. GRIMM:  Objection.

14       A.    I was running production of it, yes.

15       Q.    Describe for me what the process was in

16   1985 for that particular product.

17       A.    Okay.  I would put it in a coating machine

18   with a substrate.  I would put black or dark shade

19   glue or adhesive on it.  I would run it into the

20   flocking machine.  And in the flocking machine, I

21   would put down natural nylon on top, and then it

22   would -- at that point I had a decision to make.

23           I can either air design, or if the customer

24   wanted it plain, I would run it into the oven for

1   drying and curing, then there's cooling cans, wind

2   it up, and then it would go over to the print

3   machine or go on a truck and shipped to customers.

4   The customers could be Culp or Bunch or Quaker, or

5   the customer could be ourselves.

6        Q.   Now, when it was rolled up and brought over

7   to the print machine, is that the transfer print

8   machine?

9        A.   Yes.  That's all we had, was a transfer

10  print machine in Vertipile.

11       Q.   And this was in 1985?

12       A.   Yes.

13       Q.   And would you be in charge of running the

14  transfer print machine in 1985?

15       A.   Yes.  The machine and the people were

16  employed by me.  I signed their time cards and

17  scheduled the equipment.

18       Q.   And after the flocked fabric with the dark

19  adhesive went through the transfer print machine in

20  1985, what would happen to the product?

21       A.   It would be tested, then shipped to the

22  customer.

23       Q.   How would it be tested?

24       A.   We have, again, a lightfastness equipment,

1    we have crocking, wet crock, dry crock.  It would be

2    checked to see how the grin-through was.  It would

3    be checked for abrasion.  We have these abrasion

4    testers to make sure the flock is going to stay in

5    there.  So we do a bunch of -- and we have seam

6    slippage, where we sew a seam and you try to tear

7    it.  So there is a whole series of upholstery tests

8    that are needed before you ship it to a customer.

9         Q.   And were you shipping that product to

10   customers in 1985?

11             MR. GRIMM:  Objection to the form.

12        A.   Late '85, we definitely were.

13        Q.   Do you know how much product in the

14   1984-1985 time period that Mr. Bunch was buying from

15   Vertipile?

16        A.   My best guess right now would be like

17   40,000 yards a month.  It could be 20, it could be

18   60, depending on the month.

19        Q.   And what would those products be that he

20   was buying in 1984 and 1985?

21             MR. GRIMM:  Objection.

22        A.   Before this test, they would be natural

23   with clear adhesive for paper transfer printing, or

24   colors with pigmented adhesive that he would bring

1    You know, if you didn't want to pick up the overhead

2    and everything else, you could sell it at, you know,

3    20 cents more, but the cost was there, next step.

4        Q.    And was there an additional cost for the

5    end brushing process in the mid-'80s?

6        A.    Yes.  People did not brush paper transfer

7    printed much in the '80s.

8        Q.    Was Vertipile air texturizing transfer

9    printed flocked fabric with dark pigmented adhesives

10   in the '80s?

11           MR. GRIMM:  Objection.

12       A.    After '85.  It was offered, and we did sell

13   it, we do sell it.

14       Q.    Describe for me how you -- the process in

15   the '80s of manufacturing flocked fabric with dark

16   pigmented adhesive that is transfer printed and air

17   texturized.

18           MR. GRIMM:  Objection.

19       A.    The gray goods, the substrate goes into the

20   machine, and you put black adhesive down, black

21   glue.  And you go into the flock room, and you

22   electrostatically flock with natural nylon.  And

23   just before it goes into the dryer, you have an air

24   bar, and you make designs, whatever designs you

1    want.

2              These bars can move or they can be just

3    straight.  You can make a corduroy, you can make

4    circles, you can make anything.  So you had the

5    ability to do anything.  And we did sell that

6    product for printing.  It looked very nice.

7        Q.    It would come out air texturized, and then

8    you would transfer print onto that?

9        A.    Yes, you would.

10       Q.    Was Vertipile in the mid-'80s air

11   texturizing and internally transfer printing on

12   flocked fabric with dark pigmented adhesives?

13       A.    Yes.

14       Q.    Were they selling, manufacturing and

15   selling flocked fabric with dark pigmented adhesives

16   that was air texturized to third parties for further

17   processing?

18       A.    Yes.

19       Q.    What further processing would be done on

20   that product in 1985 by those other parties?

21            MR. GRIMM:  Objection to form.

22       A.    Again, it would go to Culp and they would

23   paper transfer print.  It would go to Charles Bunch,

24   and he would paper transfer print.  Or it would go

1    to Quaker, who would wet print it.

2        Q.    Does Quaker transfer print at all?

3        A.    No, I don't -- as long as I know, they did

4    not.  Today, I don't know.  From '88, I don't know.

5            Claremont Flock and Vertipile bought Quaker

6    Fabrics in 1985.  So they were part of our division,

7    and they were not paper transfer printing.

8        Q.    You testified earlier in looking at the

9    first page of Exhibit 2 -- strike that.  You

10   testified earlier that you and I had a conversation

11   sometime last week, and just so we're clear, you and

12   I did have a conversation at that time about the

13   first page of Exhibit 2, correct?

14       A.    We did.  I don't even remember that,

15   because I was traveling, when I came back.  This

16   is -- I don't know.  I mean, I had 185 e-mails and

17   42 voice mails.

18       Q.    Okay.

19       A.    I had this in my possession for a few

20   weeks.

21       Q.    What was the relationship between Vertipile

22   and Quaker in 1984?

23       A.    Quaker was a large customer, and Vertipile

24   was a supplier to them.