# EXHIBIT H



IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF CONNECTICUT


Case Number:  3:02-CV-1267 (AVC)


- - - - - - - - - - - - - - - - - - - - - - - -

INTERMARK FABRIC CORPORATION,

                    Plaintiff,

        vs.

MICROFIBRES, INC.,

                    Defendant.

- - - - - - - - - - - - - - - - - - - - - - - -


DEPOSITION OF STEVEN ROSENTHAL

July 9, 2003


# CUNNINGHAM SERVICES®

National Headquarters
111 Gillett Street · Hartford, CT 06105
Telephone 800-842-4486 · Fax 800-600-2216
info@cunninghamservices.com · www.cunninghamservices

S. ROSENTHAL - 07/09/03

6

1    I was NROTC out of Tufts, so I was a Naval

2    officer from '63 to '65.  And I came to work

3    at American Finish the summer of 1965.  And

4    during that time my primary responsibility

5    was adhesives going into textiles, primarily

6    flocking.

7         Q.   Did you work in the -- when you say

8    "adhesives," what were your responsibilities

9    in terms of adhesives?

10        A.   I did just about everything.  I

11   worked in the lab.  I did a little time in

12   the factory, primarily sales, eventually

13   president of the company.

14        Q.   What types of parameters were you

15   working in in adhesives?

16        A.   Water-based acrylic -- for

17   flocking?

18        Q.   Uh-huh.

19        A.   Water-based acrylic adhesives.

20        Q.   Would there be pigmentations or

21   other components added to them?

22        A.   Yes.

23        Q.   When you worked for American

24   Finish, what years were those?

25        A.   1960 -- the summer of 1965 until

CUNNINGHAM SERVICES

1  the summer of 2002.

2        Q.    And when you say you were working

3  in pigments, what type of pigments would you

4  be working with?

5        A.    They were water-based dispersions

6  that we mixed into the flocking adhesives.

7        Q.    Would there be different colors?

8        A.    Yes, there's a full pallet of

9  colors.

10        Q.    And what would be -- when you say

11  "full pallet of colors," what would be the

12  full pallet, let's say?

13        A.    From black to white, to red,

14  orange, yellow, green, blue and violet.

15        Q.    Let me go back to the sixties when

16  you started at American Finish.  Were those

17  colors still used as early as the 1960's?

18        A.    I would say that we sold pigmented

19  adhesives -- let's see.  I started in '65.

20  We were selling pigmented adhesives before

21  1972 for sure.

22        Q.    And who were your customers?  What

23  types of customers would you have in selling

24  your pigmented adhesives?

25        A.    People who -- the pigmented

1  adhesives went into people who were doing

2  flocking.  Are you asking specific customers

3  names?

4       Q.    Tell me the types of customers you

5  would sell to in the sixties.

6       A.    People who made flocked fabrics

7  using adhesives and flock to make the

8  fabrics.  I mean -- to me it's an obvious --

9  I understand you have to be specific, but to

10 me it's an obvious question, so I don't

11 understand.

12      Q.    The reason I'm asking, sir, is that

13 it may be that your testimony may be read to

14 the jury, and I have to ask some basic

15 questions --

16      A.    I understand.

17      Q.    -- so that they understand.

18            Now, when we say "people that would

19 be using flocked fabrics," what types of

20 entities or corporations would be using

21 flocked fabrics?

22      A.    Well, manufacturing -- we would

23 sell to manufacturers, not to end users of

24 fabrics.  We would sell to people who would

25 buy adhesives from us, substrate from someone

S. ROSENTHAL - 07/09/03

9

1   else, and flock from a third party.  And they

2   would put those three components together to

3   make a finished product called a flocked

4   fabric.

5          Q.    And just so I'm clear.  And from

6   there where does the flocked fabric go?

7          A.    Flocked fabrics are used in

8   upholstery, they're used in packaging,

9   they're used in apparel, a variety of end

10  uses.

11         Q.    Are there any processes imposed on

12  the flocked fabric after the flocked fabric

13  is made?

14         A.    I think you're asking me if there's

15  postfinishing?

16         Q.    Yes.  Thank you.  Can you tell me

17  what type of postfinishing happens to flocked

18  fabrics?

19         A.    Lots of different things.

20  Everything from dying, where you change the

21  color, to printing on it, both wet printing

22  and sublistatic printing, texturizing, heat

23  setting, lots of different things.

24         Q.    What about transfer printing?

25         A.    I said sublistatic printing is

CUNNINGHAM SERVICES

S. ROSENTHAL - 07/09/03

13

1        A.    It's a notice from the American

2    Flock Association to all our members advising

3    that there was literature, brochures, and

4    directories available at the office.

