4,314,813

7

micro-pores, it is preferred to use an oil-in-water emulsion prepared by dispersing uniformly and finely an organic solvent in an aqueous solution of water-soluble high polymer. Examples of organic solvent which may be used for this purpose are hydrocarbons such as mineral spirit, xylene, toluene and ethylbenzene. A porous material which has the least affinity with the aforementioned dye may be contained in the thickener, whereby the number of micropores is increased furthermore so that the dye can pass through the layer 3 easier.

Another important characteristic feature of the thickener layer 3 resides in that the bonding strength thereof to a pile layer 4 is lowered by heating to facilitate easy removal of the pile layer 4 after the subsequent transferring step, as will be described hereinafter. Examples of water-soluble high polymers which may be used as the main ingredient of the thickener layer 3 are cellulose derivatives such as hydroxyethyl cellulose, carboxymethyl cellulose and methyl cellulose, processed natural rubbers such as Maypro gum (Trade Name) and Indalca gum (Trade Name), processed starches such as Solvitose (Trade Name) and British gun, synthetic high polymers such as water-soluble acrylic resins and polyvinyl alcohol and natural substances such as sodium alginate. Particularly preferred are hydroxyethyl cellulose and water-soluble acrylic resins. Examples of porous materials are calcium carbonate, silica and alumina white. The mixing ratio of the porous material ranges 1 to 5 wt.% based on the total weight of the thickener including the weight of the mixed porous material, and preferable mixing ratio being 2 to 4 wt.%. A humectant or plasticizer may be added to the thickener for rendering the thickener soft, and the preferred materials for this purpose include glycols such a diethylene glycol, triethylene glycol and dipropylene glycol and glycerin.

The thickener layer 3 may be coated simply by the screen printing process, and the suitable amount of the layer 3 ranges from 10 to 90 $g/m^2$, preferably from 20 to 60 $g/m^2$, under wet condition, which corresponds to the solid content of from 3 to 27 $g/m^2$, preferably 6 to 18 $g/m^2$. If the amount is decreased out of the lower limit, there may arise a case where the pile layer 4 is hardly held. On the other hand, if the amount exceeds the upper limit, penetration of the dye may be hindered.

Then, as shown in FIGS. 2b and 3b, short fibers are electrostatically flocked on the coated thickener layer 3 to form the pile layer 4. In the embodiment shown in FIG. 2b, the pile layer 4 is overlaid only to cover the layer deposited with the pattern layer 2, since the thickener layer 3 covers only the pattern layer 2. In contrast thereto, the pile layer 4 is overlaid on the entire surface of the base sheet 1 in the embodiment shown in FIG. 3b, since the thickener layer 3 covers the overall surface of the base sheet 1. The electrostatic flocking operation is effected when the thickener layer 3 is still wet. The short fibers forming the pile layer 4 shall be dyeable with the aforementioned dye by means of vapor phase dyeing. Preferable short fibers are made of polyesters, 6, 6-nylon, cellulose triacetate and acrylic fibers. When generally evaluating in view of the color strength and the color fastness, short fibers of polyesters are the most excellent. It is desired that the length of short fibers be in the range of 0.3 to 2.0 mm, preferably 0.5 to 1.5 mm, and the fineness of fibers ranges desirously from 1.0 to 5.0 deniers, preferably from 1.25 to 3.0 deniers. When length of short fibers is less than 0.3 mm, there arises a fear that the resultant flock printed matter loses the touch or feeling of flocked fabric. On the other hand, if

8

the length exceeds 2.0 mm, there arises a fear that the resultant product is not suited for use as clothing goods. In case where the fineness is less than 1.0 denier, the short fibers of too thin fineness tends to be entangled with each other. On the contrary, the coarser fibers having the fineness exceeding 5.0 deniers deteriorate the feeling.

