UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| |
INTERMARK FABRIC CORPORATION,  |
| |
               Plaintiff,  |  Civil Action No. 3:02-CV-1267 (AVC)
v.  |
| |
MICROFIBRES, INC.,  |
| |
              Defendant.  |


**DECLARATION OF CHARLES F. O'BRIEN IN SUPPORT OF
PLAINTIFF'S REPLY BRIEF IN SUPPORT OF PROPOSED CLAIM
CONSTRUCTION**


I, Charles F. O'Brien, Esquire, hereby declare as follows:

1. I am a Partner with the firm of Cantor Colburn LLP and I am one of the attorneys representing Plaintiff, Intermark Fabric Corporation in this matter.  If called upon as a witness, I could and would testify competently thereto.  I have personal knowledge of all the facts set forth in this Declaration.

2. Attached hereto as **Exhibit 1** are true and correct copies of the relevant portions of the Deposition of Wayne Turcotte dated May 21, 2003.

Signed under the pains and penalties of perjury on this 5th day of September, 2006.


                                    /s/ Charles F. O'Brien
                                    Charles F. O'Brien, Esq.

## CERTIFICATE OF SERVICE

I hereby certify that a true and accurate copy of the foregoing was filed on September 5, 2006 via the Court's ECF system and all counsel of record registered with the ECF system will be notified by via the Court's ECF system.

Brent R. Canning, Esq.
William R. Grimm, Esq.
Hinckley. Allen & Snyder LLP
1500 Fleet Center
Providence, RI 02906

Jeffrey W. Kennedy, Esq.
Stephen G. Murphy, Jr., Esq.
Milano & Wanat
471 East Main Street
Branford, CT 06405

By:   /s/Charles F. O'Brien