# Exhibit 1

CONFIDENTIAL

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF CONNECTICUT

COPY

- - - - - - - - - - - - - - - - - - -x
                                     :
INTERMARK FABRIC CORPORATION,        :
                                     :
            Plaintiff,               :
                                     : Civil Action
      vs.                            :
                                     : No. 3:02 CV 1267
MICROFIBRES, INC.,                   :
                                     :
            Defendant.               :
                                     :
- - - - - - - - - - - - - - - - - - -x


         Deposition of WAYNE TURCOTTE, taken

pursuant to the Federal Rules of Civil

Procedure, at the law offices of Cantor

Colburn LLP, 55 Griffin Road South,

Bloomfield, Connecticut, before Jenny L.

Albert, License #00207, a Registered

Professional Reporter and Notary Public in

and for the State of Connecticut, on

Wednesday, May 21, 2003, at 9:41 a.m.




                    SCRIBES, INC.

```
 1        Q.    And what do the letters PHI designate?
 2        A.    Heat set.
 3        Q.    And what do the letters REV mean?
 4        A.    Reversed.
 5        Q.    And what do you mean by "reversed"?
 6        A.    The direction of the flock.
 7        Q.    Is that part of the heat set process or is it
 8   something separate?
 9        A.    Separate.
10        Q.    And how is the reverse accomplished?
11        A.    By rewinding it.
12        Q.    Does Intermark use the word "Palace" for all
13   of its air embossed products?
14        A.    No.  That's the name of a particular patent.
15        Q.    Does Intermark use any other designation
16   beyond Frosty to identify greige goods which contain
17   dark adhesive?
18        A.    We have two designations.  We have Frosty and
19   we have Flash.  The Flash is for florescent colors.
20        Q.    Florescent color adhesive?
21        A.    Yes.  Frosty is for everything else.
22        Q.    And when you say "everything else," you're
23   referring to dark pigmented adhesives only?
24        A.    No.  Frosty could also be a lighter color
25   also.
```