IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| INTERMARK FABRIC CORPORATION, )<br>    Plaintiff )<br>                                   )<br>v.                                   )<br>                                   )<br>MICROFIBRES, INC., )<br>    Defendant )  | Civil Action No. 3:02-C V-1267 (AVC) |

## **DECLARATION OF WILLIAM J. CASS**

I, William J. Cass, hereby declare as follows:

1.     I am a partner with the firm of Cantor Colburn LLP and I am one of the attorneys representing Plaintiff, Intermark Fabric Corporation in this matter.

2.     Attached hereto as Exhibit A is a true and correct copy of Defendant Microfibres, Inc.'s Draft Witness List.

3.     Attached hereto as Exhibit B is a true and correct copy of Defendant Microfibres Inc.'s Initial Disclosures Under Rule 26.

4.     Attached hereto as Exhibit C is a true and correct copy of Defendant Microfibres Inc.'s Answers to Interrogatories.

5.     Attached hereto as Exhibit D is a true and correct copy of Plaintiff's Initial Disclosure.

7.     Attached hereto as Exhibit E is a true and correct copy of Plaintiff's Answers to Interrogatories.

Signed under the pains and penalties of perjury on this 8th day of September, 2006.

                                                          ___/s/___ William J. Cass, Esq._
                                                               William J. Cass, Esq.

2

**CERTIFICATE OF SERVICE**

      I hereby certify that on September 8, 2006, a true and accurate copy of the foregoing document was filed electronically via the Court's ECF system. Notice of this filing will be sent by e-mail to the following parties by operation of the Court's electronic filing system as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

Brent R. Canning, Esq.
William R. Grimm, Esq.
Hinckley. Allen & Snyder LLP
1500 Fleet Center
Providence, RI 02906

Jeffrey W. Kennedy, Esq.
Stephen G. Murphy, Jr., Esq.
Milano & Wanat
471 East Main Street
Branford, CT 06405

                                                By: ___/s/___William J. Cass, Esq._
                                                      William J. Cass, Esq.