# EXHIBIT A



## MICROFIBRES/INTERMARK

### WITNESS LIST

| 1. | Peter J. Hauser, Ph.D |
|----|-----------------------|
| 2. | Dr. David Brookstein |
| 3. | Michael Pomianek |
| 4. | James R. Fulks |
| 5. | James P. McCulloch |
| 6. | William F. Laird |
| 7. | Howard A. MacCord, Jr. |
| 8. | Arnold Kajja |
| 9. | Eric Hummel |

#743363

# EXHIBIT B

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

INTERMARK FABRIC CORPORATION :
        Plaintiff
                                 :

v.                               :     C.A. No. 302 CV 1267 AVC

MICROFIBRES, INC. :
        Defendant :

## MICROFIBRES, INC.'S INITIAL DISCLOSURE STATEMENT

Defendant Microfibres, Inc. ("Microfibres") hereby submits this Initial Disclosure Statement pursuant to Fed. R. Civ. P. 26(a)(1) and the parties' Rule 26(f) report.

1.    The following individuals are reasonably likely to have discoverable information:

     a.    **James R. McCulloch**
            Microfibres, Inc.
            One Moshassuck Street
            Pawtucket, RI 02862

Mr. McCulloch is the inventor of the claims described the '021 Patent and is likely to have discoverable information relating to the application filed for the '021 Patent as well as information generally relating to the process for manufacturing transfer printed flocked fabric and for air embossing flocked fabric;

    b.    **James R. Fulks**
           Microfibres, Inc.
           One Moshassuck Street
           Pawtucket, RI 02862

Mr. Fulks is the Executive Vice President of Microfibres and is likely to have discoverable information relating generally to Microfibres' business, including its manufacture and sale of flocked fabrics. Mr. Fulks is also likely to have information relating to the value of the '021 Patent and Microfibres efforts to protect it from infringement;

    c.    **Howard A. MacCord, Jr.**
           Rhodes, Coats & Bennett, LLP
           100 First Union Tower
           Greensboro, North Carolina 27402

Mr. MacCord is a patent attorney and is likely to have discoverable information relating to the '021 Patent's application, history and prosecution;

    d.    **William F. Laird**
           Microfibres, Inc.
           One Moshassuck Street
           Pawtucket, RI 02862

Mr. Laird is the Director of Advanced Engineering of Microfibres and is likely to have discoverable information relating to the application for the '021 Patent as well as information generally relating to the process for manufacturing transfer printed flocked fabric and for air embossing flocked fabric;

    e.    **Michael Czarnecki**
           836 Wellington Road
           Winston-Salem, NC 27106

Mr. Czarnecki is Vice President of Sales and Marketing for Microfibres and is likely to have discoverable information relating to Microfibres' infringement claims.

    f.    **Bruce Campbell**
           574 Vraeside Crescent
           Kingston, Ontario   K7P1G8

Mr. Campbell is a plant manager at Hartford Fibres Limited and is likely to have discoverable information relating to the conception and reduction to practice of the subject matter of the '021 Patent;

    g.    **Christian Otto**
           Interior Design Munz & Partner GmbH
           P.O. Box 1004
           72541 Metzingen, Germany

Mr. Otto is a Microfibres' agent and is likely to have discoverable information relating to the manufacture and sale of flocked fabric by Intermark's affiliated company, Spandauer Velours GmbH & Co. KG, in Europe;

    h.    **Igor Malinsky**
           Arben International, LLC
           287 Avenue X
           Brooklyn, NY  11223

Mr. Malinksy is employed by a Microfibres' distributor and is likely to have discoverable information relating to Intermark's infringement of the '021 Patent;

    i.    **Charlie Beasley**
           2628 Chatsworth Highway
           Calhoun, GA  30701

Mr. Beasley is Microfibres plant manager and is likely to have discoverable information relating to the conception and reduction to practice of the subject matter of the '021 Patent;

j. **Robert Zwaak**
Microfibres Europe
Lange Meire 56
B-9270 Laarne, Belgium

**Pierre Hanet**
Microfibres Europe
Lange Meire 56
B-9270 Laarne, Belgium

Mr. Zwaak and Mr. Hanet are employed by Microfibres Europe and they are likely to have discoverable information relating to flocked fabric manufactured and sold by Intermark's affiliated company, Spandauer Velours GmbH & Co. KG;

k. **Mr. Wayne Turcotte**
Intermark Fabric Corp.
55 Lathrop Road Ext.
Plainfield, CT 06374

