# EXHIBIT D

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| INTERMARK FABRIC CORPORATION | ) | |
| | ) | |
| Plaintiff, | ) | Civil Action No. |
| | ) | 3:02- CV-1267 (AVC) |
| v. | ) | |
| | ) | |
| MICROFIBRES, INC. | ) | |
| | ) | DECEMBER 2, 2002 |
| Defendant. | ) | |

**PLAINTIFF'S INITIAL DISCLOSURES PURSUANT TO RULE 26**

Pursuant to Rule 26(a)(1) of the Federal Rules of Civil Procedure, Plaintiff, Intermark Fabric Corporation ("Intermark") makes the following disclosures to Defendant, Microfibres, Inc.

I. **Witnesses (Pursuant to Fed.R.Civ.P. 26(a)(1)(A))**

Intermark identifies the following individuals pursuant to Rule 26(a)(1)(A):

| NAME | TELEPHONE NUMBER | ADDRESS | SUBJECT |
|---|---|---|---|
| William Lucchesi President | (860) 564-2757 | Intermark Fabric Corp. 55 Lathrop Road Ext. Plainfield, CT 06374 | Flocking industry and Intermark's products |
| Wayne Turcotte | (860) 564-2757 | Intermark Fabric Corp. 55 Lathrop Road Ext. Plainfield, CT 06374 | Flocking industry and Intermark's products |
| Arthur Wall, President and Peter Hadley, Vice President | (978) 534-6191 | Claremont Flock Corp. 107 Scott Drive Leominster, MA 01453 | American Flock Association meetings |
| Edwin Martin | (781) 335-7060 | Fifield Inc. 72 Sharp Street Hingham, MA 02043 | American Flock Association meetings |
| Steve Rosenthal | (978) 975-0045 | Noveon, Inc. Lawrence Indus. Park, One Jacobs Way Lawrence MA 01843 | American Flock Association meetings |

| Tim Witham | (617) 889-4150 | Synthon Industries<br>300 3rd St<br>Chelsea, MA 02150 | American Flock Association meetings |
| --- | --- | --- | --- |
| Brian Abramek | (401) 765-2340 | Flock-Tex<br>200 Founders Dr.<br>Woonsocket RI 02895 | American Flock Association meetings |
| Laura Ouimet | (978) 534-1800 | Spectro Coating Corp.<br>101 Scott Dr.<br>Leominster MA 01453 | American Flock Association meetings |
| Barry Ripley | (617) 542-8220 | American Flock Association<br>6 Beacon St., Suite 1125<br>Boston, MA 02108 | American Flock Association meetings |
| Todd Der Manouelian | (401) 737-8300 | National Velour Corp.<br>36 Bellair Ave.<br>Warwick RI 02886 | American Flock Association meetings |
| Alex Fergus | (616) 561-8145 | West Michigan Flocking<br>P.O. Box 680<br>Fennville MI 49408 | American Flock Association meetings |
| Karl Spilhaus | (617) 542-8220 | National Textile Association<br>6 Beacon St., Suite 1125<br>Boston, MA 02108 | American Flock Association meetings |
| Nancy Strisik | (617) 542-8220 | American Flock Association<br>6 Beacon St., Suite 1125<br>Boston, MA 02108 | American Flock Association meetings |
| James Fulks | (401) 725-4883 | Microfibres, Inc.<br>1 Moshassuck St.<br>Pawtucket RI 02862 | Microfibres' products |
| Culp, Inc. | (336) 888-6282 | 101 S. Main St., 7th Fl.<br>P.O. Box 2686<br>High Point NC 27261 | American Flock Association meetings and transfer printing on flocked fabric |
| Rhodes, Coats & Bennett | (336) 273-4422 | 1600 First Union Tower<br>300 North Greene Street<br>Greensboro, NC 27401 | Prosecution of patent applications resulting in the '021 patent |
| Scott Marsland | (613) 384-9897 | 884 Allum Avenue<br>Kingston, Ontario | Microfibres' products |
| William Squires, Jr. | (203) 359-8596 | 25 Crescent Street<br>Stamford, CT 06906 | Transfer printing on flocked fabric |
| William J. Squires, Sr. | (203) 359-8596 | 25 Crescent Street<br>Stamford, CT 06906 | Transfer printing on flocked fabric |
| William F. Laird Director of Advanced Eng. | (401) 725-4883 | Microfibres, Inc.<br>1 Moshassuck St.<br>Pawtucket RI 02862 | Microfibres' products |

| | | | |
|---|---|---|---|
| LeatherTex | | Via S. Paolo<br>64-50047 Prato (Italia) | Transfer printing on flocked fabric |
| Peak Industries, Ltd. | | Wren Nest Mills<br>High Street West<br>Glossip SK13 8HA | Transfer printing on flocked fabric |
| Hemendra K. Shah | (978) 534-1800 | Spectra Coating<br>101 Scott Dr.<br>Leominster MA 01453 | Transfer printing on flocked fabric |
| G.P. van Heel | (215) 592-3426 | Rohm and Haas Company | Transfer printing on flocked fabric |

