# EXHIBIT B

Ronald S. Perry, Ph.D.　　　CONFIDENTIAL　　　September 29, 2003
Bloomfield, CT

```
                                                                    1

 1              IN THE UNITED STATES DISTRICT COURT

                FOR THE DISTRICT OF CONNECTICUT
 2

 3

                           No. 3:02 CV 1267 (AVC)
 4

 5                      CONFIDENTIAL          ORIGINAL

 6

 7

 8   INTERMARK FABRIC CORPORATION

 9

10   VS

11

12   MICROFIBRES, INC.

13

14

15         Deposition of:  RONALD S. PERRY, Ph.D., taken

16   pursuant to the Federal Rules of Civil Procedure

17   before Barbara L. Murphy, Licensed Shorthand Reporter,

18   License No. 305 and Notary Public within and for the

19   State of Connecticut, held at the offices of Cantor

20   Colburn, 55 Griffin Road, Bloomfield, Connecticut on

21   September 29, 2003 commencing at 9:50 a.m.

22
```

145

1　effect.

2　　　　　But as far as the dye diffusion goes

3　whether it goes to the tips or further down into the

4　fiber flock, the pigment would have to role.

5　　Q.　Well, if you were desirous of producing this

6　optical effect in the fabric, would the addition of

7　pigment to the adhesive enable you to transfer print

8　at reduced pressures because you didn't need to get

9　the dye as deep as before?

10　　A.　Yes.

11　　Q.　That's exactly what Microfibres told the

12　patent office during the prosecution, is it not?

13　　　　　MR. O'BRIEN:  Objection to form.

14　Mischaracterizes the evidence.

15　　　　　THE WITNESS:  I don't think so.  It's

16　my -- you're saying pigments in general?  If that's

17　the case, they were adding pigments prior to that

18　time.

19　　　　　MR. O'BRIEN:  Just answer the question

20　with a yes or no.

21　　　　　THE WITNESS:  Yes or no?  Ask me the

22　question again, I'm sorry.