IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| INTERMARK FABRIC CORPORATION | : | |
| Plaintiff | : | |
| | : | |
| v. | : | C.A. No. 302 CV 1267 AVC |
| | : | |
| MICROFIBRES, INC. | : | |
| Defendant | : | |

**<u>NOTICE OF MANUAL FILING</u>**

Please take notice that Microfibres, Inc. has manually filed the Exhibits to the Motions in Limine to Exclude Expert Testimony of Lawrence J. Goffney, Jr.

This document has not been filed electronically because:

- The electronic file size of the document exceeds 1.5mb.

The document has been manually served on all parties.

                             MICROFIBRES, INC.
                             By its Attorneys,

                             /s/
                             Brent R. Canning, Esq. (ct23991)
                             William R. Grimm, Esq.
                             HINCKLEY, ALLEN & SNYDER LLP
                             1500 Fleet Center
                             Providence, RI 02903
                             (401) 274-2000
                             (401) 277-9600 (Fax)

                             RESIDENT COUNSEL:
                             Jeffrey W. Kennedy, Esq. (ct16419)
                             Milano & Wanat
                             471 East Main Street
                             Branford, Connecticut 06405
                             203.315.7000 (TEL)
September 13, 2006             203.315.7007 (FAX)

**CERTIFICATION**

William Cass, Esq.
Charles F. O'Brien, Esq.
Cantor Colburn LLP
55 Griffin Road South
Bloomfield, CT 06002

    I certify that sent a copy of the foregoing Memorandum of Law in Support of Microfibres' Motion in Limine to Exclude Testimony of Lawrence Goffney to Intermark's counsel of record, as above, on September 13, 2006 by electronic filing and regular mail.


                                                        /s/Brent R. Canning

#743020