# EXHIBIT A

# AMERICAN FLOCK ASSOCIATION
## Executive Committee Meeting

### October 31, 2002
### Warwick, RI
### 2:00 p.m.

The Executive Committee of the American Flock Association met at The Crowne Plaza, Warwick, MA, on November 1, 2002. In attendance were **Peter Hadley**, *Claremont Flock Corp.*; **Ed Martin**, *Fifield Inc.*; **Steve Rosenthal**, *Noveon, Inc.*; **Tom Witham**, *Synthon Industries (by phone)*; **Brian Abramek**, *Flock-Tex*; **Laura Ouimet**, *Spectro Coating Corp.*; **Barry Ripley**, *American Flock Association*; **Todd Der Manouelian**, *National Velour Corporation*; **Jim Fulks**, *Microfibres, Inc.*; **Alex Fergus**, *West Michigan Flocking (by phone)*, **William Lucchesi**, *Intermark Fabrics Inc.*, **Karl Spilhaus**, *National Textile Association*, **Nancy Strisik**, AFA. AFA Chairman Edwin Martin called the meeting to order at 2:15 p.m.

## MINUTES

**Ed Martin** opened the meeting stating that there was a motion on the floor for each board member to review their notes on the meeting of August 1, 2002.

**Ed Martin** opened the floor for discussion. **Peter Hadley** and **Laura Ouimet** said they had reviewed their notes and found that **Jim Fulks** had stated "Microfibres was transfer printing using dark pigmented adhesive back in 1984."

On motion duly made and seconded;
**VOTED:** To amend the minutes August 1, 2002 to include: "Jim Fulks stated that Microfibres was transfer printing using dark pigmented adhesive back in 1984."

Let the records show that the motion carried with a vote of 3 Ayes, (William Lucchesi, Peter Hadley, and Laura Ouimet), 2 Nays (Jim Fulks, Alex Fergus) and 4 Abstentions (Tom Witham, Todd Der Manouelian, Brian Abramek and Steve Rosenthal).

**Steve Rosenthal** questioned whether William Lucchesi could vote on the minutes of August 1, 2002 because he was not a member of the Board and was not at the meeting. It was determined that because he is currently a member then he is eligible to vote.

On motion duly made and seconded;
**VOTED:** To amend the minutes August 1, 2002 to include: "Jim Fulks felt he did not state that Microfibres was transfer printing using dark pigmented adhesive back in 1984."

IFC-00336

On motion duly made and seconded;
**VOTED:** To accept the minutes August 1, 2002 as amended.

Let the records show that the motion carried with a vote of 8 Ayes, (William Lucchesi, Peter Hadley, and Laura Ouimet, Tom Witham, Todd Der Manouelian, Brian Abramek, Alex Fergus and Steve Rosenthal) and 1 Nay, (Jim Fulks).

On motion duly made and seconded;
**VOTED:** To accept the minutes of the meeting of September 27, 2002.

## ANNUAL MEETING

**Barry Ripley** led a discussion of roles for the annual meeting. **Steve Rosenthal** reported on the Promotions Committee, see attached report. **Barry Ripley** gave the report for the Auto Team. See attached report.

In a discussion about the 2003 Annual meeting, Tom Witham reported Al Letch of Passport Travel is researching both New Orleans and Savannah or Charleston as a back up locations.

**Barry Ripley** reported that three proxy votes were needed to make the quorum.

## MEMBERSHIP

**Barry Ripley** stated that Westwood Enterprises, Palmetto Synthetics, LLC and Intertex Group are interested in membership in the Association. Velutex Flock SA of Spain has joined the association.

**William Lucchesi** will chair the Membership Committee.

## FINANCES AND DUES

**Ms. Strisik** reported Hub Fabric Leather Inc. has not paid their dues. **Ms. Strisik** also reported that AFCO Inc. has not paid for their advertising in the Directory.

