# EXHIBIT B

COPY

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF CONNECTICUT

Case Number:   3:02-CV-1267 (AVC)

- - - - - - - - - - - - - - - - - - - - - - - - -

INTERMARK FABRIC CORPORATION,

               Plaintiff,

   vs.

MICROFIBRES, INC.,

               Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - -

DEPOSITION OF STEVEN ROSENTHAL

July 9, 2003

## CUNNINGHAM SERVICES

National Headquarters
111 Gillett Street · Hartford, CT 06105
Telephone 800-842-4486 · Fax 800-600-2216
info@cunninghamservices.com · www.cunninghamservices

S. ROSENTHAL - 07/09/03

64

1    Q.   What was Mr. Fulks' reaction to the
2  proposed amendment?
3    A.   Besides disgust.  He was upset
4  about it, and didn't feel it was appropriate.
5  He said he didn't say what they claim he
6  said.
7    Q.   At some point was there a vote on
8  the amendment?
9    A.   Yes.
10   Q.   Did all the persons present
11 including Mr. Lucchesi vote?
12   A.   No.
13   Q.   What did you do?
14   A.   I abstained.
15   Q.   Why?
16   A.   Because I had no notes to prove one
17 way or the other that that information that
18 they claimed that Mr. Fulks had said had been
19 said.  Not having any notes that it had been
20 said one way or the other, I didn't feel I
21 had appropriate knowledge to make a decision.
22   Q.   Do you have any memory of Mr. Fulks
23 making the statement at the August 2002 Flock
24 Association meeting that Microfibres was
25 transfer printing using dark pigmented

CUNNINGHAM SERVICES

S. ROSENTHAL - 07/09/03

65

1   adhesives back in 1984.
2        A.   I don't remember him saying that.
3        Q.   Did persons other than yourself
4   abstain?
5        A.   Having looked at the minutes, I can
6   say yes.
7        Q.   Who abstained in addition to
8   yourself?
9        A.   There were four abstentions.  The
10  representative from Synthon, Tom Whitham;
11  National Velour, Todd Der Manouelian; Flock
12  Tex, Brian Abrmek and myself.
13       Q.   Did you articulate at the meeting
14  your reasons for abstention?
15       A.   Yes.
16       Q.   And what did you say?
17       A.   That since when I looked at my
18  notes I couldn't find anything to say that it
19  was said one way or the other, that I didn't
20  remember that being said, but I don't
21  remember it not being said, that I didn't
22  feel I had enough, you know, that my
23  knowledge wasn't strong enough -- my memory
24  wasn't strong enough to vote either way.
25       Q.   Did any of the other abstainees