# EXHIBIT D

```
                                                                    1

 1              IN THE UNITED STATES DISTRICT COURT
                   FOR THE DISTRICT OF CONNECTICUT
 2

 3  * * * * * * * * * * * * * * * *
    INTERMARK FABRIC CORPORATION,      *
 4     Plaintiff                       *
                                       *
 5         VS.                         *  C.A. No. 302 CV 1267 AVC
                                       *
 6  MICROFIBRES, INC.,                 *
       Defendant.                      *
 7  * * * * * * * * * * * * * * * *

 8
         DEPOSITION OF LAURA OUIMET, a WITNESS in the
 9       above-entitled cause, taken on behalf of the
         Defendant, before Julia A. Puleo, RPR, a Notary
10       Public in and for the State of Rhode Island, at the
         Law Offices of Hinckley, Allen & Snyder, 1500 Fleet
11       Center, Providence, Rhode Island, on August 7, 2003,
         at 10:30 A.M.
12


13
    PRESENT:
14
       FOR THE PLAINTIFF........    CHARLES F. O'BRIEN, ESQUIRE
15                                  CANTOR COLBURN
                                    55 GRIFFIN ROAD SOUTH
16                                  BLOOMFIELD, CT 06002

17     FOR THE DEFENDANT........    WILLIAM R. GRIMM, ESQUIRE
                                    HINCKLEY, ALLEN & SNYDER
18                                  1500 FLEET CENTER
                                    PROVIDENCE, RI 02903
19
       FOR THE WITNESS.........     JAMES B. PELOQUIN, ESQUIRE
20                                  CONN, KAVANAUGH, ROSENTHAL,
                                    PEISCH & FORD
21                                  TEN POST OFFICE SQUARE
                                    BOSTON, MA 02109
22
                       ALLIED COURT REPORTERS
23                       115 PHENIX AVENUE
                    CRANSTON, RHODE ISLAND  02920
24                       (401) 946-5500
```

34

1  Q. Did you locate any notes --
2     A. No. That's got to be from September, because
3        it's got, "Motion re: Jim's statement - check notes."
4  Q. Let me go back to my original question. Did you
5        locate any notes which you took at the August 1,
6        2002, meeting?
7     A. No.
8  Q. What happened to those?
9     A. I brought them to the September meeting with me
10       as a response -- I pulled them from the file and took
11       them with me to the September meeting, as we were
12       asked to do, and I don't know what happened to them
13       after that. No one asked for them.
14 Q. How many pages of notes did you have from the August
15       1, 2002, meeting?
16    A. Probably no more than one.
17 Q. Do you recall any of the specific entries which were
18       on those notes?
19    A. I wrote down that Jim Fulks made the statement
20       that he had been -- that Microfibres had been heat
21       transfer printing on greige goods with dark printed
22       pigmented adhesive since 1984.
23 Q. Do you recall any other specific reference that was
24       included on the notes which you took of the August 1,