# EXHIBIT A

Page 1

```
 1          IN THE UNITED STATES DISTRICT COURT
              FOR THE DISTRICT OF CONNECTICUT
 2
 3
    INTERMARK FABRIC CORPORATION,
 4                                          COPY
            Plaintiff,
 5
       vs.         CIVIL ACTION NO. 3:02-CV-1267 (AVC)
 6
    MICROFIBRES, INC.,
 7
            Defendant.
 8
 9
10  DEPOSITION OF: CHARLES L. BUNCH
11  DATE:          September 22, 2003
12  TIME:          11:02 a.m.
13  LOCATION:      Womble, Carlyle, Sandridge & Rice
                   301 S. College Street
14                 Charlotte, North Carolina
15  TAKEN BY:      Counsel for the Defendant
16  REPORTED BY:   CINDY A. HAYDEN, RMR, CRR
17
18
19
20
21
22          ROBERTS & KIDWELL, INC.
23   Charlotte, NC               Columbia, SC
     (843) 722-8414              (803) 731-5224
24
     Greenville, SC              Charlotte, NC
25   (864) 234-7030              (704) 537-3919
```

```
 1   I didn't show it -- I didn't let them see it.
 2        Q.   Okay.  But even the stuff that you did
 3   show them, I assume you expected them to maintain
 4   secrecy concerning that, correct?
 5             MR. O'BRIEN:  Objection to form.
 6        A.   Not necessarily.  I -- I took the -- I
 7   took the approach that, if they saw it, they would
 8   disseminate the information.  If we thought it
 9   was -- was something proprietary, we didn't show it
10   to them.  We didn't see this as being proprietary
11   at the time.
12        Q.   Okay.  I understand, but I assume that
13   there are processes and products that Bunch
14   manufactured that it did not consider proprietary
15   that it also did not want disseminated to the
16   public or competitors?
17        A.   If we thought it was proprietary, it
18   wasn't disseminated, or we tried -- tried not to
19   disseminate it.  If it wasn't proprietary, then --
20   then the -- the -- the suppliers had -- had access
21   to it because they were -- they were helpful.  I
22   mean, we were learning from the suppliers, and if
23   we kept too much secret, we couldn't learn.
24        Q.   Do you have any documents to
25   demonstrate that Bunch Fabrics was transfer
```

Page 70

1  printing on flocked fabric made with color adhesive
2  during the 1980s?
3       A.   No.  All of our records were --
4  pertaining to this were destroyed in '85.
5       Q.   Do you have any documents demonstrating
6  that Bunch was transfer printing on flocked fabric
7  with dark adhesive prior to July 31, 1991?
8       A.   No.
9       Q.   Do you have any samples of flocked
10 fabric manufactured with a colored adhesive and
11 transfer printed by Bunch Fabrics that was created
12 prior to July 31, 1991?
13      A.   No.
14      Q.   Do you have any tangible evidence to
15 corroborate your testimony that Bunch Fabrics was
16 transfer printing on flocked fabric with colored
17 adhesives during the 1980s?
18      A.   Tangible, meaning a sample, no.
19      Q.   Tangible meaning anything that is --
20 can be held or --
21      A.   We had a 40,000 square foot plant.
22 Duke Power had a substation next door.  They were
23 doing work during the day of the 18th at the
24 substation.  At about 8:00 that evening, a million
25 volt line coming from the power station fell across