# EXHIBIT B

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

* * * * * * * * * * * * * * * *
INTERMARK FABRIC CORPORATION,
      Plaintiff

          vs.               No. 3:02 CV 1267 (AVC)

MICROFIBRES, INC.,
      Defendant

* * * * * * * * * * * * * * * *

**CERTIFIED COPY**

## DEPOSITION OF MOUSTAFA T. NOUR

Deposition taken at the offices of AVICORE Reporting, 25 Lowell Street, Suite #405, Manchester, New Hampshire, on Wednesday, September 17, 2003, commencing at 8:30 a.m.

### Court Reporter:

Lori Bonafide, CSR
New Hampshire CSR No. 90 (RSA 331-B)

**AVICORE** Reporting
Certified Videographers & Court Reporters
VIDEOCONFERENCING

25 Lowell Street, Suite 405
P. O. Box 3337
Manchester, NH 03105-3337

(603) 666-4100
Toll Free (888) 212-2072
Fax (603) 895-8781
Email: AvicRptg@aol.com

1   Q   Okay.
2   A   It's not a belief, it's a fact.
3   Q   Do you have any documented -- strike that.
4       Do you have any documents or fabric
5   samples that would demonstrate your belief?
6   A   No, sir, because when I left Malden, I
7   didn't take anything with me.
8   Q   Okay.  You didn't take any?
9   A   It's all here.
10  Q   All in your head?
11  A   Yes.
12  Q   You mentioned Fred Black before is the man
13  that knows it all; is that right?
14  A   Because he was in charge of the total
15  flocking process from getting the substraight,
16  applying adhesive, applying the nylon flock on it or
17  nylon fiber on it, and he was there for quite some
18  time.  I mean, I know him from the '70s, and he
19  stayed, actually, even after the fire for a while.
20  Q   Was he in charge of transfer printing as
21  well?
22  A   Not directly, no, not directly.
23  Q   And who was in charge of transfer

54

1  late '80s?
2      A    The biggest one, actually, would be Rohm
3  and Haas, Rohm Tech.  I would say Rohm and Haas was
4  the biggest one, but there are quite a few.
5      Q    What was the other company?
6      A    Rohm Tech was late, actually.
7      Q    But you believe Rohm and Haas was
8  supplying --
9      A    Rohm and Haas was the biggest one and the
10 second biggest one was Boliver Industry, (phonteic)
11 which became after that Malten Fire Coal, (phonetic)
12 the people famous for the --
13     Q    Um-hum.
14     A    Shuttle problem.
15     Q    You said something earlier, I want to make
16 sure I understood.
17     A    Sure.
18     Q    You were talking about printing, transfer
19 printing dark blue.  I thought you said that you
20 would use a light blue adhesive; is that correct?
21     A    Yes.
22     Q    Was Malden Mills using only light colored
23 adhesive, light colored?

1      A    Most of it.  Actually, with the heat
transfer, you have to be like light to medium.  With
the wet printing we used dark, but we printed them
with pigment colors like white or bright colors.

5      Q    So in the late '80s, you were using light
to medium colored adhesive; is that right?

7      A    For heat transfer.  For wet printing we
use even dark adhesive to get a certain look.

9      Q    But do you recall Malden Mills using a
dark color adhesive in connection with transfer
printing?

12     A    I wouldn't say, no.  I would say no.

13     Q    You don't recall?

14     A    You see, the problem when we start with
the adhesive itself and say, for example, you put a
black in it, okay.  It is a black adhesive, but the
moment you apply, and it's a thin film, it's gray,
it's dark gray, okay.

19     Q    I'm not -- unfortunately, I don't have the
background.

21     A    I understand.

22     Q    Hopefully, you can explain it to me.

23     A    Yes.