# EXHIBIT C

David Rahimi                                                  September 26, 2003
                         Roslyn Heights, NY

                                                                              1

1    IN THE UNITED STATES DISTRICT COURT

2      FOR THE DISTRICT OF CONNECTICUT

3    ------------------------------------------X

4    INTERMARK FABRIC CORPORATION,

5                         Plaintiff,                    **CERTIFIED COPY**

6           -against-

7    MICROFIBRES, INC.,

8                         Defendant.

9    ------------------------------------------X

10                  175 Roslyn Road

11                  Roslyn Heights, New York

12

13                  September 26, 2003

14                  8:35 A.M.

15

16          DEPOSITION of DAVID RAHIMI, taken

17   pursuant to the Federal Rules of Civil

18   Procedure, and Subpoena, held at the

19   above-mentioned time and place before Regina

20   Krucher, a Notary Public of the State of New

21   York.

22

                                                                             35

1      Q.   Do you have any documents in the
2  possession of Novita that would demonstrate
3  that anyone had transfer printed on a flocked
4  fabric with dark pigmented adhesive prior to
5  July 31, 1991?
6      A.   If I have any document?  No, I
7  don't.
8      Q.   You mentioned a brochure that you
9  think that you read that concerned a company
10 named Kulp, is that right?
11     A.   Yes.
12     Q.   Did you discuss that brochure with
13 anyone?
14     A.   No.
15     Q.   Do you remember how you came into
16 possession of that brochure?
17     A.   I don't know.  A few years ago I
18 think they had some advertising and some kind
19 of corporate booklet or some -- it was one of
20 the international shows I saw it.
21     Q.   Do you remember when that was?
22     A.   A few years ago.