# EXHIBIT D

COPY

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF CONNECTICUT

Case Number:  3:02-CV-1267 (AVC)

- - - - - - - - - - - - - - - - - - - - - - - - -

INTERMARK FABRIC CORPORATION,

                Plaintiff,

     vs.

MICROFIBRES, INC.,

                Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - -

DEPOSITION OF STEVEN ROSENTHAL

July 9, 2003

CUNNINGHAM SERVICES

National Headquarters
111 Gillett Street · Hartford, CT 06105
Telephone 800-842-4486 · Fax 800-600-2216
info@cunninghamservices.com · www.cunninghamservices

S. ROSENTHAL - 07/09/03

73

1   received it?
2        A.   I looked through my paperwork, some
3   old formulas to see if I had anything that
4   went back into that, you know, that far, and
5   really had nothing at that time to discuss
6   the specific subject matter.  There were
7   discussions of pigmented adhesives, there
8   were discussions of different types of
9   projects, but not specifically that say dark
10  pigmented adhesive, clear flock transfer
11  printed.
12       Q.   Did you undertake the record search
13  which Intermark requested in this August 14,
14  2002 form letter?
15       A.   Much as I just described.  We
16  looked through -- you know, I looked to see
17  what we had, and I'm talking back at American
18  Finish, primarily, and also somewhat at
19  Noveon.  My records at Noveon at that time
20  only went back a few months.
21       Q.   In your search of the American
22  Finish and Noveon records, did you find any
23  evidence of the use of dark pigmented
24  adhesive on clear flock fabric which had been
25  transfer printed prior to July 31 of 1992?

CUNNINGHAM SERVICES

S. ROSENTHAL - 07/09/03

74

1     MR. CASS: Object to the form
2 of the question.
3     A.   As I previously stated it, when we
4 did our search we found nothing that
5 specifically described in our work notes that
6 project, in those words.
7 BY MR. GRIMM:
8     Q.   After your search, did you turn
9 over any documents to Intermark or its
10 attorneys?
11    A.   Back at that time?
12    Q.   Yes.
13    A.   I think we may have showed them
14 some notes or discussed some notes in our lab
15 books, and they didn't feel that that
16 specifically showed anything, so I don't
17 think we actually photocopied or sent
18 anything at that time. I don't remember
19 exactly that we did.
20    Q.   When did you discuss the American
21 Finish lab notebook with Intermark's
22 attorneys?
23    A.   I'm not sure that I ever spoke
24 specifically to the attorneys about the lab
25 notebook.

CUNNINGHAM SERVICES