# EXHIBIT E

```
                                                 1

                                    Volume 1
                                    Pages 1 - 225
                                    Exhibits 1 - 17


        IN THE UNITED STATES DISTRICT COURT
          FOR THE DISTRICT OF CONNECTICUT


- - - - - - - - - - - - - - - - - x
                                  :
INTERMARK FABRIC CORPORATION,     :
          Plaintiff,              :
                                  :
     vs.                          :    Case No.
                                  :    302 CV 1267 AVC
MICROFIBRES, INC.,                :
          Defendant.              :
                                  :
- - - - - - - - - - - - - - - - - x
```

        DEPOSITION OF PETER M. HADLEY, a witness called on behalf of the Defendant, taken pursuant to the Federal Rules of Civil Procedure before Carol H. Kusinitz, Registered Professional Reporter and Notary Public in and for the Commonwealth of Massachusetts, at the Offices of Hinckley, Allen & Snyder LLP, 28 State Street, Boston, Massachusetts, on Thursday, July 31, 2003, commencing at 1:35 p.m.


PRESENT:

    Cantor Colburn LLP
        (by Charles F. O'Brien, Esq.)
        55 Griffin Road South, Bloomfield,
        CT 06002, for the Plaintiff.

    Hinckley, Allen & Snyder LLP
        (by William R. Grimm, Esq.)
        1500 Fleet Center, Providence, RI
        02903-2393, for the Defendant.

                * * * *

17

1   Q.   Yes. You can answer.
2   A.   Can you repeat the question.
3   Q.   Did Mr. Lucchesi tell you that, because the
4   samples were not transfer printed, they were of no
5   value to him?
6        MR. O'BRIEN:  Objection to the form.
7   A.   Yes, he did, at that time.
8   Q.   Did Mr. Lucchesi also tell you, because the
9   samples were not dated, they were of no value to
10  him?
11       MR. O'BRIEN:  Objection to the form.
12  A.   Yes.
13  Q.   What was -- did Mr. Lucchesi explain to you
14  why it was he was seeking documentation?
15  A.   It was to the action that was brought
16  against him, he said, by Microfibres.
17  Q.   Did Mr. Lucchesi tell you that he was
18  seeking documentation to support his defense to an
19  action that Microfibres might bring on the '021
20  patent?
21  A.   I'm not sure of the number of the patent,
22  but, yes, towards the patent. Yes, he did say that.
23  Q.   What was Mr. Lucchesi's reaction when you
24  informed him of the results of your search?