# EXHIBIT F

```
                                                                    1

 1              IN THE UNITED STATES DISTRICT COURT
                  FOR THE DISTRICT OF CONNECTICUT
 2


 3   * * * * * * * * * * * * * * * *
     INTERMARK FABRIC CORPORATION,      *
 4      Plaintiff                       *
                                        *
 5            VS.                       *  C.A. No. 302 CV 1267 AVC
                                        *
 6   MICROFIBRES, INC.,                 *
        Defendant.                      *
 7   * * * * * * * * * * * * * * * *

 8
         DEPOSITION OF LAURA OUIMET, a WITNESS in the
 9       above-entitled cause, taken on behalf of the
         Defendant, before Julia A. Puleo, RPR, a Notary
10       Public in and for the State of Rhode Island, at the
         Law Offices of Hinckley, Allen & Snyder, 1500 Fleet
11       Center, Providence, Rhode Island, on August 7, 2003,
         at 10:30 A.M.
12


13
     PRESENT:
14
        FOR THE PLAINTIFF........    CHARLES F. O'BRIEN, ESQUIRE
15                                   CANTOR COLBURN
                                     55 GRIFFIN ROAD SOUTH
16                                   BLOOMFIELD, CT 06002

17      FOR THE DEFENDANT........    WILLIAM R. GRIMM, ESQUIRE
                                     HINCKLEY, ALLEN & SNYDER
18                                   1500 FLEET CENTER
                                     PROVIDENCE, RI 02903
19
        FOR THE WITNESS..........    JAMES B. PELOQUIN, ESQUIRE
20                                   CONN, KAVANAUGH, ROSENTHAL,
                                     PEISCH & FORD
21                                   TEN POST OFFICE SQUARE
                                     BOSTON, MA 02109
22
                       ALLIED COURT REPORTERS
23                       115 PHENIX AVENUE
                   CRANSTON, RHODE ISLAND  02920
24                       (401) 946-5500


                 ALLIED COURT REPORTERS, INC. (401) 946-5500
```

1  Q.  What did Mr. Shah tell you about the dispute?
2      A.  That Bill Lucchesi had gotten a letter in the
3      mail, similar to the one that we had gotten a year or
4      so prior, and that he was angry.
5  Q.  What else did he say to you about the dispute?
6      A.  That Bill Lucchesi was thinking about filing a
7      lawsuit against Microfibres to put an end to what he
8      called the frivolous lawsuits.
9  Q.  Do you recall anything else about your conversation
10     with Mr. Shah about the Microfibres/Intermark
11     dispute?
12     A.  We just discussed together about how long we had
13     been doing it.  We discussed, you know, how this
14     could pop out of the woodwork after ten years.  We
15     spent time trying to find records, but we had a fire
16     and many records were destroyed in that fire.  So we
17     didn't -- we were having a difficult time finding the
18     records in-house that went back that far.
19 Q.  Okay.  And approximately when was this conversation
20     with Mr. Shah?
21     A.  I don't know.
22 Q.  When did you do --
23     A.  Prior to July 2002.
24 Q.  When did you do the record search at Spectro that you

116

1 Q. What is your relationship with Mr. Fulks?
2 A. He is cordial to me.
3 Q. Has it changed since August 1, 2002?
4 A. No. I don't see him that often, so...
5 Q. Mr. Grimm asked you earlier as to whether Spectro
6 would like to see the 021 patent invalidated; do you
7 remember that?
8 A. Yes.
9 Q. Is there some interest on behalf of Spectro to see
10 the 021 patent invalidated?
11 A. I would like to see it invalidated. We don't
12 want to lose business.
13 Q. If there were no interest in seeing the 021 patent
14 invalidated, would that change any of your testimony
15 here today?
16          MR. GRIMM: Objection.
17 A. No, it would not.
18          MR. O'BRIEN: I think I'm all set. Just
19 give me a second.
20          (ATTORNEY REVIEWS NOTES)
21          MR. O'BRIEN: That's it.
22          MR. GRIMM: Did you want to mark this?
23       (PLAINTIFF'S EXHIBIT A MARKED FOR I.D.)
24          THE REPORTER: Would you gentlemen like