# EXHIBIT G

# Vertipile, Inc.

**EXPERIMENTAL PRODUCTION RUN**   STYLE # __499__

EXHIBIT __52__
J-22-03

R & D # HS- __914__   DATE: __5/16/85__
PROJECT # _____   PRODUCT: __1.8 den. Natural - upholstery__
PURPOSE __To develop print base with 1.8 den. Brt. Nylon and Pigmented adhesive__

CUSTOMER __Vertipile__   FLOCK __DA707-8145__   COLOR __Natural__
SUBSTRATE __PIC Orangeburg__   SUPPLIER _____
COLOR __Natural__   YARDS __400__   WIDTH __58"__
PRECOAT (Y)   N ___   PRECOAT ADHESIVE __901-40__
FLOCKING ADHESIVE __2642-2303 Navy__
ADHESIVE APPLICATION __Std.__   CUP WT. __90 gms.__
RANGE # __2__   SPEED __45__   (AC)   MECH _____
SCREENS __Std.__
OVEN TEMPERATURE SETTINGS 1. __Std__, 2. ___, 3. ___, 4. ___ °F
PUT UP __Center Wind - flock out 100 yds.__   POST FINISHING Y (N)
WT STANDARDS FOR TRIAL RUN: - OVERALL WT __7.9__ oz./sq.yd.
BASE __3.1__ oz./sq.yd.   PRECOAT __0.5__ oz./sq.yd.
FLOCK DENSITY __2.1__ oz./sq.yd.   FLOCK ADHESIVE __2.2__ oz./sq.yd.
LAB TESTING __Std + Wyzenbeek + peel__
FLOCKED WIDTH ___ INS.   PLUCK ___ LBS.   FLEX ___ CYCLES
RELATED INFORMATION AND COMMENTS _____
Substrate: - __Std.__
Flock: __Std. - use from stock for this trial__
Adhesive: __Std.__

Scheduling: - __Need by 5/28/85__

Samples for R & D: - __5 yds__

__HS + WJ__   Must be present at Batching ___ Precoating ___ Flocking ✓

Need this base for print trial to see if we can get away from Stock dyed 1.8 den Brt. trilobed Nylon flocked product for upholstery.

Requested By: __Florendes__

cc: LH✓, CFS✓, DH✓, GV✓, PH✓, PB✓, PM, KR✓, MP, BO'B, WJ, Supervisors✓