# EXHIBIT H

```
 1                              VOLUME:   I
                                PAGES:  1 to 141
 2                              EXHIBITS: 53 to 65
 3
         UNITED STATES DISTRICT COURT
 4          DISTRICT OF CONNECTICUT
 5
     Civil Action
 6   No. 3:02 CV 1267 (AVC)
 7
     INTERMARK FABRIC CORPORATION,    )
 8            Plaintiff,              )
                                      )
 9   v.                               )
                                      )
10                                    )
     MICROFIBRES, INC.,               )
11            Defendant.              )
12
13
14        DEPOSITION of HEMENDRA K. SHAH, called
15   as a witness on behalf of the Plaintiff,
16   pursuant to the applicable provisions of the
17   Federal Rules of Civil Procedure, before
18   Jeanette N. Maracas, Registered Professional
19   Reporter and Notary Public in and for the
20   Commonwealth of Massachusetts, at the
21   offices of Conn, Kavanaugh, Rosenthal,
22   Peisch & Ford, LLP, Ten Post Office Square,
23   Boston, Massachusetts, on Thursday, May 22,
24   2003, commencing at 11:15 a.m.
25
```

```
 1   A.   I'm not aware of right now.
 2   Q.   Now, Exhibit 57 was an experimental
 3        production run, correct?
 4             MR. O'BRIEN:  Objection.
 5   A.   Mm-hmm.
 6   Q.   Was that experimental production run part of
 7        a research and development effort?
 8             MR. O'BRIEN:  Objection.
 9   A.   To start with, yes.
10   Q.   Do you have any Vertipile records, written
11        records which discuss what happened after
12        that experimental production run?
13             MR. O'BRIEN:  Objection.
14   A.   No.
15   Q.   Did Leathertex do any wet printing?
16   A.   As per my knowledge, no.
17   Q.   Is that your handwriting on the bottom of
18        Exhibit 58?
19   A.   Yes.
20   Q.   Could you read it for us?
21   A.   This is to Peter Hadley.  "As per our
22        discussion, go ahead and schedule to cut
23        500 pounds of NI11 with standard finish
24        for these trials."
25   Q.   You signed it, correct?
```

130