# EXHIBIT I

# LEATHERTEX

VIA S. PAOLO, 64 - 50047 PRATO (ITALIA)
TEL. (0574) 42.301 (4 LINEE r. a.) - TELEX 571315 LEATEX I - FAX (0574) 22.115



FROM

TO        SPECTRO COATING, U.S.A.

FAX N.   4832           DEL   7/11/1991

Tomoorow the first 3500 yds sent by airfreight will be consigned us.
Would like to just now what would be the delivery time for 1 container
of 20' in one of the to articoles you sampled us.
More would like to know if you produce this articles also in
colour beige and grey.
If so, please send by Federal Express 3.- m each immediatly.

Please let us have you news by return Fax.

Regards

LEATHERTEX s;r;l.