# EXHIBIT J

**Intermark Fabric Corporation**

55 Lothrop Road Ext.
P.O. Box 319
Plainfield
CT 06374

860-564-2757
800-634-0576
Fax 860-564-1714

August 14, 2002

Flock Process Corporation
79 Day Street
South Norwalk, CT 06856

Attn: Mr. Mike Torello

Dear Mr. Torello:

As a fellow member of the American Flock Association we are writing this letter asking for your help. As you may know, Microfibers has asserted claims against Intermark and its customers regarding the use of darkly pigmented adhesive-backed Greige flocked fabric used for transfer printing. Microfibers claims to have the patent on this "technology" and is asserting that our practices and those of our customers violate its patent 5,981,021.

Intermark knows from its own experience, as well as several other flock coaters, that the use of dark colored pigment has been in use for over 40 years. However, documentation of such practices prior to ten years ago is scanty. If you have, or know of any one who has, documentation of this practice prior to July 1992, we would be grateful if you could supply it to us. Preferably, such evidence or documentation should consist of dated samples, or anything written, such as purchase orders, invoices, manufacturing records, sales and/or marketing sheets, catalogs, etc., for any period prior to that date. We might also need you to sign affidavits verifying the authenticity and meaning of such evidence and documentation. Proprietary information relating to your business would of course be kept confidential.

Initially, we approached the American Flock Association Executive Committee, seeking the cooperation of the Association in requesting this information from members. We believe that such cooperative efforts are entirely consistent with the Statement of Purpose and General Objectives of the Association, a copy of which we have enclosed for your reference. We had hoped that the Association would participate in this effort, but the Executive Committee declined, in part, we believe, as a result of pressure from Microfibers, which has a representative on the Executive Committee. This representative even told the Committee that Microfibers cannot and will not live up to the AFA Statement of Purpose and General Objectives.

IFC-00324

*Integrity is the fabric of our company*

Because we could not obtain cooperation from the Association, we are approaching members directly. We hope you will assist us in our efforts, as we believe that this sort of assistance is clearly one of the goals of the Association.

If you have information or questions, please contact me as soon as possible. We are working under real time constraints, so we hope you will give this your prompt attention.

Thank you in advance for your consideration and assistance.

Sincerely,
INTERMARK FABRIC CORPORATION

William P. Lucchesi
President

*1985*

# AMERICAN FLOCK ASSOCIATION

Statement of Purpose
General Objectives

The purpose of the American Flock Association is to unite various industries which contribute to the flock industry. The Association represents an alliance of flock coaters, flock users, flock producers, raw material suppliers, adhesive manufacturers, and consultants to the industry. The American Flock Association has been created on the premise that mutual cooperation and information sharing is the most effective method of promoting industry interests.

The Association has two general objectives. The most important of which is to stimulate and broaden the use of flocked products. The Association is also dedicated to improving flocking technology. Members recognize that technological advancements are the best way to stimulate productivity, produce higher quality products, and improve market position in today's competitive environment.

The Association exists for the sole purpose of promoting industry concerns in economic, legal, technical, and scientific affairs. The Association will function as the industry's liaison with institutions involved at all levels of industry activity. These include state, national, and international authorities and governmental units, universities, corporations, and the press. The Association will serve as an information clearinghouse for legislation and regulations which affect the industry.

IFC-00326

TOTAL P.07