# EXHIBIT K

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF CONNECTICUT

- - - - - - - - - - - - - - - - - - - x
                                      :
INTERMARK FABRIC CORPORATION,         :
                                      :
              Plaintiff,              :
                                      : Civil Action
      vs.                             :
                                      : No. 3:02 CV 1267
MICROFIBRES, INC.,                    :
                                      :
              Defendant.              :
                                      :
- - - - - - - - - - - - - - - - - - - x

      Deposition of WILLIAM LUCCHESI, JR., taken pursuant to the Federal Rules of Civil Procedure, at the law offices of Cantor Colburn LLP, 55 Griffin Road South, Bloomfield, Connecticut, before Jenny L. Albert, License #00207, a Registered Professional Reporter and Notary Public in and for the State of Connecticut, on Thursday, July 24, 2003, at 9:51 a.m.

SCRIBES, INC.

1  Q. Who transfer printed on Intermark's Frosty
2  product in 1989?
3  A. Culp, Spandauer and some other people but
4  I -- I'd have to -- I don't -- can't give you the
5  entire list.
6  Q. Does Intermark have any records of its sales
7  of Frosty product to Culp in 1989 on which this
8  transfer printing occurred?
9  A. I'm -- I don't know. I don't know. I
10  believe yes but I don't know. I can't answer that.
11  Q. Does Intermark have any records of its sales
12  of Frosty product to Spandauer on which Spandauer
13  transfer printed in 1989?
14  A. A lot of our records were, during that time
15  period, were lost due to a fire and flood that we had
16  in our office area. So many of the records were
17  destroyed.
18  Q. Does Intermark have any records of sales of
19  Frosty product to Spandauer in 1989 which Spandauer
20  transfer printed?
21  A. Again, I believe that most of the records
22  were destroyed due to our -- during the flood and fire
23  that we had.
24  Q. Sir, isn't it true that Intermark doesn't
25  have any records of sales of Frosty product to

1  Spandauer in 1989?
2            MR. CASS:  Object to the form of the
3       question.
4       A.   Again, most of our records were destroyed due
5  to the fire and flood that we had.
6       Q.   Isn't it true that Intermark does not have
7  any records of sales of Frosty product to Spandauer on
8  which Spandauer transfer printed in 1989?
9            MR. CASS:  Object to the form of the
10      question.
11      A.   Again, all our records were destroyed in the
12 flood and fire that we had.
13      Q.   Is it true, Mr. Lucchesi, that Intermark does
14 have records of sales of Frosty product to Dicey Mills
15 in 1989?
16      A.   I don't know.  I can't answer that.
17      Q.   Can you explain why it was that -- why it is
18 that Intermark might have records of sales of Frosty in
19 1989 to Dicey Mills but no records of these alleged
20 sales to Culp and Spandauer for transfer printing?
21           MR. CASS:  Object to the form of the
22      question.
23      A.   Can I explain why?
24           MR. GRIMM:  Could you repeat the
25      question for him, please.