**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT**

| | | |
|---|---|---|
| INTERMARK FABRIC CORPORATION | : | |
|     Plaintiff | : | |
| | : | |
| v. | : | C.A. No. 302 CV 1267 AVC |
| | : | |
| MICROFIBRES, INC. | : | |
|     Defendant | : | |

**EXHIBITS A-F TO MOTION IN LIMINE TO EXCLUDE
ARNOLD KAIJA CORRESPONDENCE
AND RELATED EVIDENCE**

**ORAL ARGUMENT REQUESTED**

MICROFIBRES, INC.

By its Attorneys,

_____/s/_____
Brent R. Canning, Esq. (CT 23991)
William R. Grimm, Esq.
HINCKLEY, ALLEN & SNYDER LLP
1500 Fleet Center
Providence, RI  02903
(401) 274-2000
(401) 277-9600 (Fax)

RESIDENT COUNSEL:
Jeffrey W. Kennedy, Esq. (CT 16419)
Milano *&* Wanat
471 East Main Street
Branford, Connecticut 06405
203.315.7000 (TEL)
203.315.7007 (FAX)

September 14, 2006

## CERTIFICATION

William Cass, Esq.
Charles F. O'Brien, Esq.
Cantor Colburn LLP
55 Griffin Road South
Bloomfield, CT 06002

I certify that I sent a copy of the foregoing Motion in Limine to Exclude the Kaija Correspondence to counsel of record, as above, on September 14, 2006 by electronic service and regular mail.

_____/s/Brent R. Canning_____
