# EXHIBIT A

# Intermark Flock Corp.

Manufacturer of Upholstery, Apparel, Packaging and Industrial Flocked Products

Community Avenue
P.O. Box 319
Plainfield, Connecticut 06374
Telephone (203) 564-2757
Fax (203) 564-1714

Date: August 14, 1991

Microfibers
1 Moshassuck Street
Pawtucket, RI 02860

Attn: Mr. Arnold R. Kaija

Dear Arnold:

It was a pleasure meeting with you today and I hope that this will be the start of a long and mutually beneficial relationship between our two companies. Intermark Flock Corp. has made a commitment to flocking and prides itself for product development, quality and service, and we feel that the high quality fiber produced by Microfibers will help us meet our goals. As I stated during our meeting, we are not interested in developing a supplier for one or two orders. If your company is willing to make a commitment to sell us flock, we are willing to make similar commitments to purchase from you on a steady basis.

Listed below, please find items we discussed:

(A) Colored Nylon - Style MJF
We agreed to pick up Marc Fisher's orders for 3,000 lbs. of each of the following colors at $2.80/lb., pending the running of the Burgundy color, which will be shipped to us as soon as possible.
Colors: Burgundy, Red, Royal Blue
You are to advise us as to the exact cut of this product, which is a 3 Denier Type #66 Bright Tri-Lobel. You are also going to send us samples of the following colors, which we will use to determine if we need to do any matching:

| Black | Gold    | Camel |
| Brown | Emerald | Brick |

All colors will meet Heavy Duty Upholstery Specifications and will have a moisture content of $2.2 \pm .2$.

-Page 1-

IFC-02908

# Intermark Flock Corp.

Manufacturer of Upholstery, Apparel, Packaging and Industrial Flocked Products

Community Avenue
P.O. Box 319
Plainfield, Connecticut 06374
Telephone (203) 564-2757
Fax (203) 564-1714

Date: August 14, 1991

Microfibers

Attn: Mr. Arnold R. Kaija

(B) You are to submit samples of 3.0 X .070 Tri-Lobel Bright in color Black match sample given to you by Wayne Turcotte. At the same time, you will quote us on this item.

(C) Microfibers is to quote on 1.0 X .040 round Mid Dull.

(D) Mcirofibers to submit a sample of fine Denier Rayon and also check of availability of 1.5 Denier Full Dull Rayon.

(E) The following natural orders were placed and we agreed to both evaluate, Intermark as to runnability and Microfibers as to price.
 (1) 1.8 X .050 Bright Tri-Lobel - Type #66 - 2,500 lbs.
 (2) 1.8 X .070 Bright Tri-Lobel - Type #66 -   200 lbs.
 (3) 3.0 X .075 Bright Tri-Lobel - Type #66 - 2,500 lbs.

 Prices: 1.8 X .050   $2.60/lb.
         1.8 X .070   Advise
         3.0 X .075   $2.05/lb.

Very truly yours,

William Lucchesi
President

WL/hjk

-Page 2-

Aug. 13, 1991

Microfibres
1 Moshassuck Street
Pawtucket, R.I. 02860
Atten: Mr. Arnold R. Kaiva

Dear Arnold,

It was a pleasure meeting with you today and I hope that this will be the start of a long and mutually beneficial relationship between our two companies. Intermark Flock Corp. has made a commitment to flocking and prides itself for product development, quality and service and we feel that the high quality fiber produced by Microfibers will help us meet our goals. As I stated during our meeting we are not interested in developing a supplier for one or two orders. If your company is willing to make a commitment to sell us flock we are willing to make a similar commitment to purchase from you on a steady bases. Listed below find items we discussed

(A) Colored Nylon - Style MJF
  We agreeded to pick-up Marc Fishers orders for 3,000 lbs. of each of the following colors at $2.80/lb. pending the running of the Burgundy color which will be shipped to us as soon as possible.
    Colors: Burgundy - Red - Royal Blue
  You are to advise us as to exact cut of this product which is a 3 denier type #66 Bright tri-Lobel. You are also going to send us sample of the following colors which we will use to determine if we need to do any matchings:

Black          Gold           Camel
Brown          Emerald        Brick.

All colors will meet Heavy Duty Upholstery Specifications. And will have a moisture content of 2.2 ± .2.

(B) You are to submit sample of 3.0 x .070 tri-Lobel bright in color Black match sample given to you by Wayne Turcotte. At the same time you will quote us on this item.

(C) Microfibers to quote on 1.0 x .040 round mid-dull

(D) Microfibers to submit sample of fine denier rayon and also check out availability of 1.5 Denier full Dull Rayon.

(E) The following natural orders were placed and we agreeded to both evaluate, Intek as to runnability and Microfibers as to price.

    (1) 1.8 x .050 Bright tri-Lobel – type #66 – 2,5¢
    (2) 1.8 x .070   "     "     "     "     "   2¢
    (3) 3.0 x .075   "     "     "     "     "   2,5¢

IFC-02911