# EXHIBIT B

Manufacturer of Upholstery, Apparel, Packaging and Industrial Flocked Products

Community Avenue
P.O. Box 31
Plainfield, Connecticut 0637
Telephone (203) 564-275
Fax (203) 564-171

Date: September 4, 1991

Microfibers
1 Moshassuck Street
Pawtucket, RI 02860

Attn: Mr. Arnold Kaija

Dear Arnold:

Enclosed, please find flock and color sample of Camel, which we would like matched in your Style MJF, 3.0X.050/.060. As I told you on the telephone, the other samples were very close and would suit our needs.

Look forward to hearing from you.

Very truly yours,

Sandra Lucchesi
Purchasing Agent

SL/hjk
cc: File (1)
enclosures (2)

IFC-02912