# EXHIBIT C

# Intermark Flock Corp.

Manufacturer of Upholstery, Apparel, Packaging and Industrial Flocked Products

Community Avenue
P.O. Box 319
Plainfield, Connecticut 06374
Telephone  (203) 564-2757
Fax  (203) 564-1714

Date: October 2, 1991

Microfibers, Inc.
1 Moshassuck Street
Pawtucket, RI   02860

Attn: Mr. Arnold Kaija

Dear Arnold:

As I am sure you are aware, consistency on Greige goods is critical in the market place today and Intermark Flock Corp. prides itself for producing a problem free product. Our products are used by many different customers, some wet printing and some transfer printing. Our policy has been not to use off grade fiber and also not to mix different suppliers' flock in the same run.

It is critical that you remain consistent in the 1.8 Denier, 3.0 Denier and 1.0 Denier flock you ship to us in the following areas:

    (A) First Quality Type #66 Nylon - no Type #6

    (B) Cut length

    (C) Dye index

Dye index is very critical for once transfer printer matches paper on your fiber, it must not change.

Our quality Control Department will spot check your shipments, but the responsibility must be on Microfibers to remain consistent with all shipments.

If you have any problems with the above, please contact either Wayne or myself so that we can discuss.

Very truly yours,

William Lucchesi
President

WL/hjk
cc: File (1)

IFC-02915

October 2, 1991

Microfibers, Inc.
1 Moshassuck Street
Pawtucket, R.I. 02860
Attn: Mr. Arnold Kaija

Dear Arnold,

As I'm sure you are aware, consistency on greige goods is critical in the market place today and Intermark Flock Corp. prides itself for producing a problem free product. Our products are used by many different customers some wet printing and some transfer printing. Our policy has been not to use off grade fiber and also not to mix different suppliers flock in the same run.

It is critical that you remain consistent in the 1.8 denier, 3.0 denier and 1.0 denier flock you ship to us in the following areas:

    (A) First Quality type #66 Nylon - no type #6
    (B) Cut length
    (C) dye index

Dye index is very critical for once transfer print matches paper on your fiber, it must not change.

Our quality control department will spot check your shipment but the responsibility must be on Microfibers to remain consistent with all shipments.

If you have any problems with the above please contact either Wayne or myself so we can discuss.

cc: W. Turcotte    S. Plantier
    S. Lucchesi
    R. LaPage

IFC-02916