# EXHIBIT D

# Intermark Flock Corp.

Manufacturer of Upholstery, Apparel, Packaging and Industrial Flocked Products

Community Avenue
P.O. Box 319
Plainfield, Connecticut 06374
Telephone (203) 564-2757
Fax (203) 564-1714

October 15, 1991

Microfibres
One Moshassuch Street
Pawtucket, RI 02860
Attn. Mr. Arnold Kaya

Dear Arnold:

Enclosed please find base adhesive, and a color sample for matching. Please match it in your style MJF, 3.0 x .050/.060. Color to be called Wine

If you have any questions, please do not hesitate to call.

Very truly yours,

Sandy
Intermark Corp
Purchasing

Enclosure

CC: File
BCC: W. Lucchesi

SL/blh

IFC-02919