# EXHIBIT E

# *Intermark Flock Corp.*

Manufacturer of Upholstery, Apparel, Packaging and Industrial Flocked Products

Community Avenue
P.O. Box 319
Plainfield, Connecticut 06374
Telephone (203) 564-2757
Fax (203) 564-1714

December 5, 1991

MICROFIBERS, INC.
1 Moshassuck Street
Pawtucket, RI  02860

ATTN:  MR. ARNOLD KAIJA

Dear Arnold:

Please find attached, a sample of Black fabric which we need matched. Looking for Jet Black color.

Rush-Rush.

Match on 3.0 x .050 tri-label

Need lab sample plus, price quote.

Sincerely,

William Lucchesi
President, Intermark Flock Corp.

CC:  S. Plantier
     S. Lucchesi
     W. Turcotte
     File (1)

IFC-02932