# TAB 1

# Plaintiff's Proposed Jury Voir Dire

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| INTERMARK FABRIC CORPORATION, ) | |
| Plaintiff, ) | Civil Action No. 3:02-CV-1267 (AVC) |
| v. ) | |
| MICROFIBRES, INC., ) | |
| Defendant. ) | |

**JURY QUESTIONNAIRE**

Please state your full name _____.

1. Some people make important decisions more from the head while others decide more from the heart. Which type of person are you?

2. What is the highest level of education you have obtained?

3. Describe your current occupation and employer, and any employment you have ever had in manufacturing.

4. Who is your favorite person in history?

5. Please explain any education, training or experience you or your close family have in fabric manufacturing, woven textiles, pigmentation, or upholstery.

6. What is your opinion of entrepreneurial people who promote and/or sell commercial products for a living?

7. Have you or any of your close friends or family ever invented anything, sought patent protection for any invention, or obtained a patent on any invention?

8. This case will involve technical evidence and testimony from expert witnesses related to patent law, science and accounting. Do you have any reason to believe that you cannot or would not want to follow testimony regarding technical and detailed points of mechanical engineering, accounting or other sciences?

9. Have you or any of your close friends or family ever founded or owned a business?

10. What is your opinion regarding the likelihood that the U.S. Patent Office would make a mistake in granting a patent?

11. Do you believe that sometimes companies use patents to stop their competition?

12. Do you believe patents help or harm innovation?

13. Have you ever been a party to a lawsuit? If so please describe the circumstances.

14. Do you believe that money damages, awards and lawsuits are excessive?

15. If you are selected as a jury member, at trial you will be hearing testimony from both the Plaintiffs and the Defendant. The Plaintiffs will present their case first, the Defendant will then present its case. Are you the type of person to listen to all the evidence from both sides prior to making a judgment?

16. During the trial you may be presented with evidence from both parties in the form of graphics, pictures and models. Are you the type of person that can distinguish the facts from these presentations?

17. Once you make up your mind, are you the type of person that can be talked out of your opinion?

18. Which newspaper and magazines do you read on a regular basis?

19. Do you feel an inventor should be entitled to patent protection for his or her work even if the inventor fails to follow the proper procedures for obtaining a patent?