# TAB 3

# Plaintiff's Exhibit List

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF CONNECTICUT

|  |  |
|---|---|
| _____ ) | |
| INTERMARK FABRIC CORPORATION, ) | |
| ) | |
| Plaintiff, ) | Civil Action No. 3:02-CV-1267 (AVC) |
| ) | |
| v. ) | |
| ) | |
| MICROFIBRES, INC., ) | |
| ) | |
| Defendant. ) | |
| _____ ) | |

## EXHIBIT LIST

Now comes the Plaintiff, Intermark Fabric Corporation ("Intermark") and submits this trial exhibit list.

| Trial Exhibit | Description | Objection | Basis for Objection | Deposition Exhibit (if applicable) | Received |
|---|---|---|---|---|---|
| 1. | Intermark Manufacturing Book Bates Nos. IFC-01438 – IFC-01746 | Relevance Cumulativeness | | | |
| 2. | Intermark Manufacturing Book Bates Nos. IFC -01135 – IFC -1437 | Relevance Cumulativeness | | | |
| 3. | Intermark Manufacturing Book Bates Nos. IFC-00828 – IFC-01134 | Relevance Cumulativeness | | | |
| 4. | Sample: UP 1.8 Frosty Rev; color Greige/Black; Lot #676063; 10/7/94-10/8/94 Bates Nos: IFC -00432- IFC -00433 | Relevance Cumulativeness | | | |

| | | | | | |
|---|---|---|---|---|---|
| 5. | Sample: Reflections; color: Greige/Black; Lot #: 676236; Date: 12-12-94; Bates No. IFC - 00434 | Relevance Cumulativeness | | | |
| 6. | Sample: 188 Frosty F/R Phse #1 Rev; Color: Greige/Camel; Lot #: 677196; Date: 5/6/95 Bates No. IFC - 00435 | Relevance Cumulativeness | | | |
| 7. | Sample: Dicey 188 Frosty Ph. I, Rev.; Color: Greige/Black; Lot #: 678492; Date: 12/30/95 Bates No. IFC - 00436 | Relevance Cumulativeness | | | |
| 8. | Sample: Dicey 1.88 Frosty, PH. I., Rev. Color: Greige/Camel Lot #: 679164 Date: 3/6/96 Bates No.: IFC - 00437 | Relevance Cumulativeness | | | |
| 9. | Sample: Dicey 188 Frosty Phse 1 Rev; Color: Greige/Black Lot #: 680037 Date: 6/13/96 Bates No. IFC - 00438- IFC -00439 | Relevance Cumulativeness | | | |
| 10. | Sample: Veloute Frosty Ph. II; Color: Greige/Black; Lot #: 680193; Date: 7/17/96 Bates No. IFC - 00440 | Relevance Cumulativeness | | | |

| 11. | Sample: Dicey Juillet Frosty Phase 1 Rev.; Color: Greige/Camel; Lot #: 680242; Date: 7/29/96; Bates No. IFC - 00441 | Relevance Cumulativeness | | | |
|---|---|---|---|---|---|
| 12. | Sample: Dicey Juillet Frosty, Ph. I., Rev.; Color: Greige/Camel; Lot #: 680657; Date: 9/23/96; Bates No. IFC - 00442 | Relevance Cumulativeness | | | |
| 13. | Sample: Dicey 188 Frosty Phase I Color: Greige/Black; Lot #: 680913; Date: 10/31/96; Bates No. IFC-00443 | Relevance Cumulativeness | | | |
| 14. | Sample: Dicey 188 Frosty, Phase I, Rev.; Color: Greige/Camel; Lot # 681346; Date: 1/14/97; Bates No. IFC-00444 | Relevance Cumulativeness | | | |
| 15. | Sample: Dicey 188 Frosty, Phase I, Rev.; Color: Greige/Black; Lot #: 681345; Date: 1/14/97; Bates No. IFC-00445 | Relevance Cumulativeness | | | |
| 16. | Sample: Bey 1.8 Frosty, Phase I, Rev.; Color: Greige/Black; Lot # 681073; Date: 3/11/97; Bates No. 00446 | Relevance Cumulativeness | | | |

