| | | | | |
|---|---|---|---|---|
| 218. | 3/20/93 letter to Sherry Plantier, Sandy Lucchesi from Bill Lucchesi IFC-03063 | Relevance Cumulativeness Hearsay | | |
| 219. | 5/10/93 memo to Larry, Jan, Al, Wayne, Sandy, Rachel, Sherry from Bill Lucchesi IFC-03064 | Relevance Cumulativeness Hearsay | | |
| 220. | 6/16/94 titled Micro Flock IFC-03065 | Relevance Cumulativeness Hearsay | | |
| 221. | 6/28/93 memo to Pat, Dick from Bill Lucchesi IFC-03066 | Relevance Cumulativeness Hearsay | | |
| 222. | 8/25/94 Inter Office Memo to Pat, Joanne, Dick, Sandy, Joanne, Cindy from Bill Lucchesi IFC-03067 | Relevance Cumulativeness Hearsay | | |
| 223. | 8/31/94 Inter Office Memo to Pat, Dick, Joanne, Sandy from Bill Lucchesi IFC-03068 | Relevance Cumulativeness Hearsay | | |
| 224. | 9/21/94 Debit/Credit Memo to Microfibers from Intermark IFC-03069 | Relevance Cumulativeness Hearsay | | |
| 225. | 10/20/94 Inter Office Memo to Pat, Joanne, Dick from Bill Lucchesi re: fax to Arnold Kaija from Bill Lucchesi IFC-03070-IFC-03071 | Relevance Cumulativeness Hearsay | | |

| | | | | |
|---|---|---|---|---|
| 226. | 8/2/00 Inter Office Memo to Wayne Turcotte from Bill Lucchesi IFC-03072 | Relevance Cumulativeness Hearsay | | |
| 227. | Shipping/Receiving Records from 5/13/91 – 6/29/00 IFC-03073-IFC-03567 | Relevance Cumulativeness Hearsay | | |
| 228. | Standard Sprinker System claim documents IFC-03568-IFC-03570 | Relevance Cumulativeness Hearsay | | |
| 229. | 1/26/01 LETTER FROM JAMES FULKS TO WAYNE TURCOTTE IFC-00001 | | | |
| 230. | 6/24/02 LETTER FROM GRIMM TO LUCCHESI IFC-00003 | | | |
| 231. | 10/16/00 LETTER FROM JAMES FULKS TO ROBERT CULP AT CULP, INC. IFC-00004 | | | |
| 232. | Boston Globe Article on Malden Mills | | | |
| 233. | Publication entitled "Design with Flock in Mind" | | | |
| 234. | Memo from Hemendra Shah to Don Whitaker Dated 10/10/91 | | Ex. 54 to Shah Depo. | |
| 235. | Letter From Boyd Madren to Hemendra Shah Dated 1/24/92 | | Ex. 55 to Shah Depo. | |

| | | | | | |
|---|---|---|---|---|---|
| 236. | Memo from Hemendra Shah to Boyd Madren Dated 1/13/92 | | | Ex. 56 to Shah Depo. | |
| 237. | Vertiple's Experimental Production Run sheet | | | Ex. 57 to Shah Depo. | |
| 238. | Memo from Hemendra Shah to CFS Dated 11/10/86 | | | Ex. 58 to Shah Depo. | |
| 239. | Memo from Leathertex to Spectro Coating, U.S.A. dated 7/11/91 | | | Ex. 59 to Shah Depo. | |
| 240. | Original sample retained by counsel | | | Ex. 60 to Shah Depo. | |
| 241. | Original flock sample retained by counsel Original sample retained by counsel (green pigmented adhesive) | | | Ex. 61 and 61A to Shah Depo. | |
| 242. | Vertipile, Inc. Annual Report 1982 | | | Ex. 62 to Shah Depo. | |
| 243. | Original flock sample retained by counsel (black adhesive) | | | Ex. 63 to Shah Depo. | |
| 244. | "Questions and Answers about Sublistatic" manual | | | Ex. 64 to Shah Depo. | |
| 245. | Declaration of Charles Bunch | | | Ex. 2 to Bunch Depo. | |
| 246. | Letter from Hemendra dated 10/10/91 | | | Ex. 30 to Madren Depo. | |
| 247. | Memo from Boyd Madren to Hemendra Shah dated December 6, 1991 | | | Ex. 3 to Madren Depo. | |

