# TAB 4

# Defendant's Exhibit List

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| INTERMARK FABRIC CORPORATION, ) | |
| ) | |
| Plaintiff,                            ) | Civil Action No. 3:02-CV-1267 (AVC) |
| ) | |
| v.                                    ) | |
| ) | |
| MICROFIBRES, INC.,                    ) | |
| ) | |
| Defendant.                       ) | |
| ) | |

## DEFENDANT'S EXHIBIT LIST

| Trial Exhibit | Description | Objection |
|---|---|---|
| 1. | '021 Patent | |
| 2. | Patent prosecution history and Notice of Allowance | |
| 3. | Jest sample | Plaintiff reserves the right to object upon Defendant identifying the associated bates numbers for the proposed exhibit. |
| 4. | Intermark and Spandauer samples | Plaintiff reserves the right to object upon Defendant identifying the associated bates numbers for the proposed exhibit. |
| 5. | Frosty greige goods samples | Plaintiff reserves the right to object upon Defendant identifying the associated bates numbers for the proposed exhibit. |

| | | |
|---|---|---|
| 6. | Samples showing pre-invention problems of crocking and grin-through | Plaintiff reserves the right to object upon Defendant identifying the associated bates numbers for the proposed exhibit. |
| 7. | Summary of Frosty sales | Plaintiff reserves the right to object upon Defendant identifying the associated bates numbers for the proposed exhibit. |
| 8. | Intermark instructions to transfer printers (IFC-02131) | Relevancy Cumulative |
| 9. | Notice letter re '021 Patent-Microfibres to Intermark (Micro 0091) | |
| 10. | March conception memorandum (Micro 2065-2070) | |
| 11. | Licensing Agreements Between Microfibres and PMD and Morgan (Micro 0001 to 0018) | Relevancy Cumulative |
| 12. | Amended interrogatory answer regarding conception date | |
| 13. | Documents relating to invention and reduction to practice | Plaintiff reserves the right to object upon Defendant identifying the associated bates numbers for the proposed exhibit. |
| 14. | Best Mode documents (E.g. Micro 2190, 2191, 2176, 2174, 2210, 2177-2189) | |
| 15. | Culp/Spandauer indemnity agreements | Plaintiff reserves the right to object upon Defendant identifying the associated bates numbers for the proposed exhibit. |

| 16. | Intermark Frosty production records | |
|-----|-----|-----|
| 17. | Intermark Press Release regarding '021 Patent (Micro 0159) | Relevancy Cumulative |
| 18. | AFA Minutes, including September 27, 2002 minutes | Relevancy Cumulative |
| 19. | German Lucchesi Affidavit regarding Frosty | |
| 20. | Sample of Microfibres' patented fabric | Plaintiff reserves the right to object upon Defendant identifying the associated bates numbers for the proposed exhibit. |
| 21. | Lucchessi Letter to Flock Industry - (IFC-00327-00330 and IFC-00324-00326) | Relevancy Cumulative |
| 22. | Flock Industry Responses to Luchessi Request (IFC-00349, 00345, 00348, 00342) | Relevancy Cumulative |
| 23. | Intermark Letter to Flocktex (IFC-00350-00361) | Relevancy Cumulative |
| 24. | Both Summary Judgment Decisions rendered by Judge Covello | Relevancy Cumulative |
| 25. | Intermark Sales Records for Frosty from patent date to present | |
| 26. | Intermark Sales records for Frosty to Dicey Mills (a wet printer) from 1989 thru July 31, 1992 | |