# TAB 5

# Plaintiff's Deposition Designations

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| INTERMARK FABRIC CORPORATION, | |
| Plaintiff, | Civil Action No. 3:02-CV-1267 (AVC) |
| v. | **PLAINTIFF'S DEPOSITION DESIGNATIONS** |
| MICROFIBRES, INC., | |
| Defendant. | |

| Deponent | Intermark Fabric's Designations |
|---|---|
| **Charles L. Bunch 9/22/2003** | |
| | 2:16 - 2:25 |
| | 8:9 - 8:25 |
| | 9:15 - 9:19 |
| | 10:2 - 10:20 |
| | 11:4 - 11:13<br>11:19 – 11:25 |
| | 12:1 – 12:5<br>12:18 – 12:22 |
| | 13:20 – 13:25 |
| | 14:1<br>14:15 – 14:25 |
| | 15:1 – 15:25 |
| | 16:1 – 16:9 |
| | 91:11 – 91:25 |
| | 92 - 120 |
| **Luther Boyd Madren 5/12/2003** | |
| | 7 |
| | 8 – 11 |
| | 12:1 – 12:22<br>12:24 – 12:25 |


|  |  |
|---|---|
|  | 13 |
|  | 14:1 – 14:6<br>14:8<br>14:16 – 14:18<br>14:20 – 14:21<br>14:23 – 14:25 |
|  | 15:1 – 15:2<br>15:4 – 15:11<br>15:13 – 15:14<br>15:16 – 15:17<br>15:19<br>15:21 – 15:24<br>15:25 |
|  | 16:1 – 16:4<br>16:6 – 16:18<br>16:20 – 16:25 |
|  | 17:1 – 17:5<br>17:7<br>17:9 – 17:12<br>17:14 – 17:21<br>17:23<br>17:25 |
|  | 18:1 – 18:9<br>18:11 – 18:14<br>18:15 – 18:25 |
|  | 19:1 – 19:21<br>19:23 – 19:25 |
|  | 20 |
|  | 21:1 - 21:16<br>21:18 – 21:25 |
|  | 22 |
|  | 23:1 – 23:8<br>23:10 – 23:25 |
|  | 24 - 25 |
|  | 26:1 – 26:17<br>26:19 – 26:25 |
|  | 27:1 – 27:15<br>27:17 – 27:25 |
|  | 28 - 29 |
|  | 30:1 – 30:10<br>30:12 – 30:25 |
|  | 31:1 – 31:21<br>31:23 – 31:25 |
|  | 32:1<br>32:3<br>32:5 – 32:6 |

| | |
|---|---|
| | 32:8<br>32:10 – 32:11<br>32:13<br>32:15 – 32:16<br>32:18<br>32:19 – 32:25 |
| | 33:3 – 33:13<br>33:15 – 33:25 |
| | 34:2 – 34:6<br>34:8 – 34:15<br>34:17 – 34:23 |
| | 35:1 – 35:5<br>35:7 – 35:15<br>35:17<br>35:24 – 35:25 |
| | 36:1 – 36:15<br>36:17 – 36:25 |
| | 37:1 – 37:8<br>37:16 – 37:17<br>37:19 – 37:25 |
| | 38:1 – 38:12<br>38:14 – 38:24 |
| | 39:2 – 39:3<br>39:5 – 39:6<br>39:7 – 39:10<br>39:12 – 39:25 |
| | 40:4<br>40:6 – 40:8<br>40:10 – 40:15<br>40:17<br>40:19 – 40:20<br>40:22 – 40:25 |
| | 41:3 – 41:20 |
| | 42:3 – 42:9<br>42:14 – 42:25 |
| | 43:1 – 43:20<br>43:22 – 43:25 |
| | 44 - 48 |
| | 49:1 – 49:12<br>49:14 – 49:19<br>49:21 – 49:25 |
| | 50:4 – 50:22<br>50:24 – 50:25 |
| | 51:1 – 51:2<br>51:4 – 51:19<br>51:21 – 51:25 |

