# TAB 6

# Defendant's Deposition Designations

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

INTERMARK FABRIC CORPORATION :
        Plaintiff              :        C.A. No. 302 CV 1267 AVC
                                   :
    v.                              :        **DEFENDANT'S DEPOSITION**
                                   :        **DESIGNATIONS AND**
MICROFIBRES, INC.               :        **COUNTER DESIGNATIONS**
        Defendant           :

| Deponent | Microfibres' Designations |
|---|---|
| **Kerry Forsdahl** | None |
|  |  |
| **Moustafa T. Nour** 9/17/2003 | 7:15-21 |
|  | 18:14 |
|  | 22:8 |
|  | 26:1 |
|  | 28:17 |
|  | 31:22 |
|  | 32:7 |
|  | 33:15 |
|  | 44:10-14 |
|  | 54:19-23 |
|  | 55:1-8 |
|  | 56:9-19; 22 |
|  |  |
| **David Rahimi** | None |
|  |  |
| **Hemendra K. Shah** 5/22/2003 | 13:15 |
|  | 15:6 |
|  | 18:16 |
|  | 19:2 19:6 |
|  | 22:17 |
|  | 31:2 31:11 31:22 |
|  | 33:13 33:25 |
|  | 38:17 |
|  | 41:6 |

#747217

|  | 42:2 |
|---|---|
|  | 43:2 |
|  | 44:18 |
|  | 45:5 |
|  | 48:25 |
|  | 51:22 |
|  | 52:2 |
|  | 52:6 |
|  | 52:14 |
|  | 53:2 |
|  | 54:18 |
|  | 59:2 |
|  | 61:14 |
|  | 62:19 |
|  | 63:21 |
|  | 64:1 |
|  | 65:3 |
|  | 65:16 |
|  | 68:14 |
|  | 73:5 |
|  | 75:22 |
|  | 78:14 |
|  | 78:20 |
|  | 80:21 |
|  | 81:3 |
|  | 82:3 |
|  | 82:12 |
|  | 82:19 |
|  | 83:2 |
|  | 84:7 |
|  | 84:11 |
|  | 84:17 |
|  | 88:7 |
|  | 88:16 |
|  | 89:1 |
|  | 90:16 |
|  | 92:4 |
|  | 92:15 |
|  | 92:19 |
|  | 95:20 |
|  | 98:16 |
|  | 99:15-25 |
|  | 100: 1-5 |
|  | 100: 21-25 |
|  | 105:12-14 |

|  | 112:6-17 |
|---|---|
|  | 113:5-7 |
|  | 116:1-23 |
|  | 117:12-14 |
|  | 118:2 |
|  | 121:19-21<br>121: 24 |
|  | 122:1-12 |
|  | 123:22-23 |
|  | 130:2-3<br>130:5-7<br>130:9-12<br>130:14<br>130:17-25 |
|  | 131:1-3<br>131:5-8 |
|  | 132:7-13 |
|  |  |
| **Peter M. Hadley**<br>**7/31/2003** | 14:19-24 |
|  | 15:1-6<br>15:10-19<br>15:24 |
|  | 16:1-5<br>16:11-22 |
|  | 17:2-5<br>17:7-10<br>17:12-16<br>17:23-24 |
|  | 18:1-8<br>18:20-24 |
|  | 19:1 |
|  | 22:11-18 |
|  | 24:7-19<br>24:21-23 |
|  | 46:5-7<br>46:9-15 |
|  | 126:4<br>126:21 |
|  | 129:4<br>129:10<br>129:14 |
|  | 130:1<br>130:9 |
|  | 132:20 |

3

|  |  |
|---|---|
|  | 133:7 |
|  | 134:9 |
|  | 137:11 |
|  | 138:1<br>138:12 |
|  | 140:1 |
|  | 150:17 |
|  | 151:5-11<br>151:19 |
|  | 152:2<br>152:8<br>152:19 |
|  | 153:19 |
|  | 154:16 |
|  | 155:6 |
|  | 156:1<br>156:17 |
|  | 157:5 |
|  | 158:1<br>158:8 |
|  | 159:8<br>159:14 |
|  | 160:20 |
|  | 161:7<br>161:11 |
|  | 163:8<br>163:20 |
|  | 165:1<br>165:12 |
|  | 168:18 |
|  | 173:5<br>173:13 |
|  | 175:11<br>175:21 |
|  | 178:11<br>178:18 |
|  | 179:21 |
|  | 190:3 |
|  | 215:16-24 |
|  | 216:1-15 |
|  | 217:5-8<br>217:10-12<br>217:21-24 |
|  | 218:1-2<br>218:4-10 |

