# TAB 7

# Plaintiff's Counter-Designations

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

INTERMARK FABRIC CORPORATION :
        Plaintiff :
         :
v. : C.A. No. 302 CV 1267 AVC
         :
MICROFIBRES, INC. : **PLAINTIFF'S COUNTER**
        Defendant : **DEPOSITION DESIGNATION**

| Deponent | Intermark's Counter Designations |
|---|---|
| | |
| **Moustafa T. Nour 9/17/2003** | |
| | 13:2-13:16<br>44:15-44:21<br>57:3 – 58:22 |
| | |
| **Hemendra K. Shah 5/22/2003** | |
| | 113:3-114:19<br>134:25-135:3<br>134:5-134:7<br>134:9-134:14<br>134:16-134:19<br>134:22-134:24 |
| | |
| **Peter M. Hadley 7/31/2003** | |
| | 22:19-22:23<br>24:24-25:6<br>151:12-151:18<br>151:20-151:21<br>216:16-217:4<br>218:18-219:2<br>219:4-219:13<br>219:15-219:17<br>219:19-219:24<br>220:1<br>220:3-220:4<br>220:5-221:12 |

#747217

| Luther Boyd Madren 5/12/2003 | |
|---|---|
| | 85:24-86:1<br>86:3-86:4<br>128:5-128:20<br>128:22-128:25<br>129:1-129:18<br>130:16-130:25<br>131:1-131:25<br>132:1-132:12 |
| | |
| Steven Rosenthal 7/9/2003 | |
| | 78:4-78:6<br>79:11-79:20<br>84:15-84:17<br>84:20 |
| | |
| Susan Strouse 9/25/2003 | |
| | 6:8-6:10<br>7:5-7:11<br>26:9-26:11<br>32:16-32:20<br>41:4-41:20<br>50:17-50:22<br>74:11-74:22<br>75:1-75:10<br>76:2-76:22<br>77:1-77:15 |
| | |
| Wayne Turcotte 5/21/2003 | |
| | 134:3-134:25<br>135:1-135:25<br>136:1-136:3<br>136:5-136:17<br>136:19-137:5<br>138:7-140:8<br>140:10-140:14<br>140:16-141:9<br>141:11-144:3<br>144:17-145:12<br>145:15-146:6 |

|  | 146:24-148:5 |
|---|---|
|  | 148:7-148:16 |
|  | 148:18-149:6 |
|  | 149:8-149:16 |
|  | 149:18-151:20 |
|  | 151:25-152:3 |
|  | 152:5-152:9 |
|  | 152:14-152:16 |
|  | 152:18-153:11 |
|  | 153:13-154:4 |
|  | 154:6-154:15 |
|  | 154:17-154:21 |
|  | 154:23-155:11 |
|  | 155:14-156:4 |
|  | 156:6-156:22 |
|  | 156:24-157:3 |
|  | 157:5-162:15 |
|  | 162:17-163:1 |
|  | 163:3-164:2 |
|  | 164:4-165:15 |
|  | 165:20-167:14 |
|  | 167:16-168:25 |
|  | 169:11-171:1 |
|  | 171:3-171:4 |
|  | 171:6-171:11 |
|  | 171:13-172:20 |
|  | 173:5-173:8 |
|  | 173:10-174:25 |
|  | 175:8-175:25 |
|  | 176:2-176:18 |
|  | 176:20-179:20 |
|  | 179:22 |
|  | 179:24-180:10 |
|  | 180:12-181:6 |
|  | 181:8-182:4 |
|  | 182:6-184:25 |
|  | 185:1-188:16 |
|  | 188:18-188:20 |
|  | 188:22-189:5 |
|  | 189:7-191:14 |
|  | 191:17-194:5 |
|  | 194:12-194:15 |
|  | 194:17 |
|  | 194:19-195:12 |
|  | 195:14-196:6 |
|  | 196:11-198:7 |