# EXHIBIT 3

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

INTERMARK FABRIC CORPORATION, )
                              )
vs.                           ) C.A. NO. 3:02CV1267(AVC)
                              )
MICROFIBRES, INC.,            )

DEPOSITION OF WILLIAM FREDERICK LAIRD, produced, sworn and examined on Wednesday, March 26, 2003, scheduled at 9:00 a.m. on behalf of the Plaintiff, at the Law Offices of Hinckley, Allen & Snyder, 1500 Fleet Center, Providence, Rhode Island, before:

DEVIN J. BACCARI, CSR
REPORTING ASSOCIATES

A Notary Public in and for the State of Rhode Island.

APPEARANCES

For the Plaintiff:

   CANTOR COLBURN LLP
   By:  Charles F. O'Brien, Esquire
        William J. Cass, Esquire
   55 Griffin Road South
   Bloomfield, Connecticut 06002

For the Defendant:

   HINCKLEY, ALLEN & SNYDER
   By:  William R. Grimm, Esquire
   1500 Fleet Center
   Providence, Rhode Island 02903

```
 1       air embossed the fabric, you parted the fibres
 2       leaving the white grinning so we didn't do it.
 3   Q.  When did Microfibres begin heat setting?
 4   A.  It would have been the late-'80's.
 5   Q.  When did the Canadian outfit begin heat setting?
 6   A.  Well, that's what I mean.  Late-'80's.
 7   Q.  Late-'80's.  Okay.  Describe for me the process of
 8       heat setting.
 9   A.  Heat setting is treating the nylon pile to a
10       temperature and a time duration that is greater
11       than what it will receive in a subsequent process
12       so the fibre remembers the condition it's in in
13       the -- during heat setting.
14   Q.  Now, you said that without heat setting the pile
15       comes out in a flattened state?
16   A.  Yes.
17   Q.  Wouldn't it be raised through the process that
18       we've already described, through the brushing?
19   A.  Not with standard brushing, no, it would not be.
20   Q.  So without heat setting, can you manufacture a
21       flocked fabric with a flock that's in an erect
22       state?
23   A.  Without heat setting it's pretty hard to.  Comes
24       out flat.
25   Q.  And when did heat setting become part of the
```

52

# C E R T I F I C A T E

I, **Devin J. Baccari**, Certified Shorthand Reporter, and Notary Public within and for the State of Rhode Island, do hereby certify that I am expressly approved as a person qualified and authorized to take depositions pursuant to the Rules of Civil Procedure of this Court, especially, but without restriction thereto, under Rule 30 (e) of said Rules; that the witness was first sworn by me; that the foregoing **152** pages contain a true recording of the proceedings.

I further certify that the exhibits are attached and copies furnished to counsel.

I further certify that I am not counsel, attorney or relative of either party or clerk or stenographer of either party, or of the attorney of either party, or otherwise interested in the event of this suit.

I have enclosed with the deposition a correction and signature page, which must be signed before a Notary Public.

IN WITNESS WHEREOF, I hereunto set my hand this 4th day of April, 2003.

_____
DEVIN J. BACCARI, CSR
**NOTARY PUBLIC**