# EXHIBIT 4

HARTFORD FIBRES LTD.

PROJECT # 22W

PROJECT TRIAL REQUEST

SORCE (CHECK ONE)   SALES/MKT [ ]   R&D [X]   PRODUCTION [ ]

SUBMITTED BY:   BILL LAIRD                    DATE:    29-Apr-92

PROJECT DESCRIPTION / END USE            DATE REQ'D  29-APR-92

SPECIAL SAMPLE FOR HTP

SHIPPING INFORMATION

BUCK PRESS 1 YD SAMPLE FOR JIM McCULLOCH

PRODUCT SPEC'S

| | % | DEN. | CUT | TYPE | SOURCE | WGT: OZ/yd2 |
|---|---|---|---|---|---|---|
| FLOCK | 100 | 1.8 | .045-.060 | BRT. | DUPONT | 2.0+/-.1 |

| ADHESIVE | | TYPE | WGT: OZ/yd2 |
|---|---|---|---|
| | PRECOAT | HEX 373-2 | .7 CUP WT. 50-55 |
| | TOPCOAT | HEX 373-2 BLACK | 1.6 CUP WT. 115-120 |

| SUBSTRATE | SOURCE | TYPE | CONTENT | WIDTH | WGT: OZ/yd2 |
|---|---|---|---|---|---|
| | DOMTEX 665-147 | | 65/35 | 58 | 3.0 |

SPECIAL FINISHES:

| PROCESS INFO: | PATTERN | YARDS | SPECIAL INSTRUCTIONS |
|---|---|---|---|
| | ERECT | 200 | HEATSET |
| | ALAMO | 200 | HEATSET |
| | | | CUT TO ADHESIVE |

SAMPLE RETAINS

Q.C. TESTS:   WET COIN [ ]   WET CSI'S [ ]   PLUCK [ ]
              DRY COIN [ ]   AIR PERM [ ]    FLAME [ ]

COMMENTS:

MAKE SURE TO FILL IN ALL Q.C. TEST RESULTS AND RETURN COPY TO BILL

MICRO 1555