# EXHIBIT 5

```
* * * M E M O * * *
```

December 2, 1992

TO:       Keith Clarke

FROM:     Michael Czarnecki

SUBJECT:  New Transfer Print Patterns/Colors

---

We have reviewed the samples of the new patterns and/or colors you sent us on white and tinted goods and recommend the following:

| Pattern/Color | Greige Goods |
|---|---|
| Cordova/Navy | 822 ERE-16 HS |
| Pewter | 822 ERE-16 HS |
| | |
| Joplin/Autumn | 822 ERE-16 HS |
| Lilac | 822 ERE-16 HS |
| Taupe | 822 ERE-16 HS |
| Claret | 822 ERE-16 HS |
| | |
| Sudbury/Smoke | 822 ERE-16 HS |
| Beige | *822 ERE-HS |
| Indigo | 822 ERE-16 HS |
| Taupe | 822 ERE-16 HS |
| Aqua | 822 ERE-16 HS |
| | |
| Neptune/Indigo | 822 ERE-16 HS |
| Taupe | 822 ERE-16 HS |
| Grey | 822 ERE-16 HS |
| Cinnamon | 822 ERE-16 HS |
| **Beige | *822 ERE-HS |

(Same paper as color Cinnamon printed on White Greige goods.)

*Only two colors printed on White 822 ERE-HS.

**Color Beige is a new color name given to color Cinnamon printed on 822 ERE-HS White Greige goods.


MC:lms

cc:  Bill Laird
     James R. McCulloch
     Madonna Ridley