IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

|  |  |
|---|---|
| INTERMARK FABRIC CORPORATION,<br>　　　　Plaintiff,<br><br>v.<br><br>MICROFIBRES, INC.,<br>　　　　Defendant. | Civil Action No. 3:02-CV-1267 (AVC) |

## MOTION TO CONTINUE JURY SELECTION DATE AND TRIAL DATE

Now comes Plaintiff, Intermark Fabric Corporation and moves this Honorable Court to continue the jury selection date and trial of the above entitled matter to this Court's first available date following September 1, 2007.

On or about December 20, 2006, the Court scheduled a jury selection date for February 1, 2007. Plaintiff has been informed by the Court's scheduling clerk that a trial date will be given on the date of the jury selection and the trial will occur in February of 2007.

As grounds for said motion, Intermark Fabric Corporation asserts that William Lucchesi, President of Intermark Fabric Corporation, and an integral part of Plaintiff's case, will be on a pre-paid vacation from January 27, 2007 through the second week of April of 2007, all as more fully set forth in the attached Declaration of William Lucchesi. As additional grounds therefore, Intermark Fabric Corporation asserts that lead counsel for Intermark Fabric Corporation, William J. Cass, has two patent infringement trials scheduled for April of 2007, both of which will require substantial pre-trial preparation during the months of February and March, as well as a hearing scheduled for February 12, 2007 in California regarding post-trial motions filed in the

matter of *Cimcore Corporation et al v. Faro Technologies, Inc.*, Civil Action No. 03 CV2355 B (WMc), all as more fully set forth in the attached Declaration of William J. Cass.

Wherefore, Plaintiff, Intermark Fabric Corporation respectfully requests that this Honorable Court continue the jury selection date and trial of the above entitled matter to this Court's first available date following September 1, 2007.

                For the Plaintiff
                Intermark Fabric Corporation

By: /s/ Charles F. O'Brien
    Charles F. O'Brien (ct 22074)
    William J. Cass (ct 12806)
    CANTOR COLBURN LLP
    55 Griffin Road South
    Bloomfield, Connecticut 06002
    Telephone: (860) 286-2929
    Facsimile: (860) 286-0115

Dated: December 28, 2006

## CERTIFICATE OF SERVICE

      I hereby certify that on December 28, 2006, a true and accurate copy of the foregoing document was filed electronically via the Court's ECF system. Notice of this filing will be sent by e-mail to the following parties by operation of the Court's electronic filing system as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

Brent R. Canning, Esq.
William R. Grimm, Esq.
Hinckley. Allen & Snyder LLP
1500 Fleet Center
Providence, RI 02906

Jeffrey W. Kennedy, Esq.
Stephen G. Murphy, Jr., Esq.
Milano & Wanat
471 East Main Street
Branford, CT 06405


                                                    By:    /s/    Charles F. O'Brien.
                                                         Charles F. O'Brien