IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| INTERMARK FABRIC CORPORATION,  )<br>　　　Plaintiff　　　　　　　　　　 )<br>　　　　　　　　　　　　　　　　　 )　Civil Action No. 3:02-C V-1267 (AVC)<br>v.　　　　　　　　　　　　　　　　)<br>　　　　　　　　　　　　　　　　　 )<br>MICROFIBRES, INC.,　　　　　　　　)<br>　　　Defendant　　　　　　　　　　 ) | |

**DECLARATION OF WILLIAM P. LUCCHESI IN SUPPORT OF PLAINITFF, INTERMARK FABRIC CORPORATION'S MOTION TO CONTINUE THE TRIAL OF THE ABOVE MATTER**

I, William P. Lucchesi, hereby declare as follows:

1. I am the President of Intermark Fabric Corporation ("Intermark"). I have personal knowledge of this lawsuit. I submit this Declaration based on personal knowledge and in support of Intermark's Motion to continue the trial of the above matter.

2. The trial was originally scheduled for October 2006 but was rescheduled due to a conflicting criminal case. I was available to attend the trial at that time and any time thereafter through January 26, 2007.

3. Since mid-2006, I have planned a prepaid family vacation as described below starting at the end of January 2007 and ending the second week of April 2007.

4. Specifically, on January 27, 2007, my girlfriend and I will travel to Florida in a new motor home that I purchased for the trip. We have prepaid $2,400 for reservations at the Fiesta Key KOA campground for the period of February 1 through February 14, 2007.

5. I have rented and already paid for a home for February 17 through April 1, 2007 in Redington, Florida at a cost of $ 6,100. During this time period, our children will be visiting us and we have already purchased their airline tickets.

6. One of my daughters, her husband, and their two sons will visit us from February 18 through February 24, 2007 during the boys' school vacation.

7. Another daughter of mine, her husband, and their two children will visit us from March 3 through March 17, 2007.

8. I have planned trips to SeaWorld and Disney World for my grandchildren during their visits with us.

9. My girlfriend's mother will visit us from February 24 through March 17, 2007.

10. Another daughter of mine, her husband, and my son will visit us from March 17 through March 24, 2007.

11. I will be available to attend the trial in the above matter following the prepaid vacation.

Signed under the pains and penalties of perjury on this 28 day of December, 2006

_____
William P. Lucchesi