IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| INTERMARK FABRIC CORPORATION, ) <br> Plaintiff ) <br> ) <br> v. ) <br> ) <br> MICROFIBRES, INC., ) <br> Defendant ) | Civil Action No. 3:02-C V-1267 (AVC) |

## DECLARATION OF WILLIAM J. CASS

I, William J. Cass, hereby declare as follows:

1. I am a partner with the firm of Cantor Colburn LLP and I am counsel of record for Plaintiff, Intermark Fabric Corporation in this matter. I have personal knowledge of all the facts set forth in this Declaration.

2. The above matter was scheduled for trial in early October, 2006 and I was able at that time to try this case.

3. I was thereafter involved in a patent infringement trial in California in the matter of *Cimcore Corporation et al v. Faro Technologies, Inc.*, Civil Action No. 03 CV2355 B (WMC) in the U.S. District Court, Southern District of California, San Diego Division from October 30, 2006 – December 7, 2006.

4. On February 12, 2007, I am scheduled to appear in the matter of *Cimcore Corporation et al v. Faro Technologies, Inc.*, Civil Action No. 03 CV2355 B (WMC) in the U.S. District Court, Southern District of California, San Diego Division for several post-trial motions.

5. On April 3, 2007, I am scheduled to appear for trial in the matter of *Cimcore Corporation et al v. Faro Technologies, Inc.*, Civil Action No. 03 CV2355 B (WMC) in the U.S. District Court, Southern District of California, San Diego Division. This matter is a patent infringement suit.

6.  On April 30, 2007, I am scheduled to appear for trial in the matter of *Memry Corporation vs. Kentucky Oil, N.V., et al.,* Civil Action No.: 04-03843 RMW (HRL) in the U.S. District Court, Northern District of California, San Jose Division. This matter is a patent infringement suit.

7.  As both of these matters are patent infringement trials, they require a significant amount of pre-trial preparation much of which will be done during the months of February and March.

Signed under the pains and penalties of perjury on this 28th day of December, 2006.

_____
William J. Cass