UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

INTERMARK FABRIC CORPORATION  :
                              :
          v.                  :          Case Number: 3:02 CV 1267 (AVC)
                              :
MICROFIBRES, INC.             :

## MICROFIBRES, INC.'S OBJECTION TO INTERMARK'S MOTION TO CONTINUE TRIAL DATE

Microfibres, Inc. hereby objects to Intermark's Motion to Continue the Trial Date

for the reasons set forth in the accompanying Memorandum of Law.

MICROFIBRES, INC.
By its Attorneys,

/s/ Brent R. Canning
Brent R. Canning, Esq. (ct23991)
William R. Grimm, Esq.
HINCKLEY, ALLEN & SNYDER LLP
50 Kennedy Plaza, Suite 1500
Providence, RI  02903
(401) 274-2000 (TEL)
(401) 277-9600 (FAX)

RESIDENT COUNSEL:
Jeffrey W. Kennedy, Esq. (ct16419)
Milano & Wanat
471 East Main Street
Branford, CT 06405

## CERTIFICATION

I hereby certify that on January 2, 2007, a copy of the foregoing Objection to Motion to Continue Trial Date was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

/s/Brent R. Canning

#772179