UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| INTERMARK FABRIC CORPORATION : | |
| : | |
| v. : | Case Number: 3:02 CV 1267 (AVC) |
| : | |
| MICROFIBRES, INC. : | |

**<u>MICROFIBRES, INC.'S MEMORANDUM OF LAW
IN SUPPORT OF ITS OBJECTION TO
INTERMARK'S MOTION TO CONTINUE TRIAL DATE</u>**

The Court should deny Intermark's motion to continue the trial eight months -- from February until September 2007. None of the reasons proffered by Intermark justify such an enormous delay.

To begin with, an early February trial will have no real impact on Mr. Lucchesi's vacation plans. The Court has stated that it expects the parties to do their best and get this case tried in a week. That goal could be easily accomplished and the trial could be completed by February 10, 2007. That schedule would not burden Mr. Lucchesi or his family members -- since they are not scheduled to visit him until much later in February. It would mean only that Mr. Lucchesi's three-month vacation would start 10 days later than originally planned. This minor inconvenience to Mr. Lucchesi does not justify an eight-month continuance of the trial.

Likewise, an early February trial would have no impact on Attorney Cass' schedule. His two other trials -- which involve cases that were filed *after* this one -- are not expected to begin until April, 2007.

In addition, since scheduling issues are within the sound discretion of the Court, it should be noted that this is a 2002 case. The original Scheduling Order stated that this

case would be ready for trial in late 2003.  At this point, all discovery has been completed, pretrial motions have been addressed, and the parties are ready to proceed.  But for an intervening criminal matter, this case would have been tried last year.  The Court should not allow this case to languish for another year.

        MICROFIBRES, INC.
        By its Attorneys,

        /s/ Brent R. Canning
        Brent R. Canning, Esq. (ct23991)
        William R. Grimm, Esq.
        HINCKLEY, ALLEN & SNYDER LLP
        50 Kennedy Plaza, Suite 1500
        Providence, RI  02903
        (401) 274-2000 (TEL)
        (401) 277-9600 (FAX)

        RESIDENT COUNSEL:
        Jeffrey W. Kennedy, Esq. (ct16419)
        Milano *&* Wanat
        471 East Main Street
        Branford, CT 06405

## CERTIFICATION

I hereby certify that on January 2, 2007, a copy of the foregoing Memorandum of Law was filed electronically and served by mail on anyone unable to accept electronic filing.  Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing as indicated on the Notice of Electronic Filing.  Parties may access this filing through the Court's CM/ECF System.

        /s/Brent R. Canning