IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

|  |  |
|---|---|
| INTERMARK FABRIC CORPORATION,<br>Plaintiff,<br><br>v.<br><br>MICROFIBRES, INC.,<br>Defendant. | Civil Action No. 3:02-CV-1267 (AVC) |

## MOTION TO EXPEDITE PREVIOUSLY FILED MOTION TO CONTINUE JURY SELECTION DATE AND TRIAL DATE

Now comes Plaintiff, Intermark Fabric Corporation and moves this Honorable Court to expedite its decision in the motion to continue the jury selection date and trial of the above-entitled matter. On December 28, 2006, Plaintiff filed a motion to continue the jury selection date and trial of the above-entitled matter and set out reasons therefore in said motion.

As grounds for the instant motion to expedite, Intermark Fabric Corporation asserts that this matter was originally scheduled to begin in early October of 2006 with jury selection scheduled for September 28, 2006. On September 26, 2006, the jury selection date was cancelled and the trial continued due to a criminal matter that had arisen. Plaintiff expended substantial time and financial resources in preparing for the trial in October and, absent an expedited decision on the motion to continue, will expend additional amounts in the upcoming weeks to prepare for a trial in February. Additionally, as more fully set out in the motion to continue, lead counsel for Plaintiff, William J. Cass, is involved in two patent infringement trials in April of 2006, at least one of which may require travel outside of the United States and an expedited decision on the instant motion to expedite would provide for proper scheduling of said travel.

Wherefore, Plaintiff, Intermark Fabric Corporation respectfully requests that this Honorable Court expedite its decision on the previously filed motion to continue the jury selection date and trial of the above-entitled matter.

          For the Plaintiff
          Intermark Fabric Corporation

By:   /s/ Charles F. O'Brien
      Charles F. O'Brien (ct 22074)
      William J. Cass (ct 12806)
      CANTOR COLBURN LLP
      55 Griffin Road South
      Bloomfield, Connecticut 06002
      Telephone: (860) 286-2929
      Facsimile: (860) 286-0115

Dated: January 2, 2006

## CERTIFICATE OF SERVICE

      I hereby certify that on January 2, 2006, a true and accurate copy of the foregoing document was filed electronically via the Court's ECF system. Notice of this filing will be sent by e-mail to the following parties by operation of the Court's electronic filing system as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

Brent R. Canning, Esq.
William R. Grimm, Esq.
Hinckley. Allen & Snyder LLP
1500 Fleet Center
Providence, RI 02906

Jeffrey W. Kennedy, Esq.
Stephen G. Murphy, Jr., Esq.
Milano & Wanat
471 East Main Street
Branford, CT 06405

      By:   /s/ Charles F. O'Brien
          Charles F. O'Brien (ct 22074)