```
                UNITED STATES DISTRICT COURT
                  DISTRICT OF CONNECTICUT
```

INTERMARK FABRIC CORPORATION, :
  Plaintiff, :
      :
v.     :  Civil No. 3:02CV01267(AVC)
      :
MICROFIBRES, INC., :
  Defendant. :

## FINAL JUDGMENT AND PERMANENT INJUNCTION

    By order of this court, final judgment hereby enters as follows:

    1.   U.S. Patent No. 5,981,021 ("the '021 Patent") is adjudged valid and enforceable.

    2.   Intermark Fabric Corporation, its current officers and employees, and any agents acting on behalf of Intermark, and those persons in active concert or participation with them who receive actual notice hereof, are hereby permanently enjoined from making, using, offering to sell or selling in the United States, or causing to be made, used, offered for sale, or sold in the United States a transfer printed flocked fabric that infringes any of the claims of the '021 Patent and from inducing or contributing to the infringement by others of any of the claims of the '021 Patent.  This injunction shall run until the expiration of the '021 Patent.

    3.   All other claims and counterclaims asserted in the case are dismissed with prejudice.

4. No attorneys' fees, costs, or interest shall be awarded.

It is so ordered this 11th day of April, 2006, at Hartford, Connecticut.

```
          _____/s/_____
          Alfred V. Covello
          United States District Judge
```