5        Q.    The brochures, could you describe

6    the brochures that were available?

7        A.    Well, reading directly from the

8    text, the Design with Flock in Mind Brochure

9    is one that's offered.  The directory, which

10   is a member of all the -- a list of all the

11   members, and stickers, member of the American

12   Flock Association stickers are available.

13       Q.    The Design of Flock in Mind

14   Brochure, did you participate in that

15   brochure in any way?

16       A.    I was the editor.

17       Q.    You were the editor.  When did that

18   project start?

19       A.    I would say '85, '86, thereabouts.

20       Q.    Now, when you say you were the

21   editor, were you a member of the American

22   Flock Association at that time?

23       A.    Yes.  I was -- I'm a member of the

24   board from day one, and I was head of the

25   promotions committee and the technical

CUNNINGHAM SERVICES

1    committee, so that's how I came to be the

2    editor.

3        Q.    Did you work with anybody in terms

4    of developing the brochure?

5        A.    Yes.    It was definitely a group

6    write project.    I created nothing in the

7    brochure.    I made sure syntax was correct.    I

8    created flow.    But as far as actual technical

9    information, with the exception of a small

10    section on adhesives, and even that was a

11    group effort, the entire brochure was put

12    together by members of the association.

13        Q.    Do you remember which members

14    participated in putting together the

15    brochure?

16        A.    Well, we had assistance from

17    Joachim Muller, from EFT Consultants in

18    Germany.    He had written quite a bit on

19    flocking, and allowed us to use his writings

20    and the sketches from his -- the chapter he

21    wrote in a book that was published about

22    flocking.    We had Herman Shaw from Spectro

23    was there, Peter Hadley had some input, Carl,

24    a retired Claremont employee whose name I

25    can't remember at the moment.    I just went

S. ROSENTHAL - 07/09/03

15

1    blank on it.  There were probably ten plus

2    people in my office, had a variety of

3    different meetings over the years as we

4    worked on it.

5         Q.    So it started sometime in 1985

6    and --

7         A.    Somewhere around '85, '86.  I'm not

8    sure of the exact year it started.  I know we

9    were working on it in '87, '88, '89, and we

10   had finished brochures available in '90, as

11   indicated by the flier that was handed out by

12   the association.

13        Q.    It says -- there's some underlining

14   here on the letter, it says -- could you read

15   what it says, that underlined --

16        A.    "Remember that these were designed

17   so you could put your business card and your

18   companies product information into the slots

19   of the inside back cover."

20        Q.    And I think it also indicates --

21   and so in the individual brochure, were there

22   slots so you could slide your business card

23   in?

24        A.    Yes.  It was fancy expensive piece

25   that we started with, white with a red design

CUNNINGHAM SERVICES

S. ROSENTHAL - 07/09/03

16

1   with flock in mind, logo going diagonally

2   across the front of it.

3           Q.   Were these brochures distributed to

4   the membership?

5           A.   The membership was allowed to have

6   some copies, and because they were very

7   expensive, we sold them at cost of $2 a piece

8   to the membership to give out.

9           Q.   So how many copies went to the

10  membership?

11          A.   Well, we allowed five copies to

12  each member at no charge.  I don't know what

13  the membership was specifically at that time.

14  I would guess minimum 20 business members.

15  Could be more.  I'm not sure.

16          Q.   And you indicated that Mr. Shaw had

17  some participation in the brochure?

18          A.   Yes, he was one of the people that

19  I remember.

20          Q.   Do you recall what portions of the

21  brochure he participated in?

22          A.   I can't say specifically what --

23  the way we did it was the people brought

24  information together.  We produced the

25  brochure in rough copy.  We would send it

CUNNINGHAM SERVICES

S. ROSENTHAL - 07/09/03

17

1   back out.  People would review the entire

2   brochure, make their comments, send it back

3   rewrite it again.  That's why it took so

4   long, group write becomes a nightmare.

5        Q.   Let me ask you, have you seen this

6   document before?

7        A.   Yes.  This is the version of that

8   same brochure that we used to give out to

9   schools and to lesser quality leads at trade

10  shows because this is an inexpensive version

11  versus the expensive version.

12       Q.   Is there any difference in the

13  texts between inexpensive --

14            MR. CASS:  Let's mark that as

15  the next exhibit for a second.  For the

16  record, Exhibit Number 3.

17            (Rosenthal Exhibit 3:  Marked

18  for identification.)

19  BY MR. CASS:

20       Q.   So Exhibit 3 is a less expensive

21  copy of the brochure that was sent out in

22  October of 1990?

23       A.   Yes.

24       Q.   I'd like to direct your attention

25  to the discussion on adhesives, if I could,

CUNNINGHAM SERVICES