It is recommendable that the electrostatic flock operation is carried out by applying an electric potential of from 30,000 to 35,000 volts between the electrode plates spaced by 60 to 100 mm and by vibrating the sheet at a vibration cycle of 50 to 200 cycles/min. It is also recommendable that the thickener layer overlaid on the base sheet is slowly dried at a temperature of from 40° to 90° C., preferably from 50° to 80° C., for 1 to 3 hours, preferably 1.5 to 2.0 hours, after the pile layer 4 has been formed.

Then, the dye contained in the pattern layer 2 is sublimated or vaporized by heating to allow the dye to penetrate and pass through the gas permeable micro-pores of the thickener layer 3 to dye the short fibers by vapor phase dyeing, and concurrently the bonding strength between the thickener layer 3 and the pile layer 4 is lowered. It is a normal practice to effect vapor phase dyeing by heating at 170° to 205° C. under atmospheric pressure for 15 to 120 seconds. In general, this heat treatment is desirously effected under the minimum pressure using a heat transfer press which is commonly used in the heat transfer printing process in order not to collapse the short fibers by the compressive action of the heat plates. The sublimation or vaporization operation for effecting vapor phase dyeing of the short fibers may be carried out under reduced pressure, whereby the feeling of the finished product becomes softer than that of the product obtained by heating at atmospheric pressure, since the dyeing operation can be carried out at a lower temperature for a shorter period of processing time. For instance, the short fibers may be dyed at 170° to 190° C. under a reduced pressure of 5 to 30 Torr for 15 to 90 seconds. The pattern layers 2a from which the dyes have been sublimated or vaporized and the pile layers 4a which have been dyed are shown in FIGS. 2c and 3c.

A hot melt adhesive layer 5 is formed on the pile layer 4a which has been dyed by vapor phase dyeing. An adhesive paste containing a synthetic resin emulsion or synthetic rubber latex is firstly coated on and registered with the dyed pile layer 4a, and a hot melt adhesive is applied thereon by powdering or coating, when the adhesive paste is still wet, followed by drying to form the hot melt adhesive layer 5. Emulsions of polyacrylic esters, polyvinyl acetate and polyvinyl chloride may be generally used as the synthetic resin emulsion, and synthetic rubber latices may also be used. The viscosity of any of these emulsions or latices may be increased to have appropriate viscosity, optionally by adding with a suitable cross-linking agent, such as a water-soluble melamine resin, to prepare an adhesive paste which may be coated on the dyed pile layer 4a by means of the screen printing process or other suitable process.

Examples of the hot melt adhesive which may be preferably used in the present invention are resins such as polyethylene, polyamides, ethylene-vinyl acetate copolymers, polyvinyl chloride and polyesters. Polyamide resins are particularly preferred, since the flock printed products obtained by the use of the polyamide resins have soft feelings and are excellent in bonding

4,314,813

| 9 | 10 |

strength, fastness to washing and fastness to dry cleaning.

It is desired that the amount of the coated hot melt adhesive layer ranges from 20 to 100 g/m², preferably 40 to 80 g/m². If the amount is less than 20 g/m², the bonding strength is adversely affected. On the other hand, if the amount is so large as exceeding 100 g/m², the touch or feeling of the flock transfer printed matter is deteriorated due to the presence of excess adhesive. Following to the procedures as described hereinabove, the flock transfer sheet 10 according to the present invention is prepared. (See FIGS. 2d and 3d.)

FIGS. 4a and 5a show the operations for transferring the pile layers 4a of the flock transfer sheets 10 to the blank matters 6 on which the patterns are transferred. The flock transfer sheet 10 is overlaid on the blank matter 6 and heated to 80° to 170° C. under a pressure of 10 to 500 g/cm² for 10 to 40 seconds in the general transferring operation. As shown in FIGS. 4b and 5b, the dyed pile layer 4a is peeled off from the thickener layer 3 at the final step to give the finished flock transfer printed matters 100. The blank stuffs which may be commonly used as the matters 6 to be transferred with the pattern include woven and knitted fabrics of cotton, hemp, linen, wool, silk, rayon, acetate, polyesters, polyamides, polyacrylic fibers and blended yard fabrics thereof, and nonwoven fabrics, metals, woods, leathers, glasses and plastics may also be used.