Mr. Turcotte is the Executive Vice President of Intermark and is likely to have information relating to Intermark's use and manufacture of flocked fabrics as well as Intermark's claims that Microfibres' '021 Patent is invalid and that Intermark is not infringing upon the '021 Patent;

l. **William P. Lucchesi**
Intermark Fabric Corp.
55 Lathrop Road Ext.
Plainfield, CT 06374

4

Mr. Lucchesi is the President of Intermark and is likely to have information relating to Intermark's use and manufacture of flocked fabrics as well as Intermark's claims that Microfibres' '021 Patent is invalid and that Intermark is not infringing upon the '021 Patent. Mr. Lucchesi is also likely to have discoverable information relating to the relationship between Intermark and its customers and transfer printers as well as the relationship between Intermark and Spandauer Velours GmbH & Co. KG;

  m. **Gunter Walter**
    Spandauer Velours GmbH & Co. KG
    Hartensteiner StraBe 60
    09350 Lichtenstein

Mr. Walter is employed by Spandauer and is likely to have information relating to Intermark's claims that there is prior art that pre-dates the '021 Patent. Mr. Walter is also likely to have discoverable information relating to the arrangements between Intermark and Spandauer for manufacturing and printing flocked fabric;

  n. Microfibres also anticipates that employees of members of the American Flock Association are likely to have information relating to the claims and defenses raised in this litigation as well as information relating to statements made by Mr. Lucchesi concerning Microfibres' '021 Patent. Microfibres anticipates that at least the following individuals are reasonably likely to have discoverable information: **Edward Martin** of Fifield, Inc., **Steve Rosenthal** of Noveon, Inc., **Thomas Witham** of Synthon Industries, **Brian Abramek** of Flock-Tex, **Robert Poletti** of Noveon, Inc., **Laura Ouimet** of Septro Coating Corp., **Barry Ripley** of the American Flock Association,

**Alexander Fergus** of West Michigan Flocking, **Todd Der Manouelian** of National Velour Corporation; and **Peter Hadley** of Claremont Flock Corp.

  o. Microfibres also anticipates that customers and transfer printers that do business with Intermark are likely to have discoverable information relating to the claims and defenses in this litigation. Microfibres will attempt to identify these individuals through discovery and will supplement this disclosure as appropriate.

  2. The following is a general description of the documents, data compilations and tangible things in the possession, custody or control of Microfibres that Microfibres may use to support its claims and defenses:

  a. Documents relating to Microfibres' '021 Patent application, prosecution, and history;

  b. Documents relating to the conception and reduction to practice of the claims outlined in the '021 Patent;

  c. Documents relating to Microfibres' first use and first sale or offer for sale of the inventions claimed by the '021 Patent;

  d. Samples of flocked fabric covered by the '021 Patent and manufactured by Microfibres;

  e. Documents relating to Intermark's infringement of the '021 Patent;

  f. Samples of flocked fabric that infringe the '021 Patent;

g. Documents exchanged among member of the American Flocked Fabric Association;

3. Microfibres seeks to recover damages that it has sustained as a result of Intermark's infringement of the '021 Patent (direct, contributory or inducement) and unfair trade practices and any other damages caused by Intermark. Microfibres cannot yet compute its damages or identify related documents without first engaging in discovery in this case. Microfibres will supplement this disclosure when it is able to do so.

4. The disclosure pursuant to Fed. R. Civ. P. 26(a)(1)(D), which requires a party to disclose any insurance agreement which may be used to satisfy part or all of a judgment which may be entered in this action is not applicable to Microfibres.

MICROFIBRES, INC.

*/s/ Brent R. Canning*

Brent R. Canning, Esq. (CT 23991)
William R. Grimm, Esq.
HINCKLEY, ALLEN & SNYDER LLP
1500 Fleet Center
Providence, RI  02903
(401) 274-2000
(401) 277-9600 (Fax)

RESIDENT COUNSEL:
Jeffrey W. Kennedy, Esq. (CT 16419)
Milano & Wanat
471 East Main Street
Branford, Connecticut 06405
203.315.7000 (TEL)
203.315.7007 (FAX)

## CERTIFICATION

Charles F. O'Brien, Esq.
Cantor Colburn LLP
55 Griffin Road South
Bloomfield, CT 06002

    I certify that I faxed and mailed a copy of the foregoing Initial Disclosure Statement to counsel of record, as above, this 2nd day of December, 2002.

*/s/ Brent R. Canning*

8