## II. Documents (Pursuant to Fed.R.Civ.P. 26(a)(1)(B))

Without waiving its rights, including its rights under the attorney-client privilege or the work product doctrine, Intermark identifies the following documents pursuant to Rule 26(a)(1)(B):

| **DOCUMENT** | **DESCRIPTION** | **LOCATION** | **TELEPHONE NUMBER** |
|---|---|---|---|
| "The Flocking Process" | Document authored by G.P. van Heel and published by Rohm and Haas | Cantor Colburn LLP<br>55 Griffin Road South<br>Bloomfield, CT 06002 | (860) 286-2929 |
| "Transfer Printed Pile Fabrics" | Document authored by K. Ember and published by Textilveredelung (12 (1977) No. 5) | Cantor Colburn LLP<br>55 Griffin Road South<br>Bloomfield, CT 06002 | (860) 286-2929 |
| LeatherTex Sample | Facsimile and sample of transfer printed flocked fabric | Cantor Colburn LLP<br>55 Griffin Road South<br>Bloomfield, CT 06002 | (860) 286-2929 |
| Executive Committee meeting notes dated October 31, 2002 for the American Flock Association | Statements made by James Fulks concerning the time frame in which Microfibres was transfer printing using dark pigmented adhesives | Cantor Colburn LLP<br>55 Griffin Road South<br>Bloomfield, CT 06002 | (860) 286-2929 |
| United States Patent No. 4,895,748 | Flocked Foam Fabrics with Flattened Fibers which are Color Printed which issued on January 23, 1990 | Cantor Colburn LLP<br>55 Griffin Road South<br>Bloomfield, CT 06002 | (860) 286-2929 |
| "Influences of Composition and Polarity of an | Document authored by Dr. U. Zorll and published by Flock (Volume 14 No. | Cantor Colburn LLP<br>55 Griffin Road South<br>Bloomfield, CT 06002 | (860) 286-2929 |

| | | | |
|---|---|---|---|
| Adhesive on its Properties" | 46/1987) | | |
| "Colour Differences in Flock and Flocked Articles" | Paper authored by H. Schubert and presented at the 8th International Flock Symposium in 1984. | Cantor Colburn LLP 55 Griffin Road South Bloomfield, CT 06002 | (860) 286-2929 |
| "Adhesive Formulations for Flock Applications" | Document by Farbenfabriken Bayer AG, technical services department, Leverkusen published in 1964. | Cantor Colburn LLP 55 Griffin Road South Bloomfield, CT 06002 | (860) 286-2929 |
| United States Patent No. 4,294,577 | Dyed Flocked Fabric and Method of Making the Same which issued on October 13, 1981 | Cantor Colburn LLP 55 Griffin Road South Bloomfield, CT 06002 | (860) 286-2929 |

**III. Damages (Pursuant to Fed.R.Civ.P. 26(a)(1)(C))**

Intermark is without sufficient information at this point in the litigation to make any computation of damages.

**IV. Insurance (Pursuant to Fed.R.Civ.P. 26(a)(1)(D))**

At the present time, Intermark is not aware of any insurance agreement which would cover any potential judgment regarding the counter-claims brought by Microfibres.

For Plaintiff, Intermark Fabric Corporation

William J. Cass (ct 12806)
Charles F. O'Brien (ct 22074)
CANTOR COLBURN LLP
55 Griffin Road South
Bloomfield, Connecticut 06002
Telephone: (860) 286-2929
Facsimile: (860) 286-0115

Date: December 2, 2002

4

## CERTIFICATE OF SERVICE

I hereby certify that a true and accurate copy of the foregoing was served via facsimile and Regular Mail, this 2nd day of December, 2002 upon:

Brent R. Canning, Esq.
William R. Grimm, Esq.
Hinckley. Allen & Snyder LLP
1500 Fleet Center
Providence, RI 02906

Jeffrey W. Kennedy, Esq.
Stephen G. Murphy, Jr., Esq.
Milano & Wanat
471 East Main Street
Branford, CT 06405

By: _____
Charles F. O'Brien, Esq.