## NOMINATING COMMITTEE REPORT

On motion duly made, and seconded and passed with Laura Ouimet, Peter Hadley and Steve Rosenthal abstaining;

**VOTED:** To accept the report as presented. For terms expiring 2005, **Laura Ouimet**, *Spectro Coating Corporation*, **Peter Hadley**, *Claremont Flock Corporation* and **Steven Rosenthal**, *Noveon*.

IFC-00337

### DESIGN WITH FLOCK IN MIND

**Barry Ripley** reported he had gone to UMass Dartmouth to visit with the professors to discuss the project. It was decided at that the association would have a display of flocked products at the UMass Dartmouth campus.

### TRADE SHOWS

**Tom Witham** and **Barry Ripley** reported that *Material World* was a successful show and that the association should to it again next year.

At the suggestion of the Auto Team, it was decided that the association attend *The Detroit Auto Show*.

### BY-LAW COMMITTEE

The committee held a conference call meeting on Monday, October 28, 2002 at 2:30 p.m. **Laura Ouimet, Brian Abramek, Todd Der Manouelian, Peter Hadley, Jim Fulks, Barry Ripley, Nancy Strisik, and Karl Spilhaus** were in attendance.

**Laura Ouimet** is the Chair for the Committee.

A motion was duly made and seconded as follows:

The Mission Statement of 1996 (originally reported in error as year 2000) which was passed by the Executive Committee on September 26, 1996 and presented at the 1996 Annual Meeting supercedes the Statement of Purpose from 1985.

On motion duly made and seconded:

**VOTED:** To table the discussion on the motion until William Lucchesi has time to review the two statements. A vote will be taken on Wednesday, November 6, 2002 by e-mail.

### COMMITTEES

The Committee structure was approved and discussed as attached.

### NEXT MEETING

The next meeting will be **January 31, 2002 at 9:30 a.m. at Claremont Flock.**

Respectfully submitted,

*Nancy Strisik*
Acting Secretary

IFC-00338

**Taken from 1996 Annual Meeting Business Minutes**

## MISSION STATEMENT

At the last Annual Meeting the Executive Committee presented a draft of a mission statement and asked for members' responses and suggestions. Peter Hadley and Bob Poletti have taken those comments and reworked the statement into a final form that was formally adopted by the Executive Committee of AFA at our last board meeting.

### American Flock Association Mission Statement

The American Flock Association Provides Positive Leadership to Foster a Strong Flock Industry in North America. It Proactively and Effectively Provides Members With Relevant Services and Information, Thereby Enabling Our Membership to Achieve Their Desired Results.

According to Mr. Poletti, AFA will achieve that mission by pursuing these core values and objectives:

- *Creating positive awareness* of flock as a design and functional tool;
- Leading its membership to *opportunities for profitable growth*;
- Serving as a principal forum for *scientific, regulatory,* and *legal matters* affecting the membership; and
- Providing a *forum for professional contact* with the international flocking community.
- Developing *positive awareness* in target markets;
- Capturing a maximum of *new business leads*;
- Achieving a *Regulatory burden* equal to or less than related industries;
- Promoting *advances* in fiber, adhesive and substrate technology;
- Serving as the *annual networking forum* with international colleagues.

IFC-00339

# AMERICAN FLOCK ASSOCIATION

## NOVEMBER, 2002

### COMMITTEES

| Committee | Members | Responsibilities |
|---|---|---|
| Promotions | Steve Rosenthal, Chair<br>Tom Witham | Trade Shows<br>Directory<br>Design Contest<br>Web Site<br>Triennial Flock School<br>Design Brochure |
| Membership | Bill Luchessi, Chair | Membership Development<br>Member Relations and Retention |
| Nominating | Peter Hadley, Chair<br>Tom Witham | Nominations for Board and Officers |
| Auto Team | Andy Hookamp, Chair<br>Alex Fergus<br>William Hulbert<br>Tina Weatherwax | Automotive<br>Object Flocking |
| Bylaws Review | Laura Ouimet, Chair<br>Brian Abramek<br>Todd Der Manouelian<br>Jim Fulks<br>Peter Hadley | Bylaws Review- Ad Hoc |

IFC-00340