| | | | | | |
|---|---|---|---|---|---|
| 17. | Sample: V3012 (Mod. Kent Frosty, Phase I); Color: Greige/Black; Lot # 682281; Date: 5/23/97; Bates No. IFC-00447 | Relevance Cumulativeness | | | |
| 18. | Sample: Dicey 188 Phase I Frosty; Color: greige/camel; Lot #: 682328; Date: 6/11/97; Bates No. IFC-00448 | Relevance Cumulativeness | | | |
| 19. | Sample: Dicey 188 Phase I; Color: Greige/Black; Lot #: 682327; Date: 6/12/97; Bates No. IFC-00449 | Relevance Cumulativeness | | | |
| 20. | Sample: 188 Frosty, Phase I, Rev.; Color: Greige/Camel; Lot #: 682676; Date: 8/5/97; Bates No. IFC-00450 | Relevance Cumulativeness | | | |
| 21. | Sample: Style 188 Phase I, Frosty, Rev.; Color: Greige/Black; Lot #: 682675; Date: 8/6/97; Bates No. IFC-00451 | Relevance Cumulativeness | | | |
| 22. | Sample: Dicey 188 Frosty Phase I; Color: Greige/Black; Lot #: 682868; Date: 8/30/97; Bates NO. IFC-00452-IFC-00453 | Relevance Cumulativeness | | | |
| 23. | Sample: Juillet Frosty Phase I Dicey Special; Lot # 682735; Date: 9/2/97; Bates No. IFC-00454 | Relevance Cumulativeness | | | |

| 24. | Sample: V-3026; Color: Greige/Camel; Lot #683381; Date: 10/30/97; Bates No. IFC-00455-IFC-00456 | Relevance Cumulativeness | | | |
| 25. | Sample: Frosty Clay STD; Bates No. IFC-00457 – IFC-00460 | Relevance Cumulativeness | | | |
| 26. | Sample: Frosty-Brown #870 STD; Bates Nos. IFC-00461 – IFC-00463 | Relevance Cumulativeness | | | |
| 27. | Sample: Frosty/Hobnail Wedgewood STD; Bates Nos. IFC-00464 – IFC-00467 | Relevance Cumulativeness | | | |
| 28. | Sample: Frosty/Heather; Wedgewood; Bates Nos. IFC-00468 – IFC-00470 | Relevance Cumulativeness | | | |
| 29. | Sample: Frosty Fawn STD.; Bates Nos. IFC-00471 – IFC-00474 | Relevance Cumulativeness | | | |
| 30. | Sample: Frosty Mushroom STD; Bates Nos. IFC-00475 – IFC-00478 | Relevance Cumulativeness | | | |
| 31. | Sample: Frosty Oyster STD; Bates Nos. IFC-00479 – IFC-00482 | Relevance Cumulativeness | | | |
| 32. | Sample: Frosty Silver/Grey STD; Bates No. IFC-00483 – IFC-00485 | Relevance Cumulativeness | | | |
| 33. | Sample: Frosty Wedgewood STD; Bates Nos. IFC-00486 – IFC-00491 | Relevance Cumulativeness | | | |
| 34. | Sample: Frosty Jade STD; Bates Nos. | Relevance Cumulativeness | | | |

|  | IFC-00492 – IFC-00498 | | | | |
|---|---|---|---|---|---|
| 35. | Sample: Frosty/Apparel Silver #20 STD; Bates Nos. IFC-00499 – IFC-00501 | Relevance Cumulativeness | | | |
| 36. | Sample: Frosty/Espresso STD; Bates Nos. IFC-00502 – IFC-00507 | Relevance Cumulativeness | | | |
| 37. | Sample: Frosty/Dash Wedgewood STD; Bates Nos. IFC-00508 – IFC-00511 | Relevance Cumulativeness | | | |
| 38. | Sample: Frosty/Cord Apparel Silver #20 STD; Bates Nos. IFC-00512 – IFC-00514 | Relevance Cumulativeness | | | |
| 39. | Sample: Flash Yellow #23 STD; Bates Nos. IFC-00515 – IFC-00520 | Relevance Cumulativeness | | | |
| 40. | Sample: Flash/Cord Green #22 STD; Bates Nos. IFC-00521 – IFC-00523 | Relevance Cumulativeness | | | |
| 41. | Flash/Cord Pink #25 STD; Bates Nos. IFC-00524 – IFC-00526 | Relevance Cumulativeness | | Ex. 7 to Perry Depo. | |
| 42. | Sample: Flash/Cord Yellow #23 STD; IFC-00527 – IFC-00529 | Relevance Cumulativeness | | | |
| 43. | Sample: Flash/Cord Orange #20 STD; Bates Nos. IFC-00530 – IFC-00537 | Relevance Cumulativeness | | | |
| 44. | Sample: Flash Eval 1435; Color: Majenta 421; Lot #: 20045; Date: 3/22/90; Bates Nos. | Relevance Cumulativeness | | | |