| | | | | | |
|---|---|---|---|---|---|
| 248. | Letter from Boyd Madren to Hemendra Shah dated January 24, 1992 | | | Ex. 32 to Madren Depo. | |
| 249. | Vendor Communication to Boyd Madren Dated 12/9/91 | | | Ex. 33 to Madren Depo. | |
| 250. | Test Request Dated 12/17/91 | | | Ex. 34 to Madren Depo. | |
| 251. | Sample from lab 1908 that underwent in-house exposure test | | | Ex. 35 to Madren Depo. | |
| 252. | Sample attached to Exhibit No. 35 of Madren Depo. | | | Ex. 36 to Madren Depo. | |
| 253. | Sample of a Barringer Charcoal Print on Cadillac Fabric with a Black Adhesive | | | Ex. 37 to Madren Depo. | |
| 254. | Actual Gas Fade Test Sample | | | Ex. 38 to Madren Depo. | |
| 255. | Light Fastness Test Sample | | | Ex. 39 to Madren Depo. | |
| 256. | Memo to John Friddle Dated 12/17/91 | | | Ex. 40 to Madren Depo. | |
| 257. | Fax from Hemendra Shah Dated 01/02/92 | | | Ex. 41 to Madren Depo. | |
| 258. | Vendor Communication Form from Boyd Madren Dated 1/9/92 | | | Ex. 42 to Madren Depo. | |
| 259. | Memo from Boyd Madren Dated 2/17/92 | | | Ex. 43 to Madren Depo. | |

| | | | | | |
|---|---|---|---|---|---|
| 260. | Letter from John Dodd and Proposal for a Casso-Solar Infrared Heating System | | | Ex. 44 to Madren Depo. | |
| 261. | Letter from John Dodd Dated 03/09/90 | | | Ex. 45 to Madren Depo. | |
| 262. | Letter from John Tobin Dated 01/02/91 | | | Ex. 46 to Madren Depo. | |
| 263. | Letter From Dennis Connington Dated 01/08/91 | | | Ex. 47 to Madren Depo. | |
| 264. | Handwritten Note from Boyd Madren Dated 7/14/89 | | | Ex. 48 to Madren Depo. | |
| 265. | Sales Data from 07/15/91 to 06/17/92 | | | Ex. 49 to Madren Depo. | |
| 266. | Letter from James Fulks | | | Ex. 50 to Madren Depo. | |
| 267. | Letter from Boyd Chumbley Dated 07/22/02 | | | Ex. 51 to Madren Depo. | |
| 268. | Record of a Light Fastness Test That was Done In-house at Culp | | | Ex. 53 to Madren Depo. | |
| 269. | 1.5 Nylon Light Grey Adhesive | | | Ex. 54 to Madren Depo. | |
| 270. | Memo from Stig Bolgen, American Flock to All Members of American Flock dated 10/19/90 | | | Ex. 2 to Rosenthal Depo. | |
| 271. | Publication entitled "Flocking" | | | Ex. 3 to Rosenthal Depo. | |
| 272. | Letter from Joachim Muller to Stig Bolgen dated 8/8/87 | | | Ex. 4 to Rosenthal Depo. | |