|  | 52:2 – 52:10 |
|  | 52:12 – 52:25 |
|  | 53 – 56 |
|  | 57:1 – 57:23 |
|  | 58:1 – 58:5 |
|  | 58:7 |
|  | 58:8 – 58:25 |
|  | 59 – 60 |
|  | 61:1 |
|  | 61:3 – 61:18 |
|  | 61:20 – 61:25 |
|  | 62:1 |
|  | 62:3 – 62:9 |
|  | 62:11 – 62:25 |
|  | 63:1 |
|  | 63:3 – 63:12 |
|  | 63:14 |
|  | 63:21 |
|  | 63:23 – 63:25 |
|  | 64:1 – 64:2 |
|  | 64:4 – 64:6 |
|  | 64:7 – 64:12 |
|  | 64:14 – 64:19 |
|  | 64:21 – 64:25 |
|  | 65:1 – 65:5 |
|  | 65:7 – 65:25 |
|  | 66:1 |
|  | 66:3 |
|  | 66:8 – 66:25 |
|  | 67 – 68 |
|  | 69:1 – 69:15 |
|  | 69:16 – 69:18 |
|  | 69:20 – 69:25 |
|  | 70:1 – 70:8 |
|  | 70:10 – 70:15 |
|  | 70:17 – 70:23 |
|  | 70:25 |
|  | 71:10 – 71:25 |
|  | 72:1 – 72:25 |
|  | 73 |
|  | 74:1 – 74:7 |
|  | 74:9 – 74:15 |
|  | 74:17 – 74:25 |
|  | 75 – 78 |
|  | 79:1 – 79:16 |
|  | 79:17 – 79:25 |

|   |   |
|---|---|
|   | 80:1 – 80:10<br>80:12 – 80:16<br>80:18 – 80:23<br>80:25 |
|   | 81 |
|   | 82:1 – 82:23<br>82:25 |
|   | 83 – 85 |
|   | 86:1<br>86:3 – 86:18<br>86:20 – 86:25 |
|   | 87:1 – 87:7<br>87:9 – 87:16<br>87:18 – 87:24 |
|   | 88:1 – 88:3<br>88:5 – 88:14<br>88:16<br>88:17 – 88:25 |
|   | 89 – 92 |
|   | 93:1 – 93:20<br>93:22 – 93:25 |
|   | 94:1 – 94:10<br>94:12 – 94:25 |
|   | 95:1 – 95:21<br>95:23 – 95:25 |
|   | 96:1 – 96:10<br>96:11 – 96:17<br>96:18 – 96:24 |
|   | 97:1<br>97:3 – 97:7<br>97:9 – 97:14<br>97:16 – 97:25 |
|   | 98:1 – 98:10<br>98:12 – 98:25 |
|   | 99 |
|   | 100:1– 100:14<br>100:16-100:25 |
|   | 101 – 103 |
|   | 104:1 – 104:2<br>104:4 –104:17<br>104:19-104:25 |
|   | 105:1-105:25 |

| | |
|---|---|
| **Moustafa T. Nour 9/17/2003** | |
| | 4:1 – 4:22 |
| | 5:19 – 5:23 |
| | 6 – 15 |
| | 16:1 – 16:6 |
| | 17:1 – 17:23 |
| | 18:1 – 18:13<br>18:15 – 18:23 |
| | 19:1 – 19:23 |
| | 20:1 – 20:23 |
| | 21 |
| | 22:1 – 22:7<br>22:9 – 22:23 |
| | 23 – 25 |
| | 26:2 – 26:25 |
| | 27 |
| | 28:1 – 28:16<br>28:18 – 28:23 |
| | 29 – 30 |
| | 31:1 – 31:21<br>31:23 |
| | 32:1 – 32:6<br>32:8 – 32:23 |
| | 33:1 – 33:14<br>33:16 – 33:23 |
| | 34 |
| | 35:1 – 35:5 |
| **Steven Rosenthal 7/9/2003** | |
| | 4:9 – 4:10<br>4:18 – 4:25 |
| | 5:1 – 5:6<br>5:21 – 5:25 |
| | 6:1 – 6:25 |
| | 7 – 18 |
| | 19:1 – 19:2<br>19:3 – 19:8<br>19:12 – 19:15<br>19:17 – 19:25 |
| | 20 |
| | 21:1 – 21:5<br>21:9 – 21:25 |
| | 22 |