|  | 218:12-13 |
|---|---|
|  | 221:17-20 |
|  | 222:7-10 |
|  | 222:12 |
|  |  |
| **Charles L. Bunch** **9/22/2003** | 69:24-25 |
|  | 70:1-25 |
|  | 71:1-9 <br> 71:11-14 <br> 71:16-18 <br> 71:20-21 |
|  | 72:7-14 <br> 72:25 |
|  | 73:1-10 <br> 73:25 |
|  | 74:1-5 |
|  | 80:20-22 |
|  | 124:25 |
|  | 125:1-20 |
|  | 126:1-16 <br> 126:19-25 |
|  | 127:16-25 |
|  | 128:1-3 <br> 128:6-7 |
| **Luther Boyd Madren 5/12/2003** | 12:23 |
|  | 14:7 <br> 14:9 |
|  | 15:3 <br> 15:12 <br> 15:18 |
|  | 16:5 <br> 16:19 |
|  | 17:6 <br> 17:13 <br> 17:24 |
|  | 18:10 |
|  | 21:17 |
|  | 23:9 |
|  | 26:18 |
|  | 27:16 |
|  | 30:11 |
|  | 31:22 |

5

| | |
|---|---|
| | 32:2<br>32:7<br>32:12<br>32:17 |
| | 33:14 |
| | 34:1<br>34:7<br>34:16<br>34:24 |
| | 35:6<br>35:16 |
| | 36:16 |
| | 37:9<br>37:18 |
| | 38:13<br>38:25 |
| | 39:4<br>39:11 |
| | 40:1-3<br>40:9<br>40:16<br>40:21 |
| | 43:21 |
| | 49:13<br>49:20 |
| | 50:1<br>50:23 |
| | 51:20<br>51:22-25 |
| | 52:1<br>52:11 |
| | 57:24 |
| | 58:6 |
| | 61:2<br>61:19 |
| | 62:2<br>62:10 |
| | 63:2<br>63:13 |
| | 64:3<br>64:13<br>64:20 |
| | 65:6 |
| | 66:2 |
| | 69:19 |
| | 70:9 |

|  | |
|---|---|
|  | 70:16 |
|  | 74:8<br>74:16 |
|  | 80:11<br>80:17<br>80:24 |
|  | 82:5-23<br>82:24-25 |
|  | 83:1-25 |
|  | 84:1-15 |
|  | 85:1-21 |
|  | 86:2<br>86:19 |
|  | 87:8<br>87:17<br>87:25 |
|  | 88:13-25 |
|  | 89:1-25 |
|  | 90:1-25 |
|  | 91:1-5 |
|  | 93:10-15<br>93:21 |
|  | 94:11 |
|  | 95:22 |
|  | 96:25 |
|  | 97:8<br>97:15 |
|  | 98:11 |
|  | 100:15 |
|  | 104:3<br>104:18 |
|  | 113:8-25<br>114:1-5 |
|  | 115:5-25 |
|  | 116:1-9<br>116:15-25 |
|  | 117:1-4<br>117:6-25 |
|  | 118:1-12<br>118:16-25 |
|  | 119:1-19<br>119:21<br>119:23-25 |
|  | 120:1-4<br>120:7-11 |

|  |  |
|---|---|
|  | 120:13-20<br>120:22-24 |
|  | 121:1-4<br>121:7-9<br>121:11-13<br>121:15-17<br>121:19-23 |
|  | 122:1-3<br>122:5-6<br>122:8-9<br>122:11-17<br>122:19-22<br>122:24-25 |
|  | 123:1<br>123:3<br>123:5-25 |
|  | 124:1-4<br>124:7-8<br>124:10<br>124:12-25 |
|  | 125:1-3<br>125:12-16 |
| **Steven Rosenthal 7/9/2003** | 23:9-13 |
|  | 19:10-11<br>19:16 |
|  | 24:1-25 |
|  | 25:1-18 |
|  | 26:4-7<br>26:12-22 |
|  | 27:8-25 |
|  | 28:1-5<br>28:14-25 |
|  | 29:1-4<br>29:10-25 |
|  | 30:1-25 |
|  | 31:1-22 |
|  | 32:2-25 |
|  | 33:1-5<br>33:17-25 |
|  | 34:1-2<br>34:24-25 |
|  | 35:1-25 |
|  | 36:1-19<br>36:22-25 |
|  | 37:1-10 |