### EXAMPLES OF THE INVENTION

The present invention will be further described in detail by referring to some examples thereof. Parts appearing in the following examples mean "parts by weight".

### EXAMPLE 1

A sheet of wood-free paper having a basis weight of 120 g/m² was used as the base paper sheet on which a two color pattern was printed using water-in-oil emulsion ink as set forth below by means of a sheet-fed screen printing machine. The pattern was left standing for drying to form a pattern layer having an average thickness of 20 microns.

| Composition of Ink: | Yellow Ink (parts) | Red Ink (parts) |
|---|---|---|
| C.I. Disperse Yellow 54 (Quinophthalone Dye) | 5 | — |
| C.I. Disperse Red 60 (Anthraquinone Dye) | — | 6 |
| 10% Ethyl Cellulose Solution* | 30 | 30 |
| Mineral Spirit | 25 | 24 |
| Water | 40 | 40 |
| | 100 | 100 |

| *Note: | 10% Ethyl Cellulose Solution | |
|---|---|---|
| | Ethyl Cellulose | 10 |
| | n-Butyl Alcohol | 10 |
| | Mixed Xylene | 80 |
| | | 100 |

Then, the thickener set forth below was coated on the pattern layer by the screen printing process and registering the same with the contour of the pattern layer to form a thickener layer having a dried weight of 10 g/m².

| Composition of Thickener: | (parts) |
|---|---|

-continued

| O/W Type Emulsion Reducer No. 1* | 60 |
|---|---|
| 3% Hydroxyethyl Cellulose (HEC) (Aq. Solution) | 32 |
| Silica Gel | 3 |
| Diethylene Glycol | 5 |
| Total: | 100 |

| *Note: | O/W Type Emulsion Reducer No. 1 | (parts) |
|---|---|---|
| | Non-ionic Emulsifier (Mixture of Polyoxyethylene Alkyl Ether and Polyoxyethylene Fatty Acid Ester) | 5 |
| | 20% Aqueous Solution of Water-soluble Acrylic Resin | 45 |
| | Mineral Turpentine | 50 |
| | | 100 |

Polyester short fibers having the fineness of 1.5 deniers and the length of 0.5 mm were electrostatically flocked on the base sheet having the pattern layer and the thickener layer as set forth above, which was then dried at 80° C. for one hour to form a pile layer having a plane contour coincident with that of the aforementioned pattern layer.

The base sheet having the pattern layer, the thickener layer and the pile layer obtained by the preceding steps was charged into a heat transfer platen press and held therein at 190° C. for 60 seconds while applying with the minimum pressure so that the pile was only slightly compressed by hot pressure plates of the heat transfer platen press, whereupon the dyes contained in the pattern layer were sublimated or vaporized to pass through the thickener layer to the pile layer where the short fibers were dyed by vapor phase dyeing. Concurrently, the bonding strength of the thickener layer was lowered by heating.

The emulsion of acrylic resin having the composition as set forth below was coated on the thus dyed pile layer in the pattern coextensive with the contour of the dyed pile layer by means of the screen printing process.

| Composition of Emulsion: | (parts) |
|---|---|
| Ammonia Thickening and Reactive Acrylic Emulsion (Solid Content: 40%) | 96 |
| 28% Aqueous Ammonia | 1 |
| Water-Soluble Melamine Resin (Cross-Linking Agent) | 3 |
| | 100 |

A polyamide resin powder (Melting Range: 110-120° C.; particle size: 200 meshes) was added by powdering using an electrostatic flocking apparatus on said emulsion composition of acrylic resin coated on the dyed pile layer before the emulsion was not yet dried, and then the emulsion layer was dried to form a hot melt adhesive layer having a thickness of 62 g/m² on the dyed pile layer. The thus prepared flock transfer sheet was applied on a pre-set position of a T-shirt made of a cotton fabric, and subjected to heat treatment at 160° C. for 20 seconds under a pressure of 100 g/m² using an iron. The base sheet was peeled off from the T-shirt to obtain a flock printed T-shirt printed with a color pattern of bright and deep yellow and pink.