| | IFC-00538 – IFC-00546 | | | | |
|---|---|---|---|---|---|
| 45. | Sample: Flash; Color: Blue 1113; Lot #: 20047; Date Initiated: 3/21/90; Bates Nos. IFC-00547 – IFC-00555 | Relevance Cumulativeness | | | |
| 46. | Sample: Flash/Cord Ev. 1438; Color: Blue 1113; Lot #: 20048; Date Initiated: 3/21/90; Bates Nos. IFC-00556 – IFC-00564 | Relevance Cumulativeness | | | |
| 47. | Sample: Flash/Cord Blue 1113 STD.; IFC-00565 – IFC-00567 | Relevance Cumulativeness | | | |
| 48. | Sample: Flash/Cord Majenta 421 STD; Bates Nos. IFC-00568 – IFC-00570 | Relevance Cumulativeness | | | |
| 49. | Sample: Flash/Cord Apparel Yellow #23; Bates Nos. IFC-00571 – IFC-00573 | Relevance Cumulativeness | | | |
| 50. | Sample: Flash/Cord Apparel Tangerine STD; Bates Nos. IFC-00574 – IFC-00576 | Relevance Cumulativeness | | | |
| 51. | Sample: Flash/Cord Apparel Pink #25 STD; Bates Nos. IFC-00577 – IFC-00579 | Relevance Cumulativeness | | | |
| 52. | Sample: Flash/Cord Apparel Green #22 STD.; Bates Nos. IFC-00580 – IFC-00582 | Relevance Cumulativeness | | | |
| 53. | Sample: Flash/Apparel Yellow #23 STD.; Bates Nos. IFC- | Relevance Cumulativeness | | | |

| | | | | | |
|---|---|---|---|---|---|
| | 00583 – IFC-00585 | | | | |
| 54. | Sample: Flash/Apparel Tangerine STD.; Bates Nos. IFC-00586 – IFC-00588 | Relevance Cumulativeness | | | |
| 55. | Flash Apparel Pink STD; Bates Nos. IFC-00589 – IFC-00592 | Relevance Cumulativeness | | Ex. 8 to Perry Depo. | |
| 56. | Sample: Flash/Apparel Green #22 STD.; Bates Nos. IFC-00593 – IFC-00595 | Relevance Cumulativeness | | | |
| 57. | Sample: Flash/Cord Tangerine STD.; Bates Nos. IFC-00596 – 00599 | Relevance Cumulativeness | | | |
| 58. | Sample: Frosty Wedgewood Lot No. 67363; Bates Nos. IFC-00604 – IFC-00609 | Relevance Cumulativeness | | Ex. 5 to Perry Depo. | |
| 59. | Sample: Cosmos Wedgewood; Bates Nos. IFC-00613 – IFC-00614 | Relevance Cumulativeness | | | |
| 60. | Sample: Cosmos Clay STD; Bates Nos. IFC-00615 – IFC-00617 | Relevance Cumulativeness | | | |
| 61. | Sample: Galaxy Brown STD.; IFC-00618 – IFC-00620 | Relevance Cumulativeness | | | |
| 62. | Sample: Cosmos Brown STD; Bates Nos. IFC-00621 – IFC-00623 | Relevance Cumulativeness | | | |
| 63. | Sample: Cosmos Espresso STD; Bates Nos. IFC-00624 – IFC-00626 | Relevance Cumulativeness | | | |
| 64. | Sample: Galaxy Espresso; Bates Nos. IFC-00627 – IFC- | Relevance Cumulativeness | | | |

| | 00628 | | | | |
|---|---|---|---|---|---|
| 65. | Sample: Space Frosty Jade #1 STD; Bates Nos. IFC-00629 – IFC-00632 | Relevance Cumulativeness | | | |
| 66. | Sample: Galaxy Mushroom #16 STD; Bates Nos. IFC-00633 – IFC-00635 | Relevance Cumulativeness | | | |
| 67. | Sample: Cosmos Brandy #12 STD; Bates Nos. IFC-00636 – IFC-00638 | Relevance Cumulativeness | | | |
| 68. | Sample: Cosmos Jade #1 STD; Bates Nos. IFC-00639 – IFC-00641 | Relevance Cumulativeness | | | |
| 69. | Sample: Galaxy Brandy #12 STD; IFC-00642 – IFC-00644 | Relevance Cumulativeness | | | |
| 70. | Sample: Galaxy Jade #1 STD; Bates Nos. IFC-00645 – IFC-00647 | Relevance Cumulativeness | | | |
| 71. | Sample: Space Frosty Mushroom #16; Bates Nos. IFC-00648 – IFC-00651 | Relevance Cumulativeness | | | |
| 72. | Sample: Space Frosty Brandy #12; Bates Nos. IFC-00652 – IFC-00654 | Relevance Cumulativeness | | | |
| 73. | Sample: Cosmos Mushroom #16; Bates Nos. IFC-00655 – IFC-00657 | Relevance Cumulativeness | | | |
| 74. | Sample: Space Frosty Fawn #13 STD; Bates Nos. IFC-00658 – IFC-00661 | Relevance Cumulativeness | | | |
| 75. | Sample: Cosmos Silver #20 STD; Bates Nos. IFC-00662 – IFC-00664 | Relevance Cumulativeness | | Ex. 6 to Perry Depo. | |