| | | | | |
|---|---|---|---|---|
| 273. | Article entitled "Flocking of Plastics" | | Ex. 5 to Rosenthal Depo. | |
| 274. | Notice of Taking Deposition of the Defendant Pursuant to Rule 30(b)(6) | | Ex. 1 to Laird Depo. | |
| 275. | Microfibres Organizational Charts | | Ex. 3 to Laird Depo. | |
| 276. | '021 Patent - Micro 0037 – 0044 | | Ex. 4 to Laird Depo. | |
| 277. | '021 File History | | Ex. 5 to Laird Depo. | |
| 278. | Email dated 11/20/98 from Fulks to Laird  MICRO 0029 | | Ex. 6 to Laird Depo. | |
| 279. | Letter dated 12/09/98 from Laird to MacCord | | Ex. 7 to Laird Depo. | |
| 280. | MICRO 1306 - 1318 | | Ex. 8 to Laird Depo. | |
| 281. | Heat Transfer Print with Tinted Adhesive Base Fabric MICRO 1303 – 1305 | | Ex. 9 to Laird Depo. | |
| 282. | Microfibres' Answer to Intermark's First Set of Interrogatories | | Ex. 13 to Fulks Depo. | |
| 283. | Microfibres' Answer to Intermark's First Amended Complaint and Microfibres' First Amended Counterclaim | | Ex. 14 to Fulks Depo. | |
| 284. | Letter to William Grimm from Michael Cantor dated 7/24/02 | | Ex. 15 to Fulks Depo. | |
| 285. | Affidavit of William Lucchesi | | Ex. 16 to Fulks Depo. | |

| | | | | | |
|---|---|---|---|---|---|
| 286. | The Flocking Process by G.P. van Heel | | | Ex. 17 to Fulks Depo. | |
| 287. | Compilation of letters dated January 26, 2001 from James Fulks | | | Ex. 18 to Fulks Depo. | |
| 288. | Compilation of letters dated December 11, 2000 from James Fulks | | | Ex. 19 to Fulks Depo. | |
| 289. | Compilation of letters dated January 9, 2001 from James Fulks | | | Ex. 20 to Fulks Depo. | |
| 290. | Letter to Richard Zimmerman from James Fulks dated 12/11/01 | | | Ex. 26 to Fulks Depo. | |
| 291. | Memo to Jim McCulloch from Jim Fulks dated 11/20/00 and letter to James Fulks from Lancaster dated 9/14/00 | | | Ex. 27 to Fulks Depo. | |
| 292. | U.S. Department of Commerce Patent and Trademark Office, Serial Number 07/922,918, Examiner's Action | | | Ex. 28 to Fulks Depo. | |
| 293. | Squires U.S. Patent dated January 23, 1990, Patent Number: 4,895,748 | | | Ex. 29 to Fulks Depo. | |
| 294. | Deposition Errata Sheet of James R. McCulloch | | | Attachment to McCulloch Depo. | |
| 295. | Deposition Errata Sheet of James R. Fulks | | | Attachment to Fulks Depo. | |
| 296. | Deposition Errata Sheet of William Laird | | | Attachment to Laird Depo. | |

| | | | | | |
|---|---|---|---|---|---|
| 297. | Declaration of Laird Attached to Microfibres Opposition to Intermark's Motion for Summary Judgment on Best Mode | | | | |
| 298. | Declaration of McCulloch Attached to Microfibres Opposition to Intermark's Motion for Summary Judgment on Best Mode | | | | |
| 299. | Declaration of McCulloch Attached to Microfibres Opposition to Intermark's Motion for Summary Judgment on Anticipation. | | | | |
| 300. | Bio and Vita/Resume – Exhibit A to the Expert Report of Lawrence J. Goffney Jr. | Hearsay Cumulative | | | |
| 301. | Expert Witness Report of Lawrence J. Goffney, Jr. dated June 2, 2003 | Hearsay Cumulative | | | |
| 302. | #1 to Exhibit B of the Expert Report of Lawrence J. Goffney dated June 2, 2003 – United States Patent No. 5,981,021 | | | | |

| | | | | |
|---|---|---|---|---|
| 303. | #1 to Exhibit B of the Expert Report of Lawrence J. Goffney dated June 2, 2003 – File History of U.S. Patent No. 5,981,021 | | | |
| 304. | #2 to Exhibit B of the Expert Report of Lawrence J. Goffney dated June 2, 2003 – transcript of the deposition testimony of William Laird taken on March 26, 2003 | | | |
| 305. | #3 to Exhibit B of the Expert Report of Lawrence J. Goffney dated June 2, 2003 – the transcript of the deposition testimony of James Fulks taken on March 27, 2003 | | | |
| 306. | #4 to Exhibit B of the Expert Report of Lawrence J. Goffney dated June 2, 2003 – the transcript of the deposition testimony of James McCulloch taken on April 17, 2003 | | | |
| 307. | #5 to Exhibit B of the Expert Report of Lawrence J. Goffney dated June 2, 2003 – the transcript of the deposition testimony of Wayne Turcotte taken on May 21, 2003 | | | |