|  | 23:1 – 23:4 |
|---|---|
| **Hemendra K. Shah 5/22/2003** |  |
|  | 4:9 – 4:23 |
|  | 5:7 – 5:25 |
|  | 6 – 12 |
|  | 13:1 – 13:14<br>13:16 – 13:25 |
|  | 14:1 – 14:5<br>14:6 – 14:25 |
|  | 15:1 – 15:5<br>15:7 – 15:25 |
|  | 16 – 17 |
|  | 18:1 – 18:15<br>18:17 – 18:21 |
|  | 19:3 – 19:5<br>19:7 – 19:25 |
|  | 20 – 21 |
|  | 22:1 – 22:16<br>22:18 – 22:25 |
|  | 23 – 24 |
|  | 25:1<br>25:4 – 25:25 |
|  | 26 – 30 |
|  | 31:1<br>31:3 – 31:10<br>31:12 – 31:21<br>31:23 – 31:25 |
|  | 32 |
|  | 33:1 – 33:12<br>33:14 – 33:24 |
|  | 34 – 37 |
|  | 38:1 – 38:16<br>38:18 – 38:25 |
|  | 39 – 40 |
|  | 41:1 – 41:5<br>41:7 – 41:25 |
|  | 42:1<br>42:3 – 42:25 |
|  | 43:1<br>43:3 – 43:25 |
|  | 44:1 – 44:17<br>44:19 – 44:25 |
|  | 45:1 – 45:4<br>45:6 – 45:18 |

| | |
|---|---|
| | 45:22 – 45:25 |
| | 46 – 47 |
| | 48:1 – 48:24 |
| | 49 – 50 |
| | 51:1 – 51:15<br>51:16 – 51:21<br>51:23 – 51:25 |
| | 52:1<br>52:3 – 52:5<br>52:7 – 52:13<br>52:15 – 52:25 |
| | 53:1<br>53:3 – 53:25 |
| | 54:1 – 54:17<br>54:19 – 54:25 |
| | 55 – 58 |
| | 59:1<br>59:3 – 59:25 |
| | 60:1<br>60:9 – 60:21<br>60:23 – 60:25 |
| | 61:1<br>61:12-61:13<br>61:15 – 61:25 |
| | 62:1 – 62:18<br>62:20 – 62:25 |
| | 63:1 – 63:20<br>63:22 – 63:25 |
| | 64:2 – 64:25 |
| | 65:1 – 65:2<br>65:4 – 65:15<br>65:17 – 65:25 |
| | 66 – 67 |
| | 68:1 – 68:13<br>68:15 – 68:25 |
| | 69 – 72 |
| | 73:1 – 73:4<br>73:6 – 73:25 |
| | 74 |
| | 75:1 – 75:21<br>75:23 – 75:25 |
| | 76 |
| | 77:1 – 77:7<br>77:17 – 77:25 |
| | 78:1 – 78:13<br>78:15-78:19 |