|  | |
|---|---|
|  | 38:5-11 |
|  | 39:11-25 |
|  | 40:1-6<br>40:23-25 |
|  | 41:15-20 |
|  | 42:1-7 |
|  | 49:1-8<br>49:21-25 |
|  | 50:1-25 |
|  | 51:1-22 |
|  | 54:5-25 |
|  | 55:1-11<br>55:15-25 |
|  | 56:22-25 |
|  | 57:1 |
|  | 58:9-17 |
|  | 60:4-17 |
|  | 61:10-25 |
|  | 62:1-25 |
|  | 63:1-5 |
|  | 64:1-9<br>64:13-25 |
|  | 65:1-15 |
|  | 66:5-14<br>66:20-23 |
|  | 67:15-25 |
|  | 68:1-2<br>68:5-6<br>68:24-25 |
|  | 69:1-6 |
|  | 70:14-16<br>70:19-21 |
|  | 72:9-25 |
|  | 73:1-11<br>73:21-25 |
|  | 74:3-6<br>74:8-19 |
|  | 75:1-14<br>75:17-25 |
|  | 76:1-8<br>76:11-12<br>76:14-25 |
|  | 77:1-11<br>77:19-22 |
|  | |

| Susan Strouse 9/25/2003 | 4:5-16 |
|---|---|
| | 5:20-22 |
| | 6:1-7<br>6:11-22 |
| | 7:1-4<br>7:12-16 |
| | 15:4-11<br>15:14-20 |
| | 16:1-7 |
| | 19:2-9<br>19:17-18 |
| | 21:2-6<br>21:15-16 |
| | 22:1-4 |
| | 25:5-14<br>25:19-21 |
| | 26:6-8<br>26:12-17 |
| | 28:19-22 |
| | 29:1-5<br>29:8-19 |
| | 30:20-22 |
| | 32:1-17<br>32:21-22 |
| | 33:12-19 |
| | 34:8-18 |
| | 35:2-22 |
| | 36:1-11 |
| | 37:11-22 |
| | 38:1-2<br>38:14-22 |
| | 39:1-25 |
| | 40:1-4<br>40:17-22 |
| | 41:1 |
| | 43:2-10 |
| | 44:1-4 |
| | 45:4-10<br>45:13-16 |
| | 50:8-10 |
| | 53:1-7<br>53:16-21 |
| | 55:2-8<br>55:21-22 |

10

|  | 56:10-18 |
|---|---|
|  | 56:22 |
|  | 57:1-16 |
|  | 65:1-3 |
|  | 65:15-19 |
|  | 66:5-7 |
|  | 66:10-16 |
|  | 73:10-16 |
| James R. Fulks 3/27/2003 | 45:24 |
|  | 48:21 |
|  | 49:19 |
| James R. McCulloch 4/17/2003 | 16:2 |
|  | 26:16 |
|  | 33:2-3 |
|  | 42:13 |
|  | 43:11 |
|  | 44:9 |
|  | 45:21 |
|  | 46:6 |
|  | 51:16 |
|  | 52:3 |
|  | 57:23 |
|  | 58:22-23 |
|  | 68:24-25 |
|  | 69:8-9 |
|  | 85:24 |
|  | 111:16-17 |
|  | 117:15 |
|  | 117:18-19 |
|  | 128:7 |
|  | 153:9 |
|  | 154:22 |
|  | 154:24 |
|  | 156:8 |
| William F. Laird 3/26/2003 | 99:3 |
|  | 101:3 |
|  | 113:11 |
|  | 117:12 |
| William Lucchesi, Jr. 7/24/2003 | 3:8-14 |
|  | 4:25 |
|  | 5:1-2 |

|  | 6:2-3<br>6:7-8<br>6:15-25 |
|---|---|
|  | 7:1<br>7:5-8<br>7:12-25 |
|  | 11:16-17<br>11:20-22 |
|  | 12:2-4<br>12:19-25 |
|  | 13:1-15 |
|  | 14:23-25 |
|  | 15:5-25 |
|  | 16:15-22 |
|  | 20:2-5 |
|  | 23:11-23 |
|  | 24:17-20<br>24:23 |
|  | 25:1<br>25:4-11 |
|  | 27:6-8<br>27:11 |
|  | 39:20-25 |
|  | 40:1-12<br>40:19-22 |
|  | 42:6-9<br>42:16-25 |
|  | 43:1-7<br>43:17-21<br>43:24-25 |
|  | 44:1-3 |
|  | 45:19-21 |
|  | 46:1 |
|  | 48:15-18<br>48:23 |
|  | 49:5-7 |
|  | 51:24-25 |
|  | 52:1-6 |
|  | 57:15-25 |
|  | 60:5-8<br>60:11-17<br>60:22-25 |
|  | 61:1-5 |
|  | 62:18-25 |
|  | 63:1-3 |