The color fastnesses of the thus flock printed T-shirt are shown in the following Table.

4,314,813

11                                        12

| Color Fastness | Evaluation | Test Method |
|---|---|---|
| Fastness to Light | 6 | AATCC 16A-1977 |
| Fastness to Washing | 4 | AATCC 61-1975 IIA |
| Fastness to Dry Cleaning | 4 | AATCC 132-1976 |

## EXAMPLE 2

A sheet of wood-free paper having a basis weight of 110 g/m² was used as the base paper sheet on which a two color gradation pattern was printed using the offset printing ink as set forth below by means of a sheet-fed screen printing machine. The pattern was left standing for drying to form a pattern layer having an average thickness of 4 microns.

| Composition of Ink: | Red Ink (parts) | Blue Ink (parts) |
|---|---|---|
| C.I. Disperse Red 1 (Azo Dye) | 25 | — |
| C.I. Disperse Blue 19 (Anthraquinone Dye) | — | 27 |
| Bodied Linseed Oil Varnish | 40 | 30 |
| Rosin-modified Phenolic Resin Varnish | 29 | 37 |
| Cobalt Naphthenate Drier | 1 | 1 |
| Mineral Oil (Boiling Range: 280-300° C.) | 5 | 5 |
| | 100 | 100 |

Then, the thickener set forth below was coated on the overall surface of the base sheet by the screen printing process to form a thickener layer having a thickness of dried weight of 12 g/m².

| Composition of Thickener: | (parts) |
|---|---|
| O/W Type Emulsion Reducer No. 2* | 25 |
| 5% Aqueous Solution of Hydroxyethyl Cellulose (HEC) | 70 |
| Diethylene Glycol | 5 |
| | 100 |

| *Note: | O/W Type Emulsion Reducer No. 2 | (Parts) |
|---|---|---|
| | Non-ionic Emulsifier (The Same as Used in Example 1) | 5 |
| | Silica Gel | 5 |
| | 20% Aqueous Solution of Water-soluble Acrylic Resin | 40 |
| | Mineral Turpentine | 50 |
| | | 100 |

Polyester short fibers having the fineness of 1.5 deniers and the length of 0.8 mm were electrostatically flocked on the entire surface of the base sheet having the pattern layer and the thickener layer as described hereinabove, and dried at 80° C. for one hour to form a pile layer over the entire surface of the base sheet including the pattern layer. The following procedures were similar as in Example 1 except in that an ethylene-vinyl acetate copolymer is used as the hot melt adhesive to prepare a flock transfer sheet. The flock transfer sheet was obtained, the colors of which were bright and excellent in reproducibility of graduation pattern. Similarly as in Example 1, the pattern was transferred from the thus prepared flock transfer sheet to a shirt made of a blended yarn fabric of polyester and cotton to obtain a flock printed shirt. The color fastnesses of the thus obtained flock printed shirt were as follows:

| Fastness to Light: | Grade 4 |
|---|---|
| Fastness to Washing: | Grade 4 |
| Fastness to Dry Cleaning: | Grade 2 |

## EXAMPLE 3

A sheet of wood-free paper having a basis weight of 120 g/m² was used as the base paper sheet on which a two color line pattern was printed using the same offset printing ink as used in Example 2 by means of a letterpress printing machine to form a pattern layer having an average thickness of 8 microns.

Then, following to the procedures similarly as in Example 1, a thickener layer (Dry Weight: 15 g/m²) and a pile layer (Length: 1.2 mm; Fineness: 1.5 deniers) were formed on the pattern layer. The thus formed laminated sheet was charged into a vacuum heat transfer press and held at 180° C. under a reduced pressure of 10 Torr for 60 seconds, whereby the pile layer was dyed by vapor phase dyeing.