| | | | | | |
|---|---|---|---|---|---|
| 76. | Sample: Galaxy Fawn #13 STD; Bates Nos. IFC-00665 – IFC-00667 | Relevance Cumulativeness | | | |
| 77. | Sample: Cosmos Oyster #19; Bates Nos. IFC-00668 – IFC-00669 | Relevance Cumulativeness | | | |
| 78. | Sample: Galaxy Oyster #19 STD; Bates Nos. IFC-00670 – IFC-00672 | Relevance Cumulativeness | | | |
| 79. | Sample: Galaxy Silver #20 STD; Bates Nos. IFC-00673 – IFC-00675 | Relevance Cumulativeness | | | |
| 80. | Sample: Space Frosty Oyster #19; Bates Nos. IFC-00676 – IFC-00679 | Relevance Cumulativeness | | | |
| 81. | Sample: Cosmos Fawn #13; Bates Nos. IFC-00680 – IFC-00682 | Relevance Cumulativeness | | | |
| 82. | Sample: Galaxy Wedgewood; Bates Nos. IFC-00683 – IFC-00684 | Relevance Cumulativeness | | | |
| 83. | Sample: Neptune Wedgewood; Bates No. IFC-00686 | Relevance Cumulativeness | | | |
| 84. | Sample: Frosty/Cord Apparel Silver #20; Date Initiated: 3/13/90; Bates Nos. IFC-00687 – IFC-00708 | Relevance Cumulativeness | | | |
| 85. | Sample: Galaxy FR Jade STD; Bates Nos. IFC-00709 – IFC-00712 | Relevance Cumulativeness | | | |
| 86. | Sample: Galaxy FR Brandy STD; Bates Nos. IFC-00713 – | Relevance Cumulativeness | | | |

| | IFC-00716 | | | | |
|---|---|---|---|---|---|
| 87. | Sample: Galaxy FR Wedgewood STD; Bates Nos. IFC-00717 – IFC-00720 | Relevance Cumulativeness | | | |
| 88. | Sample: 1.8 Frosty Erect Black; Date Initiated: 9/28/90; Bates Nos. IFC-00721 – IFC-00729 | Relevance Cumulativeness | | | |
| 89. | Sample: 1550 Frosty White/Black; Date Initiated: 6/20/92; Bates Nos. IFC-00730 – IFC-00746 | Relevance Cumulativeness | | | |
| 90. | Sample: 1560/30 Frosty White/Black; Date Initiated: 6/20/92; Bates Nos. IFC-00747 – IFC-00765 | Relevance Cumulativeness | | | |
| 91. | Sample: Juillet Phase I Frosty Rev; Color Greige/Brown; Date Initiated: 10/2/95; Bates Nos. IFC-00766 – IFC-00783 | Relevance Cumulativeness | | | |
| 92. | Sample: Juillet Ph.I Frosty Rev.; Color: Greige/New Burgundy; Date Initiated: 10/2/95; Bates Nos. IFC-00784 – IFC-00802 | Relevance Cumulativeness | | | |
| 93. | Physical Inventory Bates Nos. IFC-03571 – IFC-03603 | | | | |
| 94. | Handtyped Invoices Nov. 1987 Bates Nos. IFC-03604 – IFC-03623 | Relevance Cumulativeness | | | |
| 95. | November 1988 Invoices Bates Nos. IFC-03624 – IFC-03794 | Relevance Cumulativeness | | | |
| 96. | November 1987 | Relevance | | | |

| | | | | | |
|---|---|---|---|---|---|
| | Invoices Bates Nos. IFC-03795 - IFC-03978 | Cumulativeness | | | |
| 97. | December 1988 Invoices Bates Nos. IFC-03978 – IFC-04139 | Relevance Cumulativeness | | | |
| 98. | January 1989 Invoices; Bates Nos. IFC-04320 – IFC-04484 | Relevance Cumulativeness | | | |
| 99. | February 1989 Invoices; Bates Nos. IFC-04485 – IFC-04647 | Relevance Cumulativeness | | | |
| 100. | April 1989 Invoices; Bates Nos. IFC-04648 – IFC-04803 | Relevance Cumulativeness | | | |
| 101. | May 1989 Invoices; Bates Nos. IFC-04804 – IFC-04953 | Relevance Cumulativeness | | | |
| 102. | June 1989 Invoices; Bates Nos. IFC-04954 – IFC-05116 | Relevance Cumulativeness | | | |
| 103. | July 1989 Invoices; Bates Nos. IFC-056117 – IFC-05264 | Relevance Cumulativeness | | | |
| 104. | August 1989 Invoices; Bates Nos. IFC-05265 – IFC-05456 | Relevance Cumulativeness | | | |
| 105. | September 1989 Invoices; Bates Nos. IFC-05457 – IFC-05604 | Relevance Cumulativeness | | | |
| 106. | October 1989 Invoices; Bates Nos. IFC-05605 – IFC-06790 | Relevance Cumulativeness | | | |
| 107. | July 1990 – September 1990 Invoices; Bates Nos. IFC-06791 – IFC-07293 | Relevance Cumulativeness | | | |