| | | | | | |
|---|---|---|---|---|---|
| 308. | #6 to Exhibit B of the Expert Report of Lawrence J. Goffney dated June 2, 2003 – copy of the Leathertex sample and facsimile dated August 11, 1991 | | | | |
| 309. | #7 to Exhibit B of the Expert Report of Lawrence J. Goffney dated June 2, 2003 – copy of the Culp sample | | | | |
| 310. | #8 to Exhibit B of the Expert Report of Lawrence J. Goffney dated June 2, 2003 – U.S. Patent No. 2,308,429 Smith et. al. | | | | |
| 311. | #9 to Exhibit B of the Expert Report of Lawrence J. Goffney dated June 2, 2003 – U.S. Patent No. 4,049,374 Rejito | | | | |
| 312. | #10 to Exhibit B of the Expert Report of Lawrence J. Goffney dated June 2, 2003 – U.S. Patent No. 4,294,577 Bernard | | | | |
| 313. | #11 to Exhibit B of the Expert Report of Lawrence J. Goffney dated June 2, 2003 – U.S. Patent No. 4,963,422 Katz et. al. | | | | |
| 314. | #12 to Exhibit B of the Expert Report of Lawrence J. Goffney dated June 2, 2003 – U.S. Patent No. 4,895,748 Squires | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 315. | #13 to Exhibit B of the Expert Report of Lawrence J. Goffney dated June 2, 2003 – U.S. Patent No. 4,314,813 Masaki | | | | |
| 316. | #14 to Exhibit B of the Expert Report of Lawrence J. Goffney dated June 2, 2003 – Document entitled "The Flocking Process" authored by G.P. Van Heel | | | | |
| 317. | #15 to Exhibit B of the Expert Report of Lawrence J. Goffney dated June 2, 2003 – Protective Order. | | | | |
| 318. | #16 to Exhibit B of the Expert Report of Lawrence J. Goffney dated June 2, 2003 – Plaintiff, Intermark Fabric Corporation's First Amended Complaint. | | | | |
| 319. | #17 to Exhibit B of the Expert Report of Lawrence J. Goffney dated June 2, 2003 – Defendant, Microfibres, Inc.'s Answer to First Amended Complaint and First Amended Counterclaims. | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 320. | #18 to Exhibit B of the Expert Report of Lawrence J. Goffney dated June 2, 2003 – Plaintiff, Intermark Fabric Corporation's Answer and Affirmative Defenses to Microfibres, Inc.'s First Amended Counterclaims | | | | |
| 321. | #19 to Exhibit B of the Expert Report of Lawrence J. Goffney dated June 2, 2003 – letter dated October 2, 1991 from William Lucchesi of Intermark Fabric Corporation to Mr. Arnold Kaija of Microfibres, Inc. | | | | |
| 322. | #20 to Exhibit B of the Expert Report of Lawrence J. Goffney dated June 2, 2003 – letter dated December 16, 1991 from William Lucchesi of Intermark Fabric Corporation to Mr. Arnold Kaija of Microfibres, Inc. | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 323. | #21 to Exhibit B of the Expert Report of Lawrence J. Goffney dated June 2, 2003 – Letter dated December 5, 1991 from Willaim Lucchesi of Intermark Fabric Corporation to Mr. Arnold Kaija of Microfibres, Inc. | | | | |
| 324. | #22 to Exhibit B of the Expert Report of Lawrence J. Goffney dated June 2, 2003 – letter dated November 6, 1991 from Mr. Arnold Kaija of Microfibres, Inc. to William Lucchesi of Intermark Fabric Corporation | | | | |
| 325. | #23 to Exhibit B of the Expert Report of Lawrence J. Goffney dated June 2, 2003 – letter dated October 31, 1991 from Mr. Arnold Kaija of Microfibres, Inc. to William Lucchesi of Intermark Fabric Corporation | | | | |
| 326. | #24 to Exhibit B of the Expert Report of Lawrence J. Goffney dated June 2, 2003 – letter dated October 11, 1991 from Sandra Lucchesi of Intermark Fabric Corporation to Mr. Arnold Kaija of Microfibres, Inc. | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 327. | #25 to Exhibit B of the Expert Report of Lawrence J. Goffney dated June 2, 2003 – invoice from Intermark Fabric Corporation to Microfibres, Inc. dated September 18, 1991 | | | | |
| 328. | #26 to Exhibit B of the Expert Report of Lawrence J. Goffney dated June 2, 2003 – letter dated August 14, 1991 from William Lucchesi of Intermark Fabric Corporation to Mr. Arnold Kaija of Microfibres, Inc. | | | | |
| 329. | Certified copy of the File Wrapper of United States Patent No.: 5,981,021 | | | | |
| 330. | 35 U.S.C. § 1 et seq. (reviewed for Expert Report of Lawrence J. Goffney, Jr. dated June 2, 2003) | Cumulative | | | |
| 331. | Rules of Practice in Patent Cases (37 C.F.R. § 1.1 – 1.318) (reviewed for Expert Report of Lawrence J. Goffney, Jr. dated June 2, 2003) | Cumulative | | | |
| 332. | Manual of Patent Examining Procedure (the "MPEP") (reviewed for Expert Report of Lawrence J. Goffney, Jr. dated June 2, 2003) | Cumulative | | | |