|   | 78:19<br>78:21 – 78:25 |
|---|---|
|   | 79 |
|   | 80:1 – 80:20<br>80:22 – 80:25 |
|   | 81:1 – 81:2<br>81:4 – 81:5<br>81:8 – 81:25 |
|   | 82:1 – 82:2<br>82:4 – 82:11<br>82:13 – 82:18<br>82:20 – 82:25 |
|   | 83:1<br>83:3 – 83:25 |
|   | 84:1 – 84:6<br>84:8 – 84:10<br>84:13 – 84:16<br>84:18 – 84:23 |
|   | 85:1 – 85:20 |
|   | 86 – 87 |
|   | 88:1 – 88:6<br>88:10 – 88:15<br>88:17 – 88:25 |
|   | 89:2 – 89:25 |
|   | 90:1 – 90:15<br>90:17<br>90:23 – 90:25 |
|   | 91 |
|   | 92:1 – 92:3<br>92:5 – 92:14<br>92:16 – 92:18<br>92:20 – 92:25 |
|   | 93 – 94 |
|   | 95:1 – 95:19<br>95:21 – 91:25 |
|   | 96:1 – 96:7<br>96:11<br>96:12 – 96:14<br>96:19 – 96:25 |
|   | 97 |
|   | 98:1 – 98:15<br>98:17 – 98:23 |

| Peter M. Hadley 7/31/2003 | |
|---|---|
| | 4:10 – 4:24 |
| | 5:1 – 5:24 |
| | 6-13 |
| | 14:1 – 14:18 |
| | 111 – 125 |
| | 126:6 – 126:20<br>126:22 – 126:24 |
| | 127 – 128 |
| | 129:1 – 129:3<br>129:5 – 129:9<br>129:11 – 129:13<br>129:15 – 129:24 |
| | 130:2 – 130:8<br>130:10 – 130:24 |
| | 131 |
| | 132:1 – 132:19<br>132:21 – 132:24 |
| | 133:1 – 133:6<br>133:8 – 133:24 |
| | 134:1 – 134:8<br>134:10 – 134:24 |
| | 135 – 136 |
| | 137:1 - 137:10<br>137:12 – 137:24 |
| | 138:2 – 138:11<br>138:13 – 138:24 |
| | 139 |
| | 140:2 – 140:24 |
| | 141 – 146 |
| | 147:1 – 147:24 |
| | 148 – 149 |
| | 150:1 – 150:16<br>150:18 – 150:24 |
| | 151:1 – 151:18<br>151:20 – 151:24 |
| | 152:1<br>152:3 – 152:7<br>152:9 – 152:18<br>152:20 – 152:24 |
| | 153:1 – 153:18<br>153:20 – 153:24 |
| | 154:1 – 154:15 |

|  |  |
|--|--|
|  | 154:17 – 154:24 |
|  | 155:1 – 155:5<br>155:7 – 155:24<br>156:2 – 156:16<br>156:18 – 156:24 |
|  | 157:1 – 157:4<br>157:6 – 157:24 |
|  | 158:2 – 158:7<br>158:9 – 158:15<br>158:16 – 158:24 |
|  | 159:1 – 159:7<br>159:9 – 159:13<br>159:15 – 159:24 |
|  | 160:1 – 160:19<br>160:21 – 160:24 |
|  | 161:1 – 161:6<br>161:8 – 161:10<br>161:12 – 161:24 |
|  | 162 |
|  | 163:1 – 163:7<br>163:9 – 163:19<br>163:21 – 163:24 |
|  | 164 |
|  | 165:2 – 165:11<br>165:13 – 165:24 |
|  | 166 |
|  | 167:1 – 167:13<br>167:21 – 167:24 |
|  | 168:1 – 168:17<br>168:19 – 168:24 |
|  | 169 – 172 |
|  | 173:1 – 173:4<br>173:6 – 173:12<br>173:14 – 173:24 |
|  | 174 |
|  | 175:1 – 175:10<br>175:12 – 175:20<br>175:22 – 175:24 |
|  | 176 – 177 |
|  | 178:1 – 178:10<br>178:12 – 178:17<br>178:19 – 178:24 |
|  | 179:1 – 179:20<br>179:22 – 179:24 |
|  | 180 – 187 |
|  | 188:1 – 188:23 |