|  | 63:19-25 |
|---|---|
|  | 64:1-19 |
|  | 65:7-19 |
|  | 66:16-25 |
|  | 67:1-12 |
|  | 67:15-22 |
|  | 68:17-19 |
|  | 68:22-23 |
|  | 70:13-20 |
|  | 71:4-13 |
|  | 84:22-25 |
|  | 85:1-4 |
|  | 87:17-22 |
|  | 94:2-14 |
|  | 98:4-10 |
|  | 100:14-20 |
|  | 104:12-18 |
|  | 105:3-5 |
|  | 109:3-14 |
|  | 110:8-13 |
|  | 110:20-25 |
|  | 111:1<br>111:4-6<br>111:15-21 |
|  | 113:18-22 |
|  | 115:4-9<br>115:24-25 |
|  | 116:1-4<br>116:14-22 |
|  | 124:18-24 |
|  | 128:3-11 |
| Wayne Turcotte<br>5/21/2003 | 3:10-23 |
|  | 4:4-6<br>4:9-14<br>4:23-25 |
|  | 5:3-23 |
|  | 10:8-25 |
|  | 11:1-7<br>11:18-22 |
|  | 12:2-4 |
|  | 13:17-22 |
|  | 14:2-25 |
|  | 16:20-25 |
|  | 17:1-7 |

|  | |
|---|---|
|  | 17:22-23 |
|  | 18:1<br>18:17-20 |
|  | 20:6-25 |
|  | 21:1-21 |
|  | 23:18-23<br>23:25 |
|  | 24:3-8 |
|  | 27:2-4<br>27:7-15<br>27:18-21 |
|  | 28:17-19 |
|  | 29:7-8<br>29:11-17<br>29:20-24 |
|  | 30:24-25 |
|  | 31:3-7<br>31:10 |
|  | 32:1-10 |
|  | 33:22-25 |
|  | 34:10-13 |
|  | 35:1-4<br>35:7-9 |
|  | 36:15-18<br>36:21-25 |
|  | 37:1-9<br>37:17-24 |
|  | 39:3-7 |
|  | 40:13-16<br>40:20-22 |
|  | 41:10-20<br>41:23-25 |
|  | 42:1-23 |
|  | 44:23-25 |
|  | 45:1<br>45:13-18 |
|  | 46:20-25 |
|  | 47:1-13 |
|  | 49:16-24 |
|  | 50:10-12<br>50:19-21 |
|  | 54:7<br>54:9-11<br>54:22-24 |
|  | 56:17-18 |

|  | 56:21-25 |
|---|---|
|  | 58:21-25 |
|  | 60:7-11<br>60:23-25 |
|  | 61:1-14<br>61:21-25 |
|  | 62:1<br>62:8-10<br>62:13-25 |
|  | 64:15-21 |
|  | 65:3-6<br>65:9-13<br>65:16-25 |
|  | 66:1<br>66:12-15 |
|  | 67:14-16 |
|  | 68:4-5 |
|  | 69:12-21 |
|  | 72:9-13 |
|  | 73:7-21 |
|  | 74:5-7 |
|  | 75:11-12 |
|  | 76:6-25 |
|  | 77:1-8<br>77:11-13<br>77:16 |
|  | 80:9-13<br>80:17-25 |
|  | 81:1-8<br>81:24-25 |
|  | 82:1-6<br>82:16-19<br>82:25 |
|  | 83:1-2<br>83:12-22 |
|  | 84:17-24 |
|  | 85:10-11 |
|  | 88:10-14<br>88:17-20 |
|  | 91:6-11<br>91:23-25 |
|  | 92:6-14<br>92:17-22<br>92:25 |
|  | 94:15-25 |

| | |
|---|---|
| | 95:1-7<br>95:13-15 |
| | 96:1-12<br>96:21-22 |
| | 101:5-9<br>101:14-25 |
| | 103:3-25 |
| | 104:1-11 |
| | 105:7-22 |
| | 106:3-25 |
| | 107:1-2 |
| | 108:15-16<br>108:19-25 |
| | 109:1-5<br>109:16-25 |
| | 110:1-4<br>110:10-20 |
| | 119:17-25 |
| | 120:1<br>120:4-15<br>120:20-25 |
| | 121:1-5<br>121:17-19 |
| | 122:24-25 |
| | 123:1 |
| | 124:1-13<br>124:19-25 |
| | 125:1-8 |
| | 126:2-5<br>126:8-9 |
| | 128:2-3<br>128:6-8<br>128:25 |
| | 129:1<br>129:6<br>129:13-24 |
| | 155:3-5<br>155:9-11 |
| | 178:2-6<br>178:16-20 |
| | 193:7-25 |
| | 195:2-6 |
| | 199:13-14<br>199:17-25 |
| | 200:1-8 |

|  | 201:10-14 |
|  | 201:17-18 |
|  | 201:23-25 |
|  | 202:1-9 |
|  | 202:12-13 |
|  | 203:13-25 |
|  | 204:3-7 |