The following procedures were similar as in Example 1 to prepare a flock transfer sheet. A flock transfer sheet having a clear line pattern was obtained. Using this transfer sheet, the pattern was transferred to a hemp fabric to produce a flock printed fabric. The color fastnesses of the thus produced flock printed fabric were as follows:

| Fastness to Light: | Grade 4 |
|---|---|
| Fastness to Washing: | Grade 4 |
| Fastness to Dry Cleaning: | Grade 4 |

## EXAMPLE 4

On a sheet of wood-free paper having a basis weight of 100 g/m² printed was a three color photographic pattern using the gravure printing ink having the composition as set forth below by means of a gravure rotary press to form a pattern layer having an average thickness of 12 microns.

| Composition of Ink: | Yellow Ink (parts) | Red Ink (parts) | Blue Ink (parts) |
|---|---|---|---|
| C.I. Disperse Yellow 60 (Azo Dye) | 7 | — | — |
| C.I. Disperse Red 60 (Anthraquinone Dye) | — | 8 | — |
| C.I. Disperse Blue 24 (Anthraquinone Dye) | — | — | 9 |
| Ethyl Cellulose Varnish No. 1* | 93 | 92 | 91 |
| | 100 | 100 | 100 |

| *Note: | Ethyl Cellulose Varnish NO. 1 | (Parts) |
|---|---|---|
| | Ethyl Cellulose N-50 | 5 |
| | Iso-propyl Alcohol | 20 |
| | Toluene | 60 |
| | Ethyl Acetate | 15 |
| | | 100 |

Then, following to the procedures similarly as in Example 1, a thickener layer (Dry Weight: 18 g/m²) and a pile layer (Length: 1.0 mm; Fineness: 1.3 deniers) were formed on the pattern layer. The thus formed laminated sheet was charged into a vacuum heat transfer press and held at 185° C. under a reduced pressure of 15 Torr for 70 seconds, whereby the pile layer was dyed by vapor phase dyeing.

4,314,813

13

The following procedures were similar as in Example 1 to prepare a flock transfer sheet. A flock transfer sheet was obtained, which was excellent in reproducibility of the photographic pattern. Using this transfer sheet, the pattern was transferred to a rayon fabric. The color-fastnesses of the thus produced flock printed fabric were as follows:

| | |
|---|---|
| Fastness to Light: | Grade 4–6 |
| Fastness to Washing: | Grade 4 |
| Fastness to Dry Cleaning: | Grade 4 |

## EXAMPLE 5

On a sheet of kraft paper having a basis weight of 120 g/m² printed was a two color line pattern using the flexographic ink as set forth below by means of a flexographic press to form a pattern layer having an average thickness of 10 microns.

| Composition of Ink: | Yellow Ink (parts) | Blue Ink (parts) |
|---|---|---|
| C.I. Disperse Yellow 54 (Quinophthalone Dye) | 11 | — |
| C.I. Disperse Blue 19 (Anthraquinone Dye) | — | 12 |
| Ethyl Cellulose Varnish No. 2* | 89 | 88 |
| | 100 | 100 |

| Note: | Ethyl Cellulose Varnish No. 2 | (parts) |
|---|---|---|
| | Ethyl Cellulose N-7 | 6 |
| | Iso-propyl Alcohol | 70 |
| | Ethyl Acetate | 15 |
| | Ethylene Glycol Monoethyl Ether | 9 |
| | | 100 |

Then, following to the procedures same as in Example 1, a flock transfer sheet was prepared. A flock transfer sheet having a pattern of clear image was obtained. The pattern was transferred to a plain gauze of polyester similarly as in Example 1. The color fastnesses of the thus produced flock printed matter were as follows:

| | |
|---|---|
| Fastness to Light: | Grade 4–6 |
| Fastness to Washing: | Grade 4 |
| Fastness to Dry Cleaning: | Grade 4 |

## EXAMPLE 6

A flock transfer sheet was prepared similarly as in Example 1 except in that a low density polyethylene was used in place of the polyamide resin to form a hot melt adhesive layer of 28 g/m². The pattern was transferred from this transfer sheet to a training wear made of a knitted acrylic fabric. The conditions for transferring and the color fastnesses of the resulting printed matter were as follows:

### Conditions for Transferring

Temperature: 90° C.
Time Period: 12 seconds
Pressure: 10 g/cm²

### Color Fastness

| | |
|---|---|
| Fastness to Light: | Grade 6 |
| Fastness to Washing: | Grade 4 |

14

| -continued | |
|---|---|
| Fastness to Dry Cleaning: | Grade 2 |

Although the present invention has been described by referring to specific examples and embodiments thereof, it is not intended to limit the present invention only to the specifically disclosed embodiments and examples but the present invention may be modified or changed without departing from the spirit thereof, accordingly the scope of the present invention shall be defined only by the appended claims.