| | | | | | |
|---|---|---|---|---|---|
| 108. | July 1991 – September 1991 Invoices; Bates Nos. IFC-07294 – IFC-07795 | Relevance Cumulativeness | | | |
| 109. | October – November 1990 Invoices; Bates Nos. IFC-07796 – IFC-08171 | Relevance Cumulativeness | | | |
| 110. | December 1990 – January 1991 Invoices; Bates Nos. IFC-08172 – IFC-08533 | Relevance Cumulativeness | | | |
| 111. | October 1991 – December 1991 Invoices; Bates Nos. IFC-08534 – IFC-09110 | Relevance Cumulativeness | | | |
| 112. | Monthly sales reports 7/31/00 – 5/25/04; Bates Nos. IFC-09111 – IFC-09305 | | | | |
| 113. | Fax from Rachel Fortin of Intermark to Ed Sievers at Claremont Flock Corporation dated 3/18/02 UP Production Description; Bates Nos. IFC-09306 – IFC-09317 | | | | |
| 114. | January 1992 Invoices; Bates Nos. IFC-09318 – IFC-10407 | Relevance Cumulativeness | | | |
| 115. | Numerical Invoices 6/16/92 – 12/31/92; Bates Nos. IFC-10408 – IFC-11745 | Relevance Cumulativeness | | | |
| 116. | Invoices from 1/4/93 – 9/16/93; Bates Nos. IFC-11746 – IFC-13389 | Relevance Cumulativeness | | | |

| 117. | Daily Invoice Copies 9/17/93 – 4/25/94; Bates Nos. IFC-13390 – IFC-15219 | Relevance Cumulativeness | | | |
|---|---|---|---|---|---|
| 118. | Invoices 4/20/94 – 9/30/94; Bates Nos. IFC-15220 – IFC-16706 | Relevance Cumulativeness | | | |
| 119. | Numerical Invoices 10/3/94 – 2/27/95; Bates Nos. IFC-16707 – IFC-18241 | Relevance Cumulativeness | | | |
| 120. | Invoices 2/28/95-8/23/95; Bates Nos. IFC-18242 – IFC-19683 | Relevance Cumulativeness | | | |
| 121. | Invoices 8/24/95 – 12/20/95; Bates Nos. IFC-19684 – IFC-20668 | Relevance Cumulativeness | | | |
| 122. | Invoices 12/21/95 – 5/15/96; Bates Nos. IFC-20669 – IFC-21761 | Relevance Cumulativeness | | | |
| 123. | Invoices 5/16/96 – 12/17/96; Bates Nos. IFC-231762 – IFC-22991 | Relevance Cumulativeness | | | |
| 124. | Invoices 12/18/96 – 2/28/97; Bates Nos. IFC-22992 – IFC-23436 | Relevance Cumulativeness | | | |
| 125. | Invoices 3/1/97 – 8/28/97; Bates Nos. FIC-23437 – IFC-24449 | Relevance Cumulativeness | | | |
| 126. | Invoices 8/29/97 – 2/3/98; Bates Nos. IFC-24450 – IFC-25362 | Relevance Cumulativeness | | | |
| 127. | Invoices 2/3/98 – 5/11/98; Bates Nos. IFC-25363 – IFC-25964 | Relevance Cumulativeness | | | |