| | | | | | |
|---|---|---|---|---|---|
| 333. | Expert Report of Professor Ronald S. Perry, Ph.D. Pursuant to Rule 26(A)(2) F.R.C.P. dated May 28, 2003 | Hearsay Cumulative | | | |
| 334. | Item f. to the Expert Report of Ronald S. Perry dated May 28, 2003 – letter from Spectro Coating Corp. dated October 10, 1991 | | | | |
| 335. | Item g. to the Expert Report of Ronald S. Perry dated May 28, 2003 – letter from Upholstery Prints to Spectro Coating dated January 24, 1992 | | | | |
| 336. | Item h. to the Expert Report of Ronald S. Perry dated May 28, 2003 – Leathertex sample (1991) and facsimiles dated July 11, 1991 and August 11, 1991 | | | | |
| 337. | Item i. to the Expert Report of Ronald S. Perry dated May 28, 2003 – Culp sample (1991) | | | | |
| 338. | Item h. to the Expert Report of Ronald S. Perry dated May 28, 2003 – Intermark Flash sample (1990) | | | | |
| 339. | Item i. to the Expert Report of Ronald S. Perry dated May 28, 2003 – Intermark Flash cord sample (1989) | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 340. | Item j. to the Expert Report of Ronald S. Perry dated May 28, 2003 – Intermark Frosty sample (blue adhesive) (1989) | | | | |
| 341. | Item k. to the Expert Report of Ronald S. Perry dated May 28, 2003 – Intermark Frosty sample (black adhesive) (1989) | | | | |
| 342. | Item l. to the Expert Report of Ronald S. Perry dated May 28, 2003 – Intermark Cosmos sample (1989) | | | | |
| 343. | Item n. to the Expert Report of Ronald S. Perry dated May 28, 2003 – U.S. Patent No. 3,099,514 Haber | | | | |
| 344. | Item o. to the Expert Report of Ronald S. Perry dated May 28, 2003 – U.S. Patent No. 3,568,594 Johnston et. al. | | | | |
| 345. | Item p. to the Expert Report of Ronald S. Perry dated May 28, 2003 – U.S. Patent No. 3,999,940 Freeman | | | | |
| 346. | Item q. to the Expert Report of Ronald S. Perry dated May 28, 2003 – U.S. Patent No. 4,018,956 Casey | | | | |
| 347. | Item s. to the Expert Report of Ronald S. Perry dated May 28, 2003 – U.S. Patent No. 4,108,595 Pappas | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 348. | Item u. to the Expert Report of Ronald S. Perry dated May 28, 2003 – U.S. Patent No. 4,309,179 Heuser, et. al. | | | | |
| 349. | Item w. to the Expert Report of Ronald S. Perry dated May 28, 2003 – U.S. Patent No. 4,427,414 Orton | | | | |
| 350. | Item z. to the Expert Report of Ronald S. Perry dated May 28, 2003 – U.S. Patent No. 3,867,171 Ellsworth | | | | |
| 351. | Item aa. to the Expert Report of Ronald S. Perry dated May 28, 2003 – U.S. Patent No. 4,233,027 Albero | | | | |
| 352. | Item bb. to the Expert Report of Ronald S. Perry dated May 28, 2003 – U.S. Patent No. 4,319,942 Brenner | | | | |
| 353. | Item cc. to the Expert Report of Ronald S. Perry dated May 28, 2003 – U.S. Patent No. 4,483,951 Brenner | | | | |
| 354. | Item dd. to the Expert Report of Ronald S. Perry dated May 28, 2003 – U.S. Patent No. 4,666,771 Vesley et. al. | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 355. | Item ee. to the Expert Report of Ronald S. Perry dated May 28, 2003 – U.S. Patent No. 5,401,562 Akao | | | | |
| 356. | Item ff. to the Expert Report of Ronald S. Perry dated May 28, 2003 – U.S. Patent No. 5,508,111 Schumucker | | | | |
| 357. | Item gg. to the Expert Report of Ronald S. Perry dated May 28, 2003 –Patent No. WO 92/20524 Blanton | | | | |
| 358. | Item ii. to the Expert Report of Ronald S. Perry dated May 28, 2003 – Document from Vertipile, Inc. entitled Experimental Production Run dated May 16, 1985 | | | | |
| 359. | Item jj. to the Expert Report of Ronald S. Perry dated May 28, 2003 – Document entitled "Transfer Printed Pile Fabrics" authored by K. Ember and published by Textilveredelung (12(1977) No. 5) | | | | |
| 360. | Item kk. to the Expert Report of Ronald S. Perry dated May 28, 2003 – Document entitled "Textile Flocking" authored by Brenner in Textilbeflockung. | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 361. | Item ll. to the Expert Report of Ronald S. Perry dated May 28, 2003 – Document entitled "Influences of Composition and Polarity of an Adhesive on its Properties" authored by Dr. U. Zorll an dpublished by Flock (Volume 14 No. 46/1987) | | | | |
| 362. | Item mm. to the Expert Report of Ronald S. Perry dated May 28, 2003 – Document entitled "Colour Differences in Flock and Flocked Articles" authored by H. Schubert and presented at the 8th International Flock Symposium in 1984 | | | | |
| 363. | Item nn. to the Expert Report of Ronald S. Perry dated May 28, 2003 – Document entitled "Adhesive Formulations for Flock Applications" by Farbenfabriken Bayer AG, technical services department, Leverkusen published in 1964 | | | | |
| 364. | Item oo. to the Expert Report of Ronald S. Perry dated May 28, 2003 – Document entitled Flock Technology – AATCC Symposium in December of 1971 | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 365. | Item pp. to the Expert Report of Ronald S. Perry dated May 28, 2003 – Textile Technology Digest database search results | | | | |
| 366. | David Brookstein's Rebuttal Report | | | Ex. 5 to Brookstein Depo. | |
| 367. | David Brookstein's Corrected Expert Report | | | Ex. 6 to Brookstein Depo. | |
| 368. | Rebuttal of comments by Lawrence Goffney and Ronald Perry by David Brookstein | | | Ex. 7 to Brookstein Depo. | |
| 369. | Prior Art Associated with Glenro, Inc. | | | Ex. 8 to Brookstein Depo. | |
| 370. | Letter from W. Lucchesi to A. Kaija dated 10/2/91 | | | Ex. 14 to Brookstein Depo. | |
| 371. | The Flocking Process - Rohm and Haas | | | Ex. 15 to Brookstein Depo. | |
| 372. | Submission of Formal Drawings | | | Ex. 18 to Brookstein Depo. | |
| 373. | Minutes of Meeting from McCulloch to Laird | | | Ex. 19 to Brookstein Depo. | |
| 374. | Fabric Samples | | | Ex. 24 to Brookstein Depo. | |
| 375. | Intermark's First Amended Answers to Microfibres' First Set of Interrogatories (8/21/03) | | | Ex. 25 to Brookstein Depo. | |