|  |  |
|---|---|
|  | 189 |
|  | 190:1 – 190:2<br>190:4 – 190:10 |
|  | 216:16 – 216:24 |
|  | 217:1 – 217:4 |
|  |  |
| **James R. McCulloch 4/17/2003** |  |
|  | 3:5 – 3:25 |
|  | 4:1 |
|  | 5:1 – 5:25 |
|  | 6:1<br>6:6 – 6:25 |
|  | 7:1 – 7:18 |
|  | 8:21 – 8:25 |
|  | 9:1 – 9:25 |
|  | 10:1 – 10:25 |
|  | 11:1 – 11:25 |
|  | 12:1 - 12:25 |
|  | 13:1 – 13:25 |
|  | 14:1 – 14:17 |
|  | 15:1 – 15:17 |
|  | 16:5 – 16:25 |
|  | 17:1 – 17:25 |
|  | 18:1 – 18:25 |
|  | 19:1 - 19:25 |
|  | 20:1 – 20:25 |
|  | 21:1 – 21:25 |
|  | 22:1 – 22:25 |
|  | 23:1 – 23:25 |
|  | 24:1 – 24:25 |
|  | 25:1 – 25:25 |
|  | 26:1 – 26:15<br>26:25 |
|  | 27:1 – 27:25 |
|  | 28:1 – 28:25 |
|  | 29:1 – 29:4<br>29:17 - 29:22 |
|  | 31:1 – 31:25 |
|  | 32:1 – 32:25 |
|  | 34:1 – 34:25 |
|  | 35:1 – 35:11 |
|  | 40:10 – 40:25 |
|  | 41:1 – 41:25 |

|  | 42:1 – 42:12 |
|---|---|
|  | 42:21 – 43:2 |
|  | 43:12 – 43:25 |
|  | 44:1 – 44:7 |
|  | 44:11 – 44:25 |
|  | 45:1 – 45:20 |
|  | 45:22 – 45:25 |
|  | 46:1 – 46:5<br>46:7 – 46:13<br>46:24 – 46:25 |
|  | 47:1 – 47:25 |
|  | 48:1<br>48:7 – 48:25 |
|  | 49:1 – 49:25 |
|  | 50:1 – 50:25 |
|  | 51:13 – 51:15<br>51:17 – 51:25 |
|  | 53:1 – 53:25 |
|  | 54:1 – 54:25 |
|  | 55:1 – 55:22 |
|  | 56:1 – 56:6<br>56:7 – 56:23 |
|  | 57:1 – 57:22 |
|  | 58:1 – 58:6<br>58:11 – 58:21<br>58:24 – 58:25 |
|  | 59:1 – 59:25 |
|  | 60:1 – 60:21<br>60:22 – 60:24 |
|  | 61:20 – 61:25 |
|  | 62:1 – 62:6 |
|  | 64:18 – 64:25 |
|  | 65:1 – 65:25 |
|  | 66:1 – 66:25 |
|  | 67:1 – 67:25 |
|  | 68:1 – 68:23 |
|  | 69:1- 69:7 |
|  | 69:10 – 69:25 |
|  | 70:1 – 70:23 |
|  | 71:1 – 71:25 |
|  | 72:1 – 72:25 |
|  | 73:1 – 73:25 |
|  | 74:1 – 74:25 |
|  | 75:1 – 75:25 |
|  | 76:1 – 76:25 |

|  | 77:1 – 77:25 |
|--|--|
|  | 78:1 – 78:7 |
|  | 78:10 - -78:25 |
|  | 80:1 – 80:25 |
|  | 81:1 – 81:25 |
|  | 82:1 – 82:25 |
|  | 83:1 – 83:25 |
|  | 84:1 – 84:25 |
|  | 85:1 – 85:21 |
|  | 86:5 – 86:25 |
|  | 87:1 – 87:25 |
|  | 88:1 – 88:25 |
|  | 89:1 – 89:13 |
|  | 90:8 – 90:25 |
|  | 91:1 – 91:3 |
|  | 92:1 – 92:25 |
|  | 93:1 – 93:5 |
|  | 93:7 – 93:25 |
|  | 94:1 – 94:25 |
|  | 95:1 |
|  | 96:9 – 96:15 |
|  | 97:2 – 97:12 |
|  | 98:1 – 98:25 |
|  | 99:1 – 99:25 |
|  | 100:1 – 100:25 |
|  | 101:1 – 101:22 |
|  | 103:2 – 103:25 |
|  | 104:1 – 104:25 |
|  | 105:1 – 105:3 |
|  | 106:5 – 106:25 |
|  | 107:1 – 107:25 |
|  | 108:1 – 108:25 |
|  | 109:1 – 109:4 |
|  | 109:8 – 109:25 |
|  | 110:1 – 110:25 |
|  | 111:1 – 111:15 |
|  | 111:18 – 111:25 |
|  | 112:1 – 112:2 |
|  | 113:3 – 113:22 |
|  | 114:7 – 114:25 |
|  | 115:1 – 115:25 |
|  | 116:1 – 116:25 |
|  | 117:1 – 117:11<br>117:16 – 117:17<br>117:20 – 117:25 |