What is claimed is:

1. A flock transfer sheet comprising a heat-resistant base sheet, a pattern layer overlaid on said base sheet to form a pattern and containing a heat-sublimable or heat-vaporizable dye and a binder as main ingredients, a thickener layer overlaid on said pattern layer to cover at least said pattern and containing as a main ingredient a water-soluble high polymer selected from the group consisting of cellulose derivatives, processed natural rubbers, processed starches, synthetic high polymers and sodium alginate, a pile layer of short fibers electrostatically overlaid on said thickener layer and having dyeability to be dyed with said dye, and a hot melt adhesive layer overlaid on said pile layer for adhering to a matter to which the pattern is transferred, said base sheet being not substantially dyeable with said dye, said thickener layer being not substantially dyeable with said dye but having multiplicity of gas permeable micropores for allowing the dye to penetrate and pass therethrough when the dye is sublimated or vaporized by heating, said thickener layer being reduced in bonding strength to said pile layer to readily release said pile layer when heated, and said dye passing through said thickener layer and dyeing the short fibers of said pile layer to form a dyed pattern to be transferred onto said matter.

2. A flock transfer sheet according to claim 1, wherein said thickener layer is formed by coating an oil-in-water emulsion obtained by dispersing uniformly and finely an organic solvent in an aqueous solution of said water-soluble high polymer.

3. A flock transfer sheet according to claim 2, wherein said organic solvent is selected from the group consisting of mineral spirit, xylene, toluene and ethylbenzene.

4. A flock transfer sheet according to claim 1 or 2, wherein said thickener layer contains porous particles which are not dyeable with said dye.

5. A flock transfer sheet according to claim 1, wherein said thickener layer contains porous particles which are not dyeable with said dye, and the content of said porous particles ranges from 1 to 5 wt.% based on the weight of said thickener layer.

6. A flock transfer sheet according to claim 5, wherein said porous particles are made of a compound selected from the group consisting of calcium carbonate, silica and alumina white.

7. A flock transfer sheet according to claim 1, wherein said water-soluble high polymer is selected from the group consisting of hydroxyethyl cellulose, carboxymethyl cellulose, methyl cellulose, processed natural rubbers, processed starches, water-soluble acrylic resins, polyvinyl alcohol and sodium alginate.

8. A flock transfer sheet according to claim 1, wherein a humectant or plasticizer selected from the group consisting of diethylene glycol, triethylene gly-

4,314,813

15

col, dipropylene glycol and glycerin is contained in said thickener layer.

9. A flock transfer sheet according to claim 1, wherein said thickener layer amounts to 10 to 90 g/m² under wet condition and 3 to 27 g/m² as solid content.

10. A flock transfer sheet according to claim 1, wherein the basis weight of said base sheet is 50 to 200 g/m².

11. A flock transfer sheet according to claim 1, wherein said heat-sublimable or heat-vaporizable dye is composed of one or more dyes selected from the group consisting of the dyes set forth below as represented by respective chemical formulae of:



C.I. Disperse Yellow 54



C.I. Disperse Yellow 60



C.I. Disperse Red 60



C.I. Disperse Red 1



C.I. Disperse Blue 19; and



C.I. Disperse Blue 24

12. A flock transfer sheet according to claim 1, wherein said binder is selected from the group consisting of ethyl cellulose, linseed oil varnishes, rosin-modified phenolic resin varnishes, water-soluble acrylic resins and hydroxyethyl cellulose.

13. A flock transfer sheet according to claim 1, wherein the thickness of said pattern layer ranges from 1 to 50 microns.