| | | | | | |
|---|---|---|---|---|---|
| 128. | Invoices 5/12/98 – 9/25/98; Bates Nos. FIC-25965 – IFC-26584 | Relevance Cumulativeness | | | |
| 129. | Invoices 9/28/98 – 2/28/99; Bates Nos. IFC-26585 – IFC-27279 | Relevance Cumulativeness | | | |
| 130. | Invoices 3/1/99 – 9/26/99; Bates Nos. IFC-27280 – IFC-28127 | Relevance Cumulativeness | | | |
| 131. | Invoices 9/27/99 – 3/13/00; Bates Nos. IFC-28128 – IFC-28832 | Relevance Cumulativeness | | | |
| 132. | Invoices (Intermark System) 3/13/00 – 7/29/00; Bates Nos. IFC-28833 – IFC-29338 | Relevance Cumulativeness | | | |
| 133. | Invoices (Manufact. System) 7/31/00 – 9/24/00; Bates Nos. IFC-29339 – IFC-29590 | Relevance Cumulativeness | | | |
| 134. | Invoices 9/25/00 – 2/26/01; Bates Nos. IFC-29591 – IFC-30109 | Relevance Cumulativeness | | | |
| 135. | Invoices 2/27/01 – 9/30/01; Bates Nos. IFC-30110 – IFC-30939 | Relevance Cumulativeness | | | |
| 136. | Invoices 1/1/02 – 12/31/02; Bates Nos. IFC-30940 – IFC-31878 | Relevance Cumulativeness | | | |
| 137. | Sales Analysis JE #2 Backup Beg. 11/95 – 9/96; Bates Nos. IFC-31879 – IFC-32860 | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 138. | Sales Analysis 10/96 – 9/97; Bates Nos. IFC-32861 – IFC-33993 | | | | |
| 139. | Sales Analysis 10/97 – 9/98; Bates Nos. IFC-33994 – IFC-35030 | | | | |
| 140. | Sales Analysis 10/98 – 9/99; Bates Nos. IFC-35031 – IFC-35909 | | | | |
| 141. | Sales Analysis 1/00 – 9/00; Bates Nos. IFC-35910 – IFC-36738 | | | | |
| 142. | Sales Analysis 10/00; Bates Nos. IFC-36739 – IFC-36995 | | | | |
| 143. | 8/14/91 letter to Kaijua from Lucchesi IFC-02908 – IFC-02911 | Relevance Cumulativeness Hearsay | | | |
| 144. | 9/4/91 letter to Kaija from Lucchesi IFC-02912 | Relevance Cumulativeness Hearsay | | | |
| 145. | 9/12/91 letter from Kaija to Lucchesi IFC-02913 – IFC-02914 | Relevance Cumulativeness Hearsay | | | |
| 146. | 10/2/91 letter from Lucchesi to Kaija IFC-02915 – IFC-02916 | Relevance Cumulativeness Hearsay | | | |
| 147. | Letter from Sandra Lucchesi of Intermark Flock Corp. to Arnold Kaya IFC-02917 – IFC-02918 | Relevance Cumulativeness Hearsay | | | |
| 148. | 10/15/91 letter from S. Lucchesi to Kaya IFC-02919 | Relevance Cumulativeness Hearsay | | | |

| | | | | | |
|---|---|---|---|---|---|
| 149. | 10/23/91 letter from W. Lucchesi to Kaija IFC-02920 – IFC-02921 | Relevance Cumulativeness Hearsay | | | |
| 150. | Several Material Safety Data Sheets from the US Department of Labor IFC-02922 – IFC-02929 | Relevance Cumulativeness Hearsay | | | |
| 151. | 10/24/91 letter from S. Lucchesi to Angela at Microfibres IFC-02930 | Relevance Cumulativeness Hearsay | | | |
| 152. | 10/31/91 letter from Kaija to W. Lucchesi IFC-02931 | Relevance Cumulativeness Hearsay | | | |
| 153. | 12/5/91 letter from W. Lucchesi to Kaija IFC-02932 | Relevance Cumulativeness Hearsay | | | |
| 154. | 12/12/91 letter from Kaija to W. Lucchesi IFC-02933 – IFC-02934 | Relevance Cumulativeness Hearsay | | | |
| 155. | 12/16/91 letter from W. Lucchesi to Kaija IFC-02935 | Relevance Cumulativeness Hearsay | | | |
| 156. | 1/20/92 several letters from W. Lucchesi to Kaija IFC-02936 – IFC-02941 | Relevance Cumulativeness Hearsay | | | |
| 157. | 1/21/92 letter from W. Lucchesi to Kaija IFC-02942 | Relevance Cumulativeness Hearsay | | | |
| 158. | 2/24/92 letter from S. Lucchesi to Ken Brown at Microfibres IFC-02943 – IFC-02944 | Relevance Cumulativeness Hearsay | | | |
| 159. | 1992 Micro 3.0 schedule IFC-02945 | Relevance Cumulativeness Hearsay | | | |

| | | | | | |
|---|---|---|---|---|---|
| 160. | 3/4/92 Fax to S. Lucchesi from Kaija-goods return authorization IFC-02946 – IFC-02949 | Relevance Cumulativeness Hearsay | | | |
| 161. | 5/28/92 fax from Kaija to W. Lucchesi regarding returns IFC-02950 – IFC-02952 | Relevance Cumulativeness Hearsay | | | |
| 162. | 9/25/92 fax to Kaija from W. Lucchesi forwarding report IFC-02953 – IFC-02955 | Relevance Cumulativeness Hearsay | | | |
| 163. | 10/16/92 fax from Angela at Microfibres to S. Lucchesi IFC-02956 | Relevance Cumulativeness Hearsay | | | |
| 164. | 12/3/92 fax to W. Lucchesi from Kaija re: program status IFC-02957 – IFC-02958 | Relevance Cumulativeness Hearsay | | | |
| 165. | 2/10/93 letter to Judy A. Rabkin at Levitt, Rockwood & Sanders from James R. Fulks at Microfibres IFC-02959 | Relevance Cumulativeness Hearsay | | | |
| 166. | 3/5/93 fax to William Noble from Ray Rzepecki at Microfibres re: Ozone Depleting Substances IFC-02960-IFC-02963 | Relevance Cumulativeness Hearsay | | | |
| 167. | 8/18/93 letter to Arnold Kaija from William Lucchesi IFC-02964-IFC-02968 | Relevance Cumulativeness Hearsay | | | |