| | | | | | |
|---|---|---|---|---|---|
| 376. | Microfibres' Answers to Intermark's First Set of Interrogatories Dated: | | | Ex. 27 to Brookstein Depo. | |
| 377. | Microfibres' correspondence re patents | | | Ex. 28 to Brookstein Depo. | |
| 378. | Patent 5,543,195 – to Squires | | | Ex. 30 to Brookstein Depo. | |
| 379. | Patent 5,863,633 – Squires flocked fabric with water resistant film | | | Ex. 31 to Brookstein Depo. | |
| 380. | Patent 5,756,180 Squires flocked fabric suitable as outerware | | | Ex. 32 to Brookstein Depo. | |
| 381. | Articles associated with flocking | | | Ex. 40 to Brookstein Depo. | |
| 382. | Document entitled "Flocking" | | | Ex. 46 to Brookstein Depo. | |
| 383. | Corrected Expert Report of David Brookstein, Sc.D., Matters Related to U.S. Patent 5,981,021 dated August 19, 2003 | | | Ex. 47 to Brookstein Depo. | |
| 384. | Rejto U.S. Patent 4,049,414 | | | Ex. 49 to Brookstein Depo. | |
| 385. | Document received by Hauser via fax and email-Notice of Deposition | | | Ex. 1 to Hauser Depo. | |
| 386. | Hauser's June report re: '021 Patent | | | Ex. 2 to Hauser Depo. | |
| 387. | Hauser's CV | | | Ex. 3 to Hauser | |