|  | |
|---|---|
|  | 118:1 – 118:25 |
|  | 119:1 – 119:23 |
|  | 120:21 – 120:25 |
|  | 121:1 – 121:25 |
|  | 122:1 – 122:18 |
|  | 123:1 – 123:7<br>123:25 |
|  | 124:1 – 124:25 |
|  | 125:1 – 125:25 |
|  | 126:1<br>126:4 – 126:25 |
|  | 127:1 – 127:25 |
|  | 128:1 – 128:6<br>128:8 – 128:25 |
|  | 129:1 – 129:25 |
|  | 130:1 – 130:8 |
|  | 131:9 – 131:25 |
|  | 132:1 – 132:8<br>132:25 |
|  | 133:1 – 133:25 |
|  | 134:1 – 134:19<br>134:24 – 134:25 |
|  | 135:1 – 135:18 |
|  | 136:1<br>136:13 – 136:25 |
|  | 137:17– 137:21 |
|  | 138:1– 138:25 |
|  | 139:1– 139:8 |
|  | 140:1– 140:25 |
|  | 141:1– 141:25 |
|  | 142:1– 142:25 |
|  | 143:1– 143:23 |
|  | 144:1– 144:25 |
|  | 145:1– 145:25 |
|  | 146:1– 146:7<br>146:10 – 146:25 |
|  | 147:1– 147:25 |
|  | 148:1– 148:25 |
|  | 149:1– 149:25 |
|  | 150:1– 150:25 |
|  | 151:1– 151:3 |
|  | 152:10 – 152:25 |
|  | 153:1– 153:6<br>153:18 – 153:25 |
|  | 154:1– 154:20 |

|  | 155:1– 155:25 |
|---|---|
|  | 156:1 – 156:7<br>156:9 – 156:25 |
| **James R. Fulks**<br>**3/27/03** |  |
|  | 3:1 – 3:25 |
|  | 4:1 – 4:25 |
|  | 5:1 – 5:21 |
|  | 6:4 – 6:25 |
|  | 7:1 – 7:25 |
|  | 8:1 – 8:2<br>8:21 – 8:25 |
|  | 9:1 – 9:25 |
|  | 10:1 – 10:25 |
|  | 11:1 – 11:25 |
|  | 12:1 |
|  | 13:3 – 13:25 |
|  | 14:3 – 14:25 |
|  | 15:16 – 15:25 |
|  | 16:1 – 16:25 |
|  | 17:1 – 17:25 |
|  | 18:3 – 18:25 |
|  | 19:1 – 19:25 |
|  | 20:1 – 20:25 |
|  | 21:8 – 21:25 |
|  | 22:1 – 22:24 |
|  | 25:1 – 25:13 |
|  | 32:25 |
|  | 33:1 – 33:20 |
|  | 35:3 – 35:25 |
|  | 36:1 – 36:25 |
|  | 37:1 – 37:25 |
|  | 38:1 – 38:25 |
|  | 39:1 – 39:25 |
|  | 40:1 – 40:25 |
|  | 41:1 – 41:25 |
|  | 42:1 – 42:25 |
|  | 43:1 – 43:25 |
|  | 44:1 – 44:25 |
|  | 45:1 – 45:23<br>45:25 |
|  | 46:7 – 46:25 |
|  | 47:1 – 47:25 |
|  | 48:1 – 48:17<br>48:23 |