14. A flock transfer sheet according to claim 1, wherein said short fibers are made of a material selected

16

from the group consisting of polyester fibers, 6,6-nylon, cellulose triacetate and acrylic fibers.

15. A flock transfer sheet according to claim 1, wherein the lengths of said short fibers range from 0.3 to 2.0 mm and the finenesses thereof range from 1.0 to 5.0 deniers.

16. A flock transfer sheet according to claim 1, wherein said hot melt adhesive layer is made of a material selected from the group consisting of polyethylene, polyamides, ethylene-vinyl acetate copolymers, polyvinyl chloride and polyesters.

17. A flock transfer sheet according to claim 1, wherein said hot melt adhesive layer amounts to 20 to 100 g/m².

18. A flock transfer printing process comprising the steps of:

(a) overlaying a pattern layer containing a heatsublimable or heat-vaporizable dye and a binder as main ingredients on a heat-resistant base sheet which is not substantially dyeable with said dye to form a pattern to be transferred;

(b) forming at least on said pattern layer a thickener layer which allows a sublimated or vaporized dye to pass therethrough;

(c) electrostatically overlaying short fibers which are dyeable with said dye over said thickener layer to form a pile layer;

(d) heating to sublimate or vaporize the dye contained in said pattern layer for allowing the same to penetrate and pass through gas permeable micropores of said thickener layer without dyeing said thickener layer per se so that said short fibers of said pile layer are dyed with the dye pasing through said thickener layer by vapor phase dyeing to form a dyed pattern to be transferred, and concurrently reducing the bonding strength of said thickener layer to said pile layer by heating;

(e) forming a hot melt adhesive layer over said pile layer thus dyed by vapor phase dyeing;

(f) applying said hot melt adhesive layer on a matter to be transferred with said pattern followed by heating to adhere said dyed pile layer to said matter through said adhesive layer; and

(g) peeling said base sheet off from said pile layer at the interface between said pile layer and the thickener layer having been reduced in bonding strength at the preceding heating step (d) to transfer the dyed flock print pattern to said matter to be transferred.

19. A flock transfer printing process according to claim 18, wherein said pattern layer is formed at said step (a) by printing the pattern layer with a printing ink containing said dye dispersed finely in an ink vehicle.

20. A flock transfer printing process according to claim 19, wherein said printing is effected by means of a printing method selected from the group consisting of screen printing process, flexographic printing process, gravure printing process, offset-lithographic printing process and letterpress printing process.

21. A flock transfer printing process according to claim 18, wherein said thickener layer is coated at said step (b) so that it covers only the pattern formed by said pattern layer.

22. A flock transfer printing process according to claim 18, wherein said thickener layer is coated at said step (b) so that it covers the entire face of said base sheet including said pattern layer.

4,314,813

17

23. A flock transfer printing process according to claim **18**, wherein said short fibers are overlaid or flocked at said step (c) by applying an electric potential of from 30,000 to 35,000 volts between the electrode plates spaced by 60 to 100 mm and by vibrating the sheet at a vibration cycle of 50 to 200 cycles/min.

24. A flock transfer printing process according to claim **18**, further comprising the step of drying said thickener layer at 40° to 90° C. for 1 to 3 hours after the step (c) of forming said pile layer.

25. A flock transfer printing process according to claim **18**, wherein the heating at said step (d) is effected at 170° to 205° at atmospheric pressure for 15 to 120 seconds.

18

26. A flock transfer printing process according to claim **18**, wherein the heating at said step (d) is effected at 170° to 190° C. under a reduced pressure of from 5 to 30 Torr for 15 to 90 seconds.

27. A flock transfer printing process according to claim **18**, wherein said hot melt adhesive layer is formed at said step (e) firstly by coating an adhesive paste on said dyed pile layer and further coating said hot melt adhesive.

28. A flock transfer printing process according to claim **18**, wherein the heating at said step (f) is effected at 80° to 170° C. under a pressure of from 10 to 500 g/cm² for 10 to 40 seconds.

* * * * *