| | | | | | |
|---|---|---|---|---|---|
| 168. | 8/20/93 letter to Bill Lucchesi from Arnold Kaija re: Flock Programs IFC-02969-IFC-02970 | Relevance Cumulativeness Hearsay | | | |
| 169. | 8/30/93 letter to Bill Lucchesi from Arnold Kaija re: New Orders IFC-02971-IFC-02974 | Relevance Cumulativeness Hearsay | | | |
| 170. | 10/11/93 letter to Arnold Kaija from Wayne Turcotte IFC-02975 | Relevance Cumulativeness Hearsay | | | |
| 171. | 12/22/93 fax to Bill Lucchesi from Arnold Kaija IFC-02976-IFC-02978 | Relevance Cumulativeness Hearsay | | | |
| 172. | 3/9/94 letter to Larry Rose from Arnold Kaija re: Trial Materials – Natural Fiber IFC-02979 | Relevance Cumulativeness Hearsay | | | |
| 173. | 3/11/94 fax to Arnold Kaija from Bill Lucchesi IFC-02980 | Relevance Cumulativeness Hearsay | | | |
| 174. | 3/11/94 letter to Bill Lucchesi from Arnold Kaija re: Recent Shipment – Natural Fiber IFC-02982 | Relevance Cumulativeness Hearsay | | | |
| 175. | 3/29/94 fax to Arnold Kaija from Bill Lucchesi IFC-02983 | Relevance Cumulativeness Hearsay | | | |
| 176. | 3/29/94 letter to Arnold Kaija from William Lucchesi IFC-02984 | Relevance Cumulativeness Hearsay | | | |

| | | | | | |
|---|---|---|---|---|---|
| 177. | 4/18/94 fax to Arnold Kaija from Bill Lucchesi IFC-02985 | Relevance Cumulativeness Hearsay | | | |
| 178. | 4/25/94 fax to Arnold Kaija from Bill Lucchesi IFC-02986-IFC-02989 | Relevance Cumulativeness Hearsay | | | |
| 179. | 5/19/94 letter to Arnold Kaija from William Lucchesi IFC-02990 - IFC-02991 | Relevance Cumulativeness Hearsay | | | |
| 180. | 5/19/94 letter to Arnold Kaija from Joanne Meyer re: Payment IFC-02992 | Relevance Cumulativeness Hearsay | | | |
| 181. | 5/20/94 letter to Arnold Kaija from William Lucchesi IFC-02993-IFC-02994 | Relevance Cumulativeness Hearsay | | | |
| 182. | 5/27/94 letter to Arnold Kaija from William Lucchesi IFC-02995-IFC-02997 | Relevance Cumulativeness Hearsay | | | |
| 183. | 6/1/94 letter to William Lucchesi from Karl Metz at Microfibres IFC-02998-IFC-02999 | Relevance Cumulativeness Hearsay | | | |
| 184. | 6/14/94 letter to Arnold Kaija from William Lucchesi IFC-03000-IFC-03001 | Relevance Cumulativeness Hearsay | | | |
| 185. | 6/16/94 letter from Arnold Kaija to Bill Lucchesi enclosing test specimens IFC-03002-IFC-03004 | Relevance Cumulativeness Hearsay | | | |

| 186. | 6/16/94 letter to Bill Lucchesi from Arnold Kaija re: Fiber/Greige Analysis IFC-03005-IFC-03011 | Relevance Cumulativeness Hearsay | | |
|---|---|---|---|---|
| 187. | 6/22/94 fax to Arnold Kaija from William Lucchesi IFC-03012 | Relevance Cumulativeness Hearsay | | |
| 188. | 6/22/94 letter to William Lucchesi from Karl Metz at Microfibres IFC-03013-IFC-03014 | Relevance Cumulativeness Hearsay | | |
| 189. | 6/30/94 letter to Karl Metz from William Lucchesi IFC-03015-IFC-03017 | Relevance Cumulativeness Hearsay | | |
| 190. | 8/5/94 letter to Karl Metz from William Lucchesi IFC-03018 | Relevance Cumulativeness Hearsay | | |
| 191. | 8/10/94 letter to Bill Lucchesi from Arnold Kaija re: Fiber Program IFC-03019 | Relevance Cumulativeness Hearsay | | |
| 192. | 8/10/94 letter to Bill Lucchesi from Arnold Kaija re: Fiber Program IFC-03020 | Relevance Cumulativeness Hearsay | | |
| 193. | 8/29/94 letter to Louise at Microfibres from Joanne Meyer at Intermark IFC-03021 | Relevance Cumulativeness Hearsay | | |