| | | | | Depo. | |
|---|---|---|---|---|---|
| 388. | Draft of Hauser's expert report | | | Ex. 4 to Hauser Depo. | |
| 389. | Later draft of Hauser's expert report | | | Ex.5 to Hauser Depo | |
| 390. | Information reviewed by Hauser after writing expert report | | | Ex. 6 to Hauser Depo | |
| 391. | Documents that include prosecution history for '021 Patent | | | Ex. 7 to Hauser Depo | |
| 392. | Documents produced by Hauser but not reviewed by Hauser prior to submission of expert report | | | Ex. 8 to Hauser Depo | |
| 393. | Fabric sample | | | Ex. 9 to Hauser Depo | |
| 394. | Fabric sample | | | Ex. 10 to Hauser Depo | |
| 395. | Deposition transcript of James McCulloch dated 4/17/03 | | | Ex. 11 to Hauser Depo | |
| 396. | Deposition transcript of William Laird dated 3/26/03 | | | Ex. 12 to Hauser Depo | |
| 397. | Deposition transcript of James Fulks dated 3/27/03 | | | Ex. 13 to Hauser Depo | |
| 398. | Publication entitled "Flocking" | | | Ex. 14 to Hauser Depo | |
| 399. | Memo from Stig Bolgen, American Flock to All Members of American Flock dated 10/19/90 | | | Ex. 15 to Hauser Depo | |
| 400. | Documents received by Hauser from counsel | | | Ex. 16 to Hauser Depo | |

| | | | | | |
|---|---|---|---|---|---|
| 401. | Letter and documents forwarded to Hauser via letter dated 7/18/03 | | | Ex. 17 to Hauser Depo | |
| 402. | Documents reviewed by Hauser-MICRO 1561 – MICRO - 1726 | | | Ex. 18 to Hauser Depo | |
| 403. | Document from Intermark counsel to Microfibres counsel dated 8/4/03 | | | Ex. 19 to Hauser Depo | |
| 404. | Copies of photographs taken by Ronald Perry | | | Ex. 20 to Hauser Depo | |
| 405. | Additional patent prosecution materials forward to Hauser by Microfibres' counsel | | | Ex. 21 to Hauser Depo | |
| 406. | American Flock Association materials | | | Ex. 22 to Hauser Depo | |
| 407. | Van Heel Publication | | | Ex. 23 to Hauser Depo | |
| 408. | Copy of '021 Patent | | | Ex. 24 to Hauser Depo | |
| 409. | Squires patent | | | Ex. 25 to Hauser Depo | |
| 410. | Correspondence with Patent Office | | | Ex. 26 to Hauser Depo | |
| 411. | Article "Flocking-An Ancient Process for Today" by P.B. Mitchell Jr. | | | Ex. 27 to Hauser Depo | |
| 412. | Expert reports of Perry and Goffney | | | Ex. 28 to Hauser Depo | |
| 413. | Affidavits of Laird and McCulloch | | | Ex. 29 to Hauser Depo | |

| | | | | | |
|---|---|---|---|---|---|
| 414. | Document entitled "Adhesive Formulations for Flock Applications" by Farbenfabriken Bayer AG, technical services department, Leverkusen published in 1964; | | | Ex. 30 to Hauser Depo | |
| 415. | Document entitled "Influences of Composition and Polarity of an Adhesive on its Properties" authored by Dr. U. Zorll and published by Flock (Volume 14 No. 46/1987); | | | Ex. 31 to Hauser Depo | |
| 416. | Document entitled "Colour Differences in Flock and Flocked Articles" authored by H. Schubert and presented at the 8th International Flock Symposium in 1984; | | | Ex. 32 to Hauser Depo | |
| 417. | Document entitled "Textile Flocking" authored by Brenner in Textilbeflockung | | | Ex. 33 to Hauser Depo | |
| 418. | German articles reviewed by Hauser | | | Ex. 34 to Hauser Depo | |
| 419. | Representation of Confidentiality and Protective Order | | | Ex. 35 to Hauser Depo | |
| 420. | Documents reviewed by Hauser sent by Microfibres' counsel | | | Ex. 36 to Hauser Depo | |
| 421. | Intermark's First Amended Answers to Defendant Microfibres First Set of Interrogatories | | | Ex. 37 to Hauser Depo | |
| 422. | Intermark's Complaint | | | Ex. 38 to Hauser Depo | |

| | | | | | |
|---|---|---|---|---|---|
| 423. | Document entitled "Colour Differences in Flock and Flocked Articles" authored by H. Schubert and presented at the 8th International Flock Symposium in 1984 | | | Ex. 39 to Hauser Depo | |
| 424. | Letter to Maccord from Laird | | | Ex. 40 to Hauser Depo | |
| 425. | Unsigned copy of Expert Report of Peter J. Hauser | | | Ex. 41 to Hauser Depo | |
| 426. | Statement by Mr. Lucchesi | | | Ex. 42 to Hauser Depo | |
| 427. | Letter from Cantor to Grimm | | | Ex. 43 to Hauser Depo | |
| 428. | 8/5/03 letter to Hauser from Canning | | | Ex. 44 to Hauser Depo | |
| 429. | 10/16/00 letter to Gunter Walter from James Fulks | | | Ex. 45 to Hauser Depo | |
| 430. | 1/26/01 letter to Turcotte from Fulks | | | Ex. 46 to Hauser Depo | |
| 431. | Notice of Deposition | | | Ex. 47 to Hauser Depo | |
| 432. | Sales Analysis - Chalk | | | | |
| 433. | Sales Analysis - Chalk | | | | |
| 434. | Sales Analysis – Chalk | | | | |
| 435. | Sales Analysis - Chalk | | | | |
| 436. | Sales Analysis - Chalk | | | | |
| 437. | Sales Analysis - Chalk | | | | |
| 438. | Trial Chalk | | | | |
| 439. | Trial Chalk | | | | |
| 440. | Trial Chalk | | | | |
| 441. | Trial Chalk | | | | |
| 442. | Trial Chalk | | | | |
| 443. | Trial Chalk | | | | |
| 444. | Trial Chalk | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 445. | Trial Chalk | | | | |
| 446. | IFC-36998- IFC-37029<br>Sales Reports for Intermark for 2004-2005 | | | | |
| 447. | Curriculum Vita of Professor Ronald S. Perry | | | | |
| 448. | Expert Report of Professor Ronald S. Perry filed in conjunction with Plaintiff's Motion for Claims Construction | | | | |