| | |
|---|---|
| | 49:1 – 49:16 |
| | 52:9 – 52:25 |
| | 53 - 56 |
| | 57:1 – 57:11<br>57:25 |
| | 58 - 60 |
| | 61:1 |
| | 65:23 – 65:25 |
| | 66:1 – 66:6 |
| | 67 |
| | 68 |
| | 69:1 – 69:14 |
| | 75:8 – 75:25 |
| | 76:1 – 76:25 |
| | 77:1 – 77:25 |
| | 78 – 93 |
| | 94:17 – 94:25 |
| | 95 - 97 |
| | 98:20 – 98:25 |
| | 99 - 101 |
| | 102:1 – 102:2<br>102:4 – 102:25 |
| | 103 - 106 |
| | 107:1 – 107:8 |
| | 124:19 – 124:25 |
| | 125 - 130 |
| | 134:5 – 134:25 |
| | 135 - 139 |
| | 140:1 – 140:2 |
| | 141:6 – 141:25 |
| | 142:1 – 142:25 |
| | 143 - 144 |
| | 146 |
| | 147:1 – 147:15 |
| | 152:10 – 152:25<br>153:1-153:2 |
| | 164:6 – 164:25 |
| | 165 - 183 |
| | 185:1 – 185:23 |
| | 186 - 188 |
| | 189:1 – 189:2<br>189:5 – 189:25 |
| | 190 - 191 |
| | 192:1 – 192:20 |

| William Laird 3/26/2003 | |
|---|---|
| | 3:8 – 3:24 |
| | 4:1 – 4:15 |
| | 5:1 – 5:3
5:25 |
| | 6 |
| | 7:1 – 7:20 |
| | 9:3 – 9:25 |
| | 10 - 13 |
| | 14:9 – 14:25 |
| | 15 - 19 |
| | 20:1- 20:24 |
| | 21:19 – 21:25 |
| | 22:1 – 22:6
22:13 – 22:25 |
| | 23:1 – 23:8
23:18 – 23:22 |
| | 34:19 – 34:25 |
| | 35 - 66 |
| | 67:1 – 67:10 |
| | 73:3 – 73:25 |
| | 74 - 75 |
| | 76:1 – 76:7
76:11 – 76:25 |
| | 77 - 92 |
| | 93:1 – 93:24 |
| | 94:7 – 94:25 |
| | 95:1 – 95:8
95:12 – 95:25 |
| | 96 - 97 |
| | 98:1 – 98:5
98:6 – 98:25
98:25 |
| | 99:7 – 99:21 |
| | 100:16 – 100:25 |
| | 101:1 – 101:2
101:4 – 101:25 |
| | 102:1 – 102:2
102:4 – 102:25 |
| | 104:6 – 104:25 |
| | 105 - 112 |
| | 113:1 – 113:10
113:13 – 113:25 |

|  |  |
|---|---|
|  | 114 - 116 |
|  | 117:1 – 117:9 |
|  | 117:14 – 117:24 |
|  | 118 - 122 |
|  | 123:1 – 123:21 |
|  | 145:7 – 145:25 |
|  | 146 - 149 |
|  | 150:1 – 150:20 |
| **Kerry Forsdahl 9/30/2003** |  |
|  | 5:11 - 18 |
|  | 6:21 - 9:13 |
|  | 13:2 - 14:17 |
|  | 15:2 - 18:11 |
|  | 20:14 - 24:15 |
|  | 40:16 - 40:25 |
|  | 46:1 - 46:6 |
| **David Rahimi 9/26/03** |  |
|  | 8:8 - 10:15 |
|  | 11:22 - 12:20 |
|  | 14:10 - 15:6 |
|  | 37:7 - 37:11 |