| | | | | | |
|---|---|---|---|---|---|
| 194. | 9/22/94 letter to Louise at Microfibres from Joanne Meyer at Intermark IFC-03022-IFC-03023 | Relevance Cumulativeness Hearsay | | | |
| 195. | 10/6/94 fax to Arnold Kaija from Bill Lucchesi IFC-03024-IFC-03026 | Relevance Cumulativeness Hearsay | | | |
| 196. | 10/21/94 fax to Arnold Kaija from Bill Lucchesi IFC-03027-IFC-03028 | Relevance Cumulativeness Hearsay | | | |
| 197. | 11/15/94 letter to Carl Metz from William Lucchesi IFC-03029-IFC-03030 | Relevance Cumulativeness Hearsay | | | |
| 198. | 12/14/94 letter to William Lucchesi from Karl Metz IFC-03031 | Relevance Cumulativeness Hearsay | | | |
| 199. | 2/8/96 fax to Jean Piene Sergenut at Microfibres from William Lucchesi IFC-03032-IFC-03033 | Relevance Cumulativeness Hearsay | | | |
| 200. | 5/17/96 fax to Jean Piere at Microfibres from Bill Lucchesi IFC-03034-IFC-03035 | Relevance Cumulativeness Hearsay | | | |
| 201. | 2/3/99 letter to Dave Morrision at Microfibres from William Lucchesi IFC-03036-IFC-03037 | Relevance Cumulativeness Hearsay | | | |

| | | | | | |
|---|---|---|---|---|---|
| 202. | 4/25/01 letter to Dave Morrison at Microfibres from William Lucchesi IFC-03038-IFC-03042 | Relevance Cumulativeness Hearsay | | | |
| 203. | 1/15/93 letter to James McCulloch at Microfibres from Judy Rabkin at Levett, Rockwood & Sanders IFC-03043-IFC-03044 | Relevance Cumulativeness Hearsay | | | |
| 204. | 1/10/95 letter to Pierre Desroches from Wayne Turcotte IFC-03045-IFC-03046 | Relevance Cumulativeness Hearsay | | | |
| 205. | Inter Office Memo to Bill from Sandy IFC-03047 | Relevance Cumulativeness Hearsay | | | |
| 206. | 5/8/89 titled Microfibers IFC-03048-IFC-03049 | Relevance Cumulativeness Hearsay | | | |
| 207. | 6/20/91 fax to Bill Lucchesi from Marc J. Fisher IFC-03050-IFC-03052 | Relevance Cumulativeness Hearsay | | | |
| 208. | 8/12/91 titled Microfibers IFC-03053 | Relevance Cumulativeness Hearsay | | | |
| 209. | 10/29/91 Inter Office Memo to Sandy Lucchesi from Bill Lucchesi re: Microfibres/Vertipile IFC-03054 | Relevance Cumulativeness Hearsay | | | |
| 210. | 12/6/91 titled Microfibers IFC-03055 | Relevance Cumulativeness Hearsay | | | |

| | | | | | |
|---|---|---|---|---|---|
| 211. | 12/10/91 Inter Office Memo to Jake Babcock from Bill Lucchesi re: New Cost Sheet IFC-03056 | Relevance Cumulativeness Hearsay | | | |
| 212. | 1/6/92 Inter Office Memo to Sandy Lucchesi from Bill Lucchesi IFC-03057 | Relevance Cumulativeness Hearsay | | | |
| 213. | 1/20/92 Inter Office Memo to Jake Babcock, Pat Bearden from Bill Lucchesi re: Microfibers IFC-03058 | Relevance Cumulativeness Hearsay | | | |
| 214. | 5/5/92 Inter Office Memo to Sherry Plantier, Sandy Lucchesi from Bill Lucchesi re: Center #4500 Red – Lot #590318 IFC-03059 | Relevance Cumulativeness Hearsay | | | |
| 215. | 10/26/92 memo to Sherry Plantier, Larry Rose, Jan Slonski, Sandy Lucchesi from Bill Lucchesi IFC-03060 | Relevance Cumulativeness Hearsay | | | |
| 216. | 2/17/93 memo to Sandy Lucchesi from Bill Lucchesi IFC-03061 | Relevance Cumulativeness Hearsay | | | |
| 217. | 12/3/92 fax to Bill Lucchesi from Arnold Kaija re: Program Status IFC-03062 | Relevance Cumulativeness